Name IZAZ. E. KHAN

Address 2823 TUDOR Road
ANCHORAGE AK 99507

Telephone number
.907- 441-0412

RECEIVED
APR 2 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

IZAZ-ELVIN KHAN
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

ADAM's Associate ,

_____,

_____,
(Enter full names of defendant(s) named
on EEOC final decision. Do NOT use et al.)

Defendant(s).

Case No. 3: 06-CV-00095(TMB)
(To be supplied by Court)

**EMPLOYMENT
DISCRIMINATION
COMPLAINT**

## 1.    JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of
1964 as amended, for employment discrimination.   Jurisdiction is
specifically conferred on this Court by 42 U.S.C. § 2000e(5).  Equitable
and other relief are also sought under 42 U.S.C. § 2000e(5)(g).
Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C.
§§ 1981 et seq.

## 2.    PARTIES

a.    Name of plaintiff: IZAZ - E - KHAN

Present mailing address: 2823 TUDOR RD

ANCHORAGE AK 99507

Phone: 907 - 441 - 0412

b.    Name of first defendant: ADAM Associate

Present mailing address
or business location: 3601 C St Suite 1258

ANCHORAGE AK 99503

Phone: 907 - 561 - 5161

c.    Name of second defendant: LARREY ~~Eugel~~ ELLAH

Present mailing address
or business location: _____

_____

Phone: 907 - 338 - 2730

d.    Name of third defendant: _____

Present mailing address
or business location: _____

_____

Phone: _____

(Copy this blank page for additional defendants, if necessary, and label it 2A.)

## 3.    NATURE OF CASE

a.    The address at which I sought employment or was employed by the defendant(s) is: _____

EMPLOY DISCRIMENATION

b.    The discriminatory acts occurred on or about ___7_ / _15_ / _05_

(month/day/year)

c.    The acts complained of in this suit concern:

i.      _____ Failure to employ me

ii.     __✓__ Termination of my employment

iii.    _____ Failure to promote me

iv.     _____ Demotion

v.      _____ Denial equal pay/work

vi.     _____ Sexual harassment

vii.    _____ General harassment

viii.   _____ Other (Be specific; attach additional sheet if necessary):

FIRED FROM EMPLOYMENT
due To JoB INJURY and NATIONAL ORIGEN

d.    Defendant's conduct is discriminatory with respect to the following:

i.      _____ My race or color

ii.     _____ My religion

iii.    _____ My sex

iv.     __✓__ My national origin

v.      Other: JoB INJURY

e.    I filed a complaint with the Alaska State Commission for Human Rights

on or about: _____ / _____ / _____ (month/day/year)

f.    I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant(s) discriminatory conduct on or about:

_11 / 22 / 05_ (month/day/year)

g.    The EEOC sent a **"Notice of Right to Sue"**\* which I received on or about: _4 / 19 / 06_ (month/day/year).  **\*Please attach notice.**

The notice is attached to this complaint. __✓__ Yes _____ No

If not, why not:_____

_____

_____

h.    I believe that the defendant(s) is/are still committing these acts against me:                _____ Yes _____ No

## 4.    CAUSE OF ACTION

I allege that the defendant has discriminated against me as follows:

a.    Count 1:_____

Supporting facts (Describe exactly what each defendant did or did not do. State the facts clearly and briefly, in your own words, without citing any legal authority.): I am attaching my WRITEN STATEMENT REGARDING How and WHAT HAPPEND, LOT OF HEAVY LIFTING WITH LESS PEOPLE TO WORK WITH

DOCUMENT A PAGE 1 and 2
_____

_____
_____
_____
_____
_____

b.    Count 2:_____

Supporting facts (Describe exactly what each defendant did or did not do.
State the facts clearly and briefly, in your own words, without citing any legal
authority.):_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## 5. INJURY

How have you been injured by the actions of the defendant(s)?_____

_____

_____

_____

_____

## 6. REQUEST FOR RELIEF

I believe I am entitled to the following relief: I BELIVE it is
almost a YEAR TO MY INJURY
AND I am NOT FULLEY RECOVERD
AND TAKING MEDICation AND ALL TIME
Loss - + PARCEL Disablity REQuiRE Full ComPensAtio
it

**WHEREFORE,** plaintiff prays that the Court grant such relief as may be appropriate,

including injunctive orders, damages, costs and attorneys fees.

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in

the above action, that s/he has read the above complaint, and that the information

contained in the complaint is true and correct.

_____        4-26-06
(Signature)                            (Date)