

## HIRE CALLING
### STAFFING SOLUTIONS

### EMPLOYEE FIRST REPORT OF OCCUPATIONAL INJURY/ILLNESS

Employee's language preference:  [x] English   [ ] Spanish   [ ] Russian   [ ] Vietnamese   [ ] Other (please specify) _____

| Legal name (first, m.i., last): IZAZ KHAN | Date of birth: 6-18-65 | Male [x] Female | Social Security #: 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 |
| Mailing address: 2823 TUDOR RD ANCHORAGE AK 99503 | Number of dependents: NONE | Marital status: SINGLE | Education: Grade completed (0-20) |
| Physical address: SAME | Date of injury/illness: 8-11-05 | Time of injury/illness: 3 to 4 Pm | Last date worked: |
| | Nature of injury/illness (strain, cut, bruise, etc.): STRAIN | | |
| Home phone (907) 441-0412 | Body parts affected: BACK AND KNEE | | [ ] LEFT  [ ] RIGHT |
| Name of medical provider who first treated injury/illness: LARRY INGLE | Name and phone number of regular doctor: LARRY INGLE 248-1122 | | |

Describe the injury or illness fully (how and where it occurred). Include additional sheets if necessary. I WAS SENT TO A JOB WITH LARREY ALEN TO WORK FOR A WOMEN WHO NEED TO MOVE FROM 1 PLACE TO ANOTHER I THOUGHT IT WILL BE A USUAL 5 OR 6 HOUR WORK BUT INSTEAD IT WAS 12 HR WORK AND OUR THIRD GUY LEFT AND SO I HAD TO PICK UP THE SLACK AND WORK HARDER. IN ORDER TO FINISH THE TASK SOME WHERE AFTER THE GUY LEFT IT STARTS AND GOT WORSE THAT BY THE LAST HOUR OF WORK I TOLD LARRY AND THE WOMEN THAT I CANNOT CLIMB OR

Witnesses (if any): LIFT HEAVY STUFF BECAUSE I AM OR MY KNEE IS HURTING

Has body part been injured before? If yes, explain.   [ ] YES   [x] NO

Check here if you have more than one employer [ ]   Name and address of employer:

**Authorization to release Information:**
By my signature, I hereby authorize my attending health care provider and/or hospital to release any information, or copies thereof acquired in the course of my examination or treatment for my work-related condition, to Hire Calling, Inc., their affiliates, or their representative.

Signature: _[signed]_   Date: 7-7-05

### ADDITIONAL INFORMATION

| Site employer at injury: LARREY | Date started: | Job title: LABOR | Time of injury: [ ] am  [x] pm |
| Did you leave work at that time, or did you finish the shift? I FINISH WORK | Time left work: [ ] am [x] pm  9:30 Pm | If not the date of injury, what is the first day you missed work because of this injury? | |
| What job were you performing at the time of injury? HEAVY LIFTING CHORES | Is this your regular job with site employer? [ ] YES [x] NO | If no, what is your regular job? DIFFERENT FROM SITE TO SITE | |
| Detail your symptoms when you experienced the injury: | | | |

Page 1 of 2                                                                                   RMD125-HC 3/05

Attachment 3 Pg 1 of 2

## ACTIVITY INFORMATION

Check all that apply:

| | | | | |
|---|---|---|---|---|
| ✓ Lifting | ✓ Climbing | ✓ Carrying | ✓ Pushing | ✓ Reaching |
| ✓ Kneeling | ✓ Bending | ☐ Twisting | ☐ Walking | ☐ Running |
| ✓ Handling | ✓ Squatting | ✓ Jumping | ☐ Falling | ✓ Pulling |

What? ~~see S~~    Dimensions: BARREL    Weight: 500 lb

## HAZARD INFORMATION

Check all that apply:

UNSAFE:
- ✓ Equipment use
- ✓ Equipment handling
- ☐ Equipment placement
- ✓ Work habits
- ☐ Work speed
- ☐ Body positioning
- ✓ Behavior/horseplay
- ☐ Clothing
- ✓ Faulty equipment
- Identify: _____
- ✓ Caused by another person    Name: LARRY

LACK OF:
- ☐ Safety rules
- ☐ Equipment maintenance
- ☐ Facility maintenance
- ☐ Training
- ☐ Supervision
- ☐ Personal protective gear
- ☐ Safety guards/devises
- ☐ Attention to task

FAILURE TO:
- ☐ Follow rules
- ☐ Use safety guard
- ☐ Secure and warn
- ☐ Lock-out/tag-out    No BRAKE
- ✓ Get help
- ☐ Use personal protective gear

What do you think could have been done to prevent this injury? IF LARRY WOULD STOP MAKING THING'S WITH DIFFICULT, AND WORK WITH ME AND THE WOMEN WE WERE WORKING FOR WAS DAMANDING SOME SHOW OF STRENGTH

## ILLNESS VS INJURY

If this is an illness that developed gradually (i.e., tendonitis, carpal tunnel, etc.) rather than an injury (sudden, unexpected event), how did this develop? THAT I HAD IT STARTED TO HEART ON JOB FOR LAST 4 HOURS AND THEN CONTUNING ON UNTIL NOW A TO SEA Doctor

When did you first notice symptoms? AFTER WORKING FOR 5 to 6 HOURS

Have you ever had these types of symptoms in the past? ☐ YES ✓ NO

In what way?

## OTHER INFORMATION

Have you ever been treated by a doctor or other person for a similar condition? ☐ YES ✓ NO    If yes, when?

Treater's name:    City, State:

Diagnosis/treatment:    Results:

Did you receive any site specific training for this assignment? ☐ YES ✓ NO    If yes, please describe the training you received.

Other information that may be pertinent to this claim:

My signature below certifies that the above information is true and complete.

Employee signature: [signature]    Date: 7-7-05

Employer signature: _____    Date: _____