**LAW OFFICE**
**OF**
**MICHAEL J. PATTERSON**
*810 W. 2nd Avenue*
*Anchorage, Alaska 99501*
*907-276-7966*
*FAX: 907-276-0479*

August 23, 2005

Rowan Pacific Rim Decorators Inc.
655 E Ship Creek Ave.
Anchorage, AK 99501                    VIA: FAX 276-6894

    RE:   Our Client:    Izaz Khan
                                  2823 Tudor Road
                                  Anchorage, AK 99507

To Whom It May Concern:

    Please fill in the following information and return to us:

    I was Izaz Kahn's employer from _____ to _____. During the time he worked for me he performed heavy labor. He lifted _____ pounds frequently: at least _____ times per day. He did not exhibit any back problems or physical limitations.

                _____          _____
                   Date                        Employer

Thanks for your help in this matter.

                                            Sincerely,

                                            Michael J. Patterson, Esq

MJP/mn

Attachment 4