

*Information You Need...When You Need it!* If your consumer is a California resident, the following notice is provided as required under California law:

1. The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records. Evidence of identity theft may or may not be identified from this report.

2. The recipient of this report shall give a copy of this report to the subject of the report.

3. Failure to provide a copy of the report as required by law may expose you to liability as specified in Section 1786.50.

```
Report For:                                    Date Ordered: 07/08/05
KHAN, IZAZ                                     Last Updated: 07/08/05
SSN 623-40-XXXX
2823 TUDOR ANCHORAGE Alaska 99507

National Criminal File Plus Search - 7 matches
```

### SSN VALIDATION

SSN 623-40-XXXX was VALIDLY ISSUED
between 1990 and 1991
in CA

### DEVELOPED NAMES AND ADDRESSES

8 additional names and addresses were found. Click here to view the report.

### NATIONAL CRIMINAL FILE PLUS SEARCH

```
Name:              KHAN, IZAZ E
Date Of Birth:     06/18/XXXX
SSN:
Source:            Anchorage (3rd Dist) Superior and District Court
State:             AK
County:            Anchorage
Case Number:       3UN-01-00072CR5672
Case Type:         Misdemeanor
Offense:           DWLC/S/R/L
Offense Date:
Disposition:       No Contest Plea
Disposition Date:  07/06/2001
Current As Of:     03/30/2005

Name:              KHAN, IZAZ E
Date Of Birth:     06/18/XXXX
```

Attachment 5
1 of 3

https://www.employment.screennow.com/cgi-bin/private/ht_retrievereport?21   7/8/2005

```
SSN:
Source:            Anchorage (3rd Dist) Superior and District Court
State:             AK
County:            Anchorage
Case Number:       3UN-02-00124CR6427                    (2)
Case Type:         Misdemeanor
Offense:           CRIM TRESPASS-2ND
Offense Date:
Disposition:       No Contest Plea
Disposition Date:  06/18/2002
Current As Of:     03/30/2005

Name:              KHAN, IZAZ E
Date Of Birth:     06/18/XXXX
SSN:
Source:            Anchorage (3rd Dist) Superior and District Court
State:             AK
County:            Anchorage
Case Number:       3UN-03-00182CR7349                    (3)
Case Type:         Misdemeanor
Offense:           DUI ALCOL OR CON SUB
Offense Date:
Disposition:       No Contest Plea
Disposition Date:  09/29/2003
Current As Of:     03/30/2005

Name:              KHAN, IZAZ E
Date Of Birth:     06/18/XXXX
SSN:
Source:            Anchorage (3rd Dist) Superior and District Court
State:             AK
County:            Anchorage
Case Number:       3UN-03-00183CR7350                    (4)
Case Type:         Misdemeanor
Offense:           DISREGARD HWY OBSTR
Offense Date:
Disposition:       No Contest Plea
Disposition Date:  09/29/2003
Current As Of:     03/30/2005

Name:              KHAN, IZAZ E
Date Of Birth:     06/18/XXXX
SSN:
Source:            Anchorage (3rd Dist) Superior and District Court
State:             AK
County:            Anchorage
Case Number:       3UN-04-00302CR8301          DISMISS
Case Type:         Misdemeanor
Offense:           ASSAULT-4TH DEGREE
Offense Date:
Disposition:
Current As Of:     03/30/2005

Name:              KHAN, IZAZ E
Date Of Birth:     06/18/XXXX
SSN:
Source:            Anchorage (3rd Dist) Superior and District Court
State:             AK
County:            Anchorage
```

| | |
|---|---|
| Case Number: | 3UN-04-00302CR8304 |
| Case Type: | Misdemeanor |
| Offense: | CRIM MISCHIEF 4 |
| Offense Date: | |
| Disposition: | |
| Current As Of: | 03/30/2005 |
| | |
| Name: | KHAN, IZAZ |
| Date Of Birth: | 06/18/XXXX |
| SSN: | |
| Source: | Anchorage (3rd Dist) Superior and District Court |
| State: | AK |
| County: | Anchorage |
| Case Number: | 3UN-04-00340CR8378 |
| Case Type: | Felony |
| Offense: | PERJURY |
| Offense Date: | |
| Disposition: | |
| Current As Of: | 03/30/2005 |

*[handwritten: DISSMISS]*

*[handwritten: THIS IS THE CASE I am APPEAL FOR AND I THINK MY EMPLOYER FIRE ME FOR.]*

The records contained in this report are compiled from databases that are only updated infrequently and, therefore, may not have the most current information. This report is not intended to recommend, or not recommend, any individual. The records may or may not have sufficient information to establish the exact identity of an individual therefore, the information is provided merely as an indication of information that should be verified prior to making a decision. Your decision regarding the individual should not be based on information that is not up to date or that has not been verified or solely on the results of this or any similar report. ChoicePoint Services Inc. does not guarantee, warrant or assume any responsibility for the accuracy of the information obtained from other sources and shall not be liable for any losses or injuries now or in the future resulting from or relating to the information provided herein.

END OF REPORT FOR:
KHAN, IZAZ

**Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment or to take another adverse action against you must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
    - a person has taken adverse action against you because of information in your credit report;
    - you are the victim of identify theft and place a fraud alert in your file;
    - your file contains inaccurate information as a result of fraud;

*[handwritten: Attachment 5]*

*[handwritten: 3 of 3]*