

7/15/05

```
Subject: 714-HIRECALLING BC IZAZ KHAN 06-18-65 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 NOT
WORKABLE.TIF, 714-HIRECALLING BC IZAZ KHAN 06-18-65 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
CHOICEPOINT.TIF

NOT WORKABLE DUE TO FELONY AND MISDAMEANORS.
```

Attachment 6