Date: 9-14-05  Response to McKeever's 9-2-05 Answer to Claim & Boshear's earlier controversion

To: Alaska Workers' Compensation Board

From: Izaz Khan

Re: Controversion of Workers' Compensation Claim – Summary

4/18/05 – I began working for Adams Associates in Anchorage.

6/11/05 – I worked 12 hours through Adams, 9:00 a.m. to 9:00 p.m., doing heavy lifting helping a woman move residences. During the last six hours of that job, I began experiencing pain in my left knee and lower back.

6/12/05 – When Adams called with another job assignment I told them I could not work because of my knee and back pain.

7/7/05 – I submitted a Occupational Injury Report with Adams.

7/7/05 – A doctor to whom I was referred by Adams recommended light duty work assignments.

7/7/05 – Adams offered me light duty shredding papers in their office.

7/8/05 – I worked four hours, 8 a.m. to 12 noon. While I was working, Jake/Adams Associates requested I sign a release form regarding my criminal history which I did. When I returned from lunch, I was told there was no more work. The next work week I called Adams for more work and they responded that they no longer needed me due to my criminal history.

7/8/05 – Dr. Ingle at First Care recommended bed rest.

7/15/05 – I picked up my pay check from Adams and received notification I was no longer "workable."

7/18/05 – Dr. Tilgner at First Care assessed me as "not fit for duty in his normal occupation."

7/29/05 – Adams' insurer submitted a controversion of benefits form denying my claim.

My conclusion: The employer is not offering me light duty work and so should be paying me temporary total disability. I think the board's decision number 01-0254 supports my conclusion.

Attachment 7