EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>380-2005-03117 |
|---|---|---|

Alaska State Commission For Human Rights and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Mr. Izaz E. Khan | Home Phone No. (Incl Area Code)<br>(907) 441-0412 | Date of Birth<br>06-18-1968 |
|---|---|---|

Street Address: C/O Parkview Center 831 B Street Anchorage, AK 99501

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>ADAMS TEMPORARIES | No. Employees, Members<br>Unknown | Phone No. (Include Area Code)<br>(907) 561-5161 |
|---|---|---|

Street Address: 3601 C St., Ste 1258, Anchorage, AK 99503

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-15-2005   Latest: 07-15-2005
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by this employer as a laborer on April 18, 2005. I was injured on the job on June 11, 2005 and I was off of work. I was then placed on light duty on July 7, 2005. On July 8, 2005, while on light duty, I signed a release regarding my criminal history and was sent home because there was no more work. The next work week I called for more work and was told that I was no longer needed due to my criminal history. On July 15, 2005, I received my final paycheck and a written notice stating I was not workable due to felony and misdameanors.

I believe I have been discriminated against because of my national origin, Pakistani, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been discriminated against in violation of the Americans with Disabilities Act of 1990.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 2-15-06   Charging Party Signature: [signature]

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Attachment 8