IZAZ KHAN
Name

2823 TUDOR RD
Address
ANCHORAGE AK 99507
Telephone Number

RECEIVED
APR 2 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

IZAZ KHAN,

      Plaintiff/Petitioner,

vs,

Adam Assocate,

      Defendant/Respondent.

CASE NO. 3:06-CV-00095 TMB

MOTION FOR APPOINTMENT
OF COUNSEL

    Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

    This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: 4-26-06

IZAZ KHAN
Plaintiff/Petitioner

Appt. Counsel
Effect. 5/97

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF: IZAZ KHAN v.s. ADAM Associate

FOR: _____
AT: _____

PERSON REPRESENTED (Show your full name): _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other  — Civil Case

DOCKET NUMBERS
- Magistrate: _____
- District Court: _____
- Court of Appeals: _____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☑ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: SULLIVAN STEAKE HOUSE 5th AVE MALL
IF YES, how much do you earn per month? $ 1,000
IF NO, give month and year of last employment: How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No
RECEIVED: _____     SOURCES: _____
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No  IF YES, state total amount $ 40.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT  $ _____
VALUE: _____  DESCRIPTION: _____

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ [signature]
(OR PERSON REPRESENTED)