Name

Prison Number

Place of Confinement

IZAZ-E-KHAN

2823 TUDOR RD ANCHORAGE AK 99507
Address
EMAIL: KHAN_IZAZ@YAHOO.COM
Telephone

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

IZAZ-E-KHAN,

Plaintiff,

vs.

ADAM Associate

LARRY ALLEN,

Defendant(s).

Case No. 3:06-CV-00095 TMB

**MOTION**

to/for ADDING PARTY

I, IZAZ KHAN, proceeding without a lawyer, move to/for ADDING a SECONDRY PARTY NAME LARRY ALLEN under the following statute(s)/rule(s) (if known) _____

for the following reason(s): WHEN I was WORKING FOR ADAM Associate, was MY PRIMERY EMPLOYER and LARRY ALLEN was MY SECONDRY EMPLOYER. WHEN

RECEIVED
JUN 0 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

PS 15 (effective 8/05)

I got Injuro

## Declaration Under Penalty of Perjury

I, __Izaz Khan__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __6-8-06__, at __US District Court__.

_____
Signature

## Certificate of Service

I certify that, on _____ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on_____
(Opposing Party or Counsel)

at _____.
(Address)

_____
Signature

PS 15 (effective 8/05)    2    MOTION