Name

Prison Number

Place of Confinement

Izaz-E-Khan
2823 Tudor Rd Anchorage AK 99507
Address
Email: khan_izaz@yahoo.com
Telephone

**RECEIVED**

JUN 0 8 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Izaz-E-Khan,

Plaintiff,

vs.

Adam Associate

Larry Ellan,

Defendant(s).

Case No. 3:06-CV-00095 TMB

**MOTION**

to/(for) Interpreter Request

I, Izaz Khan, proceeding without a lawyer, move to/for I am from Pakistan Urdu is my first under the following statute(s)/rule(s) (if known) Launguage and English for the following reason(s): is my secondery launguage therefour I have difficulty understanding legal term's in procioing's and in the court

PS 15 (effective 8/05)

Room So KINOLEY GRANT ME an INTERPRETER

THANK YOU

## Declaration Under Penalty of Perjury

I, IZAZ KHAN, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 6-8-06, at US DISTRICT COURT.

_____
Signature

## Certificate of Service

I certify that, on _____ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on_____
(Opposing Party or Counsel)

at _____.
(Address)

_____
Signature

PS 15 (effective 8/05)        2                    MOTION