Name

Prison Number

Place of Confinement

IZAZ-E-KHAN
2823 TUDOR RD
Address
ANCHORAGE AK 99507
Telephone
EMAIL:- KHAN_IZAZ@YAHOO.COM

RECEIVED
JUN 30 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

IZAZ-E-KHAN,

Plaintiff,

vs.

ADAM Associate AND
LARRY ALLEN,

Defendant(s).

Case No. 3:-06-CV-00095(TMB)

MOTION

to/for EXTENTION off TIME

I, IZAZ KHAN, proceeding without a lawyer, move to/for EXTENSTION off TIME TO SET ASIDE under the following statute(s)/rule(s) (if known) IN Case I am asked for the following reason(s): To Do MY SUSPENDID TIME ON CASE :- 3UN-40-340 CR ATTACH are MY DOCUMENT FOR STAY off ~~say~~ PROBATION

PS 15 (effective 8/05)

PENDING APPEAL IN THE COURT of APPEAL's of THE STATE of ALASKA. So YOUR HONOR I am ASKING FOR EXCENTION of TIME FOR SERVING of SUMMONS AND ANY OTHER PROCEIDING IN MY ABSENCE WHILE I am INCAR<sup>ERAR</sup>ATION THERE FORE YOUR HONOR PLEA's GRANT ME THIS MOTION WHILE I am ABSENCE THANKING YOU YOUR SINCIEARLY IZAZ KHAN

### Declaration Under Penalty of Perjury

I, **IZAZ KHAN**, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: **6-30-06**, at **U.S DISTRICT COURT**.

_____
Signature

### Certificate of Service

I certify that, on _____ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on_____
(Opposing Party or Counsel)

at _____.
(Address)

_____
Signature