IN THE COURT OF APPEALS OF THE STATE OF ALASKA

IZAZ KHAN, )
)
Appellant, )
)
vs. )   Court Of Appeals No. A-0 9552
)
STATE OF ALASKA, )
)
Appellee. )
_____ )   Trial Ct. No. 3UN-04-00340CR

## MOTION FOR STAY OF PROBATION PENDING APPEAL

VRA CERTIFICATION AND APP. R. 513.5 CERTIFICATION

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court. I also certify pursuant to App. R. 513.5 that the font used in this document is Times New Roman 13.

Appellant, by counsel, G. Blair McCune, Attorney at Law, moves this court

to order a stay of Mr. Khan's probation pending the appeal proceedings in the present

case.

### A. Facts and Proceedings

Mr. Khan was sentenced by the superior court on December 19, 2005. [Tr.

270] At the conclusion of the sentencing proceedings, Mr. Khan requested bail pending

appeal under AS 12.30. He also requested a stay of his sentence and of his probation.

[Tr. 316-17] The state opposed Mr. Khan's request for release on his own recognizance.

G. Blair McCune
Attorney at Law
425 G. St., Suite 620
Anchorage, AK 99501-2137
Tel. (907) 644-8568, Fax (907) 644-9008
Email: mccune@gci.net

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been delivered to the office of Mr. Douglas Kossler, Assistant Attorney General, on 6/23/2006 by G. Blair McCune.

RECEIVED

JUN 2 7 2006

PUBLIC DEFENDER AGENCY
ANCHORAGE

Attachment 1
pg 1

The state claimed there was a risk Mr. Khan would not remand himself to serve his

sentence. [Tr. 317-19] In response, Mr. Khan proposed that the court order a

performance bond under which he would forfeit $1000 if he did not remand himself as

ordered. [Tr. 320]

The trial court refused to stay probation, to set bail, or to order a

performance bond. Instead, the trial court ordered Mr. Khan to be remanded to custody

immediately. [Tr. 321] Mr. Khan requested that the court reconsider the immediate

remand and at least give him a few days to take care of personal matters. The trial court

refused reconsideration, and Mr. Khan was remanded. [Tr. 322-27]

Mr. Khan filed a notice of appeal bringing the case before this court. Mr.

Khan was sentenced to a period of imprisonment of 360 days with 180 days suspended.

A two-year period of probation was ordered. Probation was ordered to begin after

serving the term of incarceration imposed. Mr. Khan completed service of his 180-day

sentence and was released. On June 12, 2006, Mr. Khan was arrested for violating his

probation. He remains in custody pending probation revocation proceedings.

### B. Argument

Mr. Khan bases his motion for stay of probation on Alaska Appellant Rule

206(a)(3) which provides as follows:

> (3) *Probation*. An order placing the defendant on probation
> shall be stayed if an appeal is taken.

Mr. Khan must acknowledge that this court in *Jackson v. State*[1] construed Rule 206(a)(3)

---

[1] 926 P.2d 1180 (Alaska App. 1996).

G. Blair McCune
Attorney at Law
425 G. St., Suite 620
Anchorage, AK 99501-2137
Tel. (907) 644-8568, Fax (907) 644-9008
Email: mccune@gci.net

in a way that goes against Mr. Khan's argument in this court that he should be granted a stay of probation. Despite the plain language[2] of Rule 206(a)(3), this court held in *Jackson* that the rule only applies to cases in which the trial court imposes a suspended imposition of sentence. This court held that the rule did not apply to sentences that call for imprisonment followed by a period of probation.[3]

Therefore, Mr. Khan must acknowledge that under *Jackson* he is not entitled to a stay of his probation. Nevertheless, Mr. Khan himself feels very strongly that he should not have to submit to probation given the plain language of Rule 206(a)(3). Even though this court must follow *Jackson*, Mr. Khan intends to petition the Alaska Supreme Court and request that court to reverse *Jackson*. Mr. Khan's current attorney, using West-Thomson's online Key Cite program, has determined that the Alaska Supreme Court has not addressed *Jackson* in any reported decision.

Mr. Khan respectfully requests that an order staying his probation be entered by the Alaska appellate courts.

DATED at Anchorage, Alaska June 23, 2006.

G. BLAIR MCCUNE (#7906037)
Attorney for Appellant

G. Blair McCune
Attorney at Law
425 G. St., Suite 620
Anchorage, AK 99501-2137
Tel. (907) 644-8568, Fax (907) 644-9008
Email: mccune@gci.net

---

[2] As this court noted in *Jackson*, "[t]he rule is short and, at first blush, appears to be completely straightforward." *Id.* at 1185.

[3] *Id.* at 1185-86.

IN THE COURT OF APPEALS OF THE STATE OF ALASKA

IZAZ KHAN, )
　　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　Appellant, )
　　　　　　　　　　　　　　　　　　　　　　 )
　　vs. )　　Court Of Appeals No. A-0 9552
　　　　　　　　　　　　　　　　　　　　　　 )
STATE OF ALASKA, )
　　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　Appellee. )
_____ )　　Trial Ct. No. 3UN-04-00340CR

## A F F I D A V I T

> VRA CERTIFICATION AND APP. R. 513.5 CERTIFICATION
> I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court. I also certify pursuant to App. R. 513.5 that the font used in this document is Times New Roman 13.

STATE OF ALASKA 　　　 )
　　　　　　　　　　　　　　　 )　ss.
THIRD JUDICIAL DISTRICT 　 )

　　　　　G. Blair McCune, being first duly sworn, deposes and says:

　　　　　1. I am the attorney assigned to the above-styled case. The facts set out in

the Motion for Stay of Probation Pending Appeal are true to the best of my knowledge.

　　　　　　　　　　　　G. Blair McCune (#7906037)
　　　　　　　　　　　　Attorney for Appellant

SUBSCRIBED AND SWORN to before me June 23, 2006.

　　　　　　　　　　　　Notary Public in and for Alaska
　　　　　　　　　　　　My commission expires:

G. Blair McCune
Attorney at Law
425 G. St., Suite 620
Anchorage, AK 99501-2137
Tel. (907) 644-8568, Fax (907) 644-9008
Email: mccune@gci.net

4