Name: _____

Prison Number: _____

Place of Confinement:
IZAZ-E-KHAN
2823 TUDOR RD

Address: ANCHORAGE AK 99507

~~Telephone~~

EMAIL: KHAN_IZAZ@YAHOO.COM

**RECEIVED**
JUN 30 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

IZAZ-E-KHAN,

Plaintiff,

vs.

ADAM ASSOCATION AND LARRY ELLAN,

Defendant(s).

Case No. 3:-06-CV-00095 (TMB)

**MOTION**

to/for ReIssue ~~off~~ Summon's

I, IZAZ-E-KHAN, proceeding without a lawyer, move to/for ReIssue of Summon's Due To My VAN under the following statute(s)/rule(s) (if known) is in SAFE KEEPING for the following reason(s): At AURROR Towing and TRANSPOTIAN RA AND I CANNOT access it NEITHER MY DOCUMMENT NOR MY VAN WHICH HOLD MY DOCUMMENT

PS 15 (effective 8/05)

THERE FORE YOUR HONOR I am REQUESTING THE COURT TO REISSUE THE SUMMONS

THANK YOU

## Declaration Under Penalty of Perjury

I, **IZAZ - E - KHAN**, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 6-30-06, at U.S DISTRICT COURT.

_____
Signature

## Certificate of Service

I certify that, on _____ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on _____
(Opposing Party or Counsel)

at _____.
(Address)

_____
Signature

PS 15 (effective 8/05)   2   MOTION