# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Izaz Khan | COURT CASE NUMBER: 3:06-CV-00095 TMB |
| DEFENDANT: Adam Associate | TYPE OF PROCESS: Summoned |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Adam Associate

**AT** ADDRESS: 3601-C St Suite 1258 Anchorage AK 99503

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Izaz Khan

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

**RECEIVED AUG 02 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA**

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney: [signature]  ☐ DEFENDANT
TELEPHONE NUMBER: KHAN_Izaz@yahoo
DATE:

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk: Andrea M Klemm | Date: 7/31/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 7/31/06
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee: $8 | Total Mileage Charges (including endeavors): Mail fee 5.100 | Forwarding Fee | Total Charges: $13.60 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund: $13.60 |

REMARKS: Sent out certified - RR - restricted

---

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT

District of _____

Izaz-E-Khan

v.

Adam Associate

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06-cv-00095TMB

TO: (Name and address of Defendant)

Adam Associate
3601 C St Suite 1258
Anchorage AK 99503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Izaz Khan

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Ida Romack**              DATE  May 31, 2006
CLERK

redacted signature
(By)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Adam Associate
3601 C. St #1258
Anchorage, AK 99503

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 3110 0005 2101 0307

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Reciept Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 5.60

Postmark Here

Sent To: Adam Associate
Street, Apt. No.; or PO Box No. 3601 C St #1258
City, State, ZIP+4 Anch AK 99507

7003 3110 0005 2101 0307

PS Form 3800, June 2002   See Reverse for Instructions