Name: IZAZ KHAN
Address: 2823 TUDOR RD, ANCHORAGE AK 99507
Telephone:

RECEIVED
AUG 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

IZAZ-E-KHAN,

Plaintiff,

vs.

ADAM ASSOCIATES,

Defendant(s).

Case No. 3:06-CV-00095-TMB

RESPONSE TO
ORDER TO SHOW CAUSE

I, IZAZ KHAN, proceeding without counsel, respond to the Court's Order to Show Cause as follows: Your's Hounner I relize my English is not very good and I apologize for that but here is my reson for Mr Larry Allen is to be added as a second party becaus I have a primery and secondery employer since I was working for

PS 07
F:\PUBLIC\DOCS\FORMS\Pro_Se\PS07 Response to Order to Show Cause Non-Prisoner.wpd

TEMP agency PEOPLE FROM ALL walk of LIFE COME TO TEMP agency TO GET WORKER's or HELPER's THEIR FORE it was LARRY ALLEN JOB WERE I got HEART AND ALL THE Abuse and NEGLET HAPPEND AND IN MY INSUAL COMPLAIN TO US EQUAL EMPLOYMENT COMISSION I HAVE MARK it or UNDERLINE

I have attached true and correct copies of the following documents to this response:

See it FOR YOU SEE ATTACH PAGE

THANK YOU

I, __IZAZ KHAN__, declare under penalty of perjury, that I have reviewed the above response, and that the information contained in this response is true and correct.

DATED __8-14-06__, at __CLARK office__.
(Location)

__[signature]__
Signature

I hereby certify that a copy of the above response was mailed, postage prepaid, to the United States District Court for the District of Alaska, at 222 W. 7th Avenue, # 4, Anchorage, Alaska 99513, on _____.
(Date of mailing/fax/hand-delivery)

_____
Signature

PS 07
F:\PUBLIC\DOCS\FORMS\Pro_Se\PS07 Response to Order to Show Cause Non-Prisoner.wpd

RESPONSE