

**YAHOO! MAIL**                                          Print - Close Window

**Date:** Mon, 7 Nov 2005 17:47:51 -0800 (PST)

**Subject:** sun-10-sing

**To:** khan_izaz@yahoo.com

U.S EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| FEDERAL OFFICE BULDING | IZAZ KHAN |
| 909 FIRST AVENUE SUITE 400 | 2823 TUDOR RD |
| SEATTLE WA 98104-1061 | ANCHORAGE AK 99507 |
| 206-220-6883 | PHONE/ 907-441-0412 |
| FAX 206-220-6911 | IZAZ_KHAN@YAHOO.COM |

    HELLO MY NAME IS IZAZ KHAN I AM GOING TO TELL YOU ABOUT MY EMPLOYER MISTREATMENT AND THE ACTUAL FACT THAT HAPPENED I HAVE STARTED WORKING FOR ADAM ASSOCIATE ON 4-18-05 WHILE I WAS WORKING FOR ADAM ASSOCIATE I WORK FOR QUITE A FEW OF EMPLOYERS MY LAST SECONDRY EMPLOYER WAS LARREY ELLAN I WORK WITH ADAM ASSOCIATE TILL 07-15-05 HERE IS A BREAF SUMMERY OF WHAT HAPPENED AND HOW I GOT INJURD AT A JOB SITE I HAVE WORKED WITH LARREY ELLAN BEFOUR COUPEL OF TIME FOR FIVE TO SIX HOURS EACH TIME LIFTING PIANO ON ANOTHER JOB PIANO AND LARGE SAFE IN WHICH YOU KEEP IMPORTANT THINGS THOSE WERE JOBS WITH THREE MAN LESS HOURS AND NOW I AM GOING TO TALK ABOUT WHAT HAPPENED THE DAY I GOT INJURD I STARTED MY DAY WITH LARREY ALLAN AT 9 AM WITH THREE PEOPLE LIKE ON OTHER JOB LIKE AROUND 2 PM ONE PERSON LEFT NOW WE WERE LEFT WITH TWO PEOPLE ONER I MEAN LARREY ALLEN AND I MR ALLEN HAS THIS ATTUTED THAT HE KNOW HOW TO LIFT HEAVY OBJECT AND HE KNOWS HOW MUCH HIS BOX TRUCK HOLD AND HE LIKE TO SHOW OF ALL HIS TRICKS TO HIS CLINT AND TELL HIS HIRED LABORS THAT HE CAN MAKE IT EASSY ON PEOPLE OR MAKE IT TOUGH ON PEOPLE OR MAKE PEOPLE WORKE HARDER THIS WAS A LITTLE ABOUT THE PERSON WHO I WAS WORKING NOW I WILL TALK ABOUT MY PRIMERY EMPLOYER MEANS ADAM ASSOCIATE FROM DAY ONE I WAS SENT TO WORK FOR THE MOST HARDEST JOB FIRST ONE WAS ROWEN COME TO MY SERPRISE AFTER GETTING HEART ON JOB I WAS IN A PROCESS OF GETTING AN ATTORNEY SO MY ATTORNEY SAID SOME THING MICHEAL ABOUT GETTING A JOB DISCRIPTION FROM ANY OF MY SECANDERY EMPLOYERS SO I WHENT TO ROWEN AND ASKED FOR MY JOB DISCRIPTION THEY WERE HAPPEY TO SEE ME BECAUSE I WAS THE GUY WHEN WHO WORK AND DID EVERY




Attachment 2
P 1 of 2