Timothy A. McKeever
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email:    tmckeever@hwb-law.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

IZAZ KHAN,

        Plaintiff,

v.

ADAMS ASSOCIATES,

        Defendant.

Case No. 06-00095-TMB

**ENTRY OF APPEARANCE**

COMES NOW the law firm of Holmes Weddle & Barcott and enters its appearance on behalf of the Defendant, Adams & Associates, in the above-entitled action and requests that copies of any and all documents be mailed to its office at 999 Third Ave., Ste. 2600 Seattle, WA 98104.

ENTRY OF APPEARANCE
*Khan v. Adams Associates*
Case No. 06-00095          Page 1 of 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.     DATED this 21st day of August, 2006.

2.

3.                                HOLMES WEDDLE & BARCOTT, P.C.

4.

5.                                s/Timothy A. McKeever
                                 Timothy A. McKeever, ASBA #7611146

6.                                999 Third Avenue, Suite 2600
                               Seattle, Washington 98104

7.                                Telephone: (206) 292-8008
                               Facsimile: (206) 340-0289

8.                                Email:    tmckeever@hwb-law.com
                               Attorney for Defendant

9. CERTIFICATE OF SERVICE

10. The undersigned certifies under penalty of perjury
of the laws of the State of Washington that, on the

11. 21st day of August, 2006,
the foregoing was electronically filed with the Clerk

12. of Court using the CM/ECF system, which will send
notification of such filing to the following:

13.

14. Izaz Khan
2823 Tudor Road
Anchorage, AK 99507

15.

16. s/Timothy A. McKeever
Timothy A. McKeever

17.

18. G:\Pending\TAM\Adams Associates EOA.doc

19.

20.

21.

22.

23.

24.

25.

26. ENTRY OF APPEARANCE
*Khan v. Adams Associates*
Case No. 06-00095          Page 2 of 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008