Timothy A. McKeever
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile:  (206) 340-0289
Email:      tmckeever@hwb-law.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IZAZ KHAN,<br><br>    Plaintiff,<br><br>v.<br><br>ADAMS ASSOCIATES,<br><br>    Defendant. | Case No. 06-00095-TMB |

**ANSWER**

Comes now Defendant, Adams & Associates, by and through its counsel and answers the complaint filed in the matter as follows:

1)    Defendant admits that this court has jurisdiction over this matter.

2)    Defendant admits that the Plaintiff is Izaz Khan, an individual but lacks knowledge as to his current mailing address and phone number and therefore is unable to respond to any allegations concerning those facts.

ANSWER
*Khan v. Adams Associates*
Case No. 06-00095                Page 1 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

3)   Defendant admits doing business in the District of Alaska using the business name Adam & Associates. Defendant denies the remaining allegations of paragraph 2(b).

4)   Defendant, Adams & Associates is without knowledge as to the identity of "Larrey Ellan" and denies all allegations concerning that person.

5)   Defendant Adams & Associates contends that the complaint is incorrectly and incompletely completed and denies that it discriminated against Mr. Khan on the basis of an on job injury or his national origin. Defendant admits that in the summer of 2005 it terminated Mr. Khan but contends that the reasons for the termination were proper and not in violation of applicable law.

6)   At this time counsel for defendant Adams & Associates is without knowledge of when and how Mr. Khan's complaint was processed by the Equal Employment Opportunity Commission.

7)   Defendant Adams & Associates is unable to understand the allegations made by Mr. Khan in his statement to the EEOC which he has attached to his complaint and apparently attempted to incorporate by reference. Defendant denies that it improperly discriminated against Mr. Khan and particularly denies that it discriminated against Mr. Kahn on the basis of national origin or the fact that he reported an on the job injury.

8)   Defendant denies all the allegations of wrongdoing in the complaint and asks the court to dismiss the complaint, to award the claimant nothing and to award Defendant its costs and attorney fees in the maximum amount provided for by law.

ANSWER
*Khan v. Adams Associates*
Case No. 06-00095                    Page 2 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

9)      Defendant reserves the right to amend its answer to state affirmative defenses and to otherwise respond to the complaint.

DATED this 21st day of August, 2006.

                                                  HOLMES WEDDLE & BARCOTT, P.C.

s/Timothy A. McKeever
Timothy A. McKeever, ASBA #7611146
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile:  (206) 340-0289
Email:     tmckeever@hwb-law.com
Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury
of the laws of the State of Washington that, on the
21st day of August, 2006,
the foregoing was electronically filed with the Clerk
of Court using the CM/ECF system, which will send
notification of such filing to the following:

Izaz Khan
2823 Tudor Road
Anchorage, AK 99507


s/Timothy A. McKeever
Timothy A. McKeever


G:\Pending\TAM\Adams Associates Answer.doc

ANSWER
*Khan v. Adams Associates*
Case No. 06-00095            Page 3 of 3