Name
_____

Prison Number
_____

Place of Confinement
_____

IZAZ -E -KHAN
_____

2823 TUDOR RD
_____
Address

ANEHRAGE AK 99507
_____
Telephone

RECEIVED

AUG 3 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

IZAZ - E - KHAN,

   Plaintiff,

vs.

ADAM Associates

   Defendant(s).

Case No. 3:06 -CV - 00095-TMB

M O T I O N

to/for EXTEND Time &
FOR CLARIFICATION ON ORDER TO
SHOW CAUSE AND FOR HEARING

I, IZAZ KHAN _____, proceeding without a lawyer, move

to/for EXTEND GO TIME ON SHOWING EXTAAUSTION

under the following statute(s)/rule(s) (if known) ON ADMiNiSTrative

for the following reason(s): REMEDiES; BECAUS I DO NOT

UNDER STAND AND ENglisH is MY SECOND

LANGUAGE .

PS 15 (effective 8/05)

_____

_____

_____

_____

_____

_____

_____

_____

_____

### Declaration Under Penalty of Perjury

I, ____IZAZ  KHAN____, declare under penalty of

perjury, that I have reviewed the above motion, and that the information contained

in this motion is true and correct.

DATED: __8-31 - 0 6__, at __ANCHORAYE  ALASKA__

_____
Signature

### Certificate of Service

I certify that, on ___IZAZ  KHAN___ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on___BY  HAND___
(Opposing Party or Counsel)

at __8-31 - 06__.
(Address)

_____
Signature

PS 15 (effective 8/05)                  2                  **MOTION**