Name
_____

Prison Number
_____

Place of Confinement
_____

IZAZ -E -KHAN
_____

2823 TUDOR RD
_____
Address

ANCHRAGE AK 99507
_____
Telephone

RECEIVED

AUG 3 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

IZAZ - E -KHAN,

Plaintiff,

vs.

ADAM Associates

Defendant(s).

Case No. 3:06-CV-00095-TMB

**M O T I O N**

to/for EXTEND TIME &
FOR CLARIFICATION ON ORDER TO
SHOW CAUSE AND FOR HEARING

I, IZAZ KHAN , proceeding without a lawyer, move

to/for EXTEND TIME ON SHOWING EXHAUSTION

under the following statute(s)/rule(s) (if known) ON ADMINISTRATIVE

for the following reason(s): REMEDIES; BECAUS I DONOT

UNDERSTAND AND ENGLISH IS MY SECOND

LAHGUAGE.

PS 15 (effective 8/05)

_____

_____

_____

_____

_____

_____

_____

_____

_____

## Declaration Under Penalty of Perjury

I, ___IZAZ  KHAN___, declare under penalty of

perjury, that I have reviewed the above motion, and that the information contained

in this motion is true and correct.

DATED: ___8-31-06___, at ___ANCHORAGE  ALASKA___

_____
Signature

## Certificate of Service

I certify that, on ___IZAZ  KHAN___ a copy of this motion

(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on___BY  HAND___

(Opposing Party or Counsel)

at ___8-31-06___.

(Address)

_____
Signature

PS 15 (effective 8/05)                    2                    MOTION