In the United States District Court
for the District of Alaska

To:- Hon. Judge Timothy M. Burgess

Izaz Khan
    Plaintiff

v

Adam & Associates,
    Defendent

Case No. 06-cv-00095-TMB
IK

DATE = 9-14-06

RECEIVED
SEP 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

I Izaz Khan opposing ~~oressing~~ to Scheduling and Planning Conference Report dowen below are my resone's to opposition ate as fellow:-

1. I have witness list's

2. I do need a Jury Trial

3. I do not need a year to get a Trial

4. I do not understand some of the termahalogy's in this document which I need to understand befour I respond to it I am going to perpair my own draft and your hounher I would request permisition to ask question via email and my address is khan_izaz@yahoo.com To:- Hon. Judge Timothy M. Burgess

I Izaz Khan Certify that a copy of this document is server to Adam and Associate's by hand date:- 9-14-06 [signature]

Thank you

[signature]