Timothy A. McKeever
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
Facsimile: (206) 340-0289
Email: tmckeever@hwb-law.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IZAZ KHAN,<br><br>              Plaintiff,<br><br>v.<br><br><br><br><br>ADAMS & ASSOCIATES,<br><br>              Defendant. | [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO EXTEND TIME AND FOR CLARIFICATION ON ORDER TO SHOW CAUSE AND FOR HEARING<br><br>Case No. 06-00095-TMB |

This matter comes before this Court on Plaintiff's Motion to Extend Time and For Clarification on Order to Show Cause and For Hearing. The Court has reviewed plaintiff's motion, defendant's opposition and plaintiff's reply if any, as well as the papers and pleadings on this matter to date. Accordingly:

1. Plaintiff's motion is in total DENIED.

2. Plaintiff has failed to timely apply for relief from the August 16, 2006 Order denying his Motion to Add a Party. As a pro se litigant, Mr. Khan is bound by the rules of procedure.

3. The Clerk of the Court is directed to serve all counsel of record.

[PROSED] ORDER DENYING PLAINTIFF'S MOTION
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 1 of 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

DATED this _____ day of September, 2006.

_____
The Honorable Timothy Burgess
United States District Court Judge

Presented by:

HOLMES WEDDLE & BARCOTT

_____
Timothy A. McKeever, ASBA #7611146
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone:(206) 292-8008
Facsimile:(206) 340-0289
Email:tmckeever@hwb-law.com
Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 15 day of September, 2006, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Izaz Khan
KHAN_IZAZ@yahoo.com

s/Timothy McKeever
Timothy McKeever

G:\4831\21077\Pldg\Proposed Order 09.13.06.doc

[PROSED] ORDER DENYING PLAINTIFF'S MOTION
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 2 of 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008