Timothy A. McKeever
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: tmckeever@hwb-law.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IZAZ KHAN,<br><br>          Plaintiff,<br><br>v.<br><br>ADAMS & ASSOCIATES,<br><br>          Defendant. | Case No. 06-00095-TMB<br><br>SCHEDULING AND PLANNING CONFERENCE REPORT |

1. **Meeting.** In accordance with Fed. R. Civ. P. 26(f), defendant emailed Plaintiff a draft of this Report with a request to meet and confer by September 12, 2006. The undersigned also verbally instructed the Plaintiff of this requirement by phone in the context of an unrelated Alaska Workers' Compensation Proceeding. Defendant has no other means of contacting this *pro se* Plaintiff. On September 13, 2006, Plaintiff contacted this office and a scheduling conference took place on September 14, 2006, between Plaintiff and a lawyer for the Defendant. At that telephone conference, Plaintiff refused to cooperate in the preparation of this Report and requested a continuance to the mandatory filing deadline. Counsel for Defendant declined and advised that the Report would be filed by the Defendant with only the Defendant's discovery plan and other proposed pre-trial deadlines.

SCHEDULING AND PLANNING CONFERENCE REPORT
*Khan v. Adams & Associates*
Case No. 06-00095 - Page 1 of 5

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

Defendant through its counsel of record therefore submits this Report with the following scheduling requests:

2. **Prediscovery Disclosures.** The information required by Fed. R. Civ. P. 26(a)(1):

    [X]   will be exchanged by the parties by September 30, 2006

Proposed changes to disclosure requirements:  None

Preliminary witness lists

    [X]   will be exchanged by the parties by October 30, 2006

3. **Contested Issues of Fact and Law.**  Preliminarily, the defendant expects the following issues of fact and/or law to be presented to the court at trial in this matter:  issues of liability and damages.

4. **Discovery Plan.**  The defendant proposes to the court the following discovery plan:

    A.   Discovery will be needed on the following issues:  all aspects of the case

    B.   All discovery commenced in time to be completed by June 1, 2007 ("discovery close date").

    C.   Limitations on Discovery.

        1.   Interrogatories.

            [X]  No change from Fed. R. Civ. P. 33(a).

        2.   Requests for Admissions.

            [X]  No change from Fed. R. Civ. P. 36(a).

        3.   Depositions.

            [X]  No change from Fed. R. Civ. P. 36(a), (d).

    D.   Reports from retained experts.

SCHEDULING AND PLANNING CONFERENCE REPORT
*Khan v. Adams & Associates*
Case No. 06-00095 - Page 2 of 5

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

        [X]  Not later than 90 days before the close of discovery subject to Fed. R. Civ. P. 26(a)(2)(C).

E.    Supplementation of disclosures and discovery responses are to be made:

        [X]  Periodically at 60-day intervals from the entry of scheduling and planning order.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

        [X]  45 days prior to the close of discovery.

5.    **Pretrial Motions.**

[X]  No change from D. Ak. LR 16.1(c).

6.    **Other Provisions**:

A.    [X]  The defendant does not request a conference with the court before the entry of the scheduling order.

B.    Alternative dispute Resolution.  [D. Ak. LR 16.2]

        [X]  The parties will file a request for alternative dispute resolution not later than the close of discovery.

        [X] Mediation

C.    The defendant [X] does not consent to trial before a magistrate judge.

D.    Compliance with the Disclosure Requirements of Fed. R. Civ. P. 7.1. Defendant will comply by September 19, 2006

7.    **Trial**.

A.    The matter will be ready for trial:

        [X]  not later than August 2007.

B.    This matter is expected to take 3 days to try.

SCHEDULING AND PLANNING CONFERENCE REPORT
*Khan v. Adams & Associates*
Case No. 06-00095 - Page 3 of 5

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.
2.
      C.    Jury demanded   [X] No

3. DATED: _9/15/06_        HOLMES WEDDLE & BARCOTT, P.C.
4.
5.
6.                                      Timothy A. McKeever, ASBA #7611146
                                       999 Third Avenue, Suite 2600
7.                                      Seattle, Washington 98104
                                     Telephone: (206) 292-8008
8.                                    Facsimile: (206) 340-0289
                                   Email:    tmckeever@hwb-law.com
9.                                    Attorney for Defendant
10.
11. DATED:_____
12.
13.
                                   Izaz Khan
14.                                    Pro Se Plaintiff
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.

SCHEDULING AND PLANNING CONFERENCE REPORT
*Khan v. Adams & Associates*
Case No. 06-00095 - Page 4 of 5

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 15 day of September, 2006, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Izaz Khan
KHAN_IZAZ@yahoo.com

s/Tim McKeever
Tim McKeever

G:\4831\21077\Pldg\Scheduling and Planning Conf Report.doc

SCHEDULING AND PLANNING CONFERENCE REPORT
*Khan v. Adams & Associates*
Case No. 06-00095 - Page 5 of 5

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008