Timothy A. McKeever
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
Facsimile:     (206) 340-0289
Email: tmckeever@hwb-law.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| IZAZ KHAN, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 06-00095-TMB |
| ADAMS & ASSOCIATES, | RULE 7.1 DISCLOSURE STATEMENT |
| Defendant. | |

Adams & Associates by and through its attorney, Holmes Weddle & Barcott makes the following disclosure statement under Rule 7.1:

Adams & Associates is a division of Hire Calling, Inc., which is a subsidiary of Staffing Services, Inc., which is privately held. The defendant is not part of a publicly traded entity.

DATED this 15th day of September, 2006.

RULE 7.1 DISCLOSURE STATEMENT
*Khan v. Adams & Associates*
Case No. 06-00095 - Page 1 of 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 15th day of September, 2006, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Izaz Khan
KHAN_IZAZ@yahoo.com


s/Tim McKeever
Tim McKeever


G:\4831\21077\Pldg\Disclosure Statement.doc

RULE 7.1 DISCLOSURE STATEMENT
*Khan v. Adams & Associates*
Case No. 06-00095 - Page 2 of 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008