1. Timothy A. McKeever
2. HOLMES WEDDLE & BARCOTT
   999 Third Avenue, Suite 2600
3. Seattle, Washington 98104
   (206) 292-8008
4. Facsimile:    (206) 340-0289
   Email: tmckeever@hwb-law.com
5.
   Attorneys for Defendants
6.
7.              IN THE UNITED STATES DISTRICT COURT
8.                    FOR THE DISTRICT OF ALASKA

9.  IZAZ KHAN,
10.                 Plaintiff,
11.        v.
                                          Case No. 06-00095-TMB
12. ADAMS & ASSOCIATES,
                                          RULE 7.1 DISCLOSURE
13.                 Defendant.             STATEMENT

14.    Adams & Associates by and through its attorney, Holmes Weddle & Barcott
15. makes the following disclosure statement under Rule 7.1:
16.    Adams & Associates is a division of Hire Calling, Inc., which is a subsidiary of
17. Staffing Services, Inc., which is privately held. The defendant is not part of a publicly
18. traded entity.
19.
20.
21.
22.
23.
24.
25.
26.

RULE 7.1 DISCLOSURE STATEMENT
*Khan v. Adams & Associates*
Case No. 06-00095 - Page 1 of 2

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1. DATED this 19th day of September, 2006.

2.

3.

4.                                                    HOLMES WEDDLE & BARCOTT, P.C.

5.

6.                                                    Timothy A. McKeever, ASBA #7611146
999 Third Avenue, Suite 2600
Seattle, Washington 98104

7.                                                    Telephone: (206) 292-8008
Facsimile: (206) 340-0289

8.                                                    Email: tmckeever@hwb-law.com
Attorney for Defendant

9.

10.

11.

12. CERTIFICATE OF SERVICE

13. The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the

14. 19 day of September, 2006,

15. the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

16.

17. Izaz Khan
KHAN_IZAZ@yahoo.com

18.

19.

20. s/Tim McKeever
Tim McKeever

21.

22.

23. G:\4831\21077\Pldg\Disclosure Statement.doc

24.

25.

26.

RULE 7.1 DISCLOSURE STATEMENT
*Khan v. Adams & Associates*
Case No. 06-00095 - Page 2 of 2