**Name**

Izaz-E-Khan

**Prison Number**

**Place of Confinement**

2823 Tudor Rd Anchorage

**Address**

Voice Mail 868-2051   AK. 99507

**Telephone**

Good for 2 month (E.Mail) Khan_Izaz@yahoo.com

RECEIVED SEP 27 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Izaz-E-Khan,

Plaintiff,

vs.

Adam & Associate

Timothy-M-McKeever,

Defendant(s).

Case No. 3:06-cv-00095-TMB

**MOTION**

to/for   Interpreter

I, Izaz Khan, proceeding without a lawyer, move to/for Requesting for Interpreter - Urdu to English under the following statute(s)/rule(s) (if known) _____

for the following reason(s): Your Honnorabel Judge Timothy-M-Burgess I am Requesting for an Interperter for 10-4-06 ~~the~~ Status

PS 15 (effective 8/05)

REPORT, CONFERENCE.

THANK YOU

### Declaration Under Penalty of Perjury

I, IZAZ KHAN, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 9-27-06 , at 3:30 PM .

_____
Signature

### Certificate of Service

I certify that, on IZAZ KHAN a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on HAHO OLIVER
(Opposing Party or Counsel)

at HOLMES WEDDLE & BARCTT office in ANCHORAGE
(Address)

_____
Signature

PS 15 (effective 8/05)          2          MOTION