### MINUTES OF THE UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

*IZAZ KHAN v. ADAMS ASSOCIATES*
Case No. 3:06-cv-095 TMB

By:            THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:   ORDER FROM CHAMBERS

Plaintiff filed a Motion for Interpreter at Docket [29].  The Court has considered the Plaintiff's motion and will not provide an interpreter. Plaintiff may bring his own interpreter and if he chooses to provide his own interpreter, the Court will not pay those expenses.

**IT IS HEREBY ORDERED:**

Plaintiff's Motion for Interpreter [29] is **DENIED**.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:    September 28, 2006.