```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

 IZAZ KHAN                          vs.    ADAMS ASSOCIATES

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO 3:06-CV-00095-TMB

DEPUTY CLERK/RECORDER:        Elisa Singleton

APPEARANCES:    PLAINTIFF:

                DEFENDANT:    Timothy A. McKeever

PROCEEDINGS: SCHEDULING CONFERENCE - Held 10/4/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:01 a.m. court convened.

Court and counsel heard re plaintiff's non-appearance.  Court to
issue an order re scheduling and planning and other information.

At 10:07 a.m. court adjourned.




















DATE: October 4, 2006     DEPUTY CLERK'S INITIALS:           ES
```