IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

IZAZ KHAN,

               Plaintiff,

    vs.

ADAMS ASSOCIATES & LARRY ELLAN,

              Defendants.

Case No. 3:06-cv-095   TMB


<u>O R D E R</u>

Plaintiff filed an Employment Discrimination complaint in this court on April 26, 2006, alleging termination from his employment due to a work-related injury and on the basis of national origin, in violation of Title VII of the civil Rights Act of 1964.  Docket 1.  Plaintiff is proceeding *pro se.  See* Docket 5.   There are currently two motions pending before this Court.  The Court scheduled a status conference in this matter on October 4, 2006, but Mr. Kahn did not appear in person or via telephone, despite calling the clerk's office shortly before the hearing to say he could not appear, either in person or by phone.

It is hereby ordered as follows:

1. The motion for extension of time to respond to the Order to Show Cause (Docket 19) is DENIED.  Plaintiff already has responded to the Order to Show Cause.  *See* Docket 13.

2. The Motion for a Hearing (Docket 20) is DENIED as moot.

3. The Court will separately issue a Scheduling and Planning order based on the information in the Court file.

**Plaintiff is advised that he risks dismissal of this matter for failure to prosecute if he does not participate in scheduled hearings and motion practice in this matter.**  *See* Local Rule 41.1.

Dated at Anchorage, Alaska, this 11th day of October, 2006.

/s/ Timothy Burgess
Timothy M. Burgess
United States District Judge

1