Kara Heikkila
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone:(206) 292-8008
Facsimile:(206) 340-0289
Email:kheikkila@hwb-law.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

IZAZ KHAN,

          Plaintiff,

  v.

ADAMS & ASSOCIATES,

          Defendant.

Case No. 06-00095-TMB

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

NOTICE IS HEREBY GIVEN that Timothy McKeever of Holmes Weddle & Barcott withdraws as counsel for defendant herein, and Kara Heikkila of the same firm is substituted. All future pleadings, papers, or notices, except process, should be served upon Ms. Heikkila at 999 Third Avenue, Suite 2600, Seattle, Washington 98104.

NOTICE OF WITHDRAWAL AND SUBSTITUTION
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 1 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1. DATED this _____ day of October, 2006.

			HOLMES WEDDLE & BARCOTT

			_____
			Timothy A. McKeever, ASBA #7611146
			999 Third Avenue, Suite 2600
			Seattle, Washington 98104
			Telephone: (206) 292-8008
			Facsimile:  (206) 340-0289
			Email:      tmckeever@hwb-law.com
			Attorney for Defendant

DATED this _____ day of October, 2006

			HOLMES WEDDLE & BARCOTT

			_____
			Kara Heikkila, ASBA #0410059
			999 Third Avenue, Suite 2600
			Seattle, Washington 98104
			Telephone: (206) 292-8008
			Facsimile:  (206) 340-0289
			Email:      kheikkila@hwb-law.com
			Attorney for Defendant

NOTICE OF WITHDRAWAL AND SUBSTITUTION
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 2 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 20th day of October, 2006, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Izaz Khan
KHAN_IZAZ@yahoo.com


s/Kara Heikkila
Kara Heikkila


G:\4831\21077\Pldg\Ntc Withdrawal & Subst..doc

NOTICE OF WITHDRAWAL AND SUBSTITUTION
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 3 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008