Name

Prison Number

Place of Confinement

**Izaz-E. Khan**

**2823 Tudor RD**
Address
**Anchorage AK 99507**
Telephone

RECEIVED

OCT 1 8 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

**Izaz-E-Khan**,

Plaintiff,

vs.

**Adam & Associate**
**Timothy-M-McKeever,**

Defendant(s).

Case No. #3:06-cv-00095-TMB

**MOTION**

to/for **Time & Scheduling**

I, **Izaz Khan**, proceeding without a lawyer, move to/for **Time & Scheduling**

under the following statute(s)/rule(s) (if known) _____

for the following reason(s): **Due to my health and Physical Condition I am Requesting the Court for Further Court Prociding**

PS 15 (effective 8/05)

TO BE SCHEDULING IN THE AFTERNOON SO I DO NOT HAVE TO RUSH THING'S

### Declaration Under Penalty of Perjury

I, Izaz Khan, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 10-18-06, at 12:00 Pm.

_____
Signature

### Certificate of Service

I certify that, on Izaz Khan a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on Hand Dlivered
(Opposing Party or Counsel)

at Anchorage office
(Address)

_____
Signature

PS 15 (effective 8/05)        2        MOTION