Name

Prison Number

Place of Confinement
Izaz-E-Khan

2823 Tudor Rd
Address
Anchorage AK 99507
Telephone

RECEIVED
OCT 1 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Izaz-E-Khan,

Plaintiff,

vs.

Adam & Associate

Timothy-M-McKeever

Defendant(s).

Case No. 3:06-CV-00095-TMB

MOTION
to/for ADD PARTY

I, Izaz Khan, proceeding without a lawyer, move to/for ADD PARTY

under the following statute(s)/rule(s) (if known) _____

for the following reason(s): BECAUSE MR LARRY ALLAN HAS a Big PART TO PLAY IN MY WORK RELATED INJURY I HAVE EXPLAIN THAT

PS 15 (effective 8/05)

IN MY AMENDED COMPLAIN LETTER TO THE COURT THE FACT THAT WHY MR LARRY ALLEN NEED TO BE SUMMONE I am going to ATTACH THE COMPLAIN LETTER REWRITTEN and FILED ON Aug 29 2006 WHICH EXPLAIN WHY MR LARRY ALLEN NEED TO BE AS ADD PARTY and REQUESTING THE COURT TO Put MY Attach LETTER as PUBLIC RECORD AND YOUR REVIEW

### Declaration Under Penalty of Perjury

I, __IZAZ-E-KHAN__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __10-18-06__, at __12:00 PM__.

__/s/ signature__
Signature

### Certificate of Service

I certify that, on __IZAZ-E-KHAN__ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on __HAND DLIVERD__
(Opposing Party or Counsel)

at __At ANCHORAGE BRANCH TO THE DEFENCE__.
(Address)

__/s/ signature__
Signature