Name _____

Prison Number _____

Place of Confinement
IZAZ-E-KHAN
2823 TUDOR RO
Address
ANCHORAGE AK 99507
Telephone

RECEIVED
OCT 1 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

IZAZ-E-KHAN,

Plaintiff,

vs.

ADAM & Associate
TIMOTHY-M. MCKEEVER.,

Defendant(s).

Case No. #3:06-CV-00095-TMB

MOTION
to/for INTEPRETER

I, IZAZ KHAN, proceeding without a lawyer, move to/for INTERRETER _____

under the following statute(s)/rule(s) (if known) _____

for the following reason(s): ENGLISH IS MY SECOND LANGUAGE MY QUILIFICATION IS HIGH SCHOOL FROM MY COUNTRY of ORIGEN

PS 15 (effective 8/05)

THERE FORE I HAVE REAL DIFFECULTY IN EXPLAINING AND UNDERSTANDING ENGLISH TERM'S AND LAW TERM'S AND THE DEFENCE IS TAKING advantage of THAT SAYING YOUR ENGLISH IS FINE WHERE AS I HAVE PROBLEM UNDERSTANDING and EXPLAINING SO I am REQUESTING THE COURT TO PROVIDE ME AN INTEPRETER FROM URDU TO ENGLISH it WILL HELP ME IN MY CASE and LIKE YOU HAVE MENTION REGARDING MY EEOC COMPLAIN THAT YOU COULD NOT UNDERSTAND WHAT I am TRYING TO SAY IS a CLEAR PROF of MY LANGUAGE BARRER AND I TOOK SOME ONE else HELP TO REWRITE it

### Declaration Under Penalty of Perjury

I, __IZAZ KHAN__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __10-18-06__, at __12:00 Pm__.

_____
Signature

### Certificate of Service

I certify that, on __IZAZ KHAN__ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on __HAND DELIVERD TO__
(Opposing Party or Counsel)

at __ANCHROAGE office TO THE DEFENCE__.
(Address)

_____
Signature