Name _____

Prison Number _____

Place of Confinement

IZAZ-E. KHAN
2823 TUDOR RD
Address ANCHORAGE AK 99507

Telephone _____

RECEIVED
OCT 25 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

IZAZ-E-KHAN,

Plaintiff,

vs.

ADAM Associates,

Defendant(s).

Case No. 3:06-CV-95 TMB

MOTION

to/for Summone MR LARRY ELLAH

I, IZAZ KHAN, proceeding without a lawyer, move THE COURT to/for Summone MR LARRY ELLAN YOUR HOHNER under the following statute(s)/rule(s) (if known) I am REQUESTING for the following reason(s): THE COURT TO ISSUE SUMMONE FOR MR LARRY ELLAN

PS 15 (effective 8/05)

_____

_____

_____

_____

_____

_____

_____

_____

_____

### Declaration Under Penalty of Perjury

I, __IZAZ KHAN__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __10-25-06__, at __US DISTRIC COURT ANCHORAGE__

_____
Signature

### Certificate of Service

I certify that, on __IZAZ KHAN__ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on __HAND DLIVERD TO DEFENDENT__
(Opposing Party or Counsel)

at __ANCHORAGE ALASKA BRANCH__.
(Address)

_____
Signature

PS 15 (effective 8/05)        2                MOTION