Kara Heikkila
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
Facsimile:(206) 340-0289
Email: kheikkila@hwb-law.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| IZAZ KHAN,<br><br>               Plaintiff,<br><br>v.<br><br><br><br>ADAMS & ASSOCIATES,<br><br>               Defendant. | [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO ADD A PARTY, MOTION FOR AN INTERPRETER, TIME & SCHEDULING MOTION, AND MOTION FOR A SUMMONS FOR LARRY ELLAN<br><br>Case No. 06-00095-TMB |
|---|---|

This matter comes before this Court on Plaintiff's Motion to Add a Party, Motion for an Interpreter, Time & Scheduling Motion, and Motion for a Summons for Larry Ellan. The Court has reviewed plaintiff's motions, defendant's opposition and plaintiff's reply if any, as well as the papers and pleadings on this matter to date. Accordingly:

    1.    Plaintiff's Motion to Add a Party is DENIED.

    2.    Plaintiff's Motion for an Interpreter is DENIED.

    3.    Plaintiff's Time and Scheduling Motion is DENIED.

    4.    Plaintiff's Motion for a Summons for Larry Ellan is DENIED.

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTIONS
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 1 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

5. Plaintiff failed to timely apply for relief from the August 16, 2006 Order denying his Motion to Add a Party. Likewise, Plaintiff failed to timely apply for relief from the September 29, 2006 Order denying his Motion for an Interpreter. As a *pro se* litigant, Mr. Khan is bound by the rules of procedure.

6. The Plaintiff is advised that the continued filing of motions regarding matters already addressed by this Court, may result in sanctions, including an Order from this Court ordering Plaintiff to pay the reasonable costs and attorney's fees expended by Defendant in responding to Plaintiff's duplicative motions.

DATED this _____ day of November, 2006.

_____
The Honorable Timothy Burgess
United States District Court Judge

Presented by:

HOLMES WEDDLE & BARCOTT

_____
Kara Heikkila, ASBA #0410059
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: kheikkila@hwb-law.com
Attorney for Defendant

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTIONS
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 2 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the ___ day of October, 2006, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Izaz Khan
KHAN_IZAZ@yahoo.com

_____
Kara Heikkila

G:\4831\21077\Pldg\Proposed Order 10.27.06.doc

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTIONS
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 3 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008