__IZAZ-E-KHAN__
Name

_____
Prison Number

_____
Place of Confinement



_____
__2823 TUDOR RD__
Address
__ANCHORAGE AK 99507__
Telephone

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

__IZAZ KHAN__,

Plaintiff,

vs.

__ADAM Associate__,

_____,

Defendant(s).

Case No. __3:06-CV-00095 TMB__

MOTION

to/for __SHOW CAUS__

I, __IZAZ KHAN__, proceeding without a lawyer, move to/for __SHOW CAUS__ under the following statute(s)/rule(s) (if known) _____

for the following reason(s): __NEGiLET, No BRAKE'S, SHORT HANDiD - UNSAFE, MR LARREY ALLEN WANT To FiNiSH ALL of WORK THAT DAY AND ~~WEE~~ WHEN__

PS 15 (effective 8/05)

MISS B SAID THERE IS MOORE HE SAID I do Not HAVE TIME TAKE KHAN HE will FINISH it ANOTHER DAY

## Declaration Under Penalty of Perjury

I, IZAZ-E-KHAN, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 3-19-07, at CLARK office.

Signature

## Certificate of Service

I certify that, on 3-19-07 a copy of this motion
(Date of mailing or handing to Correcitonal Officer)
was served, by first class U.S. mail, on I SERVED a COPY
(Opposing Party or Counsel)
at BY HAND AT ANCHORAGE office.
(Address)

Signature