**Name:** IZAZ-KHAN

**Prison Number:**

**Place of Confinement:**

**Address:** 2823 TUDOR RD ANCHORAGE ALASKA 99507

**Telephone:**

RECEIVED
MAR 1 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

IZAZ KHAN,
   Plaintiff,

vs.

ADAM Associate,

   Defendant(s).

Case No. 3:06-CV-00095TMB

**MOTION**

to/for EEOC INVESTIGATION

I, IZAZ KHAN, proceeding without a lawyer, move to/for EEOC COMPLAIN RE INVESTIGATION under the following statute(s)/rule(s) (if known) _____

for the following reason(s): I IZAZ KHAN ASKING JUDGE TIMOTHEY-M-BURGESS HOW TO FILE a COMPLAIN AGAINEST EEOC INVESTIGATION

PS 15 (effective 8/05)

IF I IZAZ KHAN DISAGREE WITH THE INVESTAGATION, AND IN WHAT COURT IN REGEARD TO MY CLAIM OF PREJUDE'S AND 911

### Declaration Under Penalty of Perjury

I, **IZAZ KHAN**, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: **3-19-07**, at **CLARK office**.

_____
Signature

### Certificate of Service

I certify that, on **3-19-07** a copy of this motion
(Date of mailing or handing to Correcitonal Officer)
was served, by first class U.S. mail, on **I SERVED a COPY**
(Opposing Party or Counsel)
at **BY HAND At AHCHORAGE office**.
(Address)

_____
Signature

PS 15 (effective 8/05)                    2                    MOTION