Kara Heikkila
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
Facsimile:(206) 340-0289
Email: kheikkila@hwb-law.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IZAZ KHAN,<br><br>        Plaintiff,<br><br>v.<br><br>ADAMS & ASSOCIATES,<br><br>        Defendant. | Case No. 06-00095-TMB |

**OPPOSITION TO PLAINTIFF'S MOTION FOR EEOC INVESTIGATION AND MOTION TO SHOW CAUSE FILED MARCH 19, 2007**

### I. RELIEF REQUESTED

Defendant Adams & Associates "Adams" requests that Plaintiff Izaz Khan's "Khan" motions, filed March 19, 2007, be denied. These motions are improper, without merit, and should be denied.

### II. BACKGROUND AND ARGUMENT

Khan filed this employment discrimination lawsuit on April 26, 2006, after which Khan has delayed this case with multiple, and often times duplicative motions. On March 19, 2007 Khan filed a Motion to Show Cause and a Motion for EEOC Investigation. In

OPP. TO PLTF.'S MOTION FOR EEOC
INVESTIGATION AND MOTION TO
SHOW CAUSE FILED MARCH 19, 2007
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB

Page 1 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

the interest of efficiency, Defendant Adams & Associates ("Adams") submits this consolidated opposition to both of Khan's March 19, 2007 motions.

Khan's Motion for EEOC Investigation seeks this Court's advice on how and where to file a complaint against the EEOC, based on his disagreement with how the EEOC investigated his claim. This motion is improper because it seeks legal advice from the Court on how to file a lawsuit against non-party. Furthermore, it is not relevant to the claims at issue here and not contemplated by the Federal Rules of Civil Procedure.

Khan's Motion to Show Caus[e] also seeks information that is irrelevant to the discrimination claims alleged in this lawsuit. With this motion, Khan seeks factual information about a non-party, "Larrey Allen" and events that apparently occurred. Khan has failed to comply with the Court's July 31, 2006 Order requiring him to show that he exhausted his administrative remedies as to Mr. Allen. (Docket No. 10.) Accordingly, any claims Khan may have against Mr. Allen are not a part of this lawsuit, the events alleged are irrelevant, and this motion should be denied as improper.

### III. CONCLUSION

Khan continues to burden the Court and Adams with meritless motions seeking relief that is not available. Khan's motions are outside the scope of the Local Rules, the Federal Rules of Civil Procedure, and this lawsuit. By merely naming Adams & Associates as a party, Khan has forced Adams to expend time and resources responding to his numerous motions used primarily to air his complaints. Adams asks that Khan's March 19, 2007 motions be denied, and that the Court issue a warning that Khan's continued abusive motion practice will result in serious sanctions, including monetary fines and dismissal of the suit.

OPP. TO PLTF.'S MOTION FOR EEOC
INVESTIGATION AND MOTION TO
SHOW CAUSE FILED MARCH 19, 2007
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.
2.     DATED this 21 day of March, 2007.
3.
                                         HOLMES WEDDLE & BARCOTT
4.
5.                                       _____
6.                                       Kara Heikkila, ASBA #0410059
                                         999 Third Avenue, Suite 2600
7.                                       Seattle, Washington 98104
                                         Telephone: (206) 292-8008
8.                                       Facsimile: (206) 340-0289
                                         Email:   kheikkila@hwb-law.com
9.                                       Attorney for Defendant
10.
11.    CERTIFICATE OF SERVICE

12.    The undersigned certifies under penalty of perjury
       of the laws of the State of Washington that, on the
13.    21 day of March, 2007,
       the foregoing was electronically filed with the Clerk
14.    of Court using the CM/ECF system, which will send
       notification of such filing to the following:
15.

16.    Izaz Khan
       KHAN_IZAZ@yahoo.com
17.

18.

19.    _____
       Kara Heikkila
20.
       G:\4831\21077\Pldg\Opp to Motions 3.07.doc
21.
22.
23.
24.
25.    OPP. TO PLTF.'S MOTION FOR EEOC
       INVESTIGATION AND MOTION TO
26.    SHOW CAUSE FILED MARCH 19, 2007
       *Izaz Khan v. Adams & Associates*
       Case No. 06-00095 TMB

                           Page 3 of 3