Kara Heikkila
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
Facsimile:(206) 340-0289
Email: kheikkila@hwb-law.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| IZAZ KHAN, | |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO SHOW CAUSE AND MOTION FOR EEOC INVESTIGATION |
| ADAMS & ASSOCIATES, | Case No. 06-00095-TMB |
| Defendant. | |

This matter comes before this Court on Plaintiff's Motion to Show Cause and Motion for EEOC Investigation. The Court has reviewed plaintiff's motions, defendant's opposition and plaintiff's reply if any, as well as the papers and pleadings on this matter to date. Accordingly:

    1.    Plaintiff's Motion to Show Cause is DENIED.

    2.    Plaintiff's Motion for EEOC Investigation is DENIED.

    3.    As a pro se litigant, Mr. Khan is bound by the rules of procedure.

    4.    The Plaintiff is advised that the continued filing of meritless motions will result in sanctions, including an Order from this Court ordering Plaintiff to pay the

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTIONS
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 1 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

reasonable costs and attorney's fees expended by Defendant, and dismissal of this lawsuit.

DATED this _____ day of March, 2007.

_____
The Honorable Timothy Burgess
United States District Court Judge

Presented by:

HOLMES WEDDLE & BARCOTT

_____
Kara Heikkila, ASBA #0410059
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: kheikkila@hwb-law.com
Attorney for Defendant

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTIONS
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 2 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.
2. CERTIFICATE OF SERVICE
3.
4. The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 31st day of October, 2007,
5. the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send
6. notification of such filing to the following:
7.
   Izaz Khan
8. KHAN_IZAZ@yahoo.com
9.
   _____
10. Kara Heikkila
11. G:\4831\21077\Pldg\Proposed Order 3.20.07.doc
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTIONS
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 3 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008