Kara Heikkila
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
Facsimile:(206) 340-0289
Email: kheikkila@hwb-law.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IZAZ KHAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>ADAMS & ASSOCIATES,<br><br>                    Defendant. | NOTICE OF ERRATA<br><br>Case No. 06-00095-TMB |

Comes now Defendant, and gives notice that the Certificate of Service on the [Proposed] Order Denying Plaintiff's Motion To Show Cause and Motion For EEOC Investigation filed on March 21, 2007, was wrongly dated as October 31, 2007. The correct date should be March 21, 2007. Conventional service will be made to Izaz Khan at 2823 Tudor Road, Anchorage, AK 99507.

Notice of Errata
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 1 of 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

DATED this 21 day of March, 2007.

HOLMES WEDDLE & BARCOTT

_____
Kara Heikkila, ASBA #0410059
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email:     kheikkila@hwb-law.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 21 day of March, 2007, a true and correct copy of the foregoing was sent via email and U.S. Mail to:

Izaz Khan
2823 Tudor Road
Anchorage, AK 99507
KHAN_IZAZ@yahoo.com

_____
Kara Heikkila

G:\4831\21077\Pldg\Ntc Errata.doc

Notice of Errata
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 2 of 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008