**Name:** IZAZ-E-KHAN

**Prison Number:**

**Place of Confinement:**

**Address:** 2823 TUDOR RD, ANCHORAGE AK 99507

**Telephone:** KHAN_IZAZ@YAHOO.COM

Attach: 5 PAGE'S

RECEIVED
APR 2 5 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DATE: 4-25-07

IZAZ KHAN,
   Plaintiff,

vs.

ADAM Associate
   ,
   Defendant(s).

Case No. 3:06-CV-00095 TMB

**MOTION**
to/for REQUESTING FOR ATTORNEY

I, IZAZ KHAN, proceeding without a lawyer, move to/for COURT FOR REPRESENTING MATTER under the following statute(s)/rule(s) (if known) _____

for the following reason(s): I HAVE TRYED MY LEAVEL BEST TO SEEK and accute COUNCEL But NO LUCK BELOW are the NAME'S AND NUMBER'S of

PS 15 (effective 8/05)

of Attorney's I TRY I am Attaching THE LIST with this Docummemt. Due To my Injury and Medication what ever Search I could Do And also Requesting any Proceeding of Hearing Be in the Afternoon Like after 2:00 Pm and my Living Situation AND AN Attorney who CAN Fight my Issue's in the Court And can provide Proper Assistance in order To wain my CASE.

### Declaration Under Penalty of Perjury

I, __Izaz Khan__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __4-25-07__, at __Anchorage office__.

_____
Signature

### Certificate of Service

I certify that, on __Izaz Khan__ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on __Hand Delivered.__
(Opposing Party or Counsel)

at __Anchorage office__.
(Address)

_____
Signature

PS 15 (effective 8/05)              2              MOTION