# List of Attorney's 4- -07

| # | Name | Number |
|---|---|---|
| 1) | Hugie W. Fleischer | 907-264-6635 |
| 2) | Bill Soule | 907-338-0543 |
| 3) | Joe Kalamaridy | 907-276-9132 |
| 4) | Bob Rehbock | 907-279-9132 |
| 5) | Tom Owen III | 907-276-6100 |
| 6) | Ken Legacki | 907-277-1900 |
| 7) | Laurel Tatsuda | 907-277-8080 |
| 8) | Joe Patterson | |
| 9) | Rex Butler | |
| 10) | Disability Law Center — Marbeth | 907-565-1002 |
| 11) | Alaska Bar Refferal Servic | |
| 12) | Alaska Leagle Service's — Andy Harington | 1-800-478-5401 |
| 13) | Josephson & Associate | 907-276-0151 |
| 14) | Lee Holen | 907-278-0298 |