LAW OFFICES
OF
KENNETH W. LEGACKI, P.C.

425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail Address: legacki@gci.net

### NOTICE

Enclosed with this **Notice** is an evaluation questionnaire for Kenneth Legacki's potential clients. Your problem is important to us, but please understand that Kenneth Legacki cannot evaluate your case without as much of this information as you possibly can provide. Do your best to complete all questions which apply to your situation and return all documents requested. Your intake packet may not be reviewed until all requested information which applies to your case is provided. Once you return the packet, Kenneth Legacki's office will make every effort to contact you within one week with either (1) more questions, (2) the attorney's initial comments, or (3) a time for an appointment, if one is appropriate. There is no charge for review of your responses to this intake packet. If an appointment is scheduled there will be an initial consultation and evaluation charge.

**Please be on notice: By agreeing to evaluate your claim for possible representation, Kenneth Legacki is not agreeing to take your case; he does not represent you at this time. However, he will review your questionnaire and someone from the office will get back to you.**

We know you are anxious for an answer, and we will try to get back to you within one week of receiving your packet and material. **If you believe you have an emergency, please explain what it is and give due dates on the front of your packet.** You may return this completed intake questionnaire to Kenneth Legacki by fax at (907) 278-4848. Please do not return more than ten (10) pages by fax during regular office hours; if you have a large file, mail by Express or Priority Mail, do not fax.

Please be on notice: **KENNETH LEGACKI IS NOT AGREEING TO BE YOUR ATTORNEY AT THIS TIME.**

**PLEASE SEND COPIES OF YOUR RECORDS; NOT THE ORIGINALS. FILES MAY BE DESTROYED AFTER SIX MONTHS IF THERE HAS BEEN NO ACTIVITY.**