# LEE HOLEN LAW OFFICE

608 WEST FOURTH AVENUE, SUITE 21
ANCHORAGE, ALASKA 99501
(907) 278-0298 OFFICE       (907) 278-0247 FAX

LEE HOLEN                           leeholen@gci.net

April 2, 2007

Izaz Khan                                           Sent via mail and email
2823 Tudor Road
Anchorage, Alaska 99507

Dear Mr. Khan:

   Attached with this letter is a copy of the letters I sent you last June. If you have some changes in your situation you would like to set out in a timeline or chronology of events, I will look at it and get back to you. Otherwise, as noted in my letter of June 8, 2006, I am unable to take your case and my decision is final.

   If you are calling about a different employment matter, you are required to fill out a new intake, also attached.

                      Sincerely,
                      LEE HOLEN LAW OFFICE


                      Sent without signature to avoid delay


                      Lee Holen

LH/mkl
Enclosures