2

To:    Members of the ALSC Grievance Committee
From: Andy Harrington
Re:    Izaz Khan grievance
Date:  October 2, 2006

    This is my summary of the prior proceedings with respect to Mr. Khan's grievance. I will be emailing him a copy of this memo.

    Mr. Khan was interviewed by the pro bono "attorney of the day" on June 29, on two matters, a workers' compensation claim and a federal employment discrimination claim. Both stemmed from his prior employment with a temporary employment agency, Adams Associates, in Anchorage. Larry Ellan (ph.) had hired him 3-4 times through Adams Associates for furniture moving jobs. In July of 2005, Mr. Khan injured his back while assisting Mr. Ellan in moving a number of items of furniture; apparently a third man Ellan had hired to assist on the same job left after working for a few hours, and there was more furniture than Mr. Ellan had realized, and Mr. Ellan and Mr. Khan worked into the evening. Mr. Khan noticed his back injury the next day and reported the injury on July 7. He was sent to "First Care" clinic where he was advised to do light duty. He went back to Adams Associates and was assigned to shredding paper. He did that for one morning; when he came back in the afternoon he was sent home. He had been asked to sign an authorization for a criminal record check, which he did. The records check reflected, accurately, that he had four misdemeanor convictions and one felony conviction (for perjury, currently on appeal). His employment was terminated. Workers Compensation has paid for his medical care, but has not paid cash benefits because he was sent back to do light duty. He requested a hearing and did not prevail; the hearing decision is on appeal currently.

    The Anchorage office did not accept his application because both workers compensation and employment discrimination claims were low priority matters on the case acceptance priority grid.

    Mr. Khan took the issue to me. Discussing it with him, I discovered that he also had a Social Security disability claim pending. I upheld the Anchorage office determination on the workers compensation and employment discrimination matters, but directed him to follow up with the Anchorage office on his possible Social Security disability claim.

    Mr. Khan is not satisfied with that resolution and has requested that the ALSC board grievance committee hear his grievance.

1