**Name:** IZAZ-E-KHAN

**Prison Number:**

**Place of Confinement:**

**Address:** 2823 TUDOR RD ANCHORAGE AK 99507

**Telephone:** KHAN_IZAZ@YAHOO.COM

ATTACH 4 PAGE'S

RECEIVED APR 25 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DATE: 4-25-07

IZAZ KHAN,

Plaintiff,

vs.

ADAM Associate,

Defendant(s).

Case No. 3:06-CV-00095TMB

MOTION

to/for REMOVEL of JUDGE Timothy-M-Burgess

I, IZAZ-E-KHAN, proceeding without a lawyer, move to/for THE COURT TO REMOVE JUDGE Timothy-M-Burgess UNDER CIVIEL under the following statute(s)/rule(s) (if known) Right's Act To Get AN Interpreter for the following reason(s): IN MY LANGUAGE WHICH IS URDU TO ENGLISH HE FAIL TO DO SO ON MY HEARING WHICH

PS 15 (effective 8/05)

was, in Augest 2006 I cannot Recall the Date's I feel that Judge Bergess has Bias Again me Due to my National Origen and my Last Name Khan And my English Barrier when it come to Leagel matter's I am unable to explain about my Injury and the Discremination that Happend At my Job and my Employer Did To Take my Cash And Medical Benifit's Away From me. Continue See attach Page

### Declaration Under Penalty of Perjury

I, __Izaz-E-Khan__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __4-25-07__, at __Anchorage office__.

__[signature]__
Signature

### Certificate of Service

I certify that, on __Izaz Khan__ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on __Hand Delivered__
(Opposing Party or Counsel)

at __Anchorage office__.
(Address)

__[signature]__
Signature

PS 15 (effective 8/05)   2   MOTION