I, Izaz-E. Khan, proceeding without a lawyer, move to/for the court to remove judge
Timothy M. Burgess under the Civil Right's Act to get an interpreter in my language
which is Urdu to English. He failed to do so on my hearing which was in August 2006. I
cannot recall the date. I feel that Judge Burgess has bias against me due to my national
origin and my last name, Khan, and my English barrier when it comes to legal matters, I
am unable to explain about my injury and the discrimination that happened at my job and
my employer did to take my cash and medical benefits away from me. I have no
confidence in the judge that he can do any justice in my discrimination and injury of my
left lower back, knee, and now neck pain injury. I feel judge Burgess is not at all serious
regarding my issue of discrimination investigation that needs attention and the process
and procedure and method that was applied to investigate was not done correctly and
there were questions that were not asked to the employer regarding my termination that
would reveal the fact of wrong and discrimination done against me which I will mention
below.

I am from Pakistan and due to 9/11 people dislike me to talk about political religious, or
foreign policy against Pakistan and the whole Middle East, and how the military failed in
Afghanistan and could not get Bin Laden and the American people pride of military
power and economical power was hurt and was proven wrong. And the people that have
given protection to Bin Laden are all, or most of them, have the last name Khan, which is
my last name. I have observed a clear change in people's behavior and when I go to
different agencies like Social Security, Adult Public Assistance, Human Rights Agency,
and the Division of Occupational Licensing, Anchorage City People Movers, Anchorage
Human Rights staff working under the Mayor's office, Bus Drivers, Police Officers, and
Air Port police officers, Court Clerks, state and federal security guards in government
and city buildings, stores where I do grocery shopping, job agency on Eagle Street,
shelters, Department of Corrections, Ombudsman, city and state all of them are denying
the fact that there is a clear factor of prejudice going on in my case and situation, how
racism against any race discrimination is proven first thing is that he is from there and
then all the other factor is I am from Pakistan and after September 11th all American
people which means people from all different races and color as long as they are
American demonstrate hostility and animosity that a country like Pakistan, third world
country, poor and corrupt like America can show such resistance for one man like Bin
Laden. Furthermore, there is another factor in regard to my situation is that as 9/11
happened I mean the day it happened, I said few things. Some were scientific facts
regarding the jet hitting the building, and then few about where Bin Laden is and who is
protecting him. What are they like? And few things about more attacks and countries that
are targets of terrorist attacks—all of them came true and the treatment I used to get from
American people at work or living situation or sitting in a bar or any discussion anywhere
was changed. Before American people liked to boast about the power of weapons and
economical power and influence this country enjoys and that whatever wrong we do
becomes a law or rule and now denying you of all legal privileges that we have you will
not get because you speak of our enemy so you are our enemy. I feel this from everyone
I come across so discrimination is a very clear fact especially in this country which is
known all over the world regarding racism and discrimination and how people are using
my conviction of perjury as an excuse to do discrimination in injury case and work and in

daily life. I am bringing all of this to your attention is that how you dismiss my hearing and my language issue was denied is a very clear sign of a judge I have dealt with in my last case. I have read some case law which says that insurance companies attorneys are notorious to not to pay benefits and that how they minimize a person's injury, his physical and emotional distress and pain are overlooked and make it sound like acting all to hide their own employers' wrong. And mistakes furthermore, your Honor, my attorney matter is another clear proof of discrimination and prejudice a case which involves multiple injuries and discrimination and does not have attorney to represent. There is really something wrong with this picture. In cases like these there is a lot of potential but due to most recent events 9/11 and Iraq war and Afghanistan and lots of other related issues they do not want to speak on my behalf that what my last attorney in my perjury case failed to do and my change of venue was denied by the Judge Sharon Gleason and was not raised at jury selection by my attorney and the judge didn't mention anything about it instead asked the jurors to overlook it which is not something you do when you know the defendant has filed change of venue because people nowadays do not stone people to death if they do not like or cannot stand him due to prejudice and racism they simply will say "I am not prejudice against him" but when it comes time for the meeting he said, "It was just mistreatment," and denied the whole issue. It happened just recently so therefore, your Honor, I have realized that I will not get a fair trial in this state at all even if people say to your face that they are not prejudice they are saying it just to get on the jury and when it comes time for the trial and verdict they will decide against me that way they are getting even with the person who speaks for the enemy, so I will be filing for change of venue so that I can get a fair trial in another state, in another city where people are not that hostile about one's views and opinions and in front of a different judge who does not absue his power and can give justice and will not rule or deny or give jury instructions in the manner my last Judge Sharon Gleason did.