IZAZ KHAN
**Name**

_____
**Prison Number**

_____
**Place of Confinement**

2823 TUDOR RD
ANCHORAGE ALASKA 99507
**Address**

KHAN_IZAZ@YAHOO.COM
**Telephone**

RECEIVED
MAY 31 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

IZAZ KHAN,

Plaintiff,

vs.

ADAM Associate,

_____,

Defendant(s).

Case No. 3:06-CV-00095 TMB

**MOTION**

to/for EXTENTION of TIME

I, IZAZ KHAN, proceeding without a lawyer, move to/for REQUESTING THE COURT TO under the following statute(s)/rule(s) (if known) GRANT ME ~~More~~ TIME for the following reason(s): TO LOOK FOR ATTORNEY MY TRIAL DATE IS 15th ~~of~~ JUNE I am REQUESTING THE COURT TO MOVE ~~to~~ THE

PS 15 (effective 8/05)

DATE TO ANOTHER 90 DAY'S MEAN TILL SEPTEMBER. AND THAT I HAVE REQUESTED THE ACLU TO TAKE MY CASE AND MAIL LETTER TO TAKE MY CASE. THANK YOU. AND WATING FOR THERE RESPOND FROM EXECUTIVE DIRECTOR MICHAEL WES MACLEODBALL AND THE PRESEDENT ~~of ACLU~~ N NADINE STROSSEN

### Declaration Under Penalty of Perjury AND ANTHONEY ROMERO

I, __IZAZ KHAN__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __5-29-07__, at __ANCHORAGE AK__.

__[Signature]__
Signature

### Certificate of Service

I certify that, on __IZAZ KHAN__ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)
was served, by first class U.S. mail, on __BY HAND__
(Opposing Party or Counsel)
at __ANCHORAGE office__.
(Address)

__[Signature]__
Signature