IZAZ KHAN
Name

_____
Prison Number

2823 TUDOR RD
ANCHORAGE ALASKA 99507
Address

KHAN_IZAZ@YAHOO.COM
Telephone

RECEIVED MAY 31 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

IZAZ KHAN,
    Plaintiff,

vs.

ADAM ASSOCIATE
    Defendant(s).

Case No. 3:06-CV-00095 TMB

**MOTION**

to/for PRESENT of FAMILEY OVER THE PAOHE

I, IZAZ KHAN, proceeding without a lawyer, move to/for REQUESTING THE COURT TO under the following statute(s)/rule(s) (if known) ARRANGE A ~~R~~ for the following reason(s): TELEPHONE CONFERENCE LINK WITH MY FAMILEY OVER IN SAN FRANCISCO TO BE PRESENT

PS 15 (effective 8/05)

DURING MY HEARING, AND TRIAL I WILL PROVIDE THE TELEPHONE NUMBER'S THEN THANK YOU.

## Declaration Under Penalty of Perjury

I, __IZAZ KHAN__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __5-29-07__, at __ANCHORAGE ALASKA__

_____
Signature

## Certificate of Service

I certify that, on __IZAZ KHAN__ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on __BY HAND__
(Opposing Party or Counsel)

at __ANCHORAGE Office__
(Address)

_____
Signature

PS 15 (effective 8/05)            2            MOTION