**Name:** Izaz Khan

**Prison Number:**

**Place of Confinement:** 2823 Tudor Rd

**Address:** Anchorage Alaska 99507

**Telephone:** khan_izaz@yahoo.com



RECEIVED
MAY 31 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Izaz Khan,
    Plaintiff,

vs.

Adam Associate,
    Defendant(s).

Case No. 3:06-CV-00095 TMB

MOTION
to/for EEOC Investagation To Be Redone Reconsider

I, Izaz Khan, proceeding without a lawyer, move to/for EEOC Investagation Had To Be Done under the following statute(s)/rule(s) (if known) Again Because for the following reason(s): EEOC has approve 1 charge which was my Injury on the Job But did not approve my 2 charge which was Discrimation on the Base of my National Origen

PS 15 (effective 8/05)

DUE TO 911 of SEPTEMBER 11 THERE IS A LOT OF ~~DISCRIM~~ DISCRIMINATION and PREJUDICE and ANIMOSITY and HOSTILITY DUE TO MY NATIONAL ORIGEN WHICH NEED TO BE REINVESTAGATED AND I ~~BLIVE~~ BELIVE THE EEOC INVESTAGATOR LAK ABLITY ot DUE TO PREJUDICE BECAUSE it COMCERN ALL AMERICAN THEY DID NOT ASK PERTENENTE QUESTIONS REGARDING MY NATIONAL ORIGEN AND I am ASKING THE JUDGE TO REDO MY INVESTAGATION. ~~AND~~ RECONSIDER THANK YOU.

## Declaration Under Penalty of Perjury

I, __IZAZ KHAN__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __5-29-07__, at __US DISTRIC FEDRAL COURT ANCHORAGE ALASKA__

__/s/__
(Signature)

## Certificate of Service

I certify that, on __IZAZ KHAN__ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)
was served, by first class U.S. mail, on __HANO OLIVERO ANCHORAGE office__
(Opposing Party or Counsel)
at __ANCHORAGE ALASKA__.
(Address)

__/s/__
(Signature)