IZAZ KHAN
_____
Name
_____
Prison Number
_____
Place of Confinement
2823 TUDOR RD
_____
ANCHORAGE ALASKA
_____
Address
KHAN_IZAZ@YAHOO.com
_____
Telephone

RECEIVED
MAY 31 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

IZAZ KHAN ,
**Plaintiff,**

vs.

ADAM Associate

,
**Defendant(s).**

Case No. 3:06-CV-00095 TMB

**MOTION**
RECONSIDER MY COURT APPOINTED
to/for COUNCEL

I, IZAZ KHAN , proceeding without a lawyer, move

to/for REQUESTING THE COURT TO RECONSIDER MY

under the following statute(s)/rule(s) (if known) COURT APPOINTED

for the following reason(s): COUNCEL DUE TO CIVIL RIGHT'S

THIS IS ALSO MY RIGHT TO GET COUNCEL

COURT APPOINTE
AND if the ATTORNEY is DISCRIMINATORY TOWARD

PS 15 (effective 8/05)

MY CASE AND CALL it a STRATEGY will BE POINTED OUT
IN THE APPEAL and if FOR SAME REASON'S THE
JUDGE is DENINING ALL MY MOTION's will
ALSO BE BROUGHT AS POINT'S ON APPEAL
SO THEREFORE I AM REQUESTING SINCE
I HAVE NO INCOME AND DO QUELIFIE
FOR COURT APPOINTED COUNCEL AND I will
GET HOLD Of INTERNATIONAL HUMAN Right ORGANATION

### Declaration Under Penalty of Perjury

I, __IZAZ KHAN__ , declare under penalty of

perjury, that I have reviewed the above motion, and that the information contained

in this motion is true and correct.

DATED: __5-29-07__ , at __US FEDERAL DISTRIC COURT ANCHORAGE ALASKA.__

_____
Signature

### Certificate of Service

I certify that, on __IZAZ KHAN__ a copy of this motion

(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on __BY HAND__

(Opposing Party or Counsel)

at __ANCHORAGE ALASKA__ .

(Address)

_____
Signature