**Name:** IZAZ KHAN

**Prison Number:**

**Place of Confinement:**

**Address:** 2823 TUDOR RD, ANCHORAGE ALASKA 99507

**Telephone:** KHAN_IZAZ@YAHOO.COM

RECEIVED
MAY 31 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

IZAZ KHAN,

    Plaintiff,

vs.

ADAM Associate,

    Defendant(s).

Case No. 3:06-CV-00095 TMB

**MOTION**

to/for FEDRAL COURT CERTIFINE INTERPRETOR URDU TO ENGLISH TO RECONSIDER.

I, IZAZ KHAN, proceeding without a lawyer, move to/for FEDRAL COURT CERTIFIDE INTERPRETOR URDU TO ENGLISH under the following statute(s)/rule(s) (if known) UNDER CIVIL RIGHT for the following reason(s): RULE'S I AS a IMMIGRANT and A NATIONAL of other COUNTRY PAKISTAN AND HAVE NO FORMAL EDUCATION IN THIS COUNTRY SHOULD AND MOST GET ITERPRETOR IN URDU TO ENGLISH AND I HAVE NO INCOME I DO QUELIFIE FOR COURT APPOINTED INTERPRETOR URDU TO ENGLISH.

PS 15 (effective 8/05)

AND WHEN GAY HAVE RIGHT'S AND ANIMAL'S HAVE RIGHT'S AND BIRD'S HAVE RIGHT AND THEY GET MILLION'S WHY I CANNOT GET INTERPRETOR AND GET MILLION'S AND I am ASKING THE JUDGE TO RECONSIDER MY INTERPRETOR MATTER WHICH HAS TO BE U.S FEDRAL COURT CERTIFIDE IN URDU TO ENGLISH AND THAT I WILL GET HOLD of HUMAN RIGHT'S INTERNATIONAL ORGANATION REGARDING THIS MATTER

### Declaration Under Penalty of Perjury

I, __IZAZ KHAN__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __5-29-07__, at __U.S FEDRAL COURT AND DISTRICT COURT ANCHORAGE ALASKA__

_Signature_

### Certificate of Service

I certify that, on __IZAZ KHAN__ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on __BY HAND__
(Opposing Party or Counsel)

at __ANCHORAGE ALASKA__.
(Address)

_Signature_

