5-29-07

To: THE JUDGE.

ATTACK TO BOTH INTERPRETOR and APPOINTED COUNCEL

CONTUNATION of TWO MOTION REGARDING INTERPRETOR AND COURT APPOINTED ATTORNEY IS THAT WITH NO INCOME AND THE SEAVERITY of MY CASE AND MY ISSUE'S THAT are of NATIONAL LEVEL AND THAT THEY EFFECT all IMMEREGANT due to LAUNGUAGE BARRER AND THAT ALL AMERICAN'S AT ONE POINT HAD NEED FOR INTERPRETOR. AND BY CIVIL Right ONE MUST get APPOINTED COUNCEL if HE CANNOT AFFORD it, AND the FACT that MY EMPLOYER FIRE ME WHEN I got INJURED IS ANOTHER ISSUE of NATIONAL LEVEL BECAUSE it effect ALL WORKING CLASS AMERICAN AND THAT MY MOTION'S BE GRANTED.

THANK YOU

[signature]