IZAZ KHAN
Name

_____
Prison Number

_____
Place of Confinement

2823 Tudor Rd
Anchorage Alaska 99507
Address

KHAN_IZAZ@yahoo.com
Telephone

RECEIVED
JUN 01 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

IZAZ KHAN,

Plaintiff,

vs.

ADAM Associate

_____,

Defendant(s).

Case No. 3:06-cv-00095 TMB

Adition to Interpretor motion

**MOTION**

And court appointed council

to/for Motion _____

I, IZAZ KHAN, proceeding without a lawyer, move to/for AND DUE TO MY DISABLITY WHICH IS under the following statute(s)/rule(s) (if known) LEFT KNEE, LOWER for the following reason(s): BACK, AND NECK INJUREY I am NO MOORE FUNCTION LIKE NORMAL MAN AND ALSO BECAUSE OF MY MEDICATION

PS 15 (effective 8/05)

I HAVE DIFFICULTY TO PERSUE ATTORNEY MATTERS AND THAT I am REQUESTING the COURT TO TAKE ALL MY REASON'S UNDER CONSIDARATION AND PROVIDE ME with A FEDRAL COURT CERTIFIDE INTERPRETORS AND COURT APPOINTED COUNCIL.

URDU TO ENGLISH

AND ALL PROCEIDING TO BE IN AFTERNOON

### Declaration Under Penalty of Perjury

I, __IZAZ KHAN__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __6-1-07__, at __U.S DISTRIC COURT__

_____
Signature

### Certificate of Service

I certify that, on __IZAZ KHAN__ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on __BY HAND__
(Opposing Party or Counsel)

at __ANCHORAGE office__.
(Address)

_____
Signature