1. Kara Heikkila
2. HOLMES WEDDLE & BARCOTT
3. 999 Third Avenue, Suite 2600
   Seattle, Washington 98104
   (206) 292-8008
4. Facsimile:(206) 340-0289
   Email: kheikkila@hwb-law.com

5. Attorneys for Defendants

6. 

7. IN THE UNITED STATES DISTRICT COURT

8. FOR THE DISTRICT OF ALASKA

9. IZAZ KHAN,

10.           Plaintiff,

11. v.

12. ADAMS & ASSOCIATES,

13.           Defendant.      Case No. 06-00095-TMB

**AFFIDAVIT OF CAROL MUTTER IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY TO DISMISS**

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

Carol Mutter, being first sworn on oath, deposes and says:

1. I am over the age of 18 and am competent to be a witness in this matter. I make the following representations based on my employment as the Branch Manager for the Adams & Associates ("Adams") office in Anchorage, Alaska. Adams is a division of Hire Calling, Inc., which is a subsidiary of Staffing Services, Inc.

2. Adams is a temporary placement agency.

AFFIDAVIT OF CAROL MUTTER IN SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT OR ALTERNATIVELY TO DISMISS
Izaz Khan v. Adams & Associates
Case No. 06-00095 TMB - Page 1 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

3. Our office hired Izaz Khan on April 18, 2005, and placed him in temporary positions.

4. On June 11, 2005, Khan alleged that he suffered a work-related injury. However, he did not report this alleged injury to anyone at Adams until July 7, 2005.

5. When our office received notice of Mr. Khan's alleged injury, we placed him in a light-duty position that same day, July 7, 2005, in the branch office.

6. On June 28, 2005, our parent company, SOS Staffing Services, notified us that established, written policy required that we do background checks on all employees, including light-duty assignment workers, who were working in the branch office. This was due to sensitivity to information flow at the branch office.

7. As a result of this request, we in turn completed criminal history and drug screens on all of the light-duty workers assigned at that time to the branch office, including Mr. Khan. Subsequently, five of those individuals, including Mr. Khan, were terminated in July and August 2005, based on criminal histories in violation of this written policy.

8. As to Mr. Khan, he signed a release for review of his criminal history on July 8, 2005. Later that day, we received a review of his record, which listed a number of criminal violations that were covered by and prohibited by the written policy. After he was given written notice of this result on July 11, 2005, and after he failed to challenge or oppose these findings, Mr. Khan was terminated, based solely on his criminal history.

AFFIDAVIT OF CAROL MUTTER IN SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT OR ALTERNATIVELY TO DISMISS
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 2 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

Further the affiant sayeth naught.

_____
CAROL MUTTER

SUBSCRIBED AND SWORN TO before this 7th day of JUNE, 2007.

_____
Print Name: Yvette M. Lund
Notary Public in and for the State of: AK
Residing at: 4330 Johnny Dr / P.O. Box 772942, Eagle River, AK 99577
My Commission Expires: 8-22-07

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 8 day of June, 2007, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.
The undersigned certifies under penalty of perjury of the Laws of the State of Washington that, on the 8 day Of June, 2007, the foregoing was served on The plaintiff via DHL to the following:

Izaz Khan
2823 Tudor Road
Anchorage, AK 99507

_____
Kara Heikkila

AFFIDAVIT OF CAROL MUTTER IN SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT OR ALTERNATIVELY TO DISMISS
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 3 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008