Kara Heikkila
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
Facsimile:(206) 340-0289
Email: kheikkila@hwb-law.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IZAZ KHAN,<br><br>        Plaintiff,<br><br>    v.<br><br>ADAMS & ASSOCIATES,<br><br>        Defendant. | Case No. 06-00095-TMB |

**AFFIDAVIT OF KARA HEIKKILA IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR
ALTERNATIVELY TO DISMISS**

STATE OF WASHINGTON   )
                      ) ss.
COUNTY OF KING        )

Kara Heikkila, being first sworn on oath, deposes and says:

1.    I am counsel of record for the Defendant, Adams & Associates ("Adams"). I make the following representations based on my personal knowledge of this case and the record.

AFFIDAVIT OF KARA HEIKKILA IN SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT OR ALTERNATIVELY TO DISMISS
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 1 of 4

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

2. Attached as Exhibit "A" is a true and correct copy of the EEOC file in this matter, which was produced by the Seattle District Office of the EEOC in response to my FOIA request. The agency redacted portions of the file for policy and privacy reasons.

3. Attached as Exhibit "B" is a true and correct copy of Mr. Khan's deposition transcript in this matter.

4. Attached as Exhibit "C" is a true and correct copy of Defendant's First Set of Requests for Admissions to the Plaintiff, which were served on Khan via DHL and U.S. Mail on December 1, 2006. Mr. Khan has never responded to these Requests.

5. On September 14, 2006, I participated in a telephone conference with Mr. Khan in order to hold a scheduling conference. Prior to that conference, I submitted a proposed Scheduling Report to Mr. Khan. After a few minutes, Mr. Khan refused to continue the conference. I advised him we were required to have the conference in compliance with this Court's scheduling order. I refused to continue the conference at his request. I then filed the Proposed Scheduling Report without his cooperation or input.

6. After numerous attempts, I originally scheduled Mr. Khan's deposition for January 4, 2007, in Anchorage. Out of an abundance of caution, I scheduled an Urdu interpreter by phone. Mr. Khan arrived at the office and advised me that he would not participate in the deposition that day due to inclement weather and his need to attend to other personal business. Adams was charged appearance fees and costs for the various participants.

7. I rescheduled and took Mr. Khan's deposition later in January, with the Urdu interpreter again participating by telephone.

AFFIDAVIT OF KARA HEIKKILA IN SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT OR ALTERNATIVELY TO DISMISS
Izaz Khan v. Adams & Associates
Case No. 06-00095 TMB - Page 2 of 4

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

n/a

8.  On or before March 2, 2007, I served Mr. Khan with witness disclosures. To date, I have not received any Rule 26(a)(1) disclosures from Mr. Khan.

9.  On or about March 16, 2007, I sent Mr. Khan a letter giving him two weeks to serve his Rule 26 disclosures and to provide discovery answers. A true and correct copy of that letter is attached as Exhibit "D." Mr. Khan never responded to that letter.

10. On or about April 3, 2007, I notified Mr. Khan by email that a discovery conference was scheduled for April 5, 2007. In that notice, I advised Khan that this was my last attempt to resolve discovery issues without this Court's involvement. Although Mr. Khan acknowledged the email, he did not participate in the conference.

11. On or about April 17, 2007, I filed and served Mr. Khan with a final witness list in conjunction with this Court's scheduling order. Mr. Khan did not file or serve a final witness list.

12. Attached to the affidavit is a Certification of Good Faith as required by LR 37.1(a).

Further the affiant sayeth naught.

_____
KARA HEIKKILA

AFFIDAVIT OF KARA HEIKKILA IN SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT OR ALTERNATIVELY TO DISMISS
Izaz Khan v. Adams & Associates
Case No. 06-00095 TMB - Page 3 of 4

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1. SUBSCRIBED AND SWORN TO before this __8__ day of
2. __June_____, 2007.

3.
4. Print Name: Gina Santopolo
   Notary Public in and for the State of: __WA__
5. Residing at: __Edmonds, WA__
   My Commission Expires: __01.01.10__
6.
7. CERTIFICATE OF SERVICE

8. The undersigned certifies under penalty of perjury
   of the laws of the ~~State of~~ Washington that, on the
9. __8__ day of __June__, 2007,
   the foregoing was electronically filed with the Clerk
10. of Court using the CM/ECF system.
    The undersigned certifies under penalty of perjury of the
11. Laws ~~of the~~ State of Washington that, on the __8__ day
    Of __June__, 2007, the foregoing was served on
12. The plaintiff via DHL to the following:

13. Izaz Khan
    2823 Tudor Road
14. Anchorage, AK 99507

15.
16. Kara Heikkila

17. G:\4831\21077\Pldg\Affidavit Heikkila MSJ Khan.doc
18.
19.
20.
21.
22.
23.
24.
25. AFFIDAVIT OF KARA HEIKKILA IN SUPPORT
26. OF DEFENDANT'S MOTION FOR SUMMARY
    JUDGMENT OR ALTERNATIVELY TO DISMISS
    *Izaz Khan v. Adams & Associates*
    Case No. 06-00095 TMB - Page 4 of 4

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008