Kara Heikkila
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
Facsimile:(206) 340-0289
Email: kheikkila@hwb-law.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IZAZ KHAN,<br><br>            Plaintiff,<br><br>   v.<br><br>ADAMS & ASSOCIATES,<br><br>            Defendant. | Case No. 06-00095-TMB |

**GOOD FAITH CERTIFICATE**

Counsel for defendant, Adams & Associates ("Adams") certifies that it attempted in good faith to confer with the *pro se* plaintiff in this matter to resolve the discovery issues in this matter and that it is necessary to file the following motion: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY FOR DISMISSAL OF ALL CLAIMS [pursuant to Fed. R. Civ. P. 37(b)(2)(C), 41(b), and 56(c)].

On March 16, 2007, I sent Mr. Khan a letter explaining his obligations and seeking compliance. When Mr. Khan failed to respond to the March 16, 2007 letter, I scheduled a teleconference for April 5, 2007, provided Mr. Khan with our firm's toll-free

GOOD FAITH CERTIFICATE
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 1 of 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

telephone number, and asked for notice if he needed to reschedule. Mr. Khan did not call or otherwise participate in the April 5, 2007 conference.

Due to plaintiff's failure to confer, I cannot certify whether or not plaintiff opposes this motion.

Adams agrees that oppositions to this motion and any reply are to be served and filed as provided in D.AK. LR 7.1.

DATED this 8 day of June, 2007.

HOLMES WEDDLE & BARCOTT

_____
Kara Heikkila, ASBA #0410059
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: kheikkila@hwb-law.com
Attorney for Defendant

GOOD FAITH CERTIFICATE
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 2 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the ___8___ day of ___June___, 2007, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. The undersigned certifies under penalty of perjury of the Laws of the State of Washington that, on the ___8___ day Of ___June___, 2007, the foregoing was served on The plaintiff via DHL to the following:

Izaz Khan
2823 Tudor Road
Anchorage, AK 99507

_____
Kara Heikkila

G:\4831\21077\Pldg\37.1 Certificate.doc

GOOD FAITH CERTIFICATE
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 3 of 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008