

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle Field Office**

Federal Office Building
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6883
TTY (206) 220-6882
FAX (206) 220-6911

January 13, 2006

Mr. Izaz Khan
2823 Tudor Road
Anchorage, AK 99507

RE:    Need to schedule a phone appointment

We have received your Intake Questionnaire material and other documents by facsimile. We called your phone (907) 441-0412 and tried to leave you a voice message, but your mail box was full and we could not do so. It is important that you call us immediately to schedule an interview appointment by phone. Our appointments are for Tuesday, Wednesdays or Thursdays, at 8 a.m., 10 a.m. or 1:30 p.m. The interviews take about 1-2 hours and may include the drafting of a formal charge for mailing to you and your return with signature.

Because you have only 300 days from the last date of alleged discrimination to return a signed charge to this office, it is important that you contact us immediately for an appointment. Our current available dates and times are February 2 at 8 a.m., 10 a.m. and 1:30; February 7, 8 and 9 at 8, 10 am and 1:30 p.m.

Please call (206) 220-6883 and speak to the receptionist to schedule a phone interview time most convenient to you from the above dates.

Sincerely,

F. FRANCES PALMER
ENFORCEMENT SUPERVISOR

# To:

# EEOC

This is NJ
Mr. KHAN was released
because of his criminal
Record

Employer is:

Adams
Temporaries
3601 C ST.
STe 1258
anchorage, AK

ZAZ

2005 DEC

RE
SE

XII

JE's

NOT INCLUDING COVER PAGE.
THAT INCLUDE

1. SIX PAGE of YOUR COMPLAIN FORM
2. 2 Page's Of MY COMPLAIN
3. ONE PAGE of MY ATTORNEY FORM
4. MY CRIMINAL RECORD 5 PAGE's
5. ONE PAGE of MY EMPLOYER INFORMATION
6. 2 PAGE of MY INJURY REPORT
7. ONE PAGE To THE BOARD COMPLAIN
8. EMPLOYER REASON TO TERMENATE.
9. INFORMATIy Of THE INFORMENT How THEY RECORDE
MY RECORD.

Exhibit A , p 32 of 148

# To: EEOC

2005 DEC 14 P 12:47
RECEIVED
SEDO-EEOC

# FROM: IZAZ KHAN

# I am FAXING YOU 20 PAGE'S
NOT INCLUDING COVER PAGE.
THAT INCLUDE

1. SIX PAGE OF YOUR COMPLAIN FORM

2. 2 PAGE'S OF MY COMPLAIN

3. ONE PAGE OF MY ATTORNEY FORM

4. MY CRIMINAL RECORD 5 PAGE'S

5. ONE PAGE OF MY EMPLOYER INFORMATION

6. 2 PAGE OF MY INJURY REPORT

7. ONE PAGE TO THE BOARD COMPLAIN

8. EMPLOYER REASON TO TERMENATE.

9. INFORMATIY OF THE INFORMENT HOW THEY RECORIDE MY RECORD.

Exhibit A , p 33 of 14



1

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Seattle District Office

Federal Office Building
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6883
TTY (206) 220-6882
FAX (206) 220-6911

RE: Your recent inquiry

Your recent contact with this office indicates that you may wish to file a charge of employment discrimination with the U.S. Equal Employment Opportunity Commission (EEOC). The EEOC enforces

- Title VII of the Civil Rights Act of 1964, as amended (race, color, religion, sex, national origin, retaliation claims)
- the Age Discrimination in Employment Act of 1967, as amended (age over 40)
- the Equal Pay Act of 1963, as amended, (pay disparity between men and women)
- and Title I of the Americans with Disabilities Act of 1990.

Under these laws, EEOC has authority to investigate complaints of employment discrimination against public and private employers of 15 employees or more (but not against federal agencies), employment agencies, and labor organizations. Charges must be filed within 300 days of the date of violation.

If you believe that you have been discriminated against because of one of the factors listed above, and you wish to file a charge of employment discrimination with the EEOC, please complete the enclosed questionnaire and return it to this office. We will review your questionnaire and then contact you. Please provide complete and specific information concerning the <u>most recent dates of discrimination</u>, a brief summary of the discriminatory action, and other relevant information concerning the employment discrimination about which you wish to file. If you filed a charge concerning these allegations with any other civil rights or human rights agency, please write that information on the form.

By providing complete answers on the questionnaire you will speed our effort to respond to your inquiry.

Sincerely,

F. FRANCES PALMER
ENFORCEMENT SUPERVISOR

Enclosures:

☐ Intake Questionnaire

☐ Americans with Disabilities Act Questionnaire

☐ Sexual Harassment Sup

Exhibit A , p. 39 of 148

DEC-13-2005 TUE 03:38 PM Anch Midtown Job Cnt. FAX NO. 9 8072694816 Page 5 of 31 P. 03
Case 3:06-cv-00095-TMB Document 57-4 Filed 06/08/2007

2



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6883
TTY (206) 220-6882
FAX (206) 220-6911

## ADDITIONAL INFORMATION FOR YOU, THE CHARGING PARTY

* Generally, you have the burden to show that the Respondent has violated the laws we enforce. You must supply some specific evidence—with names, approximate dates, and possible witnesses to the events—that suggests unlawful discrimination has occurred. EEOC reserves the right to decide how to investigate, how far to investigate, and what determination to make on any charge. If EEOC does not find in your favor, you have the right to pursue your claim in legal action on your own.

* EEOC also decides what priority to give your case, based on the information you supply and our experience in such matters. Some cases are investigated immediately, but you should also be prepared to wait several months for the investigation to start.

* When we investigate, we might interview your witnesses and the employer's representatives, review records and documents, and contact other sources and witnesses not named by you for information. EEOC tries to protect employees currently working for the employer, and such witnesses can be talked to confidentially if they wish. If there are other employees who were affected by the circumstances in your case, we might expand the investigation to include their circumstances.

* If you feel you have been retaliated against for filing your charge, discuss this with an investigator. Discrimination law prohibits retaliation for asserting your civil rights by filing a charge or participation in an investigation.

* <u>Let us know if you change your address or phone number while your case is open at the EEOC. If we cannot locate you, we may dismiss your charge.</u>

* EEOC does not act as a representative or attorney for either side, and cannot give legal advice. It's up to you whether to have an attorney represent you with us.

* A settlement, either directly between you and the employer or else through the mediation service offered by EEOC, is one way to get early action on your charge. A settlement usually requires compromises by both sides. EEOC cannot force the employer to agree to the terms of a settlement, which is voluntary unless a suit has been filed and won.

* If, because of the events in your charge, you are now out of work, your search for work could have a bearing on any future damages. Keep a record of where and when you look for work, and what interim work you have obtained.

<u>Please keep this page for your records. Do not return pages 1 and 2 to EEOC</u>

DEC-13-2005 TUE 03:38 PM Anch Midtown Job Cntr.    FAX NO. 8 9072694816    Page 6 of 31    P. 04

Case 3:06-cv-00095-TMB   Document 57-4   Filed 06/08/2007

Nov-22-05   04:21pm   From-EEOC SEDO                206 220 6911            T-483   P.002/005   F-413

## Inquiry Number: 380-2006-03117 N

**CHARGES OF DISCRIMINATION MUST BE FILED WITHIN 300 DAYS OF THE DATE OF HARM.**
**PLEASE TYPE OR PRINT THE REQUESTED INFORMATION.**

## INFORMATION ABOUT YOU

Your name: IZAZ - E - KHAN                    Date 11-22-05

Address: 2823 TUDOR RD

City: ANCHORAGE        State: AK   ZIP: 99507   County:

Phone:    Home: (907)                          Work: (    )

Cell: (907) 441-0412          FAX: (    )

Best time/place to reach you during our office hours,
from 8 a.m. to 4:30 p.m, M – F.   ☐ at work   ☐ at home    Best day/time

Date of Birth: 6-18-65               Social Security # 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

Please Check your:
Sex:    ☑ Male          ☐ Female

Race:   ☐ Black    ☐ White        ☐ American Indian or Alaskan Native
        ☐ Asian or Pacific Islander  ☐ Other (specify)

National Origin:  ☐ Mexican    ☐ Hispanic   ☐ East Indian
                  ☐ Other (specify): _____ PAKISTANI

Someone who will know how to contact you if we are unable to reach you:

Name: SEE ATTACH Page.              Relationship:

Address:

City:                    State:    ZIP:          Phone: (    )

## INFORMATION ABOUT THE EMPLOYER

My charge is against a:  ☐ Private Employer       ☐ Labor Organization
                         ☐ State or Local Government  ☐ Employment Agency   ☐ Other

Name: SEE ATTACH Page.

Phone: (    )                        :   Fax: (    )

Address:

City:                    State:    ZIP:          County:

Type of Business:                    Approximate Number of Employees:

Human Resources/Personnel Director_____ Phone: (    )

### Filing same complaint with other State/City/Federal agencies

I have filed this same complaint with the _____ agency on

_____ (date).

3

Exhibit A, p. 36 of 148

## DISCRIMINATION ALLEGATIONS

**Briefly explain the discriminatory action the employer/union took against you:**

I am a PAKISTANI and I am discrimanation @ JoB Becaus I am PAKISTANI And Due to 911 I am Fasing a Lot Resection Also MY EmPloYer used MY CRIMINAL Record AS AN Excuse To Put me out of work AND when THeY SAW THAT I No LoNger WorK THe LABOR INTeNce WORK AND I got HURT AND NOW DUe to INJURY DISABLE AND of No use ANY LONGER THEY GoT RID of ME.

Date of discriminatory action: **7-15-05**  year **2005**

☑ DISCHARGE  or  ☐ LAYOFF

Last position held: **LABOR**    Rate of Pay **10 $**

Date of hire:: **4-18-05**  Date of layoff or discharge: **7-15-05**
Who replaced you? _____

☐ HIRING  or  ☐ PROMOTION

Position you sought: **LABOR**
**Some WHERE ARound**
Date you applied: **DEC - of JaNuARY**  Date you learned that you were not selected: _____

Who was selected? _____

☐ DEMOTION or  ☐ DISCIPLINE  ☐ WAGES OR BENEFITS  ☐ HARASSMENT

☐ TERMS OR CONDITIONS OF EMPLOYMENT

☐ OTHER: **TERMENATED FROM JoB.**

## WHAT CAUSED THE EMPLOYMENT ACTION YOU DESCRIBE, YOUR:

☐ **RACE** Includes racial harassment.
☐ **COLOR**
☐ **GENDER**
☐ **PREGNANCY**
☐ **SEXUAL HARASSMENT**
☐ **AGE**  If you are age 40 or over.
☑ **DISABILITY** Complete the Americans with Disabilities Act supplemental questionnaire.
☑ **NATIONAL ORIGIN:** Includes harassment based on national origin.
☐ **RELIGION** Religious harassment is a form of discrimination based on religion.
☐ **RETALIATION - OPPOSITION:** You opposed discrimination on the job because of one of the reasons described above by ☐ made internal complaint ☐ filed EEOC charge
☐ **RETALIATION - PARTICIPATION:** You participated in an internal or EEOC or other agency investigation regarding discrimination based on any of the reasons described above.
☑ **OTHER:** **INJURY ON THE JOB THAT MADE ME DISSABLE BASE ON MY CRIMINAL RECORD**

**SUPPORTING INFORMATION**

Exhibit **A**, p. **37** of **148**

4

**Identify any others who were treated the SAME as you under similar conditions.**

| Name | Race/Sex/Age | How treated the same |
|------|--------------|----------------------|
| ~~Nos~~ NOT THAT I KHOW off | | |
| | | |
| | | |

**Identify any others who were treated BETTER than you under similar conditions.**

| Name | Race/Sex/Age | How treated better |
|------|--------------|--------------------|
| NOT THAT I KHOW off | | |
| | | |
| | | |

**Identify WITNESSES who saw, heard, or have first-hand knowledge of the harm you experienced.**

Name                    Telephone Number              Address

1. NOT THAT I KHOW off

**Witness will say:**

2. _____ (   )

**Witness will say:**

3. _____ (   )

**Witness will say:**

**What reason(s) were you given for the acts you consider discriminatory? Include the name(s) and title(s) of the person(s) who gave the reason(s). If you dispute the reason(s) you were given, tell us why.**

_____

_____

_____

_____

_____

_____

IQ:revised 6/03

Exhibit A , p. 38 of 48

PLEASE ATTACH A STATEMENT OF ANY OTHER FACTS THAT YOU BELIEVE ARE IMPORTANT TO YOUR CASE. GIVE NAMES AND JOB TITLES OF PERSONS INVOLVED.

## OTHER INFORMATION

CHECK TYPE OF REPRESENTATIVE: _____ lawyer _____ union _____ family member  MYSELF

Name: IZAZ -F- KHAN

Telephone: (907) 441-0412    Fax: (   )

Address: 2823 TUDOR RD

City: ANCHORAGE    State: AK    ZIP: 99507

## IMPORTANT INFORMATION

It is important that you stay in contact with this office concerning your potential charge of discrimination. This questionnaire does not necessarily constitute a minimally-sufficient charge, nor does submission of this questionnaire necessarily fulfill the statutory requirement to file a minimally-sufficient charge within 300 calendar days of the alleged discriminatory action. We recommend that persons with potential discrimination charges complete the formal charge filing process as quickly as possible to protect their statutory rights.

## PRIVACY ACT STATEMENT

This form is covered by the Privacy Act of 1974, Public law 93-579. Authority for requesting and uses of the personal data are given below.

1. FORM NUMBER/TITLE DATE: SEDO FORM 1, Seattle Intake Questionnaire.
2. AUTHORITY: 42 U.S.C. subsection 2000(e)(9), 29 U.S.C. 201, 29 U.S.C. 621.
3. PRINCIPAL PURPOSES: Requests information from the charging party relevant to filing a charge of employment discrimination.
4. ROUTINE USES: Determine whether facts exist to support a charge of employment discrimination.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY, AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION: Voluntary. Failure to provide information may affect whether the Commission can further process your claim.

## DECLARATION

Do you wish to file a charge of employment discrimination based on the information in this questionnaire?

☒ Yes        ☐ No        ☐ Not Sure

I have read and had an opportunity to correct this Intake Questionnaire, and swear under penalty of perjury that these facts are true and correct to the best of my knowledge and belief. I further give my consent for the EEOC, to file this questionnaire as a charge, if necessary to meet timeliness purposes, and thereby give my consent for this questionnaire to be considered as a charge of discrimination.

_____        11-22-05
SIGNATURE                        DATE

6

Exhibit A, p. 39 of 148

**YAHOO! MAIL**                                    Print - Close Window

**Date:**    Mon, 7 Nov 2005 17:47:51 -0800 (PST)

**Subject:**    sun-10-sing

**To:**    khan_izaz@yahoo.com

## U.S EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

FEDERAL OFFICE BULDING                    IZAZ KHAN
909 FIRST AVENUE SUITE 400                2823 TUDOR RD
SEATTLE WA 98104-1061                     ANCHORAGE AK 99507
206-220-6883                              PHONE/ 907-441-0412
FAX  206-220-6911                         IZAZ_KHAN@YAHOO.COM

     HELLO MY NAME IS IZAZ KHAN I AM GOING TO TELL YOU
ABOUT  MY EMPLOYER MISTREATMENT AND THE ACTUAL FACT THAT
HAPPENED  I HAVE STARTED WORKING FOR ADAM ASSOCIATE ON 4-18-05
WHILE I WAS WORKING FOR ADAM ASSOCIATE  I WORK FOR QUITE A FEW
OF EMPLOYERS MY LAST SECONDRY EMPLOYER  WAS LARREY ELLAN
I WORK WITH ADAM ASSOCIATE TILL  07-15-05 HERE IS A BREAF
SUMMERY  OF WHAT HAPPENED  AND HOW I GOT INJURD  AT  A  JOB SITE
 I HAVE WORKED WITH LARREY ELLAN BEFOUR COUPEL OF TIME  FOR
FIVE TO SIX HOURS  EACH  TIME  LIFTING PIANO ON ANOTHER JOB PIANO
 AND  LARGE  SAFE  IN WHICH YOU KEEP IMPORTANT THINGS  THOSE
WERE JOBS WITH  THREE MAN LESS HOURS  AND NOW  I AM  GOING  TO
TALK ABOUT  WHAT  HAPPENED THE DAY I GOT INJURD I STARTED MY
DAY  WITH LARREY ALLAN  AT 9 AM WITH THREE PEOPLE LIKE ON OTHER
 JOB  LIKE AROUND 2 PM ONE PERSON LEFT  NOW  WE WERE LEFT WITH
TWO PEOPLE  ONER I MEAN LARREY ALLEN AND I  MR ALLEN HAS THIS
ATTUTED  THAT HE KNOW HOW TO LIFT HEAVY OBJECT AND HE KNOWS
HOW MUCH HIS BOX TRUCK HOLD AND HE LIKE TO SHOW OF ALL HIS
TRICKS TO HIS CLINT AND TELL HIS HIRED LABORS THAT HE CAN MAKE
IT EASSY ON PEOPLE OR MAKE IT TOUGH ON PEOPLE  OR MAKE PEOPLE
WORKE HARDER THIS WAS A LITTLE ABOUT THE PERSON WHO I WAS
WORKING  NOW  I WILL  TALK ABOUT  MY PRIMERY EMPLOYER  MEANS
ADAM ASSOCIATE FROM DAY ONE I WAS SENT TO WORK FOR THE MOST
HARDEST  JOB FIRST ONE WAS ROWEN COME TO MY SERPRISE AFTER
GETTING HEART ON JOB I WAS IN A PROCESS OF GETTING AN ATTORNEY
SO MY ATTORNEY SAID SOME THING MICHEAL ABOUT GETTING A JOB
DISCRIPTION  FROM ANY OF MY SECANDERY EMPLOYERS SO I WHENT
TO ROWEN AND ASKED FOR MY JOB DISCRIPTION THEY WERE HAPPEY
TO SEE ME BECAUSE I WAS  THE GUY WHEN WHO WORK AND DID EVERY

THING  THEY ASKED FOR ME  ALL THE HEAVY WORK SO WHEN I ASKED
FOR DISCRIPTION  THEY DENIDE TO FILL THAT FORM  SO THEN I REALISE
THAT EVERY THING OR LET ME PUT IT THIS WAY THAT 80% OF THE WORK
LOAD THAT I DID WAS NOT TO BE DONE BY ME  OR THE WEIGHT
PROPOTION  REGELUATED BY THE GOVERMENT ARE NOT PRACTIC
AND SAME THING HAPPENED WITH  LARREY ELLAN CASE  WE  DID NOT
HAVE  PROPER WAY TO LIFT THINGS UP AND TO  LODE  OR UNLODE FROM
THE TRUCK TO THE PLACE IT NEED TO GO  AND BEFOUR I FORGET WHEN
ROWEN  DENIDE TO FILL THAT FORM  MR MICHAEL- J – PATTERSON ASK
MR LARREY ELLAN TO GIVE DISCRETION  OF JOB MR KHAN  WAS DOING
AND  HE REFUSE IT TO  I AM ATTACHING THAT FORM TO YOU  I HAVE
TALK TO A REPRESANTED NAME MERCIDES SHE SAID THERE WILL BE
SOME THAT WILL CALL YOU AND INTERVIEW YOU I HAVE MORE
INFORMATION SO LOOKING FORWORDE TO HEAR FROM YOU

Yahoo! FareChase - Search multiple travel sites in one click.

**LAW OFFICE**
**OF**
**MICHAEL J. PATTERSON**
*810 W. 2nd Avenue*
*Anchorage, Alaska 99501*
*907-276-7966*
*FAX: 907-276-0479*

August 23, 2005

Rowan Pacific Rim Decorators Inc.
655 E Ship Creek Ave.
Anchorage, AK 99501                    VIA: FAX 276-6894

        RE:   Our Client:      Izaz Khan
                                2823 Tudor Road
                                Anchorage, AK 99507

To Whom It May Concern:

        Please fill in the following information and return to us:

        I was Izaz Kahn's employer from _____ to _____.
During the time he worked for me he performed heavy labor.  He
lifted _____ pounds frequently: at least _____ times per day.
He did not exhibit any back problems or physical limitations.


        _____        _____
        Date                        Employer


        Thanks for your help in this matter.

                                Sincerely,

                                Michael J. Patterson, Esq

MJP/mn

ScreenNow - Search Results for KHAN, IZAZ 623-40-XXXX

Screen

***Information You Need...When You Need it!*** If your consumer is a California resident, the following notice is provided as required under California law:

1.   The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records. Evidence of identity theft may or may not be identified from this report.

2.   The recipient of this report shall give a copy of this report to the subject of the report.

3.   Failure to provide a copy of the report as required by law may expose you to liability as specified in Section 1786.50.

Report For:                                          Date Ordered: 07/08/05
KHAN, IZAZ                                            Last Updated: 07/08/05
SSN 623-40-XXXX
2823 TUDOR ANCHORAGE Alaska 99507

National Criminal File Plus Search - _7 matches_

| SSN VALIDATION |
| --- |

SSN 623-40-XXXX was VALIDLY ISSUED
between 1990 and 1991
in CA

| DEVELOPED NAMES AND ADDRESSES |
| --- |

8 additional names and addresses were found.  Click _here_ to view the report.

| NATIONAL CRIMINAL FILE PLUS SEARCH |
| --- |

| | |
| --- | --- |
| Name: | KHAN, IZAZ E |
| Date Of Birth: | 06/18/XXXX |
| SSN: | |
| Source: | Anchorage (3rd Dist) Superior and District Court |
| State: | AK |
| County: | Anchorage |
| Case Number: | 3UN-01-00072CR5672 |
| Case Type: | Misdemeanor |
| Offense: | DWLC/S/R/L |
| Offense Date: | |
| Disposition: | No Contest Plea |
| Disposition Date: | 07/06/2001 |
| Current As Of: | 03/30/2005 |

Exhibit _A_ , p.43 of _148_

| | |
| --- | --- |
| Name: | KHAN, IZAZ E |
| Date Of Birth: | 06/18/XXXX |

SSN:
Source:              Anchorage (3rd Dist) Superior and District Court
State:               AK
County:              Anchorage
Case Number:         3UN-02-00124CR6427
Case Type:           Misdemeanor
Offense:             CRIM TRESPASS-2ND
Offense Date:
Disposition:         No Contest Plea
Disposition Date:    06/18/2002
Current As Of:       03/30/2005

Name:                KHAN, IZAZ E
Date Of Birth:       06/18/XXXX
SSN:
Source:              Anchorage (3rd Dist) Superior and District Court
State:               AK
County:              Anchorage
Case Number:         3UN-03-00182CR7349
Case Type:           Misdemeanor
Offense:             DUI ALCOL OR CON SUB
Offense Date:
Disposition:         No Contest Plea
Disposition Date:    09/29/2003
Current As Of:       03/30/2005

Name:                KHAN, IZAZ E
Date Of Birth:       06/18/XXXX
SSN:
Source:              Anchorage (3rd Dist) Superior and District Court
State:               AK
County:              Anchorage
Case Number:         3UN-03-00183CR7350
Case Type:           Misdemeanor
Offense:             DISREGARD HWY OBSTR
Offense Date:
Disposition:         No Contest Plea
Disposition Date:    09/29/2003
Current As Of:       03/30/2005

Name:                KHAN, IZAZ E
Date Of Birth:       06/18/XXXX
SSN:
Source:              Anchorage (3rd Dist) Superior and District Court
State:               AK
County:              Anchorage
Case Number:         3UN-04-00302CR8301
Case Type:           Misdemeanor
Offense:             ASSAULT-4TH DEGREE
Offense Date:
Disposition:
Current As Of:       03/30/2005

Name:                KHAN, IZAZ E
Date Of Birth:       06/18/XXXX
SSN:
Source:              Anchorage (3rd Dist) Superior and District Court
State:               AK
County:              Anchorage

Exhibit A, p. 44 of 148

DEC-13-2005 TUE 03:40 PM Aqsh Midtown Job Cntr 57-4     FAX NO. 9 9072694816                     P. 13
iNow - Search Results Ic     HAN, IZAZ 623-40-XXXX                                    Page 3 of 5
Case 3:06-cv-00095-TMB     Document 57-4     Filed 06/08/2006     Page 15 of 31

12

Case Number:              3UN-04-00302CR8304
Case Type:                Misdemeanor
Offense:                  CRIM MISCHIEF 4
Offense Date:
Disposition:                            *Dissmiss*
Current As Of:            03/30/2005

Name:                     KHAN, IZAZ
Date Of Birth:            06/18/XXXX
SSN:
Source:                   Anchorage (3rd Dist) Superior and District Court
State:                    AK
County:                   Anchorage
Case Number:              3UN-04-00340CR8378     *THIS IS THE CASE I am APPEAL*
Case Type:                Felony                 *FOR AND I THINK MY EMPLOYER FIRE ME*
Offense:                  PERJURY                *FOR.*
Offense Date:
Disposition:
Current As Of:            03/30/2005

---

The records contained in this report are compiled from databases that are only updated infrequently and, therefore, may not have the most current information. This report is not intended to recommend, or not recommend, any individual. The records may or may not have sufficient information to establish the exact identity of an individual therefore, the information is provided merely as an indication of information that should be verified prior to making a decision. Your decision regarding the individual should not be based on information that is not up to date or that has not been verified or solely on the results of this or any similar report. ChoicePoint Services Inc. does not guarantee, warrant or assume any responsibility for the accuracy of the information obtained from other sources and shall not be liable for any losses or injuries now or in the future resulting from or relating to the information provided herein.

---

END OF REPORT FOR:
KHAN, IZAZ


**Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment or to take another adverse action against you must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;

Exhibit *A*, p.*45* of *148*

DEC-13-2005 TUE 03:41 PM Arch Midtown Job Cntr      FAX NO. 8 8072694816      P. 14
Now - Search Results for IHAN, IZAZ 623-40-XXXX      Page 16 of 31

Case 3:06-cv-00093-TMB    Document 57-4    Filed 06/08/2007    Page 16 of 31

IHAN, IZAZ 623-40-XXXX
Page 4 of 5

- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit

**States may enforce the FCRA, and many states have their own consumer reporting laws.** In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below. | Federal Trade Commission: Consumer Response Center – FCRA |

Exhibit A, p. 46 of 48

| | Washington, DC 20580 1-877-382-4357 |
|---|---|
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Compliance Management, Mail Stop 6-6 Washington, DC 20219 800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board Division of Consumer & Community Affairs Washington, DC 20551 202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552 800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314 703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center 2345 Grand Avenue, Suite 100, Kansas City, Missouri 64108-2638 1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board of Interstate Commerce Commission | Department of Transportation, Office of Financial Management Washington, DC 20590 202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator – GIPSA Washington, DC 20250 202-720-7051 |

15

MY EMPLOYER



# Adams
## Temporaries
### A division of Hire Calling, Inc.

## Jacob Keenhold
**Light Industrial Staffing Specialist**

**The People You Trust. The Company You Choose.**

**3601 C Street, Suite 1258, Anchorage, AK 99503**

907-561-5161 ▪ FAX 907-563-7417 ▪ CELL 907-351-0373

keenholdj@adamsandassoc.com ▪ www.adamsandassoc.com



# HIRE CALLING·
## STAFFING SOLUTIONS

## EMPLOYEE FIRST REPORT OF OCCUPATIONAL INJURY/ILLNESS

Employee's language preference: [✓] English  [ ] Spanish  [ ] Russian  [ ] Vietnamese  [ ] Other (please specify) _____

Legal name (first, m. i., last):  IZAZ  KHAN

Mailing address: 2823 TUDOR RD ANCHORAGE AK 99508

Physical address: SAME

Phone ph (907) 441-0412

Name of medical provider who first treated injury/illness: LARRY INGLE

Describe the injury or illness fully (how and where it occurred). Include additional sheets if necessary.

| Field | Value |
|---|---|
| Date of birth: | 6-18-65 |
| Male/Female | [✓] |
| Social Security #: | 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 |
| Number of dependents: | none |
| Marital status: | SINGLE |
| Education: Grade completed (0-20): | |
| Date of injury/illness: | 6-18-05 |
| Time of injury/illness: | 3 to 4 Pm |
| Last date worked: | |
| Nature of injury/illness (strain, cut, bruise, etc.): | STRAIN |
| Body parts affected: | BACK AND KNEE  [ ] LEFT  [ ] RIGHT |
| Name and phone number of regular doctor: | LARRY INGLE  248-1122 |

I WAS SENT TO A JOB WITH LARREY ALEN TO WORK FOR A WOMEN WE WERE NEED TO MOVE FROM ON PLACE TO OTHER I THOUGHT IT WILL BE A USUAL 5 to 6 HOUR WORK BUT INSTEAD IT WAS 12 HR WORK AND OUR 2ND GUY LEFT AND SO I HAD TO PICK UP THE SLACK AND WORK HARDER. IN ORDER TO FINISH THE TASK SOME WHERE AFTER THE GUY LEFT IT STARTE AND GOT WORSE AT BY THE LAST HOUR OF WORK I TOLD LARRY AND THE WOMEN THAT I CANNOT CLIMBE OT LIFT HEAVY STUFF BECAUSE I am ox MY KNEE IS HURTING

Has body part been injured before? If yes, explain.  [ ] YES  [✓] NO

Check here if you have more than one employer [ ]  Name and address of employer: _____

Authorization to release information:

By my signature, I hereby authorize my attending health care provider and/or hospital to release any information, or copies thereof acquired in the course of my examination or treatment for my work-related condition, to Hire Calling, Inc., their affiliates, or their representative.

Signature: _____    Date: 7-7-05

## ADDITIONAL INFORMATION

| Field | Value |
|---|---|
| Employer at injury: | LARREY |
| Date started: | |
| Job title: | LABOR |
| Time of injury: | [ ] am  [ ] pm |

Did you leave work at that time, or did you finish the shift? I FINISH WORK

| Time left work: | [ ] am  [ ] pm  9:30 Pm |
| If not the date of injury, what is the first day you missed work because of this injury? | |

What job were you performing at the time of injury? BY LIFTING CHAIRES.

Is this your regular job with site employer?  [ ] YES  [✓] NO

If no, what is your regular job? DIFFEREN FROM SITE TO SITE

Describe your symptoms when you experienced the injury:

Exhibit A, p. 49 of 148

1 of 2

## ACTIVITY INFORMATION

Check all that apply:

- ✓ Lifting
- ✓ Climbing
- ✓ Carrying
- ✓ Pushing
- ✓ Reaching
- ✓ Kneeling
- ✓ Bending
- ✓ Twisting
- ✓ Walking
- ✓ Running
- ✓ Handling
- ✓ Squatting
- ✓ Jumping
- ✓ Falling
- ✓ Pulling

What? _____  Dimensions: BARREL  Weight: 30 or so

## HAZARD INFORMATION

Check all that apply:

UNSAFE:
- ✓ Equipment use
- Equipment handling
- Equipment placement
- ✓ Work habits
- Work speed
- Body positioning
- Behavior/horseplay
- Clothing
- ✓ Faulty equipment
- Identify: _____
- ✓ Caused by another person  Name: LARRY

LACK OF:
- Safety rules
- Equipment maintenance
- Facility maintenance
- Training
- Supervision
- Personal protective gear
- Safety guards/devices
- Attention to task

FAILURE TO:
- Follow rules
- Use safety guard
- Secure and warn
- Lock-out/tag-out
- ✓ Get help
- Use personal protective gear

What do you think could have been done to prevent this injury? IF LARRY WOULD STOP MAKING THINGS (WITH the BRAKE)
DIFFICULT, AND WORK WITH ME AND THE WOMEN WE WERE WORKING FOR
WAS DAMANDING SOME SHOW OF STREAMGTH

## ILLNESS VS INJURY

this is an illness that developed gradually (i. e., tendonitis, carpal tunnel, etc.) rather than an injury (sudden, unexpected event), how did this develop? THAT I HAD
hen did you first notice symptoms? 'E STARTED TO HEART ON JOB FOR LAST 4 HOURS AND THEM CONTUNING ON UNTIL NOW? TO SEA DOCTOR
AFTER WORKING FOR 5to6 HOURS

ve you ever had these types of symptoms in the past? ☐ YES ☑ NO

what way?

## OTHER INFORMATION

ve you ever been treated by a doctor or other person for a similar condition? ☐ YES ☑ NO If yes, when?

...tor's name: _____  City, State:

...gnosis/treatment: _____  Results:

...you receive any site specific training for this assignment? ☐ YES ☑ NO If yes, please describe the training you received.

...er information that may be pertinent to this claim:

Exhibit A, p 50 of 48

...ignature below certifies that the above information is true and complete.

...loyee signature: _____  Date: 7-7-05

...loyer signature: _____  Date: _____

...ge 2 of 2

RMD153-HC 3/05

Date: 9-14-05  Response to McKeever's 9-2-05 Answer to Claim & Boshear's earlier controversion

To: Alaska Workers' Compensation Board

From: Izaz Khan

Re: Controversion of Workers' Compensation Claim – Summary

4/18/05 – I began working for Adams Associates in Anchorage.

6/11/05 – I worked 12 hours through Adams, 9:00 a.m. to 9:00 p.m., doing heavy lifting helping a woman move residences.  During the last six hours of that job, I began experiencing pain in my left knee and lower back.

6/12/05 – When Adams called with another job assignment  I told them I could not work because of my knee and back pain.

7/7/05 – I submitted a Occupational Injury Report with Adams.

7/7/05 – A doctor to whom I was referred by Adams recommended light duty work assignments.

7/7/05 – Adams offered me light duty shredding papers in their office.

7/8/05 – I worked four hours, 8 a.m. to 12 noon.   While I was working, Jake/Adams Associates requested I sign a release form regarding my criminal history which I did.  When I returned from lunch, I was told there was no more work.  The next work week I called Adams for more work and they responded that they no longer needed me due to my criminal history.

7/8/05 – Dr. Ingle at First Care recommended bed rest.

7/15/05 – I picked up my pay check from Adams and received notification I was no longer "workable."

7/18/05 – Dr. Tilgner at First Care assessed me as "not fit for duty in his normal occupation."

7/29/05 – Adams' insurer submitted a controversion of  benefits form denying my claim.


My conclusion:  The employer is not offering me light duty work and so should be paying me temporary total disability. I think the board's decision number 01-0254 supports my conclusion.



A division of Hire Calling, Inc.

7/15/05

Subject: 714-HIRECALLING BC IZAZ KHAN 06-18-65 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 NOT
WORKABLE.TIF, 714-HIRECALLING BC IZAZ KHAN 06-18-65 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
CHOICEPOINT.TIF

NOT WORKABLE DUE TO FELONY AND MISDAMEANORS.

## &SOS|Staffing™

July 11, 2005

RE: Notice of Potential Adverse Action

Dear Izaz Khan:

This letter is to inform you that our company is considering making an adverse decision concerning your employment with us. This potential adverse decision is based in whole or in part on the consumer report that you authorized us to obtain.

As required by the Fair Credit Reporting Act enclosed please find a copy of your consumer report and a summary of your rights under the Fair Credit Reporting Act.

If you believe the information contained in your consumer report is inaccurate, please let us know as soon as possible by contacting the Risk Department at 801.484.4400, before we finalize our decision. If we do not hear from you within five business days, then the decision will become final.

Sincerely,

Chantaye Painter
Claims Processor
SOS Staffing/Hire Calling, Inc.
801.924.0517

Exhibit A , p. 53 of 148

380-2005-03117N
2004-03440N
Closed

To: EEOC

see
faced
mailed
Needs
Phone
Interview
1/10/06
AP

FROM: IZAZ

I am FAXING YOU 20 PAGE's
NOT INCLUDING COVER PAGE.
THAT INCLUDE

1. SIX PAGE OF YOUR COMPLAIN FORM
2. 2 PAGE'S OF MY COMPLAIN
3. ONE PAGE OF MY ATTORNEY FORM    Exhibit 4, p. 54 of 148
4. MY CRIMINAL RECORD 5 PAGE'S
5. ONE PAGE OF MY EMPLOYER INFORMATION
6. 2 PAGE OF MY INJURY REPORT
7. ONE PAGE TO THE BOARD COMPLAIN
8. EMPLOYER REASON TO TERMENATIE.
4. INFORMATIO OF THE INFORMENT HOW THEY RECRIDE MY RECORD.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle District Office**

Federal Office Building
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6883
TTY (206) 220-6882
FAX (206) 220-6911

RE: Your recent inquiry

Your recent contact with this office indicates that you may wish to file a charge of employment discrimination with the U.S. Equal Employment Opportunity Commission (EEOC). The EEOC enforces
- Title VII of the Civil Rights Act of 1964, as amended (race, color, religion, sex, national origin, retaliation claims)
- the Age Discrimination in Employment Act of 1967, as amended (age over 40)
- the Equal Pay Act of 1963, as amended, (pay disparity between men and women)
- and Title I of the Americans with Disabilities Act of 1990.

Under these laws, EEOC has authority to investigate complaints of employment discrimination against public and private employers of 15 employees or more (but not against federal agencies), employment agencies, and labor organizations. Charges must be filed within 300 days of the date of violation.

If you believe that you have been discriminated against because of one of the factors listed above, and you wish to file a charge of employment discrimination with the EEOC, please complete the enclosed questionnaire and return it to this office. We will review your questionnaire and then contact you. Please provide complete and specific information concerning the most recent dates of discrimination, a brief summary of the discriminatory action, and other relevant information concerning the employment discrimination about which you wish to file. If you filed a charge concerning these allegations with any other civil rights or human rights agency, please write that information on the form.

By providing complete answers on the questionnaire you will speed our effort to respond to your inquiry.

Sincerely,

F. FRANCES PALMER
ENFORCEMENT SUPERVISOR

Enclosures:

☐ Intake Questionnaire

☐ Americans with Disabilities Act Questionnaire

☐ Sexual Harassment Sup

Exhibit _A_, p.55 of 148

2



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, WA 98164-1061
(206) 220-6883
TTY (206) 220-6882
FAX (206) 220-6911

## ADDITIONAL INFORMATION FOR YOU, THE CHARGING PARTY

Generally, you have the burden to show that the Respondent has violated the laws we enforce. You must supply some specific evidence-with names, approximate dates, and possible witnesses to the events-that suggests unlawful discrimination has occurred. EEOC reserves the right to decide how to investigate, how far to investigate, and what determination to make on any charge. If EEOC does not find in your favor, you have the right to pursue your claim in legal action on your own.

* EEOC also decides what priority to give your case, based on the information you supply and our experience in such matters. Some cases are investigated immediately, but you should also be prepared to wait several months for the investigation to start.

* When we investigate, we might interview your witnesses and the employer's representatives, review records and documents, and contact other sources and witnesses not named by you for information. EEOC tries to protect employees currently working for the employer, and such witnesses can be talked to confidentially if they wish. If there are other employees who were affected by the circumstances in your case, we might expand the investigation to include their circumstances.

* If you feel you have been retaliated against for filing your charge, discuss this with an investigator. Discrimination law prohibits retaliation for asserting your civil rights by filing a charge or participation in an investigation.

* Let us know if you change your address or phone number while your case is open at the EEOC. If we cannot locate you, we may dismiss your charge.

* EEOC does not act as a representative or attorney for either side, and cannot give legal advice. It's up to you whether to have an attorney represent you with us.

* A settlement, either directly between you and the employer or else through the mediation service offered by EEOC, is one way to get early action on your charge. A settlement usually requires compromises by both sides. EEOC cannot force the employer to agree to the terms of a settlement, which is voluntary unless a suit has been filed and won.

* If, because of the events in your charge, you are now out of work, your search for work could have a bearing on any future damages. Keep a record of where and when you look for work, and what interim work you have obtained.

Please keep this page for your records. Do not return pages 1 and 2 to EEOC

Exhibit A, p. 56 of 148

## Inquiry Number: 380-2006-0 3117 N

## CHARGES OF DISCRIMINATION MUST BE FILED WITHIN 300 DAYS OF THE DATE OF HARM.
### PLEASE TYPE OR PRINT THE REQUESTED INFORMATION.
## INFORMATION ABOUT YOU

Your name: **IZAZ - E - KHAN**        Date **11-22-05**

Address: **2823 TUDOR RD**

City: **ANCHORAGE**    State: **AK**   ZIP: **99507**   County: _____

Phone:    Home: (**907**) _____        Work: (   ) _____
          Cell: (**907**) **441-0412**     FAX: (   ) _____

Best time/place to reach you during our office hours,
from 8 a.m. to 4:30 p.m, M - F.  ☐ at work  ☐ at home   Best day/time _____

Date of Birth: **6-18-65**           Social Security # **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**

Please Check your:
   Sex:  ☑ Male        ☐ Female

   Race:  ☐ Black        ☐ White         ☐ American Indian or Alaskan Native
          ☐ Asian or Pacific Islander    ☐ Other (specify) _____

   National Origin:  ☐ Mexican    ☐ Hispanic    ☐ East Indian
                     ☐ Other (specify): _____   **PAKISTANI**

Someone who will know how to contact you if we are unable to reach you:

Name: **SEE ATTACH PAGE.**        Relationship: _____

Address: _____

City: _____   State: _____   ZIP: _____   Phone: (_____) _____

## INFORMATION ABOUT THE EMPLOYER

My charge is against a:  ☐ Private Employer          ☐ Labor Organization
                         ☐ State or Local Government  ☐ Employment Agency   ☐ Other

Name: **SEE ATTACHE PAGE.**

Phone: (   ) _____        Fax: (   ) _____

Address: _____

City: _____   State: _____   ZIP: _____   County: _____

Type of Business: _____        Approximate Number of Employees: _____

Human Resources/Personnel Director _____        Phone: (   ) _____

### Filing same complaint with other State/City/Federal agencies

I have filed this same complaint with the _____ agency on _____ (date).

Exhibit **A**, p **57** of **148**

# DISCRIMINATION ALLEGATIONS

### Briefly explain the discriminatory action the employer/union took against you:

I am a PAKISTANI and I am ~~discrimi~~ discriminantion @ Job Becaus ~~st~~ I am PAKISTANi and Due to 911 I am Fasing a Lot °⁴ Rejection also MY EMPLOYER used MY CRIMINAL Record AS AN EXCUSE To Put me out of work AND when THEY SAW THAT I No Longer WORK THE & LABOR IN TENCE WORK AND I got Hurt AND NOW DUE to INJURY DISABLE AND & No use ANY LONGER ~~use~~ ~~used~~ THEY GOT RID of ME.

Date of discriminatory action: **7 - 15 - 05**            year **2005**

☑ **DISCHARGE**      or      ☐ **LAYOFF**

Last position held: **LABOR**                              Rate of Pay **10 $**

Date of hire:: **4 - 18 - 05**    Date of layoff or discharge: **7 - 15 - 05**
Who replaced you? _____

☐ **HIRING**    or    ☐ **PROMOTION**

Position you sought: **LABOR**
Date you applied: **Dec - of January**    Date you learned that you were not selected: _____

Who was selected? _____

☐ **DEMOTION**  or    ☐ **DISCIPLINE**    ☐ **WAGES OR BENEFITS**    ☐ **HARASSMENT**

☐ **TERMS OR CONDITIONS OF EMPLOYMENT**

☐ **OTHER:** **TERMEHATED FROM JOB.**

_____

### WHAT CAUSED THE EMPLOYMENT ACTION YOU DESCRIBE, YOUR:

☐ **RACE** Includes racial harassment.
☐ **COLOR**
☐ **GENDER**
☐ **PREGNANCY**
☐ **SEXUAL HARASSMENT**
☐ **AGE**    If you are age 40 or over.
☑ **DISABILITY** Complete the Americans with Disabilities Act supplemental questionnaire.
☑ **NATIONAL ORIGIN:** Includes harassment based on national origin.
☐ **RELIGION** Religious harassment is a form of discrimination based on religion.
☐ **RETALIATION - OPPOSITION:** You opposed discrimination on the job because of one of the reasons described above by ☐ made internal complaint ☐ filed EEOC charge
☐ **RETALIATION - PARTICIPATION:** You participated in an internal or EEOC or other agency investigation regarding discrimination based on any of the reasons described above.
☑ **OTHER:** **INJURY ON THE JOB THAT MADE ME DISSABLE BASE ON MY CRIMINAL RECORD**

### SUPPORTING INFORMATION

Exhibit **A** , p. **58** of **148**

4

**Identify any others who were treated the SAME as you under similar conditions.**

| <u>Name</u> | Race/Sex/Age | How treated the same |
|---|---|---|
| No NOT THAT I KNOW off | | |
| | | |
| | | |

**Identify any others who were treated BETTER than you under similar conditions.**

| Name | Race/Sex/Age | How treated better |
|---|---|---|
| NOT THAT I KNOW off | | |
| | | |
| | | |

**Identify WITNESSES who saw, heard, or have first-hand knowledge of the harm you experienced.**

| Name | Telephone Number | Address |
|---|---|---|
| 1. NOT THAT I KNOW off | | |

<u>Witness will say:</u> _____

2. _____ ( ) _____

<u>Witness will say:</u> _____

3. _____ ( ) _____

<u>Witness will say:</u> _____

**What reason(s) were you given for the acts you consider discriminatory? Include the name(s) and title(s) of the person(s) who gave the reason(s). If you dispute the reason(s) you were given, tell us why.**

_____

_____

_____

_____

_____

_____

IQ:revised 6/03

Exhibit A, p 59 of 148

PLEASE ATTACH A STATEMENT OF ANY OTHER FACTS THAT YOU BELIEVE ARE IMPORTANT TO YOUR CASE. GIVE NAMES AND JOB TITLES OF PERSONS INVOLVED.

## OTHER INFORMATION

CHECK TYPE OF REPRESENTATIVE: ____ lawyer    ____ union    ____ family member   MYSELF

Name: IZAZ -E- KHAN

Telephone: (907) 441-0442    Fax: (    )

Address: 2833 TUDOR RD

City: ANCHORAGE    State: AK   ZIP: 99507

## IMPORTANT INFORMATION

It is important that you stay in contact with this office concerning your potential charge of discrimination. This questionnaire does not necessarily constitute a minimally-sufficient charge, nor does submission of this questionnaire necessarily fulfill the statutory requirement to file a minimally-sufficient charge within 300 calendar days of the alleged discriminatory action. We recommend that persons with potential discrimination charges complete the formal charge filing process as quickly as possible to protect their statutory rights.

## PRIVACY ACT STATEMENT

This form is covered by the Privacy Act of 1974, Public law 93-579. Authority for requesting and uses of the personal data are given below.

1. FORM NUMBER/TITLE DATE: SEDO FORM 1, Seattle Intake Questionnaire.
2. AUTHORITY: 42 U.S.C. subsection 2000(e)(9), 29 U.S.C. 201, 29 U.S.C. 621.
3. PRINCIPAL PURPOSES: Requests information from the charging party relevant to filing a charge of employment discrimination.
4. ROUTINE USES: Determine whether facts exist to support a charge of employment discrimination.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY, AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION: Voluntary. Failure to provide information may affect whether the Commission can further process your claim.

## DECLARATION

Do you wish to file a charge of employment discrimination based on the information in this questionnaire?

☑ Yes    ☐ No    ☐ Not Sure

I have read and had an opportunity to correct this Intake Questionnaire, and swear under penalty of perjury that these facts are true and correct to the best of my knowledge and belief. I further give my consent for the EEOC, to file this questionnaire as a charge, if necessary to meet timeliness purposes, and thereby give my consent for this questionnaire to be considered as a charge of discrimination.

_____    11-22-05
SIGNATURE                   DATE

Exhibit A, p. 60 of 148

6

7

YAHOO! MAIL                    Print - Close Window

**Date:**  Mon, 7 Nov 2005 17:47:51 -0800 (PST)

**Subject:**  sun-10-sing

**To:**  khan_izaz@yahoo.com

U.S EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

FEDERAL OFFICE BULDING
909 FIRST AVENUE SUITE 400
SEATTLE WA 98104-1061
206-220-6883
FAX 206-220-6911

IZAZ KHAN
2823 TUDOR RD
ANCHORAGE AK 99507
PHONE/ 907-441-0412
IZAZ_KHAN@YAHOO.COM

HELLO MY NAME IS IZAZ KHAN I AM GOING TO TELL YOU ABOUT MY EMPLOYER MISTREATMENT AND THE ACTUAL FACT THAT HAPPENED I HAVE STARTED WORKING FOR ADAM ASSOCIATE ON 4-18-05 WHILE I WAS WORKING FOR ADAM ASSOCIATE I WORK FOR QUITE A FEW OF EMPLOYERS MY LAST SECONDRY EMPLOYER WAS LARREY ELLAN I WORK WITH ADAM ASSOCIATE TILL 07-15-05 HERE IS A BREAF SUMMERY OF WHAT HAPPENED AND HOW I GOT INJURD AT A JOB SITE I HAVE WORKED WITH LARREY ELLAN BEFOUR COUPEL OF TIME FOR FIVE TO SIX HOURS EACH TIME LIFTING PIANO ON ANOTHER JOB PIANO AND LARGE SAFE IN WHICH YOU KEEP IMPORTANT THINGS THOSE WERE JOBS WITH THREE MAN LESS HOURS AND NOW I AM GOING TO TALK ABOUT WHAT HAPPENED THE DAY I GOT INJURD I STARTED MY DAY WITH LARREY ALLAN AT 9 AM WITH THREE PEOPLE LIKE ON OTHER JOB LIKE AROUND 2 PM ONE PERSON LEFT NOW WE WERE LEFT WITH TWO PEOPLE ONER I MEAN LARREY ALLEN AND I MR ALLEN HAS THIS ATTUTED THAT HE KNOW HOW TO LIFT HEAVY OBJECT AND HE KNOWS HOW MUCH HIS BOX TRUCK HOLD AND HE LIKE TO SHOW OF ALL HIS TRICKS TO HIS CLINT AND TELL HIS HIRED LABORS THAT HE CAN MAKE IT EASSY ON PEOPLE OR MAKE IT TOUGH ON PEOPLE OR MAKE PEOPLE WORKE HARDER THIS WAS A LITTLE ABOUT THE PERSON WHO I WAS WORKING NOW I WILL TALK ABOUT MY PRIMERY EMPLOYER MEANS ADAM ASSOCIATE FROM DAY ONE I WAS SENT TO WORK FOR THE MOST HARDEST JOB FIRST ONE WAS ROWEN COME TO MY SERPRISE AFTER GETTING HEART ON JOB I WAS IN A PROCESS OF GETTING AN ATTORNEY SO MY ATTORNEY SAID SOME THING MICHEAL ABOUT GETTING A JOB DISCRIPTION FROM ANY OF MY SECANDERY EMPLOYERS SO I WHENT TO ROWEN AND ASKED FOR MY JOB DISCRIPTION THEY WERE HAPPEY TO SEE ME BECAUSE I WAS THE GUY WHEN WHO WORK AND DID EVERY

Exhibit A , p 01 of 148