THING THEY ASKED FOR ME ALL THE HEAVY WORK SO WHEN I ASKED
FOR DISCRIPTION THEY DENIDE TO FILL THAT FORM SO THEN I REALISE
THAT EVERY THING OR LET ME PUT IT THIS WAY THAT 80% OF THE WORK
LOAD THAT I DID WAS NOT TO BE DONE BY ME OR THE WEIGHT
PROPOTION REGELUATED BY THE GOVERMENT ARE NOT PRACTIC
AND SAME THING HAPPENED WITH LARREY ELLAN CASE WE DID NOT
HAVE PROPER WAY TO LIFT THINGS UP AND TO LODE OR UNLODE FROM
THE TRUCK TO THE PLACE IT NEED TO GO AND BEFOUR I FORGET WHEN
ROWEN DENIDE TO FILL THAT FORM MR MICHAEL- J – PATTERSON ASK
MR LARREY ELLAN TO GIVE DISCRETION OF JOB MR KHAN WAS DOING
AND HE REFUSE IT TO I AM ATTACHING THAT FORM TO YOU I HAVE
TALK TO A REPRESANTED NAME MERCIDES SHE SAID THERE WILL BE
SOME THAT WILL CALL YOU AND INTERVIEW YOU I HAVE MORE
INFORMATION SO LOOKING FORWORDE TO HEAR FROM YOU

---

Yahoo! FareChase - Search multiple travel sites in one click.

9

### LAW OFFICE
### OF
### MICHAEL J. PATTERSON
*810 W. 2nd Avenue*
*Anchorage, Alaska 99501*
*907-276-7966*
*FAX: 907-276-0479*

August 23, 2005

Rowan Pacific Rim Decorators Inc.
655 E Ship Creek Ave.
Anchorage, AK 99501                    VIA: FAX 276-6894

        RE:  Our Client:    Izaz Khan
                            2823 Tudor Road
                            Anchorage, AK 99507

To Whom It May Concern:

        Please fill in the following information and return to us:

        I was Izaz Kahn's employer from _____ to _____.
During the time he worked for me he performed heavy labor.  He
lifted _____ pounds frequently: at least _____ times per day.
He did not exhibit any back problems or physical limitations.


        _____            _____
        Date                   Employer


        Thanks for your help in this matter.


                        Sincerely,

                        *[signature]*

                        Michael J. Patterson, Esq


MJP/mn

DEC-13-2005 TUE 03:30 PM Angh Midtown Job Cntr    FAX NO. 9 8072694816        P. 11
Case 3:06-cv-00095-TMB    Document 57-5    Filed 06/08/2007    Page 3 of 29
ScreenNow - Search Result for KHAN, IZAZ 623-40-XXXX                Page 1 of 5



***Information You Need...When You Need it!*** If your consumer is a California resident, the following notice is provided as required under California law:

1. The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records. Evidence of identity theft may or may not be identified from this report.

2. The recipient of this report shall give a copy of this report to the subject of the report.

3. Failure to provide a copy of the report as required by law may expose you to liability as specified in Section 1786.50.

Report For:                                    Date Ordered: 07/08/05
KHAN, IZAZ                                      Last Updated: 07/08/05
SSN 623-40-XXXX
2823 TUDOR ANCHORAGE Alaska 99507

National Criminal File Plus Search - 7 matches

| SSN VALIDATION |
|---|

SSN 623-40-XXXX was VALIDLY ISSUED
between 1990 and 1991
in CA

| DEVELOPED NAMES AND ADDRESSES |
|---|

8 additional names and addresses were found.  Click here to view the report.

| NATIONAL CRIMINAL FILE PLUS SEARCH |
|---|

Name:              KHAN, IZAZ E
Date Of Birth:     06/18/XXXX
SSN:
Source:            Anchorage (3rd Dist) Superior and District Court
State:             AK
County:            Anchorage
Case Number:       3UN-01-00072CR5672
Case Type:         Misdemeanor
Offense:           DWLC/S/R/L
Offense Date:
Disposition:       No Contest Plea
Disposition Date:  07/06/2001
Current As Of:     03/30/2005

Name:              KHAN, IZAZ E
Date Of Birth:     06/18/XXXX

Exhibit A, p. 64 of 148

DEC-13-2005 TUE 03:31 PM Anch Midtown Job Cntr    FAX NO. 8 9072804816    P. 12
Case 3.06-cv-00063-TMB   Document 57-5   Filed 08/08/2007   Page 4 of 29
Now - Search Results for KHAN, IZAZ 623-40-XXXX                    Page 2 of 5

SSN:
Source:              Anchorage (3rd Dist) Superior and District Court
State:               AK
County:              Anchorage
Case Number:         3UN-02-00124CR6427
Case Type:           Misdemeanor
Offense:             CRIM TRESPASS-2ND
Offense Date:
Disposition:         No Contest Plea
Disposition Date:    06/18/2002
Current As Of:       03/30/2005

②

Name:                KHAN, IZAZ E
Date Of Birth:       06/18/XXXX
SSN:
Source:              Anchorage (3rd Dist) Superior and District Court
State:               AK
County:              Anchorage
Case Number:         3UN-03-00182CR7349
Case Type:           Misdemeanor
Offense:             DUI ALCOL OR CON SUB
Offense Date:
Disposition:         No Contest Plea
Disposition Date:    09/29/2003
Current As Of:       03/30/2005

③

Name:                KHAN, IZAZ E
Date Of Birth:       06/18/XXXX
SSN:
Source:              Anchorage (3rd Dist) Superior and District Court
State:               AK
County:              Anchorage
Case Number:         3UN-03-00183CR7350
Case Type:           Misdemeanor
Offense:             DISREGARD HWY OBSTR
Offense Date:
Disposition:         No Contest Plea
Disposition Date:    09/29/2003
Current As Of:       03/30/2005

④

Name:                KHAN, IZAZ E
Date Of Birth:       06/18/XXXX
SSN:
Source:              Anchorage (3rd Dist) Superior and District Court
State:               AK
County:              Anchorage
Case Number:         3UN-04-00302CR8301
Case Type:           Misdemeanor
Offense:             ASSAULT-4TH DEGREE
Offense Date:
Disposition:
Current As Of:       03/30/2005

DISMISS

Name:                KHAN, IZAZ E
Date Of Birth:       06/18/XXXX
SSN:
Source:              Anchorage (3rd Dist) Superior and District Court
State:               AK
County:              Anchorage

Exhibit A, p. 65 of 148

Case Number:        3UN-04-00302CR8304
Case Type:          Misdemeanor
Offense:            CRIM MISCHIEF 4
Offense Date:
Disposition:                            *Dissmiss* (handwritten)
Current As Of:      03/30/2005


Name:               KHAN, IZAZ
Date Of Birth:      06/18/XXXX
SSN:
Source:             Anchorage (3rd Dist) Superior and District Court
State:              AK
County:             Anchorage
Case Number:        3UN-04-00340CR8378       *THIS is THE CASE I am APPEAL* (handwritten)
Case Type:          Felony                   *FOR AND I THINK MY EMPLOYER FIRE ME* (handwritten)
Offense:            PERJURY
Offense Date:                               *FOR.* (handwritten)
Disposition:
Current As Of:      03/30/2005

---

The records contained in this report are compiled from databases that are only updated infrequently and, therefore, may not have the most current information. This report is not intended to recommend, or not recommend, any individual. The records may or may not have sufficient information to establish the exact identity of an individual therefore, the information is provided merely as an indication of information that should be verified prior to making a decision. Your decision regarding the individual should not be based on information that is not up to date or that has not been verified or solely on the results of this or any similar report. ChoicePoint Services Inc. does not guarantee, warrant or assume any responsibility for the accuracy of the information obtained from other sources and shall not be liable for any losses or injuries now or in the future resulting from or relating to the information provided herein.

---

END OF REPORT FOR:
KHAN, IZAZ


*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment or to take another adverse action against you must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
    - a person has taken adverse action against you because of information in your credit report;
    - you are the victim of identify theft and place a fraud alert in your file;
    - your file contains inaccurate information as a result of fraud;

Exhibit *A*, p *66* of *148*

DEC-13-2005 TUE 03:31 PM Arch Midtown Job Cntr.    FAX NO. 8 8072694816    P. 14

Case 1:05-cv-00033-HWB   Document 57-5   Filed 06/06/2007   Page 6 of 29

aNow Search Result    or KHAN, IZAZ 623-40-XXXX

Page 4 of 5     13

- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below. | Federal Trade Commission: Consumer Response Center -- FCRA |

Exhibit A, p. 67 of 148

DEC-13-2005 TUE 03:32 PM Arch Midtown Job Cntr.          FAX NO. 8072694816          P. 15
Case 4:05-cv-00054-TWP-WGH Document 57-5   Filed 06/06/2007   Page 7 of 29

Now - Search Resu     for KHAN, IZAZ 623-40-XXXX          Page 5 of 5     14

| | Washington, DC 20580 1-877-382-4357 |
|---|---|
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Compliance Management, Mail Stop 6-6 Washington, DC 20219 800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board Division of Consumer & Community Affairs Washington, DC 20551 202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552 800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314 703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center 2345 Grand Avenue, Suite 100, Kansas City, Missouri 64108-2638 1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board of Interstate Commerce Commission | Department of Transportation, Office of Financial Management Washington, DC 20590 202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator -- GIPSA Washington, DC 20250 202-720-7051 |

15

MY EMPLOYER



# Adams
## Temporaries
A division of Hire Calling, Inc.

## Jacob Keenhold
**Light Industrial Staffing Specialist**

**The People You Trust. The Company You Choose.**

3601 C Street, Suite 1258, Anchorage, AK 99503

907-561-5161 • FAX 907-563-7417 • CELL 907-351-0373

keenholdj@adamsandassoc.com ▪ www.adamsandassoc.com

Exhibit A, p. 19 of 148



# HIRE CALLING

## STAFFING SOLUTIONS

## EMPLOYEE FIRST REPORT OF OCCUPATIONAL INJURY/ILLNESS

Employee's language preference:  ☒ English  ☐ Spanish  ☐ Russian  ☐ Vietnamese  ☐ Other (please specify) _____

**Legal name (first, m. i., last)** IZAZ KHAN

**Date of birth:** 6-18-65

**Male / Female** ☒ L.

**Social Security #:** 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

**Mailing address:** 2823 TUDOR RD Anchorage AK 99734

**Number of dependents:** MORE

**Marital status:** SINGEL

**Education: Grade completed (0-20):**

**Physical address:** SAME

**Date of injury/illness:** 6-18-05

**Time of injury/illness:** 3 to 4 PM

**Last date worked:**

**Home phone** (907) 441-0412

**Nature of injury/illness (strain, cut, bruise, etc.):** STRAIN

**Body parts affected:** BACK AND KNEE     ☐ LEFT  ☐ RIGHT

**Name of medical provider who first treated injury/illness:** LARRY ENGLE

**Name and phone number of regular doctor:** LARRY ENGLE   248-1122

Describe the injury or illness fully (how and where it occurred). Include additional sheets if necessary. I WAS SENT TO A JOB WITH LARREY ALEN TO WORK FOR A WOMEN WHO HIRED TO MOVE FROM A PLACE TO ANOTHER I THOUGHT IT WILL BE A USUAL 5 & 6 HOUR WORK BUT INSTEAD IT WAS 12 HR WORK AND OUR THIRD GUY LEFT AND SO I HAD TO PICK UP THE SLACK AND WORK HARDER. I'M ORDER TO FINISH THE TASK SOME WHERE AFTER THE GUY LEFT it STARTE AND get WORSE THAT BY THE LAST HOUR OF WORK I TOLD LARRY AND THE WOMEN THAT I CANNOT CLIMBE or LIFT HEAVY STUFF BECAUSE I am OF MY KNEE IS HURTING

Witnesses (if any): _____

Has body part been injured before? If yes, explain.   ☐ YES  ☒ NO

Check here if you have more than one employer ☐   Name and address of employer: _____

**Authorization to release information:**

By my signature, I hereby authorize my attending health care provider and/or hospital to release any information, or copies thereof acquired in the course of my examination or treatment for my work-related condition, to Hire Calling, Inc., their affiliates, or their representative.

**Signature:** _(signed)_          **Date:** 7-7-05

## ADDITIONAL INFORMATION

**Site employer at injury:** LARREY

**Date started:**

**Job title:** LABOR

**Time of injury:**  ☐ am  ☒ pm

**Did you leave work at that time, or did you finish the shift?** I FINISH WORK

**Time left work:** ☐ am ☐ pm 9:30 PM

**If not the date of injury, what is the first day you missed work because of this injury?**

**What job were you performing at the time of injury?** HEAVY LIFTING CHAIRS

**Is this your regular job with site employer?** ☐ YES ☒ NO

**If no, what is your regular job?** DIFFER EN FROM SITE TO SITE

**Detail your symptoms when you experienced the injury:**

Exhibit A, p. 70 of 148

## ACTIVITY INFORMATION

Check all that apply:

| | | | | |
|---|---|---|---|---|
| ✓ Lifting | ✓ Climbing | ✓ Carrying | ✓ Pushing | ✓ Reaching |
| ✓ Kneeling | ✓ Bending | ✓ Twisting | ✓ Walking | ✓ Running |
| ✓ Handling | ✓ Squatting | ✓ Jumping | ✓ Falling | ✓ Pulling |

What? _____    Dimensions: ___ BARREL ___    Weight: ___ 50 u. lb ___

## HAZARD INFORMATION

Check all that apply:

UNSAFE:

| | | | |
|---|---|---|---|
| ✓ Equipment use | ✓ Equipment handling | ✓ Equipment placement | ✓ Work habits |
| ✓ Work speed | ✓ Body positioning | ✓ Behavior/horseplay | ✓ Clothing |
| ✓ Faulty equipment | Identify: _____ | | |
| ✓ Caused by another person | Name: ___ LARRY ___ | | |

LACK OF:

| | | | |
|---|---|---|---|
| ✓ Safety rules | ✓ Equipment maintenance | ✓ Facility maintenance | ✓ Training |
| ✓ Supervision | ✓ Personal protective gear | ✓ Safety guards/devises | ✓ Attention to task |

FAILURE TO:

| | | | |
|---|---|---|---|
| ✓ Follow rules | ✓ Use safety guard | ✓ Secure and warn | ✓ Lock-out/tag-out |
| ✓ Get help | ✓ Use personal protective gear | | |

What do you think could have been done to prevent this injury? IF LARRY WOULD STOP MAKING THINGS No BRAKE DIFFICULT, AND WORK WITH ME AND THE WOMEN WE WERE WORKING FOR WAS DAMANDING SOME SHOW OF STRENGTH

## ILLNESS VS. INJURY

If this is an illness that developed gradually (i. e., tendonitis, carpal tunnel, etc.) rather than an injury (sudden, unexpected event), how did this develop? THAT I HAD IT STARTED TO HEART ON JOB FOR LAST 4 WEEKS AND THEN CONTUNING ON UNTIL NOW! TO SEA Doctor

When did you first notice symptoms? AFTER WORKING FOR 5 to 6 Hours

Have you ever had these types of symptoms in the past? ☐ YES ☒ NO

what way? _____

## OTHER INFORMATION

Have you ever been treated by a doctor or other person for a similar condition? ☐ YES ☒ NO If yes, when?

ater's name: _____    City, State: _____

ignosis/treatment: _____    Results: _____

you receive any site specific training for this assignment? ☐ YES ☒ NO If yes, please describe the training you received.

er information that may be pertinent to this claim: _____

Exhibit A, p. 71 of 148

signature below certifies that the above information is true and complete.

loyee signature: _____    Date: 7-7-05

loyer signature: _____    Date: _____

ge 3 of 2

RMD153-HC 3/05

Date: 9-14-05  Response to McKeever's 9-2-05 Answer to Claim & Boshear's earlier controversion

To: Alaska Workers' Compensation Board

From: Izaz Khan

Re: Controversion of Workers' Compensation Claim – Summary


4/18/05 – I began working for Adams Associates in Anchorage.

6/11/05 – I worked 12 hours through Adams, 9:00 a.m. to 9:00 p.m., doing heavy lifting helping a woman move residences. During the last six hours of that job, I began experiencing pain in my left knee and lower back.

6/12/05 – When Adams called with another job assignment I told them I could not work because of my knee and back pain.

7/7/05 – I submitted a Occupational Injury Report with Adams.

7/7/05 – A doctor to whom I was referred by Adams recommended light duty work assignments.

7/7/05 – Adams offered me light duty shredding papers in their office.

7/8/05 – I worked four hours, 8 a.m. to 12 noon.  While I was working, Jake/Adams Associates requested I sign a release form regarding my criminal history which I did. When I returned from lunch, I was told there was no more work. The next work week I called Adams for more work and they responded that they no longer needed me due to my criminal history.

7/8/05 – Dr. Ingle at First Care recommended bed rest.

7/15/05 – I picked up my pay check from Adams and received notification I was no longer "workable."

7/18/05 – Dr. Tilgner at First Care assessed me as "not fit for duty in his normal occupation."

7/29/05 – Adams' insurer submitted a controversion of benefits form denying my claim.


My conclusion: The employer is not offering me light duty work and so should be paying me temporary total disability. I think the board's decision number 01-0254 supports my conclusion.

RECEIV**SOS STAFFING SERVICES, INC.**
SEL0-EEOC    2650 Decker Lake Blvd., Ste. 500
Salt Lake City, Utah 84119
2005 MAR 30   A 10:04   T. 801.484.4400 F. 801.483.4283

March 28, 2006

*Sent via facsimile to 206-220-6911; hard copy to follow via UPS.*

Cheryl A. Milner
U.S. Equal Employment Opportunity Commission
Seattle Filed Office - 551
909 First Ave., Suite 400
Seattle, WA 98104-1061

Re: Charge No. 380-2005-03117 – Izaz E. Khan

Dear Ms. Milner:

This letter will serve as Hire Calling, Inc.'s d/b/a Adams & Associates or Adams Temporaries ("Hire Calling" or "Adams") response to the above-referenced charge of discrimination. Adams adamantly denies the allegations of unlawful discrimination alleged in the charge and requests that a finding of No Reasonable Cause be entered.

As noted, Adams is a trade name or division of Hire Calling, Inc., which is a subsidiary of SOS Staffing Services, Inc. ("SOS"). SOS provides back-office support and serves as the corporate office for Hire Calling. Hire Calling is a privately held Oregon corporation with approximately 15 offices in Alaska, Oregon and Washington. Hire Calling operates an Adams office in Anchorage, Alaska. The correct address of Adams' Anchorage office is 3201 C St., Suite 600, Anchorage, AK 99503.

Adams' primary business is to provide temporary help services through its network of offices. Adams recruits, screens, skills tests, performs reference checks, and hires individuals as its employees. Adams then loans its employees to work temporary assignments under the supervision and control of its customers. The placements are based on Adams' judgment of the skills of its employees and the needs of the customer. Adams' customers may accept or reject an Adams employee sent for assignment for any non-discriminatory reason. Neither employment with Adams nor any assignment is guaranteed to last for any definite period of time, and employment with Adams and all assignments may be terminated at will. Adams pays its employees regardless of whether the customer pays Adams. Adams makes all mandatory income tax and other withholdings and pays all employment-related taxes such as FICA, Medicare, and unemployment. Adams also maintains workers' compensation insurance on each of its employees. Adams provides benefits, including vacation pay, 401(k) retirement saving

Page 2 of 4
EEOC Charge No. 380-2005-03117

plan, a flexible spending C-125 plan and health plans for eligible employees, including temporary employees.

Adams denies that Charging Party was discriminated against on the basis of his national origin, disability or perceived disability or in retaliation for filing a workers' compensation claim. The fact that Mr. Khan is Pakistani, has a disability or perceived disability or filed a workers' compensation claim had nothing to do with his termination. His termination was based on the fact that he did not meet Adams' employment criteria with respect to his criminal history.

Mr. Khan applied with Adams in December 2004 for a position as a temporary employee. A copy of his application is attached hereto as Exhibit A. Mr. Khan was hired and subsequently assigned to various temporary assignments. One such assignment was with Adams' client, Larry Allen Professional Movers, which commenced and ended on June 11, 2005. Mr. Khan was injured while performing work for Larry Allen Professional Movers on June 11, 2005 but did not report his injury to Adams until July 6, 2005.

Upon learning that Mr. Khan had been injured while on assignment with Larry Allen Professional Movers, Adams arranged for Mr. Khan to receive medical treatment. In connection with that treatment, Mr. Khan's doctor released him to return to work on a modified or light duty basis from July 7, 2005 to July 14, 2005. Because of his restrictions, Adams offered Mr. Khan a light duty position in its Anchorage office consistent with the restrictions imposed by his doctor. The position Mr. Khan was offered consisted of working as an office assistant in the Anchorage branch, assisting Adams' regular staff employees with the operations of that branch.

Because of the sensitive, confidential and proprietary nature of much of the information kept in its branches (personnel files, customer files, access to Adams's computer system, etc.) and consistent with its policy of thoroughly screening anyone who works as in-house staff in one of its branches, Adams performed a background check on Mr. Khan on July 8, 2005 (that policy is reflected in the e-mail attached as Exhibit B). The consent form that Mr. Khan signed for Adams to perform a background check, the results of that background check and the letters to Mr. Khan regarding the background check are attached hereto as Exhibit C.

Mr. Khan's extensive criminal history disqualified him for the light duty position in Adams's Anchorage office and for further employment as a temporary employee. Copies of Adams' policy on performing criminal background checks and criminal history hiring criteria are attached as Exhibit D (the policy in effect at the time Mr. Khan's background check was performed is dated 05/05; an updated version, the one dated 10/5/05, is also included). The persons involved in the decision to terminate Mr. Khan's employment are as follows: (1) Chantaye Painter, Risk Program Manager (Ms. Painter is no longer employed with the company), (2) Erin Urban, Risk Program Manager, (3) Carol Mutter, Branch Manager – Adams' Anchorage Office, and (4) Sue Smith, Vice President of Risk Management. SOS and Hire Calling do not track the national origin of its employees. Therefore, the national origin of these individuals cannot be provided.

Page 3 of 4
EEOC Charge No. 380-2005-03117

It should be noted that criminal background checks are not run on every SOS/Hire Calling/Adams applicant or employee. As set forth in the Criminal History Hiring Criteria (see Exhibit D), the company asks on its employment applications whether an applicant has been convicted of a crime other than a minor traffic violation. If the application indicates "yes," he or she is asked to provide details of any convictions. Background checks are run on employees if the client company to whom they will be assigned requires it. Additionally, as noted above, background checks are always run on anyone who will be working in an SOS or Hire Calling/Adams branch, as was the case with Mr. Khan.

At the time Mr. Khan applied with Adams, the Anchorage office was not using the version of the employment application that includes the question about a person's criminal history. Therefore, at that time, Mr. Khan was not asked about his criminal history. Additionally, none of the clients to whom he had been assigned required that a background check be run. The background check ran on Mr. Khan on July 8, 2005 at the time he was offered the light-duty assignment in the Anchorage office was the only background check Adams ran on him. Between the time that Mr. Khan applied and the date the background check was run on him, Adams had adopted the Criminal History Hiring Criteria (see Exhibit D). Additionally, the Adams Anchorage office transitioned to the employment application that includes the question about a person's criminal history in August 2005.

Adams did not fill the light duty position offered to Mr. Khan with another person. Therefore, no one replaced Mr. Khan at that position.

With respect to a list of all employees hired within the last twelve months, such a request is unduly burdensome. Last year, SOS/Hire Calling/Adams employed approximately 67,000 people.

A list of former Hire Calling/Adams employees who were discharged in the past 12 months for the same reason as Mr. Khan (not meeting employment criteria based on criminal history in connection with offer of light-duty assignment in a company office) is attached hereto as Exhibit E. As noted above, the company does not track the national origin of its applicants or employees and, therefore, such info cannot be provided for these individuals.

Adams adamantly denies that Mr. Khan was discriminated against on the basis of his national origin or disability. Mr. Khan's national origin, Pakistani, was never the topic of any conversation or interaction Mr. Khan had with Adams' staff. The fact that Adams hired Mr. Khan in the first place is evidence that Adams did not discriminate against him based on his national origin. Additionally, Adams believes that Mr. Khan has failed to allege facts sufficient to establish that he is a qualified person with a disability and has failed to establish a prima facie case of discrimination. Adams did not discriminate against Mr. Khan based on a disability or perceived disability. Adams had no knowledge that Mr. Khan even had a disability. At no time during his employment did Mr. Khan

Page 4 of 4
EEOC Charge No. 380-2005-03117

indicate that he had a disability or was in need of a reasonable accommodation. Mr.
Khan's termination was based on the fact that he did not meet Adams' employment
criteria because of his extensive criminal history. Based on the foregoing, Adams
respectfully requests that a finding of No Reasonable Cause be entered.

Please direct all inquiries and requests for information to the undersigned. I can be
contacted telephonically at (801) 412-3912. If necessary, SOS and Hire Calling will
make its employees available for interviews at your request. Please coordinate such
interviews through me. I request to be present during the interviews of any supervisory
personnel or during any interview where the statements made will be binding on the
company.

Sincerely,

Ryan D. Jensen
Assistant General Counsel

Encl.

# EXHIBIT A


## Adams
### Temporaries

Please print clearly. Complete in as much detail as possible.

# EMPLOYMENT APPLICATION

## Personal Information

| | FOR OFFICE USE ONLY |
|---|---|

Name 4) I Z A Z    E     KHAN
(First)     (Middle)     (Last)

Address 5) 921570 P. o. Box

6) _____

City 7) Dutch HARBOR State 8) AK Zip 9) 99692

Telephone 10) _____ 11) _____ AM LM
(Home)     (Alt)

Social Sec. # 1) _____

**FOR OFFICE USE ONLY**

Temp Rep 43) _____
Acq. Date 51) _____
Acq. Code 52) _____
Status 2) _____
React. Date 24) _____
Time 40) 0 1 2
Pref. Loc. 15) _____
Alt. Loc 16) _____
Pref. Hrs. 17) _____
Alt. Hrs. 18) _____
Check 44) _____
SMK 20) _____

AQ: How did you hear of our services? JOB SEARCH Are you available for permanent work? ☐ Yes ☐ No

OC: Name of Adams & Associates Consultant (if applicable) _____

PD: Position Desired OPEM

Check shifts preferred: ☑ Day ☑ Swing ☑ Graveyard ☑ Weekend

Can you be available to work unusual hours? ☑ Yes ☐ No If so, what hours? _____

Least acceptable salary 41) 10 $ _____ SR: Salary Desired _____

Drivers License? ☑ Yes ☐ No Car: No Year ___ Make ___

21) What mode of transportation will you use to get to temporary positions? Bus

## EM: Emergency Record

Name ELVIN ASHRAF Relation FATHER Phone (415) 56-6449

Address 2275 19ᵗʰ AVE City SAN FRANCISCO State CA Zip Code 99645

PL: _____

## ED: Education Record    Highest degree obtained _____ Year completed _____

| Type | Years Attended | | Degree | Major | School/City/State | GPA | Scale |
|---|---|---|---|---|---|---|---|
| | From | To | Graduate? | | | | |
| College | | | | | Exhibit A, p. 78 of 148 | | |
| High School | 1973 | 1983 | YES | | | | |
| Special | | | | | | | |

Oct-19-2005 01:13 PM 9075637417 4/27
adi & associates 9075637417 4/27

# I: JOB HISTORY

#### DATE

FROM _____ TO _____ Company Name _P + M Gardens_ ___ Type of Business _____

Address _Eagle River_

Phone No. _____ Salary _____ Supervisor _Chuck_

Position _____

OR OFFICE USE ONLY

---

#### DATE

ROM _____ TO _____ Company Name _Dutch Harbour_ ___ Type of Business _____

Address _IBEW Union_

Phone No. _____ Salary _____ Supervisor _Stanley Loenterins_

Position _____

OR OFFICE USE ONLY

---

#### DATE

OM _____ TO _____ Company Name _Robin_ WESTERN VIKING ___ Type of Business _____

Address _253 - 677 - 4801_

Phone No. _253 - 582 - 2580_ Salary _____ Supervisor _____

Position _253 - 853 - 7630_

R OFFICE USE ONLY _ROUGH_

_SHANE_

_425 - 402 - 3715_ Exhibit _A_, p. _79_ of _48_

: Are you listed with any other temporary services? _ALLIANCE_

_MARK_

_907 - 262 - 3538_

_CELL - 398 - 3389_

_907 - 234 - 7184_

# LIGHT INDUSTRIAL SKILL CHECKLIST

## General Labor
Months Exp.

Janitorial ✓

Packing ✓

Housekeeping ✓

Dishwashing ✓

Food Service ✓

Cooking/Food Preparation ✓

Moving ✓

Landscaping

## Production
Months Exp.

What Type?

## Electronic Tech
Months Exp.

Soldering ✓

Color Coding ✓

Troubleshooting ✓

Repairing ✓

Reading Schematic Drawings ✓

Using Testing Equipment

   Analog

   Digital

   Hybrid

Assembly (I, II, or III)

   Through-hole

   Surface Mount

## Manufacturing
Months Exp.

Assembly ✓

   What Type? ✓

Cabinet Working ✓

Producing Plastics ✓

Fabricating

Quality Assurance

Quality Control

## Distributing
Months Exp.

Warehouse ✓

Inventory ✓

Forklift Driving ✓

   Gas ✓

   Electric ✓

   Standup ✓

   Sitdown ✓

   Certified within the last year?

Shipping/Receiving

   FedEx ✓

   UPS ✓

   Other ✓

## Construction
Months Exp.

Framing ✓

Restoring ✓

Carpentry ✓

Finishing Carpentry ✓

Concrete Working ✓

Dry Walling ✓

Painting ✓

Tape Measuring

Reading Blue Prints

Power Tool Experience

   Which Power Tools?

## Publishing Personnel
Months Exp.

Binding

Collating

## Machine Operators
Months Exp.

What type?

I hereby certify that as an employee of Adams & Associates, I will not approach or accept Exhibit _A_, p. _80_ of _148_ permanent employment with a client without direct authorization of Adams & Associates.

DATE: _12-_     SIGNATURE: _____

## Request For References

**Candidate Name:** _Izaz E Khan_

Many of our client companies request that we check our candidate's references prior to
recommending candidates for employment with their firm. It is Adams & Associates,
Inc.'s policy to verify a minimum of two references (with the exception of the current
employer) before we establish a working relationship with our candidates. Your
understanding and approval of this policy is important before we ascertain this
information.

I hereby agree to supply Adams & Associates, Inc. with references according to their
established policy. I also understand that I have the right to make written requests to learn
the complete nature and scope of this investigative report and that I am entitled to obtain
a written response from Adams & Associates, Inc. I further understand that Adams &
Associates, Inc. will verify references in order to assist Adams & Associates, Inc.'s client
companies in determining my suitability to particular job openings to which Adams &
Associates, Inc. represents me and I hereby agree to allow Adams & Associates, Inc. to
disclose this information to these client companies.

_____                    _12.21-04_
**Candidate Signature**                                      **Date**

| SUPERVISOR | |
|---|---|
| **Name:** | **Company:** |
| **Title:** | **Phone #:** |
| **Consultant Comments:** | |
| **Name:** | **Company:** |
| **Title:** | **Phone #:** |
| **Consultant Comments:** | |
| **Name:** | **Company:** |
| **Title:** | **Phone #:** |
| **Consultant Comments:** | |

Exhibit _A_ , p._81_ of _148_



As a prospective employee of Adams Temporaries your past work history as a Temporary Employee is an important part of our assessment and reference check process. Should you become an employee of Adams Temporaries feel free to use us as reference in the

## Temporary Work History Sheet

Name of Temporary Service: **LABOR READY**   Branch Location: **MOULDEN**
City

Name of Representative: **MIKE**   Contact Number: ( **907** )
area code & number

Name of Company assigned to: **P.M. GARDEN**   Contact Number: (    )
area code & number

Direct Supervisors Name: **CHUCK**   Title: **LANDSCAPING**
Assignment Supervisor

Position Assigned to: **LANDSCAPING**   Hourly Pay Rate: $ **10** .   hrly

Approx dates of assignment: **5-6-00** /
Start date Month / Year        End date Month / Year

Duties performed on assignment:

Reason Assignment Ended: **I WENT FISHING**

---

Name of Temporary Service: **I.L.W.U**   Branch Location: **Dutch HARBOR**
City

Name of Representative: **STANLEY**   Contact Number: (    )
area code & number

Name of Company assigned to: **C.S.X**   Contact Number: (    )
area code & number

Direct Supervisors Name: **MIKE LINEH**   Title: **Long SHORING**
Assignment Supervisor

Position Assigned to: **TRUCK DRIVER**   Hourly Pay Rate: $ **20** .   hrly

Approx dates of assignment: **1-15-03** /
Start date Month / Year        End date Month / Year

Duties performed on assignment: **LODING and off LODING**

Reason Assignment Ended:

---

Name of Temporary Service: **ANCHRAGE DAILEY**   Branch Location: **ANCHRAGE**
City

Name of Representative: **TOM**   Contact Number: (    )
area code & number

Name of Company assigned to: **LABOR ~~DAY~~ READY**   Contact Number: (    )
area code & number

Direct Supervisors Name:    Title:
Assignment Supervisor

Position Assigned to: **LANDSCAPING**   Hourly Pay Rate: $ **10** .   hrly

Approx dates of assignment: /
Start date Month / Year        End date Month / Year

Duties performed on assignment: **WATRING PLANTS , TRIMING**

Exhibit A, p 82 of 148

# EXHIBIT B

From: Erin Urban [mailto:erinu@hirecalling.com]
Sent: Tuesday, June 28, 2005 4:05 PM
To: 'Joe Sabeh'; 'Lance Gardner'; 'Susan Ahrens'; Ann Kolian; 'Diane Olson'; 'Carol Mutter'
Subject: FW: In-House Temporary Background Checks


FYI –


I'm not sure if you all are on this distribution list so I wanted to pass on the info.


Also, we need to do background checks for all light duty workers working in your branch offices as well.


Give me a call if you have questions.


Thanks!

Erin


---

From: Fran Matragos [mailto:matragf@sosstaffing.com]
Sent: Tuesday, June 28, 2005 3:30 PM
To: Managers-Branch@sosstaffing.com
Cc: John Morrison; 'Sue Smith'; 'Erin Urban'; 'Lynn Richardson'; 'Kim Stryker'; 'Terri Hughes'; Sierran Padilla
Subject: In-House Temporary Background Checks


Hello Everyone ~

Effective immediately any in-house temporary that will be working in a branch who may have access to any confidential information needs to complete a Staff Background Check and a off-site Drug Screen.

Please contact hr@sosstaffing.com if you need to have any Staff Drug Testing Custody and Control Forms.

Thank you!

Fran Matragos
Human Resource Specialist
SOS Staffing Services, Inc.
2650 South Decker Lake Blvd. #500
Salt Lake City, UT 84119
Phone: 801.483.4254
Fax: 801.483.4275

# EXHIBIT C

D.O.T. 99/

**OFFICE USE ONLY**

Branch # 714 Client # 07760
Requestor *Jake Keenhold-Staffing Manager*

☐ Motor Vehicle Report          ☐ Social Security Verification
☐ Criminal One County Check     ☑ National Database Search
☑ Criminal Multiple County Check ☐ Statewide Database Search
☐ Credit Check                  ☐ Sex Offender Registry
☐ Employment Verificaiton (Requires EMP119)  ☐ Education Check (Requires EMP119)

# ⬤ SOS|Staffing®

## BACKGROUND CHECK AUTHORIZATION

### DISCLOSURE TO APPLICANT REGARDING PROCUREMENT OF A CONSUMER REPORT

In connection with your application for employment, we may procure a consumer report and/or an investigative consumer report on you, including, but not limited to, criminal history, credit report, character, general reputation and motor vehicle report as part of the process of considering your candidacy as an employee. In the event that information from the report is utilized in whole or in part in making an adverse decision with regard to your potential employment, we will provide you with a copy of the consumer report and a description in writing of your rights under the federal Fair Credit Reporting Act. You hereby acknowledge that you are herein informed of your right to request, within a reasonable period of time after receiving this notice, a complete and accurate disclosure of the nature and scope of the investigation requested. This disclosure will be mailed or otherwise delivered to you within five days of your request for disclosure or when such report was first requested by SOS Staffing whichever is later.

By your signature below, you hereby authorize us to obtain a consumer report and/or an investigative consumer report about you in order to consider you for employment. You authorize the release of this information without restriction to SOS Staffing and its respective officers, agents, or employees and to any customer of SOS Staffing to which you may be assigned. You further authorize SOS Staffing to obtain an investigative consumer report for employment purposes at anytime during your tenure with SOS Staffing. You further agree to hold SOS Staffing, any SOS Staffing customer, and their respective officers, directors, employees and agents harmless from any liability related to any of the reports, as well as the release of the results of such reports, that may be obtained hereunder.

You acknowledge that a telephonic facsimile or copy of this release shall be as valid as the original. This release is valid for all persons and private entities, and all federal, state, county, and local agencies and authorities.

## APPLICANT INFORMATION

APPLICANT'S NAME *Izaz Khan*
ADDRESS *2823 Tudor RD*
CITY, STATE, ZIP *Anchorage, AK. 99507*
DATE OF BIRTH *6-18-65*    SOCIAL SECURITY NO. *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*

LIST ANY MISDEMEANORS OR FELONIES YOU FEEL MAY APPEAR ON A BACKGROUND CHECK.
OFFENSE *Trasspasing*                        DATE *6-7-2002*
OFFENSE *Disregarding High Sign*             DATE *5-6-2003*
OFFENSE *Trasspasing*                        DATE *10-5-2003*

LIST ANY CITIES AND STATES IN WHICH YOU HAVE LIVED DURING THE PREVIOUS 7 YEARS.
CITY, STATE *Dutch Harbor, AK* CITY, STATE _____
CITY, STATE _____ CITY, STATE _____
CITY, STATE _____ CITY, STATE _____

DRIVER'S LICENSE (PROVIDE THIS ONLY IF WE INFORM YOU THAT WE NEED YOUR MOTOR VEHICLE REPORT [MVR])
STATE *Alaska*    NUMBER *1068710*

SIGNATURE _____    DATE *7-8-05*

Exhibit A, p 87 of 148

FAX TO RISK MANAGEMENT AT 801.924.0527(PROVO, UTAH NUMBER)

EMP159 09/04

ScreenNow – Search Results

*This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.* If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

Thank you.

```
Report For:                              Date Ordered: 07/08/05
KHAN, IZAZ                               Last Updated: 07/08/05
SSN 623-40-XXXX
2823 TUDOR ANCHORAGE Alaska 99507
ScreenNow - Search Results
```

National Criminal File Plus Search – 7 matches

| SSN VALIDATION |
|---|

```
SSN 623-40-XXXX was VALIDLY ISSUED
between 1990 and 1991
in CA
```

Exhibit A , p 88 of 148

| DEVELOPED NAMES AND ADDRESSES |
|---|

## ScreenNow – Search Results

8 additional names and addresses were found.  Click here to view the report.

| NATIONAL CRIMINAL FILE PLUS SEARCH |
|---|

```
Name:                KHAN, IZAZ E
Date Of Birth:       06/18/XXXX
SSN:
Source:              Anchorage (3rd Dist) Superior and District Court
State:               AK
County:              Anchorage
Case Number:         3UN-01-00072CR5672
Case Type:           Misdemeanor
Offense:             DWLC/S/R/L
Offense Date:
Disposition:         No Contest Plea
Disposition Date:    07/06/2001
Current As Of:       03/30/2005


Name:                KHAN, IZAZ E
Date Of Birth:       06/18/XXXX
SSN:
Source:              Anchorage (3rd Dist) Superior and District Court
State:               AK
County:              Anchorage
Case Number:         3UN-02-00124CR6427
Case Type:           Misdemeanor
Offense:             CRIM TRESPASS-2ND
Offense Date:
Disposition:         No Contest Plea
Disposition Date:    06/18/2002
Current As Of:       03/30/2005


Name:                KHAN, IZAZ E
Date Of Birth:       06/18/XXXX
SSN:
Source:              Anchorage (3rd Dist) Superior and District Court
State:               AK
County:              Anchorage
Case Number:         3UN-03-00182CR7349
Case Type:           Misdemeanor
Offense:             DUI ALCOL OR CON SUB
Offense Date:
Disposition:         No Contest Plea
Disposition Date:    09/29/2003
Current As Of:       03/30/2005


Name:                KHAN, IZAZ E
Date Of Birth:       06/18/XXXX
SSN:
Source:              Anchorage (3rd Dist) Superior and District Court
State:               AK
County:              Anchorage
Case Number:         3UN-03-00183CR7350
Case Type:           Misdemeanor
Offense:             DISREGARD HWY OBSTR
Offense Date:
Disposition:         No Contest Plea
Disposition Date:    09/29/2003
Current As Of:       03/30/2005
```

Exhibit A , p 89 of 148

3

## ScreenNow – Search Results

| | |
|---|---|
| Name: | KHAN, IZAZ E |
| Date Of Birth: | 06/18/XXXX |
| SSN: | |
| Source: | Anchorage (3rd Dist) Superior and District Court |
| State: | AK |
| County: | Anchorage |
| Case Number: | 3UN-04-00302CR8301 |
| Case Type: | Misdemeanor |
| Offense: | ASSAULT-4TH DEGREE |
| Offense Date: | |
| Disposition: | |
| Current As Of: | 03/30/2005 |

| | |
|---|---|
| Name: | KHAN, IZAZ E |
| Date Of Birth: | 06/18/XXXX |
| SSN: | |
| Source: | Anchorage (3rd Dist) Superior and District Court |
| State: | AK |
| County: | Anchorage |
| Case Number: | 3UN-04-00302CR8304 |
| Case Type: | Misdemeanor |
| Offense: | CRIM MISCHIEF 4 |
| Offense Date: | |
| Disposition: | |
| Current As Of: | 03/30/2005 |

| | |
|---|---|
| Name: | KHAN, IZAZ |
| Date Of Birth: | 06/18/XXXX |
| SSN: | |
| Source: | Anchorage (3rd Dist) Superior and District Court |
| State: | AK |
| County: | Anchorage |
| Case Number: | 3UN-04-00340CR8378 |
| Case Type: | Felony |
| Offense: | PERJURY |
| Offense Date: | |
| Disposition: | |
| Current As Of: | 03/30/2005 |

The records contained in this report are compiled from databases that are only updated infrequently and, therefore, may not have the most current information. This report is not intended to recommend, or not recommend, any individual. The records may or may not have sufficient information to establish the exact identity of an individual therefore, the information is provided merely as an indication of information that should be verified prior to making a decision. Your decision regarding the individual should not be based on information that is not up to date or that has not been verified or solely on the results of this or any similar report. ChoicePoint Services Inc. does not guarantee, warrant or assume any responsibility for the accuracy of the information obtained from other sources and shall not be liable for any losses or injuries now or in the future resulting from or relating to the information provided herein.

## END OF REPORT FOR: KHAN, IZAZ

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130–A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

**A Summary of Your Rights Under the Fair Credit Reporting Act**   Exhibit A , p. 90 of 148

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of

4