## ScreenNow – Search Results

consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130–A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment or to take another adverse action against you must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit–worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or**

**unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need –– usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll–free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt–out with the nationwide credit bureaus at 1–888–5–OPTOUT (1–888–567–8688).

ScreenNow – Search Results

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below. | Federal Trade Commission: Consumer Response Center –– FCRA Washington, DC 20580 1–877–382–4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Compliance Management, Mail Stop 6–6 Washington, DC 20219 800–613–6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board Division of Consumer & Community Affairs Washington, DC 20551 202–452–3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552 800–842–6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314 703–519–4600 |
| State–chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center 2345 Grand Avenue, Suite 100, Kansas City, Missouri 64108–2638 1–877–275–3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board of Interstate Commerce Commission | Department of Transportation, Office of Financial Management Washington, DC 20590 202–366–1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator –– GIPSA Washington, DC 20250 202–720–7051 |

Exhibit A, p 92 of 148

PDLD700P    TERMID: A#1E    ALASKA DRIVING RECORD    04/29/05    15:08:31.1

PERSON NAME: IZAZ ELVIN KHAN
        AKA: IZAZ E KHAN                                          PAGE  1
        DOB: 06/18/1965        SEX: M    ORGAN DONOR: N DATE: 11 15 2004
DL MAILING ADDR: PO BOX 921570              DUTCH HARBOR        AK  99692

    DL RES ADDR: SMALL BOAT HARBOR          DUTCH HARBOR        AK  99692

    ID/LIC NUM: 1068710               DL STATUS:
    CDL STATUS:                       12-MO PTS: 0       24-MO PTS: 8
    CDL ENDORSE: X    RESTRICTIONS:              PDPS DATE: 09/06/2002
LICENSE CLASS        EXPIRE DATE    ISSUE DATE
ID ID CARD           06/18/2007    03/19/2002
D  BASIC DRIVER      06/18/2009    09/16/2004
A  CDL A             06/18/2007    01/10/2003


              PF4 VIEW HIST  PF10 TRANS HISTORY              MORE...

PDLD720P    TERMID: A#1E    ALASKA DRIVING RECORD    04/29/05    15:08:36.6
    ID/LIC NUM: 1068710                                         PAGE  2
* * * * * * * * * * * * * LICENSE ACTIONS * * * * * * * * * * * * * *

| ACTION/DETAIL TICKET NO | REASON FOR ACTION AGENCY /COURT | BAC | OCCURRENCE CONVICTION | EFFECTIVE ENDING |
|---|---|---|---|---|
| CANCELLED 430 | WITHDRAWAL** DIVISION OF MOT / DMV | | 10/29/2002 | 11/29/2002 01/10/2003 |
| REVOKED 132 | ADMIN PER SE .08 UNALASKA POLICE / UNA | 110 | 06/18/2003 | 06/26/2003 06/25/2004 |
| REVOKED 110 M0300182 | DUI ALCOHOL UNALASKA POLICE / MAGISTRATE C | | 06/18/2003 09/29/2003 | 06/26/2003 06/25/2004 |
| WARNING | POINT SYS WARNING DIVISION OF MOT / DMV | | | 11/08/2003 |

            SR-22 IS REQUIRED UNTIL 06/25/2007 AND IS ON FILE
        PF4 VIEW HIST  PF10 TRANS HISTORY              MORE...

Exhibit 4, p.93 of 148

```
PDLD630P    TERMID: A#1E     ALASKA DRIVING RECORD        04/29/05    15:08:40.3

     ID/LIC NUM: 1068710                                         '
* * * * * * * * * * * * * * VIOLATIONS * * * * * * * * * * * * * * * * * * *
NUMBER   CDL DESCRIPTION              ATN      OCCURRENCE    FINE------SUSP
         ARREST AGENCY    CONV COURT           CONVICTION   JAIL------SUSP
M0100072     DRV WHILE REVOKED       102998511  03/30/2001  $1,000      $500
             UNALASKA POLICE / MAGISTRATE CO    07/06/2001   0.060      0.060

M0300182     DUI ALCOHOL             107580708  06/18/2003  $5,000    $2,000
             UNALASKA POLICE / MAGISTRATE CO    09/29/2003   0.090      0.070

M0300183     FTO CONSTRUC MARKER     107580717  06/18/2003  $1,000    $1,000
             UNALASKA POLICE / MAGISTRATE CO    09/29/2003   0.090      0.060
```

OVE RECORD IS THE MOST CURRENT AVAILABLE--DOES NOT INCLUDE ANY PENDING DATA
E TO COLLECT: $ 5.     AMT COLLECTED: 5__   PAY TYPE: CA__ FEE OVERRIDE: _



July 11, 2005


RE: Notice of Potential Adverse Action


Dear Izaz Khan:

This letter is to inform you that our company is considering making an adverse decision concerning your employment with us.  This potential adverse decision is based in whole or in part on the consumer report that you authorized us to obtain.

As required by the Fair Credit Reporting Act enclosed please find a copy of your consumer report and a summary of your rights under the Fair Credit Reporting Act.

If you believe the information contained in your consumer report is inaccurate, please let us know as soon as possible by contacting the Risk Department at 801.484.4400, before we finalize our decision. If we do not hear from you within five business days, then the decision will become final.


Sincerely,



Chantaye Painter
Claims Processor
SOS Staffing/Hire Calling, Inc.
801.924.0517

**SOS | Staffing™**

July 18, 2005

RE: Notice of Adverse Action

Dear Izaz Khan:

After careful consideration the company has decided against further consideration for employment due to record(s) found which have subsequently disqualified you under the criteria that the company and/or its clients have set for employment.

This decision was based, at least in part, on information contained in the consumer report that you authorized us to obtain. The consumer report was obtained from:

**CHOICEPOINT**
**P.O. Box 105186**
**Atlanta, GA 30348-5186**
**PH: 1-800-853-2414**

This consumer reporting agency was not involved in our decision-making process and cannot provide you with the specific reasons why we reached this decision. The decision was solely our own.

While we were in the process of considering taking this adverse action, we sent you a copy of your consumer report. Under the Fair Credit Reporting Act you have the right to obtain an additional (and perhaps more current) copy, free of charge, from the consumer reporting agency if you make your request within 60 days of receiving this letter. You also are entitled to dispute the accuracy or completeness of your consumer report with the credit reporting agency if you believe that the information in the consumer report is inaccurate.

Sincerely,

Chantaye Painter
Claims Processor
SOS Staffing/Hire Calling, Inc.
801.924.0517

Exhibit _A_, p. _76_ of _148_

# EXHIBIT D

Exhibit _A_ , p. _97_ of _148_

# SOS CRIMINAL HISTORY HIRING CRITERIA

SOS Staffing Services, Inc. is committed to providing equal employment opportunity to all persons, regardless of race, color, national origin, religion, sex, age, disability, marital status, veteran status or other status protected by law. SOS is also committed to providing a safe working environment to each of its employees. SOS believes that persons who have committed certain past criminal acts may present a greater risk to the safety of SOS, its employees, its customers, its customers' employees, as well as others, and to their property. For this reason, SOS has established the following criteria to determine the suitability of applicants with respect to prior criminal convictions.

A criminal conviction is not necessarily a bar to employment. The criteria applied by SOS to determine the suitability of a prospective employee will consider the age of the applicant at the time of the offense, the time (how long ago), the seriousness and nature of the conviction, as well any rehabilitation the applicant has undergone. SOS asks on its employment applications whether an applicant has been convicted of a crime other than a minor traffic violation. If yes, the applicant will be asked to complete a criminal history questionnaire.

Any issue as to the classification of the offense for which the applicant was convicted shall be resolved by the legal department of SOS. Any applicant who believes that his or her conviction was mis-classified or that SOS otherwise did not follow its criminal conviction policy may appeal such decision to SOS's General Counsel, John Morrison. This policy is subject to change at any time, and management reserves the discretion to deviate from this policy at any time, based on the age, time, seriousness and nature of the conviction, as well as rehabilitation the applicant has undergone.

## I.    Felonies

    a.    More than one conviction for offenses classified as felonies. These criteria are intended to apply to more than one felony occurrence rather than more than one conviction for the same occurrence. For an applicant to be employable, the offense and the termination of the last sentence, including probation and parole, must have occurred at least ten years ago. The person must have a successful five-year employment history without incident and otherwise meet SOS hiring criteria.

    b.    A single conviction for offenses classified as felonies, regardless of whether against persons or property. For an applicant to be employable, the offense and the termination of the sentence, including probation and parole, must have occurred at least five years ago. The person must have a successful five-year employment history without incident and otherwise meet SOS hiring criteria.

Exhibit _A_, p _8_ of _148_

05/05

     c.    A single felony for drug possession only (drug distribution felonies are handled under "b" criteria above). For an applicant to be employable, the offense must have occurred at least three years ago. The person must have a successful three-year employment history without incident and otherwise meet SOS hiring criteria.

"Successful employment history" means that there are no significant gaps in employment and the employee has not been fired or involuntarily discharged.

## II.    Misdemeanors

     a.    Offenses against persons occurring in the work environment, or if the applicant has been convicted of more than one offense against a person arising out of separate incidents. The applicant must have completed all sentences, including probation and parole, at least three years ago and have a successful three-year employment history without incident.

     b.    All other misdemeanors and infractions shall not be cause to withhold employment, unless the individual charged has been convicted of two or more misdemeanors arising from separate incidences or occurrences, and the last of those convictions and the completion of the sentence occurred less than three years ago. In such situation, the last conviction must have occurred more than three years ago, and the individual needs to have a three-year successful employment history without incident.

## III.    Juvenile convictions – Disregarded unless applicant was tried, and convicted, as an adult.

## HANDLING EXCEPTIONS

If an applicant is found not-workable pursuant to SOS's criminal history hiring criteria and the client is aware of criminal history, but still wants to employ the applicant through SOS, SOS will consider employing the applicant on a case-by-case basis using the following criteria:

1. It is a temp-to-hire assignment for an established SOS client in good standing.
2. There is a plan to handle a light duty assignment in case of a workplace injury.
3. The legal department reviews the criminal history questionnaire and agrees to make the exception pending the results of a 7-year multi-county criminal background check.
4. The legal department okays the background check results.
5. The background check report is sent to the client.
6. The client signs the Criminal Conviction Employment Waiver (formerly known as the "Bonding Waiver").
7. Cost for the background check is allocated to the branch.

Exhibit A , p. 99 of 148

05/05

# CRIMINAL HISTORY HIRING CRITERIA

SOS Staffing Services, Inc. and Hire Calling, Inc. and their respective divisions and affiliates (collectively the "Company") are committed to providing equal employment opportunity to all persons, regardless of race, color, national origin, religion, sex, age, disability, marital status, veteran status and any other status protected by law. The Company also is committed to providing a safe working environment to each of its employees. The Company believes that persons who have committed certain past criminal acts may present a greater risk to the safety of the Company's employees, customers, customers' employees, and third parties, as well as to their property. For this reason, the Company has established the following criteria to determine the suitability of applicants with respect to prior criminal convictions.

A criminal conviction is not necessarily a bar to employment. The criteria applied by the Company to determine the suitability of a prospective employee will consider the age of the applicant at the time of the offense, the time (how long ago), the seriousness and nature of the conviction, any rehabilitation the applicant has undergone, as well as the employment history of the applicant following the conviction. The Company asks on its employment applications whether an applicant has been convicted of a crime other than a minor traffic violation. If yes, the applicant will be asked to complete a criminal history questionnaire.

Any issue as to the classification of the offense for which the applicant was convicted shall be resolved by the Company's legal department. Any applicant who believes that his or her conviction was mis-classified or that the Company otherwise did not follow its criminal conviction policy may appeal such decision to the Company's General Counsel. This policy is subject to change at any time, and the Company reserves the discretion to deviate from this policy at any time, based on the age, time, seriousness and nature of the conviction, rehabilitation the applicant has undergone, the applicant's employment history and other factors deemed relevant by the Company.

## I.    Felonies

a.    Multiple felony convictions. The term "multiple felony convictions" means multiple felony convictions involving more than one criminal episode or occurrence rather than the conviction for multiple felonies related to the same occurrence. If an applicant has multiple felony convictions, to be employable the offense and the termination of the last sentence, including probation and parole, must have occurred at least seven years ago. The person must have a successful five-year employment history without incident and otherwise meet the Company's hiring criteria.

b.    Single Felony. If an applicant has a single felony conviction (or felonies arising from one criminal episode, regardless of whether against persons or property, For an applicant to be employable, the offense and the termination of the sentence, including probation and parole, must have occurred at least five years ago. The person must have a successful five-year employment history without incident and otherwise meet the Company's hiring criteria.

    c.     A single felony for drug possession only (drug distribution felonies are handled under the criteria set forth in "b" above). For an applicant to be employable, the offense must have occurred at least three years ago. The applicant must also successfully complete a drug screen prior to placement. The person must have a successful three-year employment history without incident and otherwise meet the Company's hiring criteria.

"Successful employment history" means that there are no significant unexplained gaps in employment and the employee has not been fired or involuntarily discharged for cause.

## II.    Misdemeanors

    a.     Offenses against persons occurring in the work environment, or if the applicant has been convicted of more than one offense against a person arising out of separate incidents. The applicant must have completed all sentences, including probation and parole, at least three years ago and have a successful three-year employment history without incident and otherwise meet the Company's hiring criteria

    b.     All other misdemeanors and infractions shall not be cause to withhold employment, unless the individual charged has been convicted of two or more misdemeanors arising from separate incidences or occurrences, and the last of those convictions and the completion of the sentence occurred less than three years ago. In such situation, the last conviction must have occurred more than three years ago, and the individual needs to have a three-year successful employment history without incident and otherwise meet the Company's hiring Criteria.

## III.    Motor Vehicle Violations

    a.     Any DUI, DWI or equivalent driving while under the influence of a controlled substance, in the past three years will disqualify the applicant from working in any driving positions. The applicant may be considered for non-driving positions based on satisfying all other screening requirements.

    b.     An applicant with more than two DUI, DWI, driving under the influence, or major moving violations within the past five years will be disqualified from employment until enough time has past to bring the total offenses to two or less for the five year period. A new MVR will need to be obtained to verify the offense(s) are off the applicant's driving record. Such applicant may not operate any motor vehicle until three years have passed since the date of the last DUI or similar offense.

## IV.    Employees Involved in a Federal Drug Court Program

Several counties throughout the United States participate in a federal grant for non-violent, first time drug offenders. This program allows a small number of people, in participating counties,

10/5/05

who are charged with drug related offenses, including felonies, to defer their convictions by completing an 18 to 24 month program. Once the program is successfully completed, the offense is dismissed. This program requires the person to submit to multiple drug screens each week, reporting to the drug court officer daily and completing counseling courses each week. The Company will be notified by the drug court officer if a person in the program does not stay in compliance with the program requirements.

When an applicant informs us that they are participating in a Drug Court Program, the branch needs to complete the following steps:

    a.    Have the applicant complete the criminal history questionnaire and write on the form that the applicant is in a Drug Court Program;

    b.    Contact the Drug Court Officer to verify the applicant is part of the Drug Court Program;

    c.    Have the applicant complete a background check request form;

    d.    Run a national database background check;

    e.    If workable, find an acceptable assignment and notify the client, prior to placement, that the employee is participating in a Drug Court Program;

    f.    Stay in contact with Drug Court Officer; and

    g.    Document comments regarding the applicant participating in a Drug Court Program and any other comments, as needed.

## V.    JUVENILE CONVICTIONS

Juvenile convictions are disregarded unless applicant was tried and convicted as an adult.

## VI.    EXCEPTIONS

If an applicant is found not-workable pursuant to the Company's criminal history hiring criteria and the client is aware of criminal history, but still wants to employ the applicant through the Company, the Company will consider employing the applicant on a case-by-case basis using the following criteria:

1. It is a temp-to-hire assignment for an established Company client in good standing.
2. There is a plan to handle a light duty assignment in case of a workplace injury. Working in the branch on light duty ordinarily will not be an option as the applicant's criminal history will likely be disqualifying from employment in the branch.
3. The designated risk or legal personnel reviews the criminal history questionnaire and agrees to make the exception pending the results of a national database criminal background check. The cost of the background check will be charged to the branch.

Exhibit A, p. 102 of 148

10/5/05

4. The designated risk or legal personnel approves the placement after reviewing the background check results.
5. The background check report is sent to the client.
6. The client signs the Criminal History Employment Waiver (formerly known as the "Bonding Waiver") (RMD 110).

## VI.  BRANCH DUTIES

- Review and understand the foregoing criminal history hiring criteria.
- When an applicant marks YES to the criminal history question, the branch staff will give the applicant a Criminal History Questionnaire (RMD109) to complete.
- Review the applicant's criminal history questionnaire and verify that all questions have been answered completely. If it is incomplete, including specifically the employment history, instruct the applicant to complete the questionnaire. Once complete, apply the criminal history criteria as follows:
  - Treat all single misdemeanors as workable.
  - Treat all single DUI or DWI in the last three years as workable but absolutely no driving of any kind.
  - If the applicant is workable based on the criteria above:
    - Record this statement, "Workable per Branch Review" on the top of the Criminal History Questionnaire. Print your name and the date.
    - Record the same information in the Fidelity Section of the Application including your name and date, and any restrictions if necessary.
    - Insert a comment in the legacy system after you enter the associate's file into the computer. Go to ;EEN. Choose Comments, Type 11 and enter the comment "Workable per Branch Review. Criminal History Questionnaire on file."
  - When multiple misdemeanors or any felony conviction, single or multiple, is indicated send the Questionnaire to Risk for review via fax at (801) 924-0527.
    - Enter comments in ;EP "Pending criminal review by Risk" for all criminal history questionnaires sent to Risk. Use code 1E.
  - Keep copy of the criminal history questionnaire in the applicant's application folder.
- Communicate results of review to employee.
  - If workable, employee only has a single misdemeanor, notify employee he/she is workable and complete screening process.
  - If sending criminal history questionnaire to Risk, inform applicant, questionnaire must be sent for further review by Risk and that a response will be given within three hours.
  - (Please note that the branch staff may be able to say yes to an applicant, but that all no's will be coming from the Risk Department which should help in dealing with the applicant).
- Receiving pending results from Risk.
  - If workable: Record response on the criminal history questionnaire and in the Fidelity section of the application form. Risk will insert comments in the associate's comment files under Type 11.

- o If not workable: Record response on criminal history questionnaire and the application form. Risk will update the ;EP file to 2A, Not workable per Risk and insert comments if appropriate.
- Exceptions to employing a not workable applicant are to be handled as stated in the policy.
- Lack of information may slow down the process.
- Some clients may have hiring criteria that is more restrictive than that of the Company.
  - o It is the branch's responsibility to know the client's restrictions and to set up procedures to ensure that the client's criteria are met.
  - o Risk recommends that a criminal history or background check be run on all associates placed at clients with specific criminal history requirements.
- Compliance with this policy will be reviewed periodically by managers, operations managers and the Compliance Department and will be included in the branch review process.
- Failure to comply with the policy may be cause to fail the branch review and to lose eligibility for the Branch Quality Award.
- Failure of a team member to comply with the policy will result in disciplinary action, which may include involuntary termination.
- Please call the Risk Department if you have any questions regarding a criminal history questionnaire or the application of this policy.

Exhibit A, p.104 of 148

10/5/05

# EXHIBIT E

Exhibit A, p. 105 of 148

1.  Thomas Bennett, Light-duty Office Assistant, 8/22/05: Terminated due to continued criminal activity after light duty assignment began.

2.  Steven Black, Light-duty Office Assistant, 8/6/05: Not workable per background check results.

3.  Randy Goodall, Light-duty Office Assistant, 8/4/05: Not workable per background check results.

4.  Thomas Shaffer, Light-duty Office Assistant, 7/27/05: Not workable per background check results.

# Confirmation Report — Memory Send

```
                                    Page      : 001
                                    Date & Time: Mar-10-06  08:41am
                                    Line 1    : 206 220 6911
                                    Line 2    :
                                    Machine ID : EEOC SEDO
```

| | | |
|---|---|---|
| Job number | : | 400 |
| Date | : | Mar-10 08:40am |
| To | : ☎918019240520 | |
| Number of pages | : | 003 |
| Start time | : | Mar-10 08:40am |
| End time | : | Mar-10 08:41am |
| Pages sent | : | 003 |
| Status | : | OK |

Job number    : 400                **\*\*\* SEND SUCCESSFUL \*\*\***



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle District Office**

Federal Office Building
909 First Ave., Suite 400
Seattle, WA 98104-1061
TEL: (206) 220-6883
TDD: (206) 220-6882
FAX: (206) 220-6911

TELECOPY COVER MEMO          FAX Number: _801-@ 924-0500_

Please deliver the following page(s) to:

Name: _MR. Jensen_

Address: _Adams Temporaries_

Total number of pages _____3_____, including cover memo.

Date: _____3.10.06_____

IF YOU DO NOT RECEIVE ALL PAGES, OR HAVE ANY PROBLEMS WITH RECEIVING THIS TRANSMISSION, PLEASE CALL AS SOON AS POSSIBLE:

Name: _Hattie Reed_

Phone: _206-220-6921  Fax 206-220-6711_

FOR YOUR INFORMATION:

The telephone numbers to our FAX machines are (206) 220-6911 or (206) 220-6869.

Exhibit _A_, p. _107_ of _148_

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle District Office**

Federal Office Building
909 First Ave., Suite 400
Seattle, WA 98104-1061
PH: (206) 220-6883
TDD: (206) 220-6882
FAX ~~~~~ 1

TELECOPY COVER MEMO         FAX Nu ~ *801-412-3912*
                                      *MR Jensen*

Please deliver the following page(s) to:

Name: _MR. Jensen_                    *Ratty*

Address: _Adams Temporari_

Total number of pages __3__           *801-924-0520*
                                      *Fax N*
Date: __3.10.04__                     *Ron & Jensen*
                                      *Randy.*

IF YOU DO NOT RECEIVE ALL PAGES, O ~~~~~ NG
THIS TRANSMISSION, PLEASE CALL AS

Name: _Hattie Reed_

Phone: _206-220-6921_ , _wx 206-220-6911_

FOR YOUR INFORMATION:

The telephone numbers to our FAX machines are (206) 220-6911 or (206) 220-6869.

Exhibit _A_, p._108_ of _148_

**From:**      RODERICK USTANIK
**To:**        REED, HATTIE
**Date:**      4/7/2006 1:00:23 PM
**Subject:**   Fwd: 380-2005-03117 your case


>>> STEPHEN RANDELS 3/24/2006 4:03:37 PM >>>
Ryan Jensen - R rep - Adams Temp Emp. - paper work sent to old address.  Need more time to respond.
8014123912

Exhibit A , p. 109 of 148

**From:**     RODERICK USTANIK
**To:**       REED, HATTIE
**Date:**     3/27/2006 12:28:11 PM
**Subject:**  Fwd: 380-2005-03117 your case

Contact information for R.

>>> STEPHEN RANDELS 3/24/2006 4:03:37 PM >>>
Ryan Jensen - R rep - Adams Temp Emp. - paper work sent to old address.  Need more time to respond.
8014123912

Exhibit A , p. 110 of 148



# LEGAL DEPARTMENT

## CONFIDENTIAL FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Cheryl Milner | Ryan D. Jensen |

| COMPANY: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| EEOC | 35 |

| FAX NUMBER: | DATE: |
|---|---|
| 206-220-6911 | 3/28/06 4:03:35 PM |

RE:
    Charge No. 380-2005-03117 – Izaz E. Khan

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

### CONFIDENTIALITY NOTICE

The documents accompanying this telegraphic transmission contain confidential information that is intended only for the use of the recipient named above. We request immediate notification by telephone of misrouted documents. If you receive this transmission in error, you are hereby notified that any disclosure, copying, or distribution of or action taken in reliance on the contents of this information is strictly prohibited.

Exhibit A , p. 11 of 148



Page 2 of 4
EEOC Charge No. 380-2005-03117

plan, a flexible spending C-125 plan and health plans for eligible employees, including
temporary employees.

Adams denies that Charging Party was discriminated against on the basis of his national
origin, disability or perceived disability or in retaliation for filing a workers'
compensation claim. The fact that Mr. Khan is Pakistani, has a disability or perceived
disability or filed a workers' compensation claim had nothing to do with his termination.
His termination was based on the fact that he did not meet Adams' employment criteria
with respect to his criminal history.

Mr. Khan applied with Adams in December 2004 for a position as a temporary employee.
A copy of his application is attached hereto as Exhibit A. Mr. Khan was hired and
subsequently assigned to various temporary assignments. One such assignment was with
Adams' client, Larry Allen Professional Movers, which commenced and ended on June
11, 2005. Mr. Khan was injured while performing work for Larry Allen Professional
Movers on June 11, 2005 but did not report his injury to Adams until July 6, 2005.

Upon learning that Mr. Khan had been injured while on assignment with Larry Allen
Professional Movers, Adams arranged for Mr. Khan to receive medical treatment. In
connection with that treatment, Mr. Khan's doctor released him to return to work on a
modified or light duty basis from July 7, 2005 to July 14, 2005. Because of his
restrictions, Adams offered Mr. Khan a light duty position in its Anchorage office
consistent with the restrictions imposed by his doctor. The position Mr. Khan was
offered consisted of working as an office assistant in the Anchorage branch, assisting
Adams' regular staff employees with the operations of that branch.

Because of the sensitive, confidential and proprietary nature of much of the information
kept in its branches (personnel files, customer files, access to Adams's computer system,
etc.) and consistent with its policy of thoroughly screening anyone who works as in-
house staff in one of its branches, Adams performed a background check on Mr. Khan on
July 8, 2005 (that policy is reflected in the e-mail attached as Exhibit B). The consent
form that Mr. Khan signed for Adams to perform a background check, the results of that
background check and the letters to Mr. Khan regarding the background check are
attached hereto as Exhibit C.

Mr. Khan's extensive criminal history disqualified him for the light duty position in
Adams's Anchorage office and for further employment as a temporary employee. Copies
of Adams' policy on performing criminal background checks and criminal history hiring
criteria are attached as Exhibit D (the policy in effect at the time Mr. Khan's background
check was performed is dated 05/05; an updated version, the one dated 10/5/05, is also
included). The persons involved in the decision to terminate Mr. Khan's employment are
as follows: (1) Chantaye Painter, Risk Program Manager (Ms. Painter is no longer
employed with the company), (2) Erin Urban, Risk Program Manager, (3) Carol Mutter,
Branch Manager – Adams' Anchorage Office, and (4) Sue Smith, Vice President of Risk
Management. SOS and Hire Calling do not track the national origin of its employees.
Therefore, the national origin of these individuals cannot be provided.

Exhibit A, p. 112 of 148

Page 3 of 4
EEOC Charge No. 380-2005-03117

It should be noted that criminal background checks are not run on every SOS/Hire
Calling/Adams applicant or employee. As set forth in the Criminal History Hiring
Criteria (see Exhibit D), the company asks on its employment applications whether an
applicant has been convicted of a crime other than a minor traffic violation. If the
application indicates "yes," he or she is asked to provide details of any convictions.
Background checks are run on employees if the client company to whom they will be
assigned requires it. Additionally, as noted above, background checks are always run on
anyone who will be working in an SOS or Hire Calling/Adams branch, as was the case
with Mr. Khan.

At the time Mr. Khan applied with Adams, the Anchorage office was not using the
version of the employment application that includes the question about a person's
criminal history. Therefore, at that time, Mr. Khan was not asked about his criminal
history. Additionally, none of the clients to whom he had been assigned required that a
background check be run. The background check ran on Mr. Khan on July 8, 2005 at the
time he was offered the light-duty assignment in the Anchorage office was the only
background check Adams ran on him. Between the time that Mr. Khan applied and the
date the background check was run on him, Adams had adopted the Criminal History
Hiring Criteria (see Exhibit D). Additionally, the Adams Anchorage office transitioned
to the employment application that includes the question about a person's criminal
history in August 2005.

Adams did not fill the light duty position offered to Mr. Khan with another person.
Therefore, no one replaced Mr. Khan at that position.

With respect to a list of all employees hired within the last twelve months, such a request
is unduly burdensome. Last year, SOS/Hire Calling/Adams employed approximately
67,000 people.

A list of former Hire Calling/Adams employees who were discharged in the past 12
months for the same reason as Mr. Khan (not meeting employment criteria based on
criminal history in connection with offer of light-duty assignment in a company office) is
attached hereto as Exhibit E. As noted above, the company does not track the national
origin of its applicants or employees and, therefore, such info cannot be provided for
these individuals.

Adams adamantly denies that Mr. Khan was discriminated against on the basis of his
national origin or disability. Mr. Khan's national origin, Pakistani, was never the topic of
any conversation or interaction Mr. Khan had with Adams' staff. The fact that Adams
hired Mr. Khan in the first place is evidence that Adams did not discriminate against him
based on his national origin. Additionally, Adams believes that Mr. Khan has failed to
allege facts sufficient to establish that he is a qualified person with a disability and has
failed to establish a prima facie case of discrimination. Adams did not discriminate
against Mr. Khan based on a disability or perceived disability. Adams had no knowledge
that Mr. Khan even had a disability. At no time during his employment did Mr. Khan

Page 4 of 4
EEOC Charge No. 380-2005-03117

indicate that he had a disability or was in need of a reasonable accommodation. Mr. Khan's termination was based on the fact that he did not meet Adams' employment criteria because of his extensive criminal history. Based on the foregoing, Adams respectfully requests that a finding of No Reasonable Cause be entered.

Please direct all inquiries and requests for information to the undersigned. I can be contacted telephonically at (801) 412-3912. If necessary, SOS and Hire Calling will make its employees available for interviews at your request. Please coordinate such interviews through me. I request to be present during the interviews of any supervisory personnel or during any interview where the statements made will be binding on the company.

Sincerely,

Ryan D. Jensen
Assistant General Counsel

Encl.

# EXHIBIT A

Exhibit $A$, p. 115 of 148

10/18/2006 10:44 AM                           adams & associates   9075637417   3/27

# Adams
## *Temporaries*

**EMPLOYMENT APPLICATION**

Please print clearly. Complete in as much detail as possible.

---

| Personal Information | FOR OFFICE USE ONLY |
|---|---|

Name   4) __I z A z___   __E___ (Middle)   __K H A N__ (Last)
(First)

Address   5) __9 2 1 5 7 0   P. o. Box__

6) _____

City   7) __Dutch   HARBoR__ State 8) __A K__ Zip 9) __99 692__

Telephone   10) _____ (Home)   11) _____ (Alt)   AM  LM

Social Sec. #   1) _____

**FOR OFFICE USE ONLY**

| | |
|---|---|
| Temp Rep | 43) _____ |
| Acq. Date | 51) _____ |
| Acq. Code | 52) _____ |
| Status | 2) _____ |
| React. Date | 24) _____ |
| Time | 40) __0  1  2__ |
| Pref. Loc. | 15) _____ |
| Alt. Loc | 16) _____ |
| Pref. Hrs. | 17) _____ |
| Alt. Hrs. | 18) _____ |
| Check | 44) _____ |
| SMK | 20) _____ |

---

AQ: How did you hear of our services? __JOB SEARCH__ Are you available for permanent work?  ☐ Yes  ☐ No

OC: Name of Adams & Associates Consultant (if applicable) _____

PD: Position Desired __OPEN__

Check shifts preferred:   ☑ Day   ☑ Swing   ☑ Graveyard   ☑ Weekend

Can you be available to work unusual hours?   ☑ Yes   ☐ No   If so, what hours? _____

Least acceptable salary 41) __10 $__   SR: Salary Desired _____

Drivers License?  ☑ Yes  ☐ No   Car: __No__   Year _____ Make _____

21) What mode of transportation will you use to get to temporary positions? __Bus__

---

EM: Emergency Record

Name __ELViN AshRAF__   Relation __FATHER__   Phone__(415)566-6449__

Address __2275  19th  AVE__   City __SAN FRANCiSCo__   State__CA__ Zip Code __99645__

PL: _____

---

RD: Education Record   Highest degree obtained ____   Year completed ____

| Type | Years Attended From | To | Graduate? | Degree | Major | School/City/State | GPA | Scale |
|---|---|---|---|---|---|---|---|---|
| College | | | | | | | | |
| High School | 1973 | 1983 | YES | | | | | |
| Special | | | | | | | | |

10/18/2005 10:44 AM                                         adams & associates   9075637417   4/27

# 1: JOB HISTORY

DATE

FROM    TO    Company Name  *P+M Gardens*    Type of Business _____

Address  *Eagle River*

Phone No. _____ Salary _____    Supervisor  *Chuck*

Position _____

OR OFFICE USE ONLY

DATE

FROM    TO    Company Name  *Dutch Harbour*    Type of Business _____

Address  *IBEW Union*

Phone No. _____ Salary _____    Supervisor  *Stanley Loewbring*

Position _____

OR OFFICE USE ONLY

DATE                          WESTERN   VIKING

FROM    TO    Company Name  *Robin*    Type of Business _____

Address  *253-672-4801*

Phone No.  *253-582-2580*  Salary _____    Supervisor ____

*253-853-7030*

Position _____

OR OFFICE USE ONLY    *ROUGH*

*SHANE*    Exhibit *A*, p.*117* of *148*

*425-402-3715*

2: Are you listed with any other temporary services?  *ALLIANCE*

*MARK*

*907-262-3538*

*CELL-398-8389*

*907-234-7684*

10/18/2006 10:48 AM                                    Adams & Associates  8076637417   5/27

# LIGHT INDUSTRIAL SKILL CHECKLIST

| General Labor | Months Exp. | Distributing | Months Exp. |
|---|---|---|---|
| Janitorial | ✓ | Warehouse | ✓ |
| Packing | ✓ | Inventory | ✓ |
| Housekeeping | ✓ | Forklift Driving | ✓ |
| Dishwashing | ✓ | Gas | ✓ |
| Food Service | ✓ | Electric | ✓ |
| Cooking/Food Preparation | ✓ | Standup | ✓ |
| Moving | ✓ | Sitdown | ✓ |
| Landscaping | | Certified within the last year? | |
| | | Shipping/Receiving | |
| **Production** | **Months Exp.** | FedEx | ✓ |
| What Type? | | UPS | ✓ |
| | | Other | ✓ |

| Electronic Tech | Months Exp. | Construction | Months Exp. |
|---|---|---|---|
| Soldering | ✓ | Framing | ✓ |
| Color Coding | ✓ | Restoring | ✓ |
| Troubleshooting | ✓ | Carpentry | ✓ |
| Repairing | | Finishing Carpentry | ✓ |
| Reading Schematic Drawings | ✓ | Concrete Working | ✓ |
| Using Testing Equipment | | Dry Walling | ✓ |
| Analog | | Painting | ✓ |
| Digital | | Tape Measuring | |
| Hybrid | | Reading Blue Prints | |
| Assembly (I, II, or III) | | Power Tool Experience | |
| Through-hole | | Which Power Tools? | |
| Surface Mount | | | |

| Manufacturing | Months Exp. | Publishing Personnel | Months Exp. |
|---|---|---|---|
| Assembly | | Binding | |
| What Type? | ✓ | Collating | |
| Cabinet Working | ✓ | | |
| Producing Plastics | ✓ | | |
| Fabricating | | | |
| Quality Assurance | | **Machine Operators** | **Months Exp.** |
| Quality Control | | What type? | |

I hereby certify that as an employee of Adams & Associates, I will not approach or accept permanent employment with a client without direct authorization of Adams & Associates.

DATE: 12-          SIGNATURE:

Adams & Associates 8075637417 6/77

# Request For References

**Candidate Name:** _IZAZ F KHAN_

Many of our client companies request that we check our candidate's references prior to recommending candidates for employment with their firm. It is Adams & Associates, Inc.'s policy to verify a minimum of two references (with the exception of the current employer) before we establish a working relationship with our candidates. Your understanding and approval of this policy is important before we ascertain this information.

I hereby agree to supply Adams & Associates, Inc. with references according to their established policy. I also understand that I have the right to make written requests to learn the complete nature and scope of this investigative report and that I am entitled to obtain a written response from Adams & Associates, Inc. I further understand that Adams & Associates, Inc. will verify references in order to assist Adams & Associates, Inc.'s client companies in determining my suitability to particular job openings to which Adams & Associates, Inc. represents me and I hereby agree to allow Adams & Associates, Inc. to disclose this information to these client companies.

_____    12.21-04
**Candidate Signature**                              **Date**

## SUPERVISOR

| Name: | Company: |
|---|---|
| **Title:** | **Phone #:** |
| **Consultant Comments:** | |

| Name: | Company: |
|---|---|
| **Title:** | **Phone #:** |
| **Consultant Comments:** | |

| Name: | Company: |
|---|---|
| **Title:** | **Phone #:** |
| **Consultant Comments:** | |

Exhibit _A_, p _19_ of _148_

10/18/2005 10:45 AM                                    adams & associates    9076637417    7/27



As a prospective employee of Adams Temporaries your past work history do a
Temporary Employee is an important part of our assessment and reference
check process. Should you become an employee of Adams Temporaries feel
free to use us as reference in the

## Temporary Work History Sheet

Name of Temporary Service: **LABOR READY**    Branch Location: **MOULDEN**
                                                                    *City*

Name of Representative: **MIKE**    Contact Number: ( **907** )
                                                        *area code & number*

Name of Company assigned to: **P.M. GARDEN**    Contact Number: (     )
                                                                    *area code & number*

Direct Supervisors Name: **CHUCK**    Title: **LANDSCAPING**
*Assignment Supervisor*

Position Assigned to: **LANDESCAPING**    Hourly Pay Rate: $ **10** .    hrly

Approx dates of assignment: **4-6-08**  /                        /
                            *Start date Month  /  Year*        *End date Month  /  Year*

Duties performed on assignment:

Reason Assignment Ended: **I WENT FISHING**

Name of Temporary Service: **I.L.W.U**    Branch Location: **Dutch HARBOR**
                                                                *City*

Name of Representative: **STANLEY**    Contact Number: (     )
                                                            *area code & number*

Name of Company assigned to: **C.S.X**    Contact Number: (     )
                                                            *area code & number*

Direct Supervisors Name: **MIKE LIHEN**    Title: **Long SHORing**
*Assignment Supervisor*

Position Assigned to: **TRUCK DRIVER**    Hourly Pay Rate: $ **20** .    hrly

Approx dates of assignment: **1-15-05**  /                        /
                            *Start date Month  /  Year*        *End date Month  /  Year*

Duties performed on assignment: **LODING and off LODING**

Reason Assignment Ended:

Name of Temporary Service: **ANCHRAGE DAILEY**    Branch Location: **ANCHRAGE**
                                                                        *City*

Name of Representative: **TOM**    Contact Number: (     )
                                                        *area code & number*

Name of Company assigned to: **LABOR ~~DAY~~ READY**    Contact Number: (     )
                                                                        *area code & number*

Direct Supervisors Name:    Title:
*Assignment Supervisor*

Position Assigned to: **LANDSCAPING**    Hourly Pay Rate: $ **10** .    hrly

Approx dates of assignment:          /                        /
                            *Start date Month  /  Year*        *End date Month  /  Year*

Duties performed on assignment: **WATRING PLANTS, TRiming**

Reason Assignment Ended: