# EXHIBIT B

Exhibit A , p. 12 of 148

From: Erin Urban [mailto:erinu@hirecalling.com]
Sent: Tuesday, June 28, 2005 4:05 PM
To: 'Joe Sabeh'; 'Lance Gardner'; 'Susan Ahrens'; Ann Kolian; 'Diane Olson'; 'Carol Mutter'
Subject: FW: In-House Temporary Background Checks


FYI –


I'm not sure if you all are on this distribution list so I wanted to pass on the info.


Also, we need to do background checks for all light duty workers working in your branch offices as well.


Give me a call if you have questions.


Thanks!

Erin


---

From: Fran Matragos [mailto:matragf@sosstaffing.com]
Sent: Tuesday, June 28, 2005 3:30 PM
To: Managers-Branch@sosstaffing.com
Cc: John Morrison; 'Sue Smith'; 'Erin Urban'; 'Lynn Richardson'; 'Kim Stryker'; 'Terri Hughes'; Sierran Padilla
Subject: In-House Temporary Background Checks


Hello Everyone ~


Exhibit A, p.122 of 148

Effective immediately any in-house temporary that will be working in a branch who may have access to any confidential information needs to complete a Staff Background Check and a off-site Drug Screen.

Please contact hr@sosstaffing.com if you need to have any Staff Drug Testing Custody and Control Forms.

Thank you!

Fran Marragos
Human Resource Specialist
SOS Staffing Services, Inc.
2650 South Decker Lake Blvd. #500
Salt Lake City, UT  84119
Phone: 801.483.4254
Fax:  801.483.4275

# EXHIBIT C

Exhibit 1, p. 124 of 148

D.O.T. 891

# SOS | Staffing®

**Branch #** 714   **Client #** 07760

**Requestor** Sale Keewhold - Staffing Manager

OFFICE USE ONLY

☐ Motor Vehicle Report
☑ Criminal One County Check
☑ Criminal Multiple County Check
☐ Credit Check
☐ Employment Verification (Requires EMP119)

☐ Social Security Verification
☑ National Database Search
☐ Statewide Database Search
☐ Sex Offender Registry
☐ Education Check (Requires EMP119)

## BACKGROUND CHECK AUTHORIZATION

**DISCLOSURE TO APPLICANT REGARDING PROCUREMENT OF A CONSUMER REPORT**

In connection with your application for employment, we may procure a consumer report and/or an investigative consumer report on you, including, but not limited to, criminal history, credit report, character, general reputation and motor vehicle report as part of the process of considering your candidacy as an employee. In the event that information from the report is utilized in whole or in part in making an adverse decision with regard to your potential employment, we will provide you with a copy of the consumer report and a description in writing of your rights under the federal Fair Credit Reporting Act. You hereby acknowledge that you are herein informed of your right to request, within a reasonable period of time after receiving this notice, a complete and accurate disclosure of the nature and scope of the investigation requested. This disclosure will be mailed or otherwise delivered to you within five days of your request for disclosure or when such report was first requested by SOS Staffing whichever is later.

By your signature below, you hereby authorize us to obtain a consumer report and/or an investigative consumer report about you in order to consider you for employment. You authorize the release of this information without restriction to SOS Staffing and its respective officers, agents, or employees and to any customer of SOS Staffing to which you may be assigned. You further authorize SOS Staffing to obtain an investigative consumer report for employment purposes at anytime during your tenure with SOS Staffing. You further agree to hold SOS Staffing, employees, and SOS Staffing customer, and their respective officers, directors, employees and agents harmless from any liability related to any of the reports, as well as the release of the results of such reports, that may be obtained hereunder.

You acknowledge that a telephonic facsimile or copy of this release shall be as valid as the original. This release is valid for all persons and private entities, and all federal, state, county, and local agencies and authorities.

## APPLICANT INFORMATION

**APPLICANT'S NAME** Izaz Khan

**ADDRESS** 2823 Tudor RD

**CITY, STATE, ZIP** Anchorage  AK.  99507

**DATE OF BIRTH** 6-18-65   **SOCIAL SECURITY NO.** 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

**LIST ANY MISDEMEANORS OR FELONIES YOU FEEL MAY APPEAR ON A BACKGROUND CHECK.**

**OFFENSE** Trass Passing   **DATE** 6-7-2002

**OFFENSE** Disregarding High Sign   **DATE** 5-6-2003

**OFFENSE** Trass Pasing   **DATE** 10-5-2003

**LIST ANY CITIES AND STATES IN WHICH YOU HAVE LIVED DURING THE PREVIOUS 7 YEARS.**

**CITY, STATE** Dutch Harbor, AK   **CITY, STATE**

**CITY, STATE** _____   **CITY, STATE**

**CITY, STATE** _____   **CITY, STATE**

**DRIVER'S LICENSE (PROVIDE THIS ONLY IF WE INFORM YOU THAT WE NEED YOUR MOTOR VEHICLE REPORT (MVR)**

**STATE** Alaska   **NUMBER** 1068710

**SIGNATURE** _____   **DATE** 7-8-05

FAX TO RISK MANAGEMENT AT 801.924.0527(PROVO, UTAH NUMBER)

EMP159 09/04

ScreenNow – Search Results

*This message is intended only for the use of the individual or entity to
which it is addressed and may contain information that is privileged,
confidential, and exempt from disclosure under applicable law.* If the
reader of this message is not the intended recipient or the employee or
agent responsible for delivering the message to the intended recipient, you
are hereby notified that any dissemination, distribution, or copying of this
communication is strictly prohibited. If you have received this
communication in error, please notify us immediately by telephone.

Thank you.

Report for:                              Date Ordered: 07/08/05
KHAN, IZAZ                                Last Updated: 07/08/05
SSN 623 40 XXXX
2823 TUDOR ANCHORAGE Alaska 99507
ScreenNow · Search Results

National Criminal File Plus Search – 7 matches

| SSN VALIDATION |
| --- |

SSN 623-40-XXXX was VALIDLY ISSUED
between 1990 and 1991
in CA

| DEVELOPED NAMES AND ADDRESSES |
| --- |

?

Exhibit *A*, p. 26 of 148

Case 3:06-cv-00095-TMB    Document 57-7    Filed 06/08/2007    Page 7 of 30

## ScreenNow – Search Results

8 additional names and addresses were found.  Click here to view the report.

---

### NATIONAL CRIMINAL FILE PLUS SEARCH

```
Name:               KHAN, IZAZ E
Date Of Birth:      06/18/XXXX
SSN:
Source:             Anchorage (3rd Dist) Superior and District Court
State:              AK
County:             Anchorage
Case Number:        3UN-01-00072CR5672
Case Type:          Misdemeanor
Offense:            DWLG/O/R/L
Offense Date:
Disposition:        No Contest Plea
Disposition Date:   07/06/2001
Current As Of:      03/30/2005

Name:               KHAN, IZAZ E
Date Of Birth:      06/18/XXXX
SSN:
Source:             Anchorage (3rd Dist) Superior and District Court
State:              AK
County:             Anchorage
Case Number:        3UN-02-00124CR6427
Case Type:          Misdemeanor
Offense:            CRIM TRESPASS-2ND
Offense Date:
Disposition:        No Contest Plea
Disposition Date:   06/18/2002
Current As Of:      03/30/2005

Name:               KHAN, IZAZ E
Date Of Birth:      06/18/XXXX
SSN:
Source:             Anchorage (3rd Dist) Superior and District Court
State:              AK
County:             Anchorage
Case Number:        3UN-03-00102CR7349
Case Type:          Misdemeanor
Offense:            DUI ALCOL OR CON SUB
Offense Date:
Disposition:        No Contest Plea
Disposition Date:   09/29/2003
Current As Of:      03/30/2005

Name:               KHAN, IZAZ E
Date Of Birth:      06/18/XXXX
SSN:
Source:             Anchorage (3rd Dist) Superior and District Court
State:              AK
County:             Anchorage
Case Number:        3UN-03-00183CR7350
Case Type:          Misdemeanor
Offense:            DISREGARD HWY OBSTR
Offense Date:
Disposition:        No Contest Plea
Disposition Date:   09/29/2003
Current As Of:      03/30/2005
```

Exhibit # , p. 127 of 148

## ScreenNow – Search Results

| Name: | KHAN, IZAZ B |
| --- | --- |
| Date Of Birth: | 06/18/XXXX |
| SSN: | |
| Source: | Anchorage (3rd Dist) Superior and District Court |
| State: | AK |
| County: | Anchorage |
| Case Number: | 3UN-04-00302CR8301 |
| Case Type: | Misdemeanor |
| Offense: | ASSAULT-4TH DEGREE |
| Offense Date: | |
| Disposition: | |
| Current As Of: | 03/30/2005 |

| Name: | KHAN, IZAZ E |
| --- | --- |
| Date Of Birth: | 06/18/XXXX |
| SSN: | |
| Source: | Anchorage (3rd Dist) Superior and District Court |
| State: | AK |
| County: | Anchorage |
| Case Number: | 3UN-04-00302CR8304 |
| Case Type: | Misdemeanor |
| Offense: | CRIM MISCHIEF 4 |
| Offense Date: | |
| Disposition: | |
| Current As Of: | 03/30/2005 |

| Name: | KHAN, IZAZ |
| --- | --- |
| Date Of Birth: | 06/18/XXXX |
| SSN: | |
| Source: | Anchorage (3rd Dist) Superior and District Court |
| State: | AK |
| County: | Anchorage |
| Case Number: | 3UN-04-00340CR8378 |
| Case Type: | Felony |
| Offense: | PERJURY |
| Offense Date: | |
| Disposition: | |
| Current As Of: | 03/30/2005 |

The records contained in this report are compiled from databases that are only updated infrequently and, therefore, may not have the most current information. This report is not intended to recommend, or not recommend, any individual. The records may or may not have sufficient information to establish the exact identity of an individual therefore, the information is provided merely as an indication of information that should be verified prior to making a decision. Your decision regarding the individual should not be based on information that is not up to date or that has not been verified or solely on the results or this or any similar report. ChoicePoint Services Inc. does not guarantee, warrant or assume any responsibility for the accuracy of the information obtained from other sources and shall not be liable for any losses or injuries now or in the future resulting from or relating to the information provided herein.

## END OF REPORT FOR: KHAN, IZAZ

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of

Exhibit A, p28 of 148

## ScreenNow – Search Results

consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130–A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment or to take another adverse action against you must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or**

unverifiable information. Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance** you get based on information in your credit report. Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

Exhibit A, p. 129 of 148

## ScreenNow -- Search Results

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below. | Federal Trade Commission: Consumer Response Center --- FCRA Washington, DC 20580 1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N A " appear in or after bank's name) | Office of the Comptroller of the Currency Compliance Management, Mail Stop 6-6 Washington, DC 20219 800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board Division of Consumer & Community Affairs Washington, DC 20551 202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552 800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314 703-519-4600 |
| State chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center 2345 Grand Avenue, Suite 100, Kansas City, Missouri 64108-2638 1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board of Interstate Commerce Commission | Department of Transportation, Office of Financial Management Washington, DC 20590 202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator --- GIPSA Washington, DC 20250 202-720-7051 |

6

Exhibit A , pl 30 of 148

10/18/2005 10:47 AM          9075637417       26/27                    adams & associates   9075937417   26/27

PDLD700P    TERMID: A#1E        ALASKA DRIVING RECORD           04/29/05   15:08:31.1

PERSON NAME: IZAZ ELVIN KHAN                                              PAGE  1
        AKA: IZAZ E KHAN
        DOB: 06/18/1965        SEX: M   ORGAN DONOR: N DATE: 11 15 2004
DL MAILING ADDR: PO BOX 921570          DUTCH HARBOR          AK  99692

    DL RES ADDR: SMALL BOAT HARBOR      DUTCH HARBOR          AK  99692

    ID/LIC NUM: 1068710                 DL STATUS:
    CDL STATUS:                         12-MO PTS: 0          24-MO PTS: 8
    CDL ENDORSE: X        RESTRICTIONS:          #DPS DATE: 09/06/2002
LICENSE CLASS             EXPIRE DATE    ISSUE DATE
ID ID CARD                06/18/2007    03/19/2002
D  BASIC DRIVER           06/18/2009    09/16/2004
A  CDL A                  06/18/2007    01/10/2003

                    PF4 VIEW HIST  PF10 TRANS HISTORY                   MORE...

PDLD720P    TERMID: A#1E        ALASKA DRIVING RECORD           04/29/05   15:08:36.6

    ID/LIC NUM: 1068710                                                 PAGE  2
* * * * * * * * * * * * * * LICENSE ACTIONS * * * * * * * * * * * * *
   ACTION/DETAIL    REASON FOR ACTION         BAC  OCCURRENCE   EFFECTIVE
    TICKET NO       AGENCY       /COURT             CONVICTION   ENDING
CANCELLED 430       WITHDRAWAL**                    10/29/2002   11/29/2002
                    DIVISION OF MOT / DMV                        01/10/2003

REVOKED   132       ADMIN PER SE .08          110  06/18/2003   06/26/2003
                    UNALASKA POLICE / UNA                        06/25/2004

REVOKED   110       DUI ALCOHOL                    06/18/2003   06/26/2003
  M0300182          UNALASKA POLICE / MAGISTRATE C 09/29/2003   06/25/2004

WARNING             POINT SYS WARNING
                    DIVISION OF MOT / DMV                        11/08/2003


            SR-22 IS REQUIRED UNTIL 06/25/2007 AND IS ON FILE
        PF4 VIEW HIST  PF10 TRANS HISTORY                       MORE...


Exhibit A, p. 13 of 48

10/18/2005 10:47 AM          9076617114          27/27                                    adams & associates   9076637417   27/27

PDLN630P   TERMID: A#1B   ALASKA DRIVING RECORD          04/29/05   15:08:40.3

          ID/LIC NUM: 1068710
* * * * * * * * * * * * * VIOLATIONS * * * * * * * *                                      PAGE  3
NUMBER   CDL DESCRIPTION              ATN      OCCURRENCE        FINE------SUSP
         ARREST AGENCY   CONV COURT            CONVICTION       JAIL------SUSP
M0100072  DRV WHILE REVOKED      102998511     03/30/2001       $1,000      $500
          UNALASKA POLICE / MAGISTRATE CO      07/06/2001       0.060       0.060

M0300182  DUI ALCOHOL            107580708     06/18/2003       $5,000    $2,000
          UNALASKA POLICE / MAGISTRATE CO      09/29/2003       0.090       0.070

M0300183  FTO CONSTRUC MARKER    107580717     06/18/2003       $1,000    $1,000
          UNALASKA POLICE / MAGISTRATE CO      09/29/2003       0.090       0.060


ABOVE RECORD IS THE MOST CURRENT AVAILABLE---DOES NOT INCLUDE ANY PENDING DATA
FEE TO COLLECT: $ 5.    AMT COLLECTED: 5__   PAY TYPE: CA__  FEE OVERRIDE: _

Exhibit A, p 132 of 148

**SOS | Staffing**™

July 11, 2005

RE. Notice of Potential Adverse Action

Dear Izaz Khan:

This letter is to inform you that our company is considering making an adverse decision concerning your employment with us. This potential adverse decision is based in whole or in part on the consumer report that you authorized us to obtain.

As required by the Fair Credit Reporting Act enclosed please find a copy of your consumer report and a summary of your rights under the Fair Credit Reporting Act.

If you believe the information contained in your consumer report is inaccurate, please let us know as soon as possible by contacting the Risk Department at 801.484.4400, before we finalize our decision. If we do not hear from you within five business days, then the decision will become final.

Sincerely,

Chantaye Painter
Claims Processor
SOS Staffing/Hire Calling, Inc.
801.924.0517

Exhibit _A_, p _33_ of _148_

**SOS | Staffing**

July 18, 2005

RE: Notice of Adverse Action

Dear Izaz Khan:

After careful consideration the company has decided against further consideration for employment due to record(s) found which have subsequently disqualified you under the criteria that the company and/or its clients have set for employment.

This decision was based, at least in part, on information contained in the consumer report that you authorized us to obtain. The consumer report was obtained from:

**CHOICEPOINT**
**P.O. Box 105186**
**Atlanta, GA 30348-5186**
**PH: 1-800-853-2414**

This consumer reporting agency was not involved in our decision-making process and cannot provide you with the specific reasons why we reached this decision. The decision was solely our own.

While we were in the process of considering taking this adverse action, we sent you a copy of your consumer report. Under the Fair Credit Reporting Act you have the right to obtain an additional (and perhaps more current) copy, free of charge, from the consumer reporting agency if you make your request within 60 days of receiving this letter. You also are entitled to dispute the accuracy or completeness of your consumer report with the credit reporting agency if you believe that the information in the consumer report is inaccurate.

Sincerely,

Chantaye Painter
Claims Processor
SOS Staffing/Hire Calling, Inc.
801.024.0517

Exhibit _A_, p. 134 of 148

# EXHIBIT D

Exhibit A , p. 135 of 48

# SOS CRIMINAL HISTORY HIRING CRITERIA

SOS Staffing Services, Inc. is committed to providing equal employment opportunity to all persons, regardless of race, color, national origin, religion, sex, age, disability, marital status, veteran status or other status protected by law. SOS is also committed to providing a safe working environment to each of its employees. SOS believes that persons who have committed certain past criminal acts may present a greater risk to the safety of SOS, its employees, its customers, its customers' employees, as well as others, and to their property. For this reason, SOS has established the following criteria to determine the suitability of applicants with respect to prior criminal convictions.

A criminal conviction is not necessarily a bar to employment. The criteria applied by SOS to determine the suitability of a prospective employee will consider the age of the applicant at the time of the offense, the time (how long ago), the seriousness and nature of the conviction, as well any rehabilitation the applicant has undergone. SOS asks on its employment applications whether an applicant has been convicted of a crime other than a minor traffic violation. If yes, the applicant will be asked to complete a criminal history questionnaire.

Any issue as to the classification of the offense for which the applicant was convicted shall be resolved by the legal department of SOS. Any applicant who believes that his or her conviction was mis-classified or that SOS otherwise did not follow its criminal conviction policy may appeal such decision to SOS's General Counsel, John Morrison. This policy is subject to change at any time, and management reserves the discretion to deviate from this policy at any time, based on the age, time, seriousness and nature of the conviction, as well as rehabilitation the applicant has undergone.

## I.    Felonies

     a.    More than one conviction for offenses classified as felonies. These criteria are intended to apply to more than one felony occurrence rather than more than one conviction for the same occurrence. For an applicant to be employable, the offense and the termination of the last sentence, including probation and parole, must have occurred at least ten years ago. The person must have a successful five-year employment history without incident and otherwise meet SOS hiring criteria.

     b.    A single conviction for offenses classified as felonies, regardless of whether against persons or property. For an applicant to be employable, the offense and the termination of the sentence, including probation and parole, must have occurred at least five years ago. The person must have a successful five-year employment history without incident and otherwise meet SOS hiring criteria.

05/05

Exhibit 4, p. 136 of 148

c.  A single felony for drug possession only (drug distribution felonies are handled under "b" criteria above). For an applicant to be employable, the offense must have occurred at least three years ago. The person must have a successful three-year employment history without incident and otherwise meet SOS hiring criteria.

"Successful employment history" means that there are no significant gaps in employment and the employee has not been fired or involuntarily discharged.

## II.  Misdemeanors

a.  Offenses against persons occurring in the work environment, or if the applicant has been convicted of more than one offense against a person arising out of separate incidents. The applicant must have completed all sentences, including probation and parole, at least three years ago and have a successful three-year employment history without incident.

b.  All other misdemeanors and infractions shall not be cause to withhold employment, unless the individual charged has been convicted of two or more misdemeanors arising from separate incidences or occurrences, and the last of those convictions and the completion of the sentence occurred less than three years ago. In such situation, the last conviction must have occurred more than three years ago, and the individual needs to have a three-year successful employment history without incident.

## III.  Juvenile convictions – Disregarded unless applicant was tried, and convicted, as an adult.

## HANDLING EXCEPTIONS

If an applicant is found not-workable pursuant to SOS's criminal history hiring criteria and the client is aware of criminal history, but still wants to employ the applicant through SOS, SOS will consider employing the applicant on a case by case basis using the following criteria:

1. It is a temp-to-hire assignment for an established SOS client in good standing.
2. There is a plan to handle a light duty assignment in case of a workplace injury.
3. The legal department reviews the criminal history questionnaire and agrees to make the exception pending the results of a 7 year multi county criminal background check.
4. The legal department okays the background check results.
5. The background check report is sent to the client.
6. The client signs the Criminal Conviction Employment Waiver (formerly known as the "Bonding Waiver").
7. Cost for the background check is allocated to the branch.

05/05

Exhibit _A_, p. 137 of 148

# CRIMINAL HISTORY HIRING CRITERIA

SOS Staffing Services, Inc. and Hire Calling, Inc. and their respective divisions and affiliates (collectively the "Company") are committed to providing equal employment opportunity to all persons, regardless of race, color, national origin, religion, sex, age, disability, marital status, veteran status and any other status protected by law. The Company also is committed to providing a safe working environment to each of its employees. The Company believes that persons who have committed certain past criminal acts may present a greater risk to the safety of the Company's employees, customers, customers' employees, and third parties, as well as to their property. For this reason, the Company has established the following criteria to determine the suitability of applicants with respect to prior criminal convictions.

A criminal conviction is not necessarily a bar to employment. The criteria applied by the Company to determine the suitability of a prospective employee will consider the age of the applicant at the time of the offense, the time (how long ago), the seriousness and nature of the conviction, any rehabilitation the applicant has undergone, as well as the employment history of the applicant following the conviction. The Company asks on its employment applications whether an applicant has been convicted of a crime other than a minor traffic violation. If yes, the applicant will be asked to complete a criminal history questionnaire.

Any issue as to the classification of the offense for which the applicant was convicted shall be resolved by the Company's legal department. Any applicant who believes that his or her conviction was mis-classified or that the Company otherwise did not follow its criminal conviction policy may appeal such decision to the Company's General Counsel. This policy is subject to change at any time, and the Company reserves the discretion to deviate from this policy at any time, based on the age, time, seriousness and nature of the conviction, rehabilitation the applicant has undergone, the applicant's employment history and other factors deemed relevant by the Company.

## I.    Felonies

a.    Multiple felony convictions. The term "multiple felony convictions" means multiple felony convictions involving more than one criminal episode or occurrence rather than the conviction for multiple felonies related to the same occurrence. If an applicant has multiple felony convictions, to be employable the offense and the termination of the last sentence, including probation and parole, must have occurred at least seven years ago. The person must have a successful five-year employment history without incident and otherwise meet the Company's hiring criteria.

b.    Single Felony. If an applicant has a single felony conviction (or felonies arising from one criminal episode, regardless of whether against persons or property, For an applicant to be employable, the offense and the termination of the sentence, including probation and parole, must have occurred at least five years ago. The person must have a successful five-year employment history without incident and otherwise meet the Company's hiring criteria.

10/5/05

Exhibit A , p. 138 of 148

    c.     A single felony for drug possession only (drug distribution felonies are handled under the criteria set forth in "b" above). For an applicant to be employable, the offense must have occurred at least three years ago. The applicant must also successfully complete a drug screen prior to placement. The person must have a successful three-year employment history without incident and otherwise meet the Company's hiring criteria.

"Successful employment history" means that there are no significant unexplained gaps in employment and the employee has not been fired or involuntarily discharged for cause.

## II.    Misdemeanors

    a.     Offenses against persons occurring in the work environment, or if the applicant has been convicted of more than one offense against a person arising out of separate incidents. The applicant must have completed all sentences, including probation and parole, at least three years ago and have a successful three-year employment history without incident and otherwise meet the Company's hiring criteria

    b.     All other misdemeanors and infractions shall not be cause to withhold employment, unless the individual charged has been convicted of two or more misdemeanors arising from separate incidences or occurrences, and the last of those convictions and the completion of the sentence occurred less than three years ago. In such situation, the last conviction must have occurred more than three years ago, and the individual needs to have a three-year successful employment history without incident and otherwise meet the Company's hiring Criteria.

## III.    Motor Vehicle Violations

    a.     Any DUI, DWI or equivalent driving while under the influence of a controlled substance, in the past three years will disqualify the applicant from working in any driving positions. The applicant may be considered for non-driving positions based on satisfying all other screening requirements.

    b.     An applicant with more than two DUI, DWI, driving under the influence, or major moving violations within the past five years will be disqualified from employment until enough time has past to bring the total offenses to two or less for the five year period. A new MVR will need to be obtained to verify the offense(s) are off the applicant's driving record. Such applicant may not operate any motor vehicle until three years have passed since the date of the last DUI or similar offense.

## IV.    Employees Involved in a Federal Drug Court Program

Several counties throughout the United States participate in a federal grant for non-violent, first time drug offenders. This program allows a small number of people, in participating counties,

10/5/05

who are charged with drug related offenses, including felonies, to defer their convictions by completing an 18 to 24 month program. Once the program is successfully completed, the offense is dismissed. This program requires the person to submit to multiple drug screens each week, reporting to the drug court officer daily and completing counseling courses each week. The Company will be notified by the drug court officer if a person in the program does not stay in compliance with the program requirements.

When an applicant informs us that they are participating in a Drug Court Program, the branch needs to complete the following steps:

a.  Have the applicant complete the criminal history questionnaire and write on the form that the applicant is in a Drug Court Program;

b.  Contact the Drug Court Officer to verify the applicant is part of the Drug Court Program;

c.  Have the applicant complete a background check request form;

d.  Run a national database background check;

e.  If workable, find an acceptable assignment and notify the client, prior to placement, that the employee is participating in a Drug Court Program;

f.  Stay in contact with Drug Court Officer; and

g.  Document comments regarding the applicant participating in a Drug Court Program and any other comments, as needed.

## V.  JUVENILE CONVICTIONS

Juvenile convictions are disregarded unless applicant was tried and convicted as an adult.

## VI.  EXCEPTIONS

If an applicant is found not-workable pursuant to the Company's criminal history hiring criteria and the client is aware of criminal history, but still wants to employ the applicant through the Company, the Company will consider employing the applicant on a case by case basis using the following criteria:

1.  It is a temp-to-hire assignment for an established Company client in good standing.
2.  There is a plan to handle a light duty assignment in case of a workplace injury. Working in the branch on light duty ordinarily will not be an option as the applicant's criminal history will likely be disqualifying from employment in the branch.
3.  The designated risk or legal personnel reviews the criminal history questionnaire and agrees to make the exception pending the results of a national database criminal background check. The cost of the background check will be charged to the branch.

10/5/05

Exhibit *A*, p. 140 of 148

4. The designated risk or legal personnel approves the placement after reviewing the background check results.
5. The background check report is sent to the client.
6. The client signs the Criminal History Employment Waiver (formerly known as the "Bonding Waiver") (RMD 110).

## VI.    BRANCH DUTIES

- Review and understand the foregoing criminal history hiring criteria.
- When an applicant marks YES to the criminal history question, the branch staff will give the applicant a Criminal History Questionnaire (RMD109) to complete.
- Review the applicant's criminal history questionnaire and verify that all questions have been answered completely. If it is incomplete, including specifically the employment history, instruct the applicant to complete the questionnaire. Once complete, apply the criminal history criteria as follows:
  - Treat all single misdemeanors as workable.
  - Treat all single DUI or DWI in the last three years as workable but absolutely no driving of any kind.
  - If the applicant is workable based on the criteria above:
    - Record this statement, "Workable per Branch Review" on the top of the Criminal History Questionnaire. Print your name and the date.
    - Record the same information in the Fidelity Section of the Application including your name and date, and any restrictions if necessary.
    - Insert a comment in the legacy system after you enter the associate's file into the computer. Go to ;EEN. Choose Comments, Type 11 and enter the comment "Workable per Branch Review. Criminal History Questionnaire on file."
  - When multiple misdemeanors or any felony conviction, single or multiple, is indicated send the Questionnaire to Risk for review via fax at (801) 924-0527.
    - Enter comments in ;EP "Pending criminal review by Risk" for all criminal history questionnaires sent to Risk. Use code 1E.
  - Keep copy of the criminal history questionnaire in the applicant's application folder.
- Communicate results of review to employee.
  - If workable, employee only has a single misdemeanor, notify employee he/she is workable and complete screening process.
  - If sending criminal history questionnaire to Risk, inform applicant, questionnaire must be sent for further review by Risk and that a response will be given within three hours.
  - (Please note that the branch staff may be able to say yes to an applicant, but that all no's will be coming from the Risk Department which should help in dealing with the applicant).
- Receiving pending results from Risk.
  - If workable: Record response on the criminal history questionnaire and in the Fidelity section of the application form. Risk will insert comments in the associate's comment files under Type 11.

10/5/05

Exhibit *A*, p 41 of 148

- o If not workable: Record response on criminal history questionnaire and the application form. Risk will update the ;EP file to 2A, Not workable per Risk and insert comments if appropriate.
- Exceptions to employing a not workable applicant are to be handled as stated in the policy.
- Lack of information may slow down the process.
- Some clients may have hiring criteria that is more restrictive than that of the Company.
  - o It is the branch's responsibility to know the client's restrictions and to set up procedures to ensure that the client's criteria are met.
  - o Risk recommends that a criminal history or background check be run on all associates placed at clients with specific criminal history requirements.
- Compliance with this policy will be reviewed periodically by managers, operations managers and the Compliance Department and will be included in the branch review process.
- Failure to comply with the policy may be cause to fail the branch review and to lose eligibility for the Branch Quality Award.
- Failure of a team member to comply with the policy will result in disciplinary action, which may include involuntary termination.
- Please call the Risk Department if you have any questions regarding a criminal history questionnaire or the application of this policy.

10/5/05

Exhibit A, p 142 of 148

## EXHIBIT E

1. Thomas Bennett, Light-duty Office Assistant, 8/22/05: Terminated due to continued criminal activity after light duty assignment began.

2. Steven Black, Light-duty Office Assistant, 8/6/05: Not workable per background check results.

3. Randy Goodall, Light-duty Office Assistant, 8/4/05: Not workable per background check results.

4. Thomas Shaffer, Light-duty Office Assistant, 7/27/05: Not workable per background check results.

Exhibit _A_, p. _44_ of _148_



WWW.SOSSTAFFING.COM

March 13, 2006

_Sent via facsimile to 206-220-6911; hard copy to follow via U.S. mail._

Hattie Reed
U.S. Equal Employment Opportunity Commission
909 First Ave., Suite 400
Seattle, WA 98104-1061

Re: Charge No. 380-2005-03117 – Izaz E. Khan

Dear Ms. Reed:

Thank you for forwarding a copy of the Charge of Discrimination in connection with the
above-referenced charge number. Adams Temporaries or Adams & Associates
("Adams") is a trade name or division of Hire Calling, Inc., which is a subsidiary of SOS
Staffing Services, Inc. ("SOS").   The correct address of Adams' Anchorage office is
3201 C St., Suite 600, Anchorage, AK 99503.  The notice regarding the above-referenced
charge number was mailed to Adams' previous location.  Therefore, we had no notice of
this matter and were unable to respond by the March 8, 2006 deadline.

SOS's corporate legal department will be responding to Mr. Khan's complaint.  Please
direct all future correspondence concerning this matter to me or John Morrison, SOS's
General Counsel.  We are in the process of gathering the information needed to draft our
response.  One of Adams' staff members who works in the Anchorage office and may
have relevant information concerning this matter is out of the office this week.
Therefore, we ask that you allow us a response deadline of Friday, March 24, 2006.
Please let me know if that is not agreeable.

Sincerely,

Ryan D. Jensen
Assistant General Counsel

2650 DECKER LAKE BLVD STE 500
SALT LAKE CITY, UT 84119
P. 801.484.4400   F. 801.483.4283

Exhibit _A_, p. 145 of 148



## LEGAL DEPARTMENT

### CONFIDENTIAL FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Hattie Reed | Ryan D. Jensen |
| COMPANY: | TOTAL NO. OF PAGES INCLUDING COVER. |
| EEOC | 2 |
| FAX NUMBER: | DATE: |
| 206-220-6911 | 3/13/06 1:43:28 PM |
| RE: | |
| Charge No. 380-2005-03117 – Izaz E. Khan | |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

### CONFIDENTIALITY NOTICE

The documents accompanying this telegraphic transmission contain confidential information that is intended only for the use of the recipient named above. We request immediate notification by telephone of misrouted documents. If you receive this transmission by error, you are hereby notified that any disclosure, copying, or distribution of or action taken in reliance on the contents of this information is strictly prohibited.

2650 S. DECKER LAKE BLVD., STE. 500
SALT LAKE CITY, UT 84119
801-484-4400
801-485-6291 FAX

Exhibit _A_, p. 146 of 148



WWW.SOSSTAFFING.COM

March 13, 2006

*Sent via facsimile to 206-220-6911; hard copy to follow via U.S. mail.*

Hattie Reed
U.S. Equal Employment Opportunity Commission
909 First Ave., Suite 400
Seattle, WA 98104-1061

Re: Charge No. 380-2005-03117 – Izaz E. Khan

Dear Ms. Reed:

Thank you for forwarding a copy of the Charge of Discrimination in connection with the above-referenced charge number. Adams Temporaries or Adams & Associates ("Adams") is a trade name or division of Hire Calling, Inc., which is a subsidiary of SOS Staffing Services, Inc. ("SOS"). The correct address of Adams' Anchorage office is 3201 C St., Suite 600, Anchorage, AK 99503. The notice regarding the above-referenced charge number was mailed to Adams' previous location. Therefore, we had no notice of this matter and were unable to respond by the March 8, 2006 deadline.

SOS's corporate legal department will be responding to Mr. Khan's complaint. Please direct all future correspondence concerning this matter to me or John Morrison, SOS's General Counsel. We are in the process of gathering the information needed to draft our response. One of Adams' staff members who works in the Anchorage office and may have relevant information concerning this matter is out of the office this week. Therefore, we ask that you allow us a response deadline of Friday, March 24, 2006. Please let me know if that is not agreeable.

Sincerely,

Ryan D. Jensen
Assistant General Counsel

2855 DECKER LAKE BLVD STE 500
SALT LAKE CITY, UT 84119
P. 801.484.4400   F. 801.483.4283

Exhibit ___, p 147 of 148

Equal Employment Opportunity Commission

REQUEST FOR INFORMATION

Charging Party: Izaz Khan
Respondent:   Adams Temporaries
Charge No.:    380-2005-03117

1.    Give the correct name and address of the facility named in the charge.

2.    Submit a written position statement on each of the allegations of the charge, accompanied
by documentary and/or written statements, where appropriate. Also include any
additional information and explanation you deem relevant to the charge.

3.    Submit copies of all written rules, policies and procedures relating to the issue(s) raised in
the charge. If such does not exist in written form, explain the rules, policies, and
procedures.

Issue: DISCHARGE

1.    Explain why you discharged the charging party. Provide documentation which supports
those reasons. Include a copy of charging party's job application.

2.    Identify all the individuals involved in the decision to terminate charging party. Include
name, national origin, and job title.

3.    Provide a copy of the employer's policy on checking criminal background checks.

4.    Within how many days from hire are criminal background checks completed?

5.    Provide all documents relevant to charging party's criminal background check.

6.    Provide a list of all employees hired within the last twelve months. Include name,
national origin, date of hire, and documentation of when criminal background check was
completed.

7.    Provide the name and national origin of the person who replaced the charging party.
When was the person hire?

8.    Provide a list of all those discharged during the past 12 months for the same reason as
charging party. Indicate the position, date and reason for discharge with supporting
documentation, and national origin next to each name on the list.

Exhibit $A$, p148 of 148

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF ALASKA

3

4    IZAZ KHAN,

5            Plaintiff,

6    vs.

7    ADAMS & ASSOCIATES,                    COPY

8            Defendant.

9

10   Case No. 06-0095-TMB

11

12

13                DEPOSITION OF IZAZ KHAN
                  Taken January 26, 2007
14                Commencing at 2:06 p.m.

15

16         Volume I - Pages 1 - 69, inclusive

17

18

19             Taken by the Defendant
                         at
20             Holmes Weddle & Barcott
            701 West Eighth Avenue, Suite 700
21                Anchorage, AK 99501

22

23

24

25   Reporter:  Anna-Marie P. Shinn    Exhibit *b*, p. 1 of 37

Page 2

```
 1              A P P E A R A N C E S
 2   In Propria Persona:
 3       Izaz Khan
         2823 Tudor Road
 4       Anchorage, AK 99507
 5
     For Defendant:
 6
         Kara Heikkila
 7       Holmes Weddle & Barcott
         999 Third Avenue, Suite 2600
 8       Seattle, WA 98104
         (206) 292-8008
 9
10   Also present: Thad O'Sullivan
         Iftekhar Hassan, Interpreter (via telephone)
11
     Reporter:   Anna-Marie P. Shinn
12
13   BE IT KNOWN that the deposition of the above-named witness
14   was taken this date in the foregoing action before
15   Anna-Marie P. Shinn, Notary Public within and for the State
16   of Alaska.
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              P R O C E E D I N G S
 2       (Exhibits 1 through 4 were marked.)
 3        (The Interpreter was sworn.)
 4       MS. HEIKKILA: Mr. Hassan, would you state
 5   your full name and spell it for the record?
 6       THE INTERPRETER: My full name is Iftekhar
 7   Hassan, spelled I-f-t-e-k-h-a-r. Last name is Hassan.
 8   It's H-a-s-s-a-n.
 9       MS. HEIKKILA: And, Mr. Hassan, could you
10   briefly summarize your work as an interpreter -- what your
11   background in education is?
12       THE INTERPRETER: I have been a graduate and
13   have been interpreting for the past six years for the State
14   of New York, as well as in numerous translation agencies.
15       MS. HEIKKILA: Are you court certified?
16       THE INTERPRETER: Yes, I am. I've been
17   certified by the Berlitz Language Services for the United
18   States Department of Immigration, which is now known as the
19   Homeland Security Office, as well as New York City Court
20   System.
21       MS. HEIKKILA: Okay, thank you very much.
22   Before we proceed, let's go ahead and swear the witness.
23              IZAZ KHAN,
24   called as a witness herein, being first duly sworn to
25   state the truth, the whole truth and nothing but the truth
```

Page 4

```
 1   by the Notary, testified under oath as follows:
 2              EXAMINATION
 3   BY MS. HEIKKILA:
 4   Q   Mr. Khan, would you state and spell your name for the
 5   record?
 6   A   Izaz Khan, I-z-a-z. Last name Khan, K-h-a-n.
 7   Q   Thank you. Mr. Khan, we're here to take your
 8   testimony in the federal lawsuit that you filed against
 9   Adams & Associates this afternoon. On the telephone we
10   have an Urdu interpreter available.
11       And you and I discussed this before we started the
12   deposition, and what we agreed to -- what you agreed to was
13   that we would proceed in English today with my questions
14   and your answers. But if at any point during this
15   deposition you have a concern or a question and you don't
16   understand a word, we have the Urdu interpreter available
17   by phone and you'll alert us -- you'll tell us and then the
18   interpreter will then be available to interpret that word.
19       But otherwise, my understanding is that your choice
20   was to proceed in English today; is that correct?
21   A   I've answered that before.
22   Q   Is that your agreement now, on the record -- now that
23   we are on the record, Mr. Khan?
24   A   Yes.
25   Q   Okay. A deposition is just like a court proceeding.
```

Page 5

```
 1   You have been sworn in by the court reporter, and the
 2   questions I'm asking you today are just as though I'm
 3   asking you these questions in court. So it's important
 4   that you and I communicate well, that we not speak over one
 5   another.
 6       If you answer a question, I will assume that you
 7   understood it. And if you give me that answer -- I'm not
 8   asking you any trick questions, I just here to get
 9   information today. But if you do give me a verbal
10   response, than I'm assuming you understood the question.
11       It's important, for the benefit of the court
12   reporter and the interpreter who is participating by
13   phone -- if there's a question I ask you and you don't
14   understand, please feel welcome to ask me and I'm happy to
15   ask the question again.
16       Mr. Khan, what is your date of birth?
17   A   Excuse me. Can I address something before we go on?
18   Q   What is it that you need to address?
19   A   Deposition -- I do have things that I need to attend
20   to. I would like to know how long will this take?
21   Q   Well, it probably -- hello?
22       (The Interpreter and the Witness have a
23   conversation in Urdu.)
24   Q   Now, I need to --
25       (The interpreter answers for the witness.)
```

2 (Pages 2 to 5)

Exhibit B, p. 2 of 57