Page 6

1    A    He's asking how long it will take. I have got some
2    other appointment.
3    Q    Okay. All right. Mr. Khan, it won't take as long
4    since we won't be using the interpreter for every question
5    and answer. I would anticipate an hour to an
6    hour-and-a-half this afternoon. This is the first you've
7    indicated to me that you have any time constraints, so I
8    plan to use whatever time is necessary to ask the questions
9    that I have.
10        We've already rescheduled this deposition once, and
11   I don't intend to do that again. So I'll get started and
12   we'll go through this and proceed.
13        What time do you have something else?
14        (The witness speaks Urdu.)
15   Q    Mr. Khan, let me just stop you. You need to answer
16   all of my questions in English?
17        (The interpreter answers for the witness.)
18   A    Please advise her, first, the questions she asked me
19   is not correct. I will answer to you and then you
20   translate to her.
21   Q    All right. Have you changed your mind, Mr. Khan? Are
22   you now going to use the interpreter?
23        (The interpreter answers for the witness.)
24   A    Yes.
25   Q    Okay. Well, it will take us longer than an

Page 7

1    hour-and-a-half then today. I will just advise you of
2    that.
3    A    Ask her how long it will take.
4    Q    I can't say, Mr. Khan. It will take longer than an
5    hour-and-a-half.
6    A    I have work. I cannot stay after five o'clock.
7    Q    Okay. Let's proceed.
8        Mr. Khan, what is your date of birth?
9    A    6/18/65.
10   Q    Well, Mr. Khan, if you're going to use the
11   interpreter, then the interpreter has to interpret my
12   questions from English to Urdu. Do you understand that?
13   A    I have no objection with that.
14   Q    Are you able to read in English?
15   A    I understand very less.
16   Q    You have a magazine that you brought with you today.
17   Are you able to read that?
18   A    In the morning when I see the face -- in the morning I
19   just look at the picture.
20   Q    Are you able to write in English?
21   A    I write very little bit of English, broken English.
22   Q    Is there anything that would affect your ability to
23   recall information today at this deposition?
24   A    No.
25   Q    Have you taken any medication in the last 24 hours?

Page 8

1    A    No.
2    Q    Do you take any type of medication?
3    A    Yes.
4    Q    What?
5    A    It's very hard to read the name. I can take it out
6    and show it to you.
7    Q    That would be fine.
8        While Mr. Khan is doing that, I would ask the
9    interpreter to summarize the conversation you had with Mr.
10   Khan in Urdu before we started the deposition today.
11        THE INTERPRETER: He was asking me what was my
12   qualification. He asked me what was my qualifications.
13   And then I told him my qualifications. He wanted to know
14   where am I from. I told him where am I from, my origin and
15   what languages I interpret.
16        MS. HEIKKILA: Thank you.
17        THE INTERPRETER: You're welcome.
18        MS. HEIKKILA: Mr. Hassan, I'm just going to
19   read some prescription medication bottles that Mr. Khan has
20   handed to me. The first is Amitriptyline.
21        THE INTERPRETER: Ama- --
22        MS. HEIKKILA: Amitriptyline.
23        THE INTERPRETER: Amitriptyline, okay.
24        MS. HEIKKILA: And another is Naproxen.
25        THE INTERPRETER: Okay. Naproxen.

Page 9

1        MS. HEIKKILA: Another Tramadol,
2    T-r-a-m-a-d-o-l.
3        THE INTERPRETER: Tramadol.
4        MS. HEIKKILA: And the other is Methocarbamol,
5    C-a-r-b-a-m-o-l.
6        THE INTERPRETER: Methocarbamol?
7        MS. HEIKKILA: Yes.
8    BY MS. HEIKKILA:
9    Q    Mr. Khan, are these medications that you take on a
10   regular basis?
11   A    Yes. Most of all I cannot -- tell her that I do take
12   these medications and I need further medication.
13   Q    Where do you currently live?
14   A    Tell her that she read my article.
15   Q    Mr. Khan, where do you currently live?
16   A    Tell her that where my address is, there is no address
17   where I live.
18   Q    Are you homeless?
19   A    In the paper magazine they have been -- there has been
20   an article written about me. And he say three times, after
21   mumbling, you tell her. You tell her about the article.
22   Q    Are you homeless?
23   A    I told you two times, yes.
24   Q    There is an address that you listed in the court
25   records, 2823 Tudor, T-u-d-o-r, Road.

Page 10

1    THE INTERPRETER: 2823?
2        MS. HEIKKILA: Correct.
3  A   There's where my letters come.
4  Q   Do you have a current phone number?
5  A   No.
6  Q   Do you have a current e-mail address?
7  A   Yes.
8  Q   What is that?
9  A   What is my name? That is my address.
10 Q   You were employed for -- with Adams in 2005; is that
11 correct?
12 A   Yes.
13 Q   Adams paid you through paychecks; is that correct?
14 A   Yes.
15 Q   When you worked for Adams, they would assign you to go
16 out and work for businesses; is that right?
17 A   Yes.
18 Q   When you worked for the other businesses, they didn't
19 pay you paychecks, did they?
20 A   No.
21 Q   So it was only Adams that paid you?
22 A   Yes.
23 Q   Okay. When did you move to Alaska?
24 A   Tell her that, you know -- you know, that what they
25 call it that from the paycheck they deduct -- let me finish

Page 11

1  my, you know -- please tell me what the money that they
2  take out from the paycheck, what is that called?
3       Can you tell me what they call it? Can you tell
4  him? Can you tell me, Brother?
5  Q   Mr. Khan, I've asked a question, and I need an answer.
6  A   It's not coming to my mind what they call it. The
7  money they take out from the paycheck for tax, what they
8  call that?
9  Q   It's call withholding. Is that what you're looking
10 for?
11      THE WITNESS: (In English) No, no, no.
12      THE INTERPRETER: I don't know what he's
13 talking about. I cannot teach him.
14 BY MS. HEIKKILA:
15 Q   Mr. Khan, I need to stop you and we need to proceed
16 with this deposition.
17 A   Yeah.
18 Q   Okay. My question for you was: When did you move to
19 Alaska?
20 A   Ask her what ground she's asking me this.
21 Q   Mr. Khan, the purpose of this deposition is to obtain
22 information about the lawsuit that you filed against Adams.
23 I have the right -- I have the right to ask you about your
24 employment history and where you have lived.
25 A   Now, I remember. It's IRS they called. They have

Page 12

1  seized my documents --
2       THE WITNESS: (In English) They not seized --
3  A   -- and I have started working here since 1996.
4       THE WITNESS: Wait, wait, wait, wait,
5  wait. Excuse me, wait, wait.
6       Attorney -- Counsel --
7       MS. HEIKKILA: Yes?
8       THE INTERPRETER: -- I would like you to know
9  and Mr. Khan also, for the record, that I cannot translate
10 when he's talking. He has to pause so I can translate.
11      MS. HEIKKILA: I was trying to give him the
12 same instructions, so I'll do that right now.
13      THE INTERPRETER: It's hard with two or three
14 people talking and when he's talking. So can I tell him
15 that in Urdu or English?
16      MS. HEIKKILA: I will say it in English then
17 you can tell him that in Urdu.
18      THE INTERPRETER: Okay.
19 BY MS. HEIKKILA:
20 Q   Mr. Khan, it's important that we ask and answer
21 questions one at a time. I try and ask short questions
22 that ask for short answers so that the interpreter can pick
23 up all of the information.
24      The interpreter has asked that I instruct you to
25 please pay attention to that instruction so that he can

Page 13

1  keep up with what you're saying, and so that we can make an
2  accurate record. I would please ask -- go ahead.
3       Do you understand that instruction, Mr. Khan?
4  A   Can I tell you something?
5  Q   Mr. Khan, do you understand that instruction?
6  A   He is trying to say something. Please tell her that I
7  am trying to say something.
8       What happened is -- Brother, listen these people
9  they are telling me that I came in '98 or something. They
10 make work this and then accuse me later on of lying. I
11 want to put on the record that my statement is that I came
12 in here in 1996.
13 Q   Did you work for a company called Midnight Sun
14 Services?
15 A   Brother, I am not going to answer to this question.
16 Q   Why are you not going to answer that question?
17 A   If I answer this question, there is -- there are
18 attorney and what else they are. Brother, I'm asking you.
19      Mr. Iftekhar Hassan -- Brother, there is a lawyer
20 and what else they are to know what happened, Brother.
21 Tell me that word next to the --
22 Q   Mr. Khan, I'm going to stop you and ask you this
23 question again.
24      Did you work for a company called Midnight Sun
25 Services?

Exhibit B, p.  of 31

Page 14

1  A  I am not going to answer.
2  Q  Why are you not going to answer that question?
3  A  When the attorney tells me, then I am going to.
4  Q  I am the attorney, Mr. Khan.  And I have --
5  A  Mr. Khan say, when I have my own attorney.
6  Q  Mr. Khan, are you going to answer any questions about
7  your employment history for us today?
8  A  I do not know what are the questions.
9  Q  I'm going to ask you about jobs you've had in the
10  past.
11  A  Whatever reasonable I feel I am going to answer.  If
12  not, I'm not going to give.
13  Q  Mr. Khan, part of a case like this to understand
14  your employment history and the claims you're making and
15  what you're seeking by way of damages in this lawsuit.
16      If you let me finish -- this is not a question.  If
17  you refuse to answer these questions, then I am going to
18  file something with the court and advise them that you were
19  not participating in this lawsuit.  And I'm going to ask
20  the court that they dismiss your lawsuit.
21      Now I'm going to ask you again, Mr. Khan, did you
22  work for a company called Midnight Sun Services?
23  A  Please, Brother, tell her that I already give an
24  answer.
25  Q  And your answer is that you refuse to answer that

Page 15

1  question; is that correct?
2  A  When I have my attorney with me, of course, then I
3  will give the answer.
4  Q  Did you work for a company called Sea Coast Towing?
5  A  What that means if I say yes I worked?
6  Q  It's a yes or no question, Mr. Khan.  Please don't
7  speak over me.  It's a yes or no question.
8  A  Say yes.
9  Q  What kind of work did you do for Sea Coast Towing?
10  A  What they call it?  I worked as malaw (ph).  It's like
11  a midshipman position in ship where you work in a ship.  If
12  you want to say something, there is another position for
13  that and I cannot --
14  Q  Was he a driver?
15  A  One of the people who throw the ropes.
16  Q  Was he was -- he on -- Mr. Khan, were you on shore or
17  were you on a boat?
18  A  When the boat stopped -- when they stop and they go
19  out walk around.  But the next day when they go to work,
20  then we go to work.
21  Q  Do you have a commercial driver's license?
22  A  Tell her, yes, I have.
23  Q  How long have you had that?
24  A  I have had it since 2003.
25  Q  Have you had a job as a driver since 2003?

Page 16

1  A  No.
2  Q  Have you ever driven for a pizza company?
3  A  When I worked for pizza company, there was no need for
4  anything commercial.
5      THE WITNESS:  (In English) Commercial CDL.
6  A  Commercial CDL.
7  Q  I understand that, Mr. Khan.  That is not my question.
8  My understand is whether you were a driver for a pizza
9  company?
10  A  Yes.
11  Q  When was the last time you did that?
12  A  About 2005.
13  Q  What company did you work for in 2005?
14  A  Sicily Pizza.
15  Q  How long did you work for Sicily Pizza?
16  A  I -- tell her that I do not have the exact date
17  information, but I can tell her the approximate
18  information.
19  Q  That's fine.
20      THE WITNESS:  (In English) Okay.  I worked
21  somewhere in about -- (finishes answer in Urdu.)
22  A  I worked approximately a month and ten days,
23  approximately.
24  Q  What was your wage?
25  A  $7.25 and plus they pay tips.

Page 17

1  Q  Who was you are supervisor?
2      THE WITNESS:  (In English) Adriano.
3      THE INTERPRETER:  Adriana?
4      THE WITNESS:  (In English) Adriano.
5  A  Adriano.
6  Q  Why did you leave that job?
7  A  You see, I was having problem on my waist and my
8  knees.  Gradually, they were to give me heavy work for
9  lifting types, but I told them I can only deliver pizza for
10  you and come back.
11      When I told them this, they told me that -- that
12  they do not have too much work at this time.  They have
13  very less work.
14  Q  I have a question for the interpreter.  I missed a
15  word that you used.  You said he was having problems with
16  something and knee?
17      THE INTERPRETER:  His waist.  Right about --
18  right around his waist.
19      THE WITNESS:  (In English) Lower back.
20  (Finishes answer in Urdu.)
21  A  Lower back to side.  It's above my buttocks.  Above my
22  buttocks and on my knees.
23  Q  Other than Sicily Pizza, have you worked for any other
24  pizza company?
25  A  Yes, here and there.  I work in many places.

5 (Pages 14 to 17)

Exhibit 6, p. 5 of 37

Case No. 06-00095-TMB

Izaz Khan

**Page 18**

1  Q  Other than Sicily Pizza, have you worked for any other
2  pizza company?
3  A  Tell her that sometimes I work here one day, sometimes
4  I work there two days like that. I work many places.
5  Q  Can you remember the name of any other pizza company
6  that you worked for?
7  A  Friend, I cannot recall in my brain those names.
8  Q  Did you work for a company called Milano's Pizza?
9        THE WITNESS: (In English) No, not "B."
10  Milano.
11  A  Milano.
12        THE WITNESS: (In English) Are you saying --
13  A  You have taken wrong name.
14  Q  Did you work for a company called Milano's Pizza?
15        THE WITNESS: (In English) "B" or "M"?
16  Q  "M."
17  A  I worked -- I did not work at Milano's. I worked at
18  -- there's a Muslim guy. I worked for him.
19  Q  Who is it that you're referring to?
20        THE WITNESS: (In English) I don't --
21  (finishes answer in Urdu.)
22  A  I do not have the name.
23        THE WITNESS: (In English) I'm forgetting the
24  name.
25  Q  The Istanbul Restaurant, did you work there?

**Page 19**

1  A  (Indiscernible.)
2  Q  I need the answer again.
3  A  I worked three, four days.
4  Q  When was that?
5  A  I worked, Brother, three, four days. I think he said
6  one month I work only three, four days.
7  Q  What year was that?
8  A  After I got hurt. After I got hurt, I worked a little
9  bit.
10  Q  What was your job at the Istanbul Restaurant?
11  A  Brother, they told me to wash their plates.
12  Q  What was your wage?
13  A  I don't remember. It was seven, eight. I don't
14  remember.
15  Q  Why did you leave that job?
16  A  He also told me do this work, that work, heavy work.
17  Q  What do you think heavy work is?
18  A  You tell her that the heavy work is --
19        THE INTERPRETER: There's a word he's
20  mentioning that means they use -- I don't know this may be
21  a slang word. I have to consult the dictionary.
22  A  They put cloth around wood or sticks. What they call
23  it? Can you tell me or tell her what that is?
24  Q  Mr. Khan, I'm going to move on. Could you drive a
25  truck using your commercial driver's license today?

**Page 20**

1  A  Yes.
2  Q  Could you drive for a pizza company today?
3  A  Yes. I do not have a car. How can I do that?
4  Q  Could you wash dishes at a restaurant today?
5  A  You tell her that I like light work.
6        THE INTERPRETER: Before I even finish
7  translating, he is intervening. Counsel, do you want to
8  remind Mr. Khan about --
9        MS. HEIKKILA: I will.
10        (The witness speaks Urdu.)
11  BY MS. HEIKKILA:
12  Q  Mr. Khan, I'm going to stop this deposition if you
13  continue to raise your voice and interrupt the interpreter.
14  I need to ask the questions and the interpreter will then
15  interpret for you, and you need to give the answer but
16  nothing more. Do you understand that? Can we proceed, Mr.
17  Khan?
18  A  The answer I gave please you translate back and answer
19  it.
20        THE WITNESS: (In English) Accurately.
21  A  Accurately, in English.
22  Q  Mr. Khan, I note that sometimes you are answering the
23  question before the interpreter interprets for you. We
24  need to proceed as you have asked, which is I ask the
25  questions and then it gets interpreted.

**Page 21**

1  A  You're giving wrong answers.
2  Q  Say again, I'm sorry?
3  A  You are giving wrong answers.
4        MS. HEIKKILA: Is he referring to you?
5        THE INTERPRETER: I guess.
6        THE WITNESS: (In English) Yes.
7  BY MS. HEIKKILA:
8  Q  Do you have concerns, Mr. Khan, with the interpreter
9  today?
10  A  Translating correctly. Correctly, that's what I'm
11  saying.
12  Q  Other than the jobs we've talked about, have you had
13  any other job since July of 2005?
14  A  Yes.
15  Q  What?
16  A  I work jobs here and there.
17  Q  What kinds of jobs?
18  A  I forget. I don't remember.
19  Q  Do you remember any of the employers you've worked for
20  since July of 2005, other than the ones we've already
21  talked about?
22  A  No.
23  Q  Do you remember any jobs that you have applied for
24  since July of 2005?
25  A  You tell her that I have paper and list whenever I

6 (Pages 18 to 21)

Exhibit _B_, p. _6_ of _37_

Case No. 06-00095-TMB

Izaz Khan

Page 22

1   apply for the job.
2   Q   Where is that list?
3   A   I have with the belongings I don't have -- I do not
4   have with me now.
5   Q   Are you willing to send that list to us?
6   A   Yes.
7   Q   Mr. Khan, I have a release here for you to sign that
8   would allow us to obtain records from your previous
9   employers. Are you willing to sign that?
10  A   I will let you know after consultation.
11  Q   Are you willing to sign that release today, Mr. Khan,
12  that would allow us to obtain records from your prior
13  employers?
14  A   You tell her that I will consult and ask other
15  attorney and then I will give you answer.
16  Q   Do you have an attorney for this matter, Mr. Khan?
17      (The witness speaks in Urdu.)
18      THE INTERPRETER: Wait, wait, wait, wait,
19  wait, wait. Let me finish translating in Urdu what she
20  say. And then he will answer that question.
21      (The witness speaks in Urdu.)
22  A   Mr. Iftekhar, would you tell her that I'm trying for
23  Alaska Legal Services to obtain an attorney.
24  Q   Would you hand me that document back, Mr. Khan? If we
25  could mark this for the record.

Page 23

1       (Exhibit 5 was marked.)
2   BY MS. HEIKKILA:
3   Q   For the record, I have marked this as Exhibit No. 5,
4   which is out of order because I've premarked other
5   exhibits. But this is an employment release which, today,
6   you are refusing to sign.
7   A   You tell her that I did not refuse to release -- sign
8   it. You tell her that I say that I am going to -- I am
9   going to answer -- after consulting the lawyer, then I will
10  see.
11  Q   Mr. Khan, did you work at Sullivan's Restaurant in
12  2006?
13  A   Yes.
14  Q   What was your job?
15  A   You tell her that this is my problem. I cannot do
16  heavy work. They paid me whatever hour I work less. They
17  did not give me the full payment.
18  Q   What was your job with Sullivan's Restaurant?
19  A   Basically light cleaning, washing, light broom,
20  sweeps.
21  Q   Did you wash dishes?
22      (The witness and interpreter speaking Urdu.)
23      THE INTERPRETER: Mr. Khan, is being very
24  disrespectful, and he used the word -- the male organ,
25  private organ, toward me as well as very contemptuous.

Page 24

1       (The witness speaks Urdu.)
2   Q   Mr. Khan, you need to stop.
3       Mr. Hassan, you don't need to mince with me.
4   Please go ahead, for the record, and tell me what he said
5   that was disrespectful to you.
6       THE INTERPRETER: He said, you know, my --
7       (The witness speaks Urdu.)
8       MS. HEIKKILA: Mr. Khan. Mr. Khan. Mr. Khan,
9   you need to stop and allow me to hear what Mr. Hassan has
10  to say. Go ahead, Mr. Hassan.
11      THE INTERPRETER: The argument was and he
12  mentioned the answer he wash plate.
13      (The witness speaks Urdu.)
14      MS. HEIKKILA: Mr. Khan, I'm going to stop
15  this deposition if you interrupt.
16      THE INTERPRETER: In dictionary -- in Urdu,
17  there's no word word pota (ph). The mopping -- he meant pota is
18  a slang word and I told him I'm looking at the dictionary
19  here. It means mop and he said, yes. And prior to that,
20  he say, "my dick."
21      THE WITNESS: (In English) No, no, no.
22      MS. HEIKKILA: I'm sorry. Mr. Khan, you need
23  to stop.
24      THE WITNESS: (In English) I was saying
25  something else.

Page 25

1       MS. HEIKKILA: I'm sorry, Mr. Hassan. I
2   need --
3       (The witness speaks Urdu.)
4       THE INTERPRETER: I'm sorry. I tried to say
5   something else. You probably misunderstood me.
6       MS. HEIKKILA: Mr. Hassan, I need to just hear
7   that one more time. I could not clearly hear you.
8       THE INTERPRETER: Yes.
9       MS. HEIKKILA: What did he -- what did he say
10  that was slang and derogatory towards you?
11      THE INTERPRETER: He say the slang derogatory
12  to me -- it's like when you say my dick, do you know what I
13  mean?
14      MS. HEIKKILA: Okay. All right. Thank you.
15  I -- you need to continue to inform me of these problems so
16  I can make the record very clear.
17      THE INTERPRETER: Okay.
18      MS. HEIKKILA: All right. Thank you.
19  BY MS. HEIKKILA:
20  Q   At Sullivan's Restaurant, were you required to stand
21  on your feet for eight hours at a time?
22  A   No, Brother. How can I -- I sit down one hour,
23  one-and-a-half hours.
24  Q   Who was your supervisor there?
25  A   Whoever. All of them were supervisors.

Exhibit 6, p. 7 of 37

**Page 26**

1  Q   How long did you work at Sullivan's?
2  A   Brother, tell her the dates I do not remember. You
3  tell her I worked approximately -- nearly a month.
4  Q   Why did you leave Sullivan's?
5  A   They hire you as dish washing, but later on they tell
6  you to sweep and mop. Clean the entire hotel and work also
7  outside. Window cleaning and everything. Outside sweep
8  also.
9  Q   Would you sign a release today so that we can obtain
10 the records from Sullivan's?
11 A   I will ask the attorney then. Thank you.
12 Q   I'm handing you what's been marked as Exhibit No. 1,
13 Mr. Khan. Do you recognize this document?
14 A   Where is the original copy?
15 Q   I only have a copy, Mr. Khan. My question is: Do you
16 recognize this document?
17 A   Yes. Please tell her where is the original copy?
18 Q   My question, Mr. Khan, is: Do you recognize this
19 document?
20 A   If I gave the answer before, yes.
21 Q   Is that your signature on the front page? And was
22 this -- is that your signature?
23 A   Yes.
24     MS. HEIKKILA: Note for the record that you're
25 answering the question before the interpreter interprets my

**Page 27**

1  question for you.
2  BY MS. HEIKKILA:
3  Q   Is that your handwriting, Mr. Khan?
4  A   I can make a mistake, but this is not my habit.
5  Q   Mr. Khan, is that your handwriting on this page?
6  A   Yes.
7  Q   Is this your application for a commercial driver's
8  license in July of 2005?
9  A   Tell her I fill it out. I could not understand. I
10 told doctor that on my waist and lower back.
11     (The witness speaks Urdu.)
12     THE WITNESS: (In English) Lower back.
13 A   Lower back.
14 Q   Mr. Khan, I'm going to stop you. Go ahead, Mr.
15 Hassan. Would you say what you were about to just -- I'm
16 sorry you were cut off.
17     THE INTERPRETER: Right, right. I have told
18 the doctor that I have problem in my waist, which Mr. Khan
19 refer as lower back. That's what he's disagreeing with me.
20     MS. HEIKKILA: Okay.
21     THE INTERPRETER: I said waist, he's saying
22 lower back.
23     MS. HEIKKILA: Okay. All right.
24     (The witness speaks Urdu.)
25 /////

**Page 28**

1  BY MS. HEIKKILA:
2  Q   Please don't speak over Mr. Hassan.
3  A   I have told my doctor -- tell her -- that I have got
4  problem on my waist and/or lower back and my knees.
5  Q   You were examined for this commercial driver's license
6  on July 12, 2005; is that correct?
7  A   Yes.
8  Q   When you saw the doctor, he asked you questions. Is
9  it your testimony that you told the doctor you had problems
10 with your knee and your back?
11 A   And also I told him, at that time, I have car. That I
12 drive car and I can also drive a truck. But I cannot do
13 heavy work.
14     MS. HEIKKILA: Would you read back my last
15 question?
16     (Record requested read.)
17     THE WITNESS: Yes.
18 BY MS. HEIKKILA:
19 Q   Mr. Khan, if you look that first page. The first
20 question is whether you had any illness or injury in the
21 last five years, under "Health History."
22     THE INTERPRETER: Repeat the question, please,
23 again.
24     (The witness speaks Urdu.)
25     THE INTERPRETER: Wait, wait, wait, wait,

**Page 29**

1  wait, wait, wait. Attorney -- Counsel, would you please
2  repeat the question?
3  BY MS. HEIKKILA:
4  Q   Sure. On the first page there's a question under the
5  "Health History" that asks if he'd had any illness or
6  injury in the last five years.
7  A   You see all these ticks and marks on this paper is not
8  mine. Only signature is mine and the name and address is
9  mine. However, those tick and mark is not done by me. I
10 told them that I can drive the car and truck.
11 Q   Did the doctor ask you whether you'd had an illness or
12 injury in the last five years?
13 A   Yes. I say that.
14 Q   I need a yes or no answer, Mr. Khan. Did the doctor
15 ask you whether you'd had any illness or injury in the last
16 five years?
17     (The witness speaks Urdu.)
18     THE INTERPRETER: He's answering before -- no,
19 no.
20     MS. HEIKKILA: I'm sorry, would the
21 interpreter repeat that again?
22     THE INTERPRETER: No. He's not letting me
23 finish. Apparently he understand English from -- or
24 whatever. He's answering again in the middle.
25     MS. HEIKKILA: Okay. But his answer was, no,

Exhibit B, p. 8 of 37

Page 30

1 that the doctor did not tell him?
2        THE INTERPRETER: That's correct.
3        MS. HEIKKILA: Okay, thank you.
4        THE INTERPRETER: You're welcome.
5 BY MS. HEIKKILA:
6 Q   Did you graduate from high school in Pakistan?
7 A   Ten years finished.
8 Q   Do you have -- did you have any formal training after
9 high school?
10 A   For three months, welding.
11 Q   When was that?
12        THE WITNESS: (In English) '83. (Finishes
13 answer in Urdu.)
14        THE INTERPRETER: I'm asking to repeat that.
15        THE WITNESS: (In English) '83. (Finishes
16 answer in Urdu.)
17 A   You tell her that I do not have exact date, but
18 approximately '83.
19 Q   You are saying in this lawsuit that Adams fired you in
20 July of 2005, in part because of your national origin, that
21 you are from Pakistan; is that correct?
22 A   Yes.
23 Q   Would you please tell us all of the facts that you are
24 relying on to support your claim that you were fired
25 because of your national origin.

Page 31

1 A   What happened -- tell her that I am the first person
2 who face this kind of situation because EEOC did not do the
3 proper investigation. Because -- you tell her that I am
4 the first person suffered you to 9/11 reason.
5 Q   Anything else, Mr. Khan?
6 A   I am giving you answer. You have further question?
7 Q   Well, your first answer was that the EEOC did not do a
8 proper investigation; is that correct?
9 A   Yes.
10 Q   Why did they not do a proper investigation?
11 A   You tell her that I have face a similar problems in
12 two other places.
13 Q   What other places?
14 A   I do not recall at this time. I will tell you that
15 later.
16 Q   Are you refusing to answer that question?
17 A   I do not remember. I --
18        (The witness speaks in Urdu.)
19 Q   Please don't speak over the interpreter.
20 A   Brother, tell her that I do not remember now, but once
21 I remember -- remember I remember, then I will tell you.
22 Q   Okay. Mr. Khan, the second thing you said was that
23 due to -- you're the first person to suffer due to 9/11.
24 What do you mean by that?
25 A   Yes. First there are not too many Pakistani here,

Page 32

1 only 40 or 50.
2 Q   Do you believe that Adams & Associates fired you
3 because of 9/11?
4        (The witness speaks Urdu.)
5        THE INTERPRETER: Wait, wait, wait, wait,
6 wait. I'm asking him to repeat that again because I had an
7 echo sound. I missed a couple of words.
8 A   You see other places they send me to work, men and
9 boys they used to call me terrorist, Bin Laden, Al Qaeda.
10 Q   This was while you were working at Adams & Associates?
11 A   Yes.
12        THE INTERPRETER: I'm telling him, again, he
13 answer it and not wait for me.
14        THE WITNESS: (In English) Can I get -- can I
15 get some water, please? I'm getting --
16        MS. HEIKKILA: Let's go ahead and take a
17 break. But I'm going to keep you on the phone, Mr. Hassan.
18        THE INTERPRETER: Sure.
19        MS. HEIKKILA: Thank you.
20        (Off the record.)
21 BY MS. HEIKKILA:
22 Q   All right. We are back on the record. We just took a
23 short break, and I was asking you, Mr. Khan, for all the
24 facts in support of your claim that Adams fired you because
25 of your national origin, because you are from Pakistan.

Page 33

1        And before we took a break, you said that when you
2 were working for Adams and you went to places that men and
3 boys used to call you names like "terrorist"; is that
4 correct?
5 A   Yes.
6 Q   My first question is: How often did that happen, Mr.
7 Khan?
8 A   It was, you know, all the time. It was regular.
9 Q   Did you report that to anyone at Adams?
10 A   Yes, the manger. Jake, the manager.
11 Q   Anyone else?
12 A   Whatever my responsibility or life was with Jake. For
13 application fill out and all that, every kind of work that
14 I was involved with, it was with Jake.
15 Q   My question was whether you reported those comments to
16 anyone at Adams, other than Jake?
17 A   No. He was my manger. Because Jake was my manger and
18 he handled all my affairs, all my work, whatever it was.
19 Yeah, it was all with Jake.
20 Q   So Jake was the only one you reported that conduct to;
21 is that correct? Yes or no?
22 A   Yes. I was telling Jake he was responsible for all of
23 my work and everything. And whatever I did, it was
24 everything -- always involved Jake and I used to tell him
25 back.

9 (Pages 30 to 33)

Exhibit 12 p. 7 of 57

Case No. 06-00095-TMB                                                              Izaz Khan

Page 34

1   Q   And you didn't tell anyone else at Adams, other than
2   Jake; is that correct?
3   A   Since studying the work there, my relationship was
4   always -- was with Jake.
5       (The witness speaks Urdu.)
6   Q   Mr. Khan.  Mr. Khan.
7   A   Have had with Jake.
8   Q   Mr. Khan, I need a yes or no answer.  A yes or no
9   answer to this question.
10      My question is:  Did you only report your concerns
11  about those comments to Jake, yes or no?
12  A   My relationship was with Jake, everything I did.
13  Whatever consulting I need to do, I will tell him.
14  Whatever problem I had, I will tell him.
15  Q   I will just note for the record that you will not
16  answer that question, and that you're answering before the
17  interpreter interprets for you.
18      Did Jake hire you?
19  A   Yes.
20  Q   And it's your belief that Adams fired you because you
21  are from Pakistan; is that correct?
22  A   The reason is not only one.  It was also because of my
23  injury, as well as from the country of origin I am from.
24  Thank you.
25  Q   Mr. Khan, if Adams discriminated against you or fired

Page 35

1   you because of your country of origin, why do you think
2   they hired you?
3       In other words, if -- I'm asking why would they
4   have hired you if they discriminated against people from
5   Pakistan?
6   A   Brother, give this as an answer.  Whenever there is a
7   heavy work, they do hire people like me.  But, also, they
8   give the heavy work that is like you.  They will give --
9   they know they have to give you -- you know, feed you.  As
10  well as they will give you hardest and the dirtiest kind of
11  work.
12  Q   When you talked to Jake about these names that people
13  called you, what did Jake say?
14  A   Well, he said I would look into it and don't pay
15  attention to those, pay attention to the work.  Avoid them,
16  et cetera.  I'll look into it.
17  Q   After he said he would look into it, did that -- did
18  it continue or did it stop?
19  A   No.  They have continued that.  Whenever I go to work
20  after even that, these people -- they would call me, hello
21  this, hello -- we got cut off.  I think he said something.
22      THE WITNESS:  (In English)  Osama.
23  A   This and that name, and they continued to do that.
24  Q   Can you give us the names of any of the people who
25  called you these things?

Page 36

1   A   They -- I work there with very many different kinds of
2   people, various people.  I remember some of their faces,
3   but it's been over two years now of this incidents.  But I
4   do not remember their names.
5   Q   Did you report this conduct to the EEOC when you made
6   a charge there?
7   A   This is what I would like to ask them, that what kind
8   of investigation and facts that you have looked into to let
9   me know I am from Pakistan.  And this is exactly what I
10  want to ask them, what kind of investigation they have
11  done.
12  Q   My question was:  Did you tell the EEOC, when you
13  filed a charge with them, about the conduct that you just
14  described of other people calling you names?
15  A   Yes.  I told them, and they told me that I will go --
16  we'll go and ask them.
17  Q   You're saying you did tell the EEOC about the name
18  calling; is that correct?
19  A   That's what I'm trying to say.
20  Q   What does the name calling have to do with Adams'
21  decision to terminate you?
22  A   You see, I do not -- I don't know.  I do not have more
23  big evidence of this.  When I was at work, they were
24  talking -- asking questions about Iraq, Afghanistan and
25  discuss these issues there.  And I was told, do not take

Page 37

1   sides or support, et cetera.
2   Q   Who are you referring to?
3   A   I am referring to the people I used to work with.
4   Q   You need to name names.  Specifically, who are you
5   referring to?
6   A   It was different people at work at different places,
7   and that's it.
8   Q   So you're talking about your coworkers?
9   A   You see, tell her that they were sending me different,
10  different places and with different, different people.
11      You see, the first time they send me with some
12  different person.  Second time, they send me with different
13  person.  Third time, they send me to different person and
14  to different places.
15  Q   Mr. Khan --
16  A   I do not recollect the name and address of coworkers.
17  Q   We are going to go well past 5:00 p.m. tonight if we
18  don't stay on task.  And if I ask you a question, you need
19  to answer the question and not tell me other information
20  that's unrelated to the question.
21      Mr. Khan, my question was:  What did the
22  conversations between you and your coworkers have to do
23  with your allegation that Adams fired you because you're
24  from Pakistan?
25  A   This is very, very deep.  This is a very, very deep

10 (Pages 34 to 37)

Exhibit B, p. 10 of 37

Page 38

1  situation. This is very politics -- very politics or deep
2  politics. There is a relation because different people are
3  sent to easy task or easy job. Some people are sent to
4  other jobs.
5  Q  So are you just guessing? Are you just speculating,
6  Mr. Khan?
7  A  Well, when you discover that you go to work, only one
8  day, and then you find out others are doing easy job
9  already there for four days, and this can also tell you
10 that there is some kind of deep problems there. And it
11 look like they are trying to kill me.
12 Q  Did you tell the EEOC that they had to "read between
13 the lines" to figure out that you were discriminated
14 against because of your national origin? And that's a yes
15 or no question.
16 A  I do not remember.
17 Q  Did you tell the EEOC that the name "Khan" was very
18 common in the belt where Bin Laden was hiding?
19     THE INTERPRETER: I'm going to ask him to
20 repeat his answer.
21 A  Please show me that paper where I say that. I do not
22 remember that. Maybe I say that.
23 Q  I'm asking you a question, Mr. Khan.
24 A  Maybe I say that.
25 Q  As you sit here today, do you have any witness who can

Page 39

1  support your claim that you were fired because you're from
2  Pakistan?
3  A  If you call the boys and ask them to testify, they are
4  going to come, maybe, and say right now they did not say
5  this kind of word.
6  Q  Do you have a witness, Mr. Khan? Yes or no?
7  A  Other than this, I will think over and will tell you.
8  Q  Are you refusing to answer that question?
9  A  I told you that I will think it over and then answer.
10 Q  For the record, I take that to mean you're refusing to
11 answer that question.
12     Other than what you have already described, is
13 there any other fact that supports your claim that you were
14 fired because you're from Pakistan?
15 A  My face, my tongue, my --
16     THE WITNESS: (In English) Accent.
17 A  -- my everything is a witness of this.
18     THE WITNESS: (In English) My accent.
19 A  And my accent.
20 Q  What is your disability?
21 A  And you explain to her correctly. I have bad knees
22 and lower back and/or waist.
23 Q  When did your lower knee become disabled?
24 A  They both happened when I was working with Larry Allen
25 (ph).

Page 40

1  Q  You didn't report that injury until July of 2005 to
2  Adams; is that correct?
3     (The witness speaks Urdu.)
4     MS. HEIKKILA: Please don't yell at the
5  interpreter.
6     THE WITNESS: (In English) No, he's saying he
7  cannot hear me.
8     MS. HEIKKILA: Are we having this conversation
9  in English now?
10    THE WITNESS: (In English) He's saying I
11 could not hear.
12    MS. HEIKKILA: For the record, we're having
13 this conversation in English now.
14    THE INTERPRETER: He thought you said --
15 that's the reason I say that.
16 BY MS. HEIKKILA:
17 Q  My question was: You didn't report this until July to
18 Adams; is that correct?
19 A  Brother, the day I got injured -- the second day Jake
20 called to go to work. I told him I cannot because I have
21 pain and there will be -- or there is very heavy work. But
22 paperwise, I filed it, I think, on July.
23 Q  After you reported the injury and you saw the doctor,
24 Adams offered you light-duty work; is that correct?
25 A  What -- I did not call. It is Jake called and talked

Page 41

1  to the doctor and advised that giving -- in the discussion
2  work of some sort of light duty.
3  Q  Mr. Khan, did you work in the Adams main office
4  shredding paperwork as a light-duty job?
5  A  Four hours I work.
6  Q  And that was after you reported the injury to them and
7  after you saw the doctor; is that correct?
8  A  Yes.
9  Q  Has your doctor told you that your problems with your
10 knee and lower back or waist are permanent problems?
11 A  I did not understood the question. You're talking
12 about first day or what are you talking about?
13 Q  No. I'm talking about at any point since July of
14 2005, has your doctor told you that your problems with your
15 knee or your lower back are permanent problems?
16    THE WITNESS: (In English) Never.
17    THE INTERPRETER: He answered, no. Never, he
18 said that.
19 BY MS. HEIKKILA:
20 Q  And you've been able to work since July of 2005,
21 according to your earlier testimony today; is that correct?
22    THE INTERPRETER: Repeat that question,
23 please?
24 BY MS. HEIKKILA:
25 Q  My question was: You've been able to work, according

Exhibit *B*, p. 11 of 57

11 (Pages 38 to 41)

Page 42

1  to your earlier testimony, since July of 2005; is that
2  correct?
3  A  Tell her that the doctor told me if you can get light
4  work, do it.  But do not do the heavy work.
5  Q  And you've been able to work as a dish washer; is that
6  correct?
7  A  Tell her that I can wash the plates, spoons, glasses,
8  dishes.  But other than that, the heavy work I cannot do.
9  Q  And you earlier testified that you could also drive.
10  You could also drive for a living now; is that correct?
11  A  Brother, it's been two years of the accident.  And I
12  have no other work.
13  Q  Are you saying that you haven't had any jobs since
14  2005 -- since July of 2005?
15  A  Brother, I say that after my accident -- it's been
16  over two years -- I have had no job.  I tried to work
17  light, small work, but it did not work out.
18  Q  Were there other people at Adams who were working
19  light duty, that you were aware of?
20      THE WITNESS:  (In English) I don't know.
21  Q  Are you aware of anybody that got fired because they
22  were disabled at Adams?
23  A  I am.  I am their worker.  I'm not their secretary, in
24  this regard.
25  Q  What facts support your claim that you were fired by

Page 43

1  Adams because you're disabled?
2  A  See, my first step to this was my face, my look, my
3  slang, that I am from other country.  The second problem --
4      (The witness speaks Urdu.)
5  Q  Mr. Khan.  Mr. Khan.  I'm sorry, Mr. Hassan.  I'm just
6  going to instruct the witness not to yell.  That is
7  improper.
8  A  At the second point or step is that I was injured and
9  I was disabled.  And they thought that I am weighing to
10  they won't have -- will not be able to do any heavy work.
11  So they thought, get rid of him.
12  Q  Did someone at Adams tell you that?
13  A  It's very clear, and please make her understand this
14  is obvious.  (Indiscernile) have a beautiful clear word and
15  make her understand that.
16      From the very beginning, they give me heavy work.
17  When they saw I cannot do heavy work, then they decide get
18  him out.
19  Q  And I believe my question was whether anybody told you
20  that's why you were being fired.
21      What I'm hearing from you, Mr. Khan, is that you
22  believe it's merely obvious because of how you look and how
23  you could lift that they fired you for those reasons; is
24  that correct?
25  A  Nobody is going to say this words that they are going

Page 44

1  to terminate you, fire you, because you are terrorist or
2  you are injured.
3  Q  Do you have any facts or witnesses, beyond your own
4  conclusion, that you were fired for these reasons?  Is
5  there anything that you can tell us to support your claims?
6  A  This is -- the biggest proof is my face -- my injury,
7  my face.  This is the biggest proof if somebody should be
8  terminated or fired.
9  Q  Anything else beyond that?
10  A  Question, answer finished?
11  A  I don't understand that answer.
12  A  If your statement -- questions are finished -- I came
13  here because you told me to come.  I did not come here of
14  my own wish.  If you are finished, then I'm finished.
15  Q  I am not fished.  I haven't given you any indication
16  that I'm finished.
17  A  I have got 40 or 50 minutes I'm here, and that's it.
18  Q  Mr. Khan, I'd like you to answer my last question
19  which was:  Do you have anything beyond the proof that you
20  have offered, your face or the fact that you had an injury,
21  that supports your claims?
22  A  What they call witness?  They are my proof where I
23  work -- my coworkers where I work.
24  Q  Do you want to name any of those coworkers?
25      THE WITNESS:  (In English) Larry Allen, Bea

Page 45

1  (ph) -- Bea's husband.
2      MS. HEIKKILA:  Let the record reflect the
3  witness is answering without the assistance of the
4  interpreter in English.
5  A  Larry Allen, I think he say.  Something named Bea --
6  could not get that.
7      THE WITNESS:  (In English) Bea.  Bea, my
8  friend, Bea.
9  Q  And those people are witnesses to your allegations of
10  national origin and disability discrimination; is that
11  correct?
12  A  Only of my injury.
13  Q  Okay.  Why did Adams tell you that you were fired?
14  A  Because you have criminal record.
15  Q  Did you authorize Adams to research your criminal
16  record?
17  A  When I went to work for light duty they did that.
18  Q  And you gave them permission to review your criminal
19  record; is that correct?
20  A  Yes.
21  Q  Did you review the results of their research on your
22  criminal history?
23  A  Yes, I saw that.  I did not see anything.  I think
24  translation is significant for one day I work, then the
25  next day they let me go.

Exhibit _b_, p.12 of 37

Page 46

1  Q   Was there anything on that criminal history that was
2  inaccurate?
3  A   There wasn't.
4  Q   Were you aware of Adams' policy regarding criminal
5  histories on employees?
6  A   You tell her that I did not understood the question.
7  Ask again.
8  Q   Do you know whether Adams had a policy regarding
9  criminal histories on employees?
10 A   No.
11 Q   Do you agree that an employer has a right to make
12 decisions about employees based on their criminal history?
13 A   The thing is this:  They should do the investigation
14 before hiring and not after do the investigation of injury.
15 Q   Do you agree that Adams fired you because of what they
16 found on your criminal background check?
17 A   How it can be possible when you work outside, you
18 don't check.  When you work inside tearing papers, I did
19 not intervene on anybody's work there.  And then you say
20 that you're going to investigate.
21 Q   When you authorized Adams to do the background check,
22 did you tell them about the pending felony charge against
23 you?
24 A   I have already -- before that, I told them about my
25 felony and perjury conviction, evading sentencing.  I have

Page 47

1  clearly stated that.
2  Q   When did you tell Adams about that?
3  A   The day I sign it.
4  Q   Are you aware of anyone working for Adams with a
5  criminal history who was not terminated?
6  A   I'm sorry, I'm not a secretary.
7  Q   Yes or no, Mr. Khan?
8  A   I do not know.
9  Q   Are you aware of anyone working for Adams who was
10 terminated because of the their criminal history?
11 A   I do not know.
12 Q   As far as you know, you weren't treated any
13 differently than any other employee who had some criminal
14 history; is that correct?
15 A   They have been wrong, extremely wrong.
16 Q   And I need an answer to that question, Mr. Khan.
17 A   They have done wrong.
18      MS. HEIKKILA:  Would you read the question
19 back again?
20      (Record requested read.)
21      THE WITNESS:  I do not know.
22 BY MS. HEIKKILA:
23 Q   I'm handing you Exhibit No. 2, Mr. Khan.  Is this the
24 criminal background history record that you got from Adams?
25 A   Yes, this is it.

Page 48

1  Q   Are these your markings on these document?  On the
2  first page there's a one that's circled and the next --
3  A   I don't recall.  Maybe I did that.
4  Q   Well, if you look at the third page, it says "This is
5  the case I am appeal for and I think my employer fired me
6  for."  Is that your handwriting?
7  A   I have another papers which shows that fired because
8  of misdemeanor and --
9       THE WITNESS:  (In English)  Felony.
10 A   -- felony.
11 Q   Is this your handwriting, Mr. Khan?
12 A   Yes.
13 Q   As you sit here today, do you agree with the
14 statement, I think my employer fired me for that particular
15 case that you're writing refers to?
16 A   I have written those for my memory and for me to
17 remember.
18 Q   As you sit here today, do you agree with the statement
19 that you wrote that you thought your employer fired you for
20 that felony perjury that's listed on this document?
21      THE INTERPRETER:  Repeat that again?
22 BY MS. HEIKKILA:
23 Q   As you sit here today, do you agree with the statement
24 that you wrote that you thought your employer, Adams, fired
25 you because of the felony perjury charge that's listed on

Page 49

1  this sheet?
2  A   I have written this one, Brother, please.  Translate
3  it properly that I have written it for my own memory.  For
4  my own remembrance.
5       THE WITNESS:  (In English)  For my own record.
6  A   Record.  And I do not agree that they have done
7  this --
8       THE INTERPRETER:  How can I translate, you
9  know?
10      THE WITNESS:  (In English)  Go ahead.
11 Q   Mr. Khan, please stop.  I -- we need to hear what the
12 interpreter is saying and you -- I'm sorry, you need to
13 stop.
14 A   I have written this for my personal memory purposes or
15 for me to remember.  Then he corrected later on.  And
16 quote, that for my record.
17 Q   Once again, Mr. Khan, you are interrupting the
18 interpreter.
19      Now, you seem very unhappy with me and you're
20 looking at me in a very negative way.
21 A   Brother, I did not wrote this down because I agree
22 with it.
23      THE WITNESS:  (In English)  That they fired me
24 on the right reasons.
25 /////

13 (Pages 46 to 49)

Exhibit B, p. 13 of 37

Page 50

1  BY MS. HEIKKILA:
2  Q  I've looked at some of these charges and convictions,
3  Mr. Khan. The driving while license cancelled in Unalaska
4  in 2001, you pled no contest to that; is that correct?
5  A  I told you already this is correct. And whatever is
6  written in this paper here and I agreed with that. Do not
7  go over it one by one.
8  Q  Mr. Khan, I'm entitled to ask you whatever question I
9  need to ask you for purposes of this lawsuit. I need a yes
10  or no answer.
11  A  Whatever way you want to do it.
12  Q  Yes or no? Did you plead no contest to that charge?
13  A  Yes.
14  Q  You also pled no contest to criminal trespass in
15  Unalaska in April 2002; is that correct?
16     Is that yes?
17  A  Yes.
18  Q  You pled no contest to a DUI in September 2003; is
19  that correct?
20     THE INTERPRETER: DUI?
21  Q  Yes.
22  A  Yes.
23  Q  You pled no contest to disregarding a highway sign in
24  September 2003; is that correct?
25  A  Tell her charges were assault, felony with deadly

Page 51

1  weapon.
2     THE WITNESS: (In English) And brought down
3  to -- (finishes answer in Urdu.)
4  A  And charges highway obstruction.
5     THE WITNESS: (In English) Disregarding a
6  highway obstruction.
7  BY MS. HEIKKILA:
8  Q  Mr. Khan, there was a harassment charge in November of
9  2004. That was a misdemeanor you plead no contest to.
10  What did that involve?
11  A  Which one is that?
12  Q  I'm simply asking you a question.
13     For the record, Mr. Khan, you appear to be reading
14  from Exhibit -- this Exhibit --
15     THE WITNESS: (In English) Two.
16  Q  -- No. 2 without any difficulty. Go ahead.
17     THE WITNESS: (In English) No, I don't know
18  where you are.
19  Q  I'm simply asking you a question. I'm not reading
20  from this form.
21     THE WITNESS: (In English) Oh, okay. No,
22  that's -- which -- what was your question? Say it again.
23  Q  I'm asking what the charge involved of harassment in
24  November of 2004.
25  A  Is there anything in my record or in my paper?

Page 52

1  Q  I'd like you to answer the question based on your
2  memory.
3  A  Tell her that I do not know. I do not remember.
4  Q  I'm handing you Exhibit 3. Mr. Khan, does this help
5  refresh your memory?
6     THE WITNESS: (In English) This is no
7  contest. Yes, this is with -- before -- along with the
8  perjury case, yes. (Finishes answer in Urdu.)
9  A  With the perjury case, tell her, yes, no contest.
10  Q  And this was the incident in which you were in a jail
11  and you threw a cup of water on to a guard's face; is that
12  correct?
13  A  This was done by my attorney forcefully in front of
14  the judge. He declared that he is not going to do the no
15  contest thing on this one. And I am not going to fight
16  this case.
17  Q  So in this situation you said to the judge -- or I'm
18  sorry, you said to the jail guard, "Renken, if I see you,
19  if you come near me, I'm going to fucking beat the fuck out
20  of you, you know that." Is that correct?
21  A  I understand that English.
22     THE WITNESS: (In English) No.
23  A  No.
24  Q  But you pled no contest to this charge?
25  A  What they have done is forcefully.

Page 53

1     THE WITNESS: (In English) The judge --
2  (finishes answer in Urdu.)
3  A  I have won an appeal against the judge. Against that
4  attorney, I have DCR.
5  Q  What do you think of Judge Gleason?
6  A  I am not going to answer.
7  Q  Why not?
8  A  You have no relationship with the other case.
9  Q  What do you think of the prosecutor in your case, Mr.
10  Khan?
11  A  I am not giving any answer.
12  Q  You were convicted after a jury trial of the felony of
13  perjury; is that correct, Mr. Khan?
14     THE WITNESS: (In English) I don't understand
15  the word he's using. It's Hindi, from my understanding,
16  and take it to another expert and it will fit. He's using
17  Hindi words right now. I speak Urdu.
18  Q  Well, you're speaking English just fine.
19     THE WITNESS: (In English) I am mentioning it
20  for the record.
21  Q  So am I.
22     THE WITNESS: (In English) Yes. But I feel
23  comfortable with my interpretation -- interpreter.
24  Q  Mr. Khan, yes or no, were you convicted of perjury
25  after a jury trial?

14 (Pages 50 to 53)

Case No. 06-00095-TMB

Izaz Khan

Page 54

1  A   I have appeal in my answer, tell her that.
2  Q   For the record, Mr. Khan is not answering that
3  question.
4       For that perjury conviction in December of 2005,
5  did you spend six months in jail?
6  A   Yes.
7  Q   Is one of the conditions of your probation to maintain
8  steady employment?
9  A   No. You tell her that my officer knows that I got
10 injured, and then I've got -- I have applied for -- I have
11 applied for disability.
12 Q   Who is your probation officer?
13 A   Ed.
14 Q   Do you have a phone number for Ed?
15 A   334-2300.
16 Q   And for the record, you're reading from a card. What
17 is Ed's last name?
18 A   Webster.
19 Q   You said your applying for disability benefits?
20      THE WITNESS: (In English) Interim Assistance
21 and Disability.
22 Q   Is that from the state or federal government?
23      THE WITNESS: (In English) State and federal,
24 both.
25 Q   When did you apply for those benefits?

Page 55

1       THE WITNESS: (In English) 2005.
2  Q   Have you received any benefits from either the state
3  or federal government?
4       THE WITNESS: (In English) Not yet.
5  Q   Do you receive food stamps from the State of Alaska?
6       THE WITNESS: (In English) Yes.
7  Q   And how long have you received those benefit?
8       THE WITNESS: (In English) 2004,
9  December 2004.
10 Q   Do you receive a monthly income from the State of
11 Alaska?
12      THE WITNESS: (In English) Not yet.
13 Q   That's part of the benefit you applied for in 2005?
14 A   Repeat that question.
15 Q   Was that one of the benefits you applied for in 2005?
16 A   Which benefit?
17 Q   You said you applied -- you didn't yet have a monthly
18 income from the State of Alaska. My question is if that's
19 one of the benefits you applied for in 2005?
20 A   In 2005, I applied for the Social Security after the
21 accident, and I think he said interm something --
22      THE WITNESS: (In English) Interim
23 Assistance.
24 A   Interim assistance.
25 Q   Mr. Khan, if we provide you with a release, will you

Page 56

1  release the social security and other records to us?
2  A   I will tell you after I consult with the attorney.
3  Q   For the record, Mr. Khan is not answering and not
4  giving a response of answer to that request.
5       I noticed you have a wedding ring on, Mr. Khan.
6  Are you married?
7  A   I am not going to answer.
8  Q   Why not?
9       THE WITNESS: (In English) It's my business.
10 Q   Well, Mr. Khan, you have filed a lawsuit, and you're
11 claiming certain kinds of damages. We have the right to
12 know if there are potential witnesses out there who could
13 offer us information about your case and your situation.
14 A   Well, any judge will talk, I will answer.
15 Q   There's Exhibit No. 4, Mr. Khan. Do you recognize
16 that document?
17 A   Yes.
18 Q   This is an article that was written about you for a
19 newspaper. I believe it's called -- I don't know. Is it
20 called "Under the Bridge," is that the name? Or "This
21 Alaskan Life"?
22      THE WITNESS: (In English) When the Indian
23 Fly.
24 Q   Oh, "When Reindeer Fly," is that name of it?
25      THE WITNESS: (In English) It says "The

Page 57

1  Press."
2  Q   "The Press." Is that the name of the newspaper?
3       And you turned this article in to someone here in
4  our office; is that correct?
5       THE WITNESS: (In English) Just for matter of
6  -- Patty. I turn it into -- (answers in Urdu) -- just so
7  that you can read. I'm just giving it to people, you know,
8  whoever I meet so that --
9  Q   And I take it you've read this article?
10      THE WITNESS: (In English) It's about me.
11 Q   And is it accurate?
12      THE WITNESS: (In English) Accurate -- to
13 convict me for another perjury, I think it could be
14 inaccurate.
15 Q   What's inaccurate about it?
16      THE WITNESS: (In English) Well, you could
17 take out anything and say that's inaccurate.
18 Q   Well, can you, off the top of your head, tell us any
19 particular opinion here that was inaccurate?
20      THE WITNESS: (In English) No. No, I don't
21 think I can see anything that is -- but maybe you can find
22 something.
23 Q   Well, let me ask you this: It's about a 40 minute
24 walk into -- into where you're living under the bridge; is
25 that right?

Exhibit 6, p. 15 of 37

Page 58

1    THE WITNESS: (In English) Yup.
2  Q    Okay. And in getting to that place where you're
3  living, you have to take in propane tanks and food; is that
4  right?
5    THE WITNESS: (In English) That's what I got
6  to do.
7  Q    It's about a 30-pound propane tank; is that correct?
8    THE WITNESS: (In English) That's what I got
9  to do to not to pick it on my back or on my knee but to
10  push a cart which can very well run on smooth road.
11  Q    And you won't work for $15 an hour; is that correct?
12  A    I have an ACDL and I'm a tractor-trailer driver.
13  Underpaid, I'm done with that. I am -- I'll hold my peace
14  for until I -- for the right word in time.
15  Q    Are you not going to answer that question?
16    THE WITNESS: (In English) I'll hold my peace
17  until the right time.
18  Q    For the record, you're not answering that question.
19  You're claiming these acts of discrimination against Adams.
20  I take it that you're asking for money from Adams; is that
21  right?
22    THE WITNESS: (In English) I'm asking for
23  justice --
24  Q    Are you asking for money?
25    THE WITNESS: (In English) -- from the judge

Page 59

1  and the jury.
2  Q    Are you asking for money?
3    THE WITNESS: (In English) I'm asking for
4  justice from the judge and the jury.
5  Q    Okay. Is it a -- let's get to the yes or no. Are you
6  asking for money, yes or no? Yes or no, Mr. Khan?
7  A    Brother, tell her I'm not going to answer.
8  Q    Well, what kinds of -- what kind of damages do you
9  have that you're claiming in this lawsuit?
10  A    When I sit down -- tell her, Brother, when I sit down
11  with my attorney, I will answer in detail what kind of
12  injustice was done with me, what kind of problems and
13  suffering. I have bodily injuries, I'm going to say
14  everything.
15  Q    Are you claiming bodily injuries as a result of Adams
16  terminating your employment?
17  A    My injuries on my waist and lower back and my knees --
18    THE WITNESS: (In English) Is not due to --
19  A    -- (indiscernible) from the accident.
20    THE WITNESS: (In English) From a car
21  accident or a road.
22    THE INTERPRETER: Not from the car or road, he
23  say in English.
24  BY MS. HEIKKILA:
25  Q    Your injuries to your back and your knee don't have

Page 60

1  anything to do with your claims of discrimination; is that
2  correct?
3  A    Yes. Both is wrong happened with me. My injury, as
4  well as the discrimination.
5  Q    Well, what medical benefits -- or what medical
6  injuries do you have as a result of this allegation of
7  discrimination?
8  A    The reason I have had this injury is because of work
9  related. They did not give me any rest -- rest or break.
10  They never gave me any break, continuously work.
11    THE WITNESS: (In English) And heavy work.
12  Q    Mr. Khan, I'm trying to make a distinction between
13  your work injury and the lawsuit here where you're talking
14  about being fired by Adams.
15    THE WITNESS: (In English) There is no --
16  Q    Given that distinction, are you claiming any medical
17  injury or medical benefits associated with the act of Adams
18  terminating your employment?
19  A    I do not understand the question, and I do not
20  understand translation. When I have attorney, I will give
21  the answers.
22  Q    Well, Mr. Khan, we're entitled to understand the facts
23  that support this claim that you're making, as well as what
24  we call your "legal damages," what relief you're seeking.
25  And so far you're not giving me any information about the

Page 61

1  relief that you are seeking. And Adams is fully entitled
2  to that information.
3    So I'm asking about lost wages. I'm asking about
4  medical benefits. I need you to tell me, as a result of
5  the discrimination -- the act of firing you -- how you have
6  been damaged and what you're seeking as a result of that.
7  A    You tell her that I now understand a little what she's
8  asking. Will you please advise her that when I have the
9  attorney, I will answer those questions.
10    THE WITNESS: (In English) When I have my
11  attorney, yes. When I have my attorney, we will sit and
12  discuss all this. I don't have an attorney right now. And
13  I don't understand a lot of things.
14  Q    Can you tell me what justice is that you're seeking?
15    THE WITNESS: (In English) Workers' comp
16  benefits are all stopped. My medical benefits are all on
17  hold. I'm fighting everything, and I want those things so
18  that my life doesn't have to be where I am like I --
19  (finishes answer in Urdu.)
20  A    He said in English something, and then he said you
21  have read in the magazine what kind of condition I am in
22  right now and how I can get out of the situation. I have
23  -- I'm working, you see, on the workmens' comp. It has a
24  separate court, and I'm fighting there.
25  Q    Right. So my question is: What damages are you

16 (Pages 58 to 61)