Case No. 06-00095-TMB

Izaz Khan

---

Page 62

1  seeking by way of this lawsuit, in federal court, that has
2  nothing to do with your workers' comp case? What are the
3  damages here?
4  A   Please tell her that I have never filed lawsuit
5  against anybody. It is very important for this to have an
6  attorney.
7  Q   Are you refusing --
8       THE WITNESS: (In English) My own attorney.
9  Q   Are you refusing to answer this question, Mr. Khan?
10      THE WITNESS: (In English) I don't know right
11 now.
12 Q   Mr. Khan, were you in a car accident?
13      THE WITNESS: (In English) No.
14 Q   You made reference to a car accident just a few
15 minutes ago.
16      THE WITNESS: (In English) I was giving an
17 example. She was -- it was -- (finishes answer in Urdu.)
18 A   I was giving an example to one of your questions, that
19 I clearly stated that I was injured at my work and I was
20 not injured in a car accident.
21 Q   It's just a yes or no question, Mr. Khan. Yes or no,
22 have you been in a car accident?
23 A   No.
24 Q   Do you agree that you continued to work at Adams after
25 Jake knew your country of origin, Pakistan?

---

Page 63

1  A   You tell her that this company -- they need labor, and
2  as long as labor is in good health, can work, it's good.
3  If not, then get him out.
4  Q   Once again, Mr. Khan, isn't it true that you continued
5  to work for Adams after they knew what you looked like?
6  A   The take you -- people, you know, get to eat
7  someplace. People will give work obviously.
8  Q   Are you refusing to answer that question?
9  A   Because I already told you that whenever the heavy
10 work is, give it to him.
11 Q   Mr. Khan, I'm going to advise the court by filing
12 something with them of all the questions that you refused
13 to answer today. And by that refusal, I'm going to advise
14 them you are not participating in this lawsuit.
15      Before I finish this deposition today, I'm going to
16 give you an opportunity to add to any of your answers today
17 to make them more truthful or more complete.
18 A   Brother, I have not answer the question that I do not
19 know, and I wanted to consult with an attorney and then
20 give you the answer. I am willing to give you answer.
21      THE WITNESS: (In English) All the answers.
22 I am willing to give you -- I am willing to give you all
23 the answers.
24 Q   Mr. Khan, you have the right to review the written
25 transcript of this proceeding today. Do you want to

---

Page 64

1  reserve the right to do that?
2  A   Is it going to cost me?
3  Q   No, it does not cost you to review the record. It
4  would cost you if you ordered a copy. If you want to
5  review it, you'll need to make arrangements, while we're
6  still on the record, and tell the court reporter how you
7  would be available to come in and review it.
8       THE WITNESS: (In English) Where is the court
9  reporter?
10 Q   The court reporter is sitting right here.
11      THE WITNESS: (In English) No, where is -- do
12 they live? Where do they --
13      THE REPORTER: On 9th Street. It's just one
14 block over and one block up.
15      THE WITNESS: (In English) The federal court?
16      THE REPORTER: No, no, no. Our office.
17      THE WITNESS: (In English) Oh, your office.
18      THE REPORTER: We have an office down on 9th
19 Street.
20      THE WITNESS: (In English) You are working
21 for -- not for the court?
22      THE REPORTER: No.
23      THE WITNESS: (In English) Okay. You are
24 separate?
25      THE REPORTER: Right. I'll give you my card.

---

Page 65

1       THE WITNESS: (In English) Okay. And if I
2  want to review -- like I have done the application here
3  before with Mr. McKeever. And Mr. McKeever mentioned
4  something about cost and that I cannot -- it's --
5  everything I'm doing is cost.
6       You know, I asked them to please waive fees in
7  order to do this. But, yes, if there is -- if you are --
8  this whole thing has been recorded?
9       THE REPORTER: Correct.
10      THE WITNESS: (In English) And I can get
11 access to that and this is what has been mentioned, I have
12 mentioned this, this, this and this.
13      MS. HEIKKILA: You have the right to review
14 it.
15      THE WITNESS: (In English) review it. Sorry,
16 yes.
17      MS. HEIKKILA: You do not the right to get a
18 copy.
19      THE WITNESS: (In English) You can't take it.
20 You do not -- you cannot have it.
21      MS. HEIKKILA: And you will have a limited
22 period of time to do that, once she advises you.
23      So if you'd like to do that, you need to tell her.
24 But you need to know that there will be a limited time for
25 you to review the record.

---

17 (Pages 62 to 65)

Exhibit 6, p. 17 of 57

Case No. 06-00095-TMB

Izaz Khan

Page 66

1    My question is, yes or no. Do you want the right
2  to review the record?
3        THE WITNESS: (In English) Sure, yeah, yeah.
4      MS. HEIKKILA: How will the court reporter
5  contact you to let you know that the transcript is ready to
6  be reviewed?
7        THE WITNESS: (In English) E-Mail.
8      MS. HEIKKILA: All right. That's all the
9  questions I have for you today, Mr. Khan.
10       THE WITNESS: (In English) And I do
11 appreciate for the time, and I apologize if I, in some
12 ways, not proper at times -- at certain point. I apologize
13 for it.
14     MS. HEIKKILA: Thank you, Mr. Hassan.
15     THE INTERPRETER: Thank you.
16     MS. HEIKKILA: All right. Good night.
17     THE INTERPRETER: Bye-bye.
18     (Proceedings adjourned at 5:09 p.m.)
19     (Signature was requested.)
20
21
22
23
24
25

Page 68

1
2
3   WITNESS: IZAZ KHAN                          PAGE
4   Examination by Ms. Heikkila:                 4
5
6   EXHIBIT                          PAGE
7   No. 1                             3
    No. 2                             3
8   No. 3                             3
    No. 4                             3
9   No. 5                            23
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

INDEX TO DEPOSITION

Page 67

REPORTER'S CERTIFICATE

1        REPORTER'S CERTIFICATE
2      I, ANNA-MARIE P. SHINN, Notary Public in and for
3  the State of Alaska do hereby certify:
4      That the witness in the foregoing proceedings was
5  duly sworn; that the proceedings were then taken before me
6  at the time and place herein set forth; that the testimony
7  and proceedings were reported stenographically by me and
8  later transcribed under my direction by computer
9  transcription; that the foregoing is a true record of the
10 testimony and proceedings taken at that time; that I am not
11 a party to nor have I any interest in the outcome of the
12 action herein contained; and that the witness requested
13 signature.
14     IN WITNESS WHEREOF, I have hereunto subscribed my
15 hand and affixed my seal this    day of
16 2007.
17
18
             ANNA-MARIE P. SHINN
19           Notary Public for Alaska
20
21 My Commission Expires: November 5, 2009
22
23
24
25

Page 69

CERTIFICATE

1        C E R T I F I C A T E
2      I hereby certify that I have read the foregoing
3  transcript and accept it as true and correct, with the
4  following exceptions:
5  ==========================================
6  PAGE   LINE    CORRECTION
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18
19
20 _____
   Date:012607      Izaz Khan
21
22     (Use additional paper to note corrections as
23 needed, signing and dating each page.)      (AS)
24
25

MIDNIGHT SUN COURT REPORTERS (907) 258-7100

Exhibit _B_ p. _18_ of _31_

**A**

ability 7:22
able 7:14,17,20 41:20
  41:25 42:5 43:10
about 9:20,21 11:13,22
  11:23 14:6,9 16:12
  16:21 17:17 21:12,21
  27:15 34:11 35:12
  36:13,17,24 37:8
  41:12,12,13 46:12,22
  46:24 47:2 56:13,18
  57:10,15,23 58:7
  60:14,25 61:3,3 65:4
above 17:21,21
above-named 2:13
accent 39:16,18,19
accept 69:3
access 65:11
accident 42:11,15
  55:21 59:19,21 62:12
  62:14,20,22
according 41:21,25
accurate 13:2 57:11,12
Accurately 20:20,21
accuse 13:10
ACDL 58:12
act 60:17 61:5
action 2:14 67:12
acts 58:19
Adams 1:7 4:9 10:10
  10:13,15,21 11:22
  30:19 32:2,10,24
  33:2,9,16 34:1,20,25
  36:20 37:23 40:2,18
  40:24 41:3 42:18,22
  43:1,12 45:13,15
  46:4,8,15,21 47:2,4,9
  47:24 48:24 58:19,20
  59:15 60:14,17 61:1
  62:24 63:5
add 63:16
additional 69:22
address 5:17,18 9:16
  9:16,24 10:6,9 29:18
  37:16
adjourned 66:18
Adriana 17:3
Adriano 17:2,4,5
advise 6:18 7:1 14:18
  61:8 63:11,13
advised 41:1
advises 65:22
affairs 33:18
affect 7:22
affixed 67:15
Afghanistan 36:24
after 7:6 9:20 19:8,8
  22:10 23:9 30:8
  35:17,20 40:23 41:6

41:7 42:15 46:14
  53:12,25 55:20 56:2
  62:24 63:5
afternoon 4:9 6:6
again 5:15 6:11 13:23
  14:21 19:2 20:8 21:2
  28:23 29:21,24 32:6
  32:12 46:7 47:19
  48:21 49:17 51:22
  63:4
against 4:8 11:22 34:25
  35:4 38:14 46:22
  53:3,3 58:19 62:5
agencies 3:14
ago 62:15
agree 46:11,15 48:13
  48:18,23 49:6,21
  62:24
agreed 4:12,12 50:6
agreement 4:22
ahead 3:22 13:2 24:4
  24:10 27:14 32:16
  49:10 51:16
AK 1:21 2:4
Al 32:9
Alaska 1:2 2:16 10:23
  11:19 22:23 55:5,11
  55:18 67:3,19
Alaskan 56:21
alert 4:17
allegation 37:23 60:6
allegations 45:9
Allen 39:24 44:25 45:5
allow 22:8,12 24:9
along 52:7
already 6:10 14:23
  21:20 38:9 39:12
  46:24 50:5 63:9
always 33:24 34:4
Ama 8:21
Amitriptyline 8:20,22
  8:23
Anchorage 1:21 2:4
and/or 28:4 39:22
Anna-Marie 1:25 2:11
  2:15 67:2,18
another 5:5 8:24 9:1
  15:12 48:7 53:16
  57:13
answer 5:6,7 6:5,15,19
  11:5 12:20 13:15,16
  13:17 14:1,2,6,11,17
  14:24,25,25 15:3
  16:21 17:20 18:21
  19:2 20:15,18,18
  22:15,20 23:9 24:12
  26:20 29:14,25 30:13
  30:16 31:6,7,16
  32:13 34:8,9,16 35:6

37:19 38:20 39:8,9
  39:11 44:10,11,18
  47:16 50:10 51:3
  52:1,8 53:2,6,11 54:1
  56:4,7,14 58:15 59:7
  59:11 61:9,19 62:9
  62:17 63:8,13,18,20
  63:20
answered 4:21 41:17
answering 20:22 26:25
  29:18,24 34:16 45:3
  54:2 56:3 58:18
answers 4:14 5:25 6:17
  6:23 12:22 21:1,3
  57:6 60:21 63:16,21
  63:23
anticipate 6:5
anybody 42:21 43:19
  62:5
anybody's 46:19
anyone 33:9,11,16 34:1
  47:4,9
anything 7:22 16:4
  31:5 44:5,9,19 45:23
  46:1 51:25 57:17,21
  60:1
apologize 66:11,12
Apparently 29:23
appeal 48:5 53:3 54:1
appear 51:13
application 27:7 33:13
  65:2
applied 21:23 54:10,11
  55:13,15,17,19,20
apply 22:1 54:25
applying 54:19
appointment 6:2
appreciate 66:11
approximate 16:17
approximately 16:22
  16:23 26:3 30:18
April 50:15
argument 24:11
around 15:19 17:18
  19:22
arrangements 64:5
article 9:14,20,21
  56:18 57:3,9
asked 6:18 8:12 11:5
  12:24 20:24 28:8
  65:6
asking 5:2,3,8 6:1 8:11
  11:20 13:18 30:14
  32:6,23 35:3 36:24
  38:23 51:12,19,23
  58:20,22,24 59:2,3,6
  61:3,3,8
asks 29:5
assault 50:25

assign 10:15
assistance 45:3 54:20
  55:23,24
associated 60:17
Associates 1:7 4:9 32:2
  32:10
assume 5:6
assuming 5:10
attend 5:19
attention 12:25 35:15
  35:15
attorney 12:6 13:18
  14:3,4,5 15:2 22:15
  22:16,23 26:11 29:1
  52:13 53:4 56:2
  59:11 60:20 61:9,11
  61:11,12 62:6,8
  63:19
authorize 45:15
authorized 46:21
available 4:10,16,18
  64:7
Avenue 1:20 2:7
Avoid 35:15
aware 42:19,21 46:4
  47:4,9

**B**

B 18:9,15
back 17:10,19,21 20:18
  22:24 27:10,12,13,19
  27:22 28:4,10,14
  32:22 33:25 39:22
  41:10,15 47:19 58:9
  59:17,25
background 3:11 46:16
  46:21 47:24
bad 39:21
Barcott 1:20 2:7
based 46:12 52:1
Basically 23:19
basis 9:10
Bea 44:25 45:5,7,7,8
beat 52:19
beautiful 43:14
Bea's 45:1
become 39:23
before 2:14 3:22 4:11
  4:21 5:17 8:10 20:6
  20:23 26:20,25 29:18
  33:1 34:16 46:14,24
  52:7 63:15 65:3 67:5
beginning 43:16
being 3:24 23:23 43:20
  60:14
belief 34:20
believe 32:2 43:19,22
  56:19
belongings 22:3

belt 38:18
benefit 5:11 55:7,13,16
benefits 54:19,25 55:2
  55:15,19 60:5,17
  61:4,16,16
Berlitz 3:17
between 37:22 38:12
  60:12
beyond 44:3,9,19
big 36:23
biggest 44:6,7
Bin 32:9 38:18
birth 5:16 7:8
bit 7:21 19:9
block 64:14,14
boat 15:17,18
bodily 59:13,15
both 39:24 54:24 60:3
bottles 8:19
boys 9:22 33:3 39:3
brain 18:7
break 32:17,23 33:1
  60:9,10
bridge 56:20 57:24
briefly 3:10
broken 7:21
broom 23:19
Brother 11:4 13:8,15
  13:18,19,20 14:23
  19:5,11 25:22 26:2
  31:20 35:6 40:19
  42:11,15 49:2,21
  59:7,10 63:18
brought 7:16 51:2
business 56:9
businesses 10:16,18
buttocks 17:21,22
Bye-bye 66:17

**C**

C 2:1 3:1 69:1,1
call 10:25 11:3,6,8,9
  15:10 19:22 32:9
  33:3 35:20 39:3
  40:25 44:22 60:24
called 3:24 11:2,25
  13:13,24 14:22 15:4
  18:8,14 35:13,25
  40:20,25 56:19,20
calling 36:14,18,20
came 13:9,11 44:12
cancelled 50:3
car 20:3 28:11,12
  29:10 59:20,22 62:12
  62:14,20,22
card 54:16 64:25
cart 58:10
case 1:10 14:13 48:5,15
  52:8,9,16 53:8,9

56:13 62:2
**CDL** 16:5,6
**certain** 56:11 66:12
**CERTIFICATE** 67:1
**certified** 3:15,17
**certify** 67:3 69:2
**cetera** 35:16 37:1
**changed** 6:21
**charge** 36:6,13 46:22
48:25 50:12 51:8,23
52:24
**charges** 50:2,25 51:4
**check** 46:16,18,21
**choice** 4:19
**circled** 48:2
**City** 3:19
**claim** 30:24 32:24 39:1
39:13 42:25 60:23
**claiming** 56:11 58:19
59:9,15 60:16
**claims** 14:14 44:5,21
60:1
**Clean** 26:6
**cleaning** 23:19 26:7
**clear** 25:16 43:13,14
**clearly** 25:7 47:1 62:19
**cloth** 19:22
**Coast** 15:4,9
**come** 10:3 17:10 39:4
44:13,13 52:19 64:7
**comfortable** 53:23
**coming** 11:6
**Commencing** 1:14
**comments** 33:15 34:11
**commercial** 15:21 16:4
16:5,6 19:25 27:7
28:5
**Commission** 67:21
**common** 38:18
**communicate** 5:4
**comp** 61:15,23 62:2
**company** 13:13,24
14:22 15:4 16:2,3,9
16:13 17:24 18:2,5,8
18:14 20:2 63:1
**complete** 6:17
**computer** 67:8
**concern** 4:15
**concerns** 21:8 34:10
**conclusion** 44:4
**condition** 61:21
**conditions** 54:7
**conduct** 33:20 36:5,13
**constraints** 6:7
**consult** 19:21 22:14
56:2 63:19
**consultation** 22:10
**consulting** 23:9 34:13
**contact** 66:5

**contained** 67:12
**contemptuous** 23:25
**contest** 50:4,12,14,18
50:23 51:9 52:7,9,15
52:24
**continue** 20:13 25:15
35:18
**continued** 35:19,23
62:24 63:4
**continuously** 60:10
**conversation** 5:23 8:9
40:8,13
**conversations** 37:22
**convict** 57:13
**convicted** 53:12,24
**convictions** 50:2
**copy** 26:14,15,17 64:4
65:18
**correct** 4:20 6:19 10:2
10:11,13 15:1 28:6
30:2,21 31:8 33:4,21
34:2,21 36:18 40:2
40:18,24 41:7,21
42:2,6,10 43:24
45:11,19 47:14 50:4
50:5,15,19,24 52:12
52:20 53:13 57:4
58:7,11 60:2 65:9
69:3
**corrected** 49:15
**CORRECTION** 69:6
**corrections** 69:22
**correctly** 21:10,10
39:21
**cost** 64:2,3,4 65:4,5
**Counsel** 12:6 20:7 29:1
**country** 34:23 35:1
43:3 62:25
**couple** 32:7
**course** 15:2
**court** 1:1 3:15,19 4:25
5:1,3,11 9:24 14:18
14:20 61:24 62:1
63:11 64:6,8,10,15
64:21 66:4
**coworkers** 37:8,16,22
44:23,24
**criminal** 45:14,15,18
45:22 46:1,4,9,12,16
47:5,10,13,24 50:14
**cup** 52:11
**current** 10:4,6
**currently** 9:13,15
**cut** 27:16 35:21
**C-a-r-b-a-m-o-l**9:5

**D**

**D** 3:1

**damaged** 61:6
**damages** 14:15 56:11
59:8 60:24 61:25
62:3
**date** 2:14 5:16 7:8
16:16 30:17
**dates** 26:2
**Date:**012607 69:20
**dating** 69:23
**day** 15:19 18:3 38:8
40:19,19 41:12 45:24
45:25 47:3 67:15
**days** 16:22 18:4 19:3,5
19:6 38:9
**DCR** 53:4
**deadly** 50:25
**December** 54:4 55:9
**decide** 43:17
**decision** 36:21
**decisions** 46:12
**declared** 52:14
**deduct** 10:25
**deep** 37:25,25 38:1,10
**Defendant** 1:8,19 2:5
**deliver** 17:9
**Department** 3:18
**deposition** 1:13 2:13
4:12,15,25 5:19 6:10
7:23 8:10 11:16,21
20:12 24:15 63:15
68:1
**derogatory** 25:10,11
**described** 36:14 39:12
**detail** 59:11
**dick** 24:20 25:12
**dictionary** 19:21 24:16
24:18
**different** 36:1 37:6,6,9
37:10,10,10,12,12,13
37:14 38:2
**differently** 47:13
**difficulty** 51:16
**direction** 67:8
**dirtiest** 35:10
**disability** 39:20 45:10
54:11,19,21
**disabled** 39:23 42:22
43:1,9
**disagreeing** 27:19
**discover** 38:7
**discriminated** 34:25
35:4 38:13
**discrimination** 45:10
58:19 60:1,4,7 61:5
**discuss** 36:25 61:12
**discussed** 4:11
**discussion** 41:1
**dish** 26:5 42:5
**dishes** 20:4 23:21 42:8

**dismiss** 14:20
**disregarding** 50:23
51:5
**disrespectful** 23:24
24:5
**distinction** 60:12,16
**DISTRICT** 1:1,2
**doctor** 27:10,18 28:3,8
28:9 29:11,14 30:1
40:23 41:1,7,9,14
42:3
**document** 22:24 26:13
26:16,19 48:1,20
56:16
**documents** 12:1
**doing** 8:8 38:8 65:5
**done** 29:9 36:11 47:17
49:6 52:13,25 58:13
59:12 65:2
**down** 25:22 49:21 51:2
59:10,10 64:18
**drive** 19:24 20:2 28:12
28:12 29:10 42:9,10
**driven** 16:2
**driver** 15:14,25 16:8
58:12
**driver's** 15:21 19:25
27:7 28:5
**driving** 50:3
**due** 31:23,23 59:18
**DUI** 50:18,20
**duly** 3:24 67:5
**during** 4:11
**duty** 41:2 42:19 45:17

**E**

**E** 2:1,1 3:1,1 69:1,1
**each** 69:23
**earlier** 41:21 42:1,9
**easy** 38:3,3,8
**eat** 63:6
**echo** 32:7
**Ed** 54:13,14
**education** 3:11
**Ed's** 54:17
**EEOC** 31:2,7 36:5,12
36:17 38:12,17
**eight** 19:13 25:21
**Eighth** 1:20
**either** 55:2
**employed** 10:10
**employee** 47:13
**employees** 46:5,9,12
**employer** 46:11 48:5
48:14,19,24
**employers** 21:19 22:9
22:13
**employment** 11:24
14:7,14 23:5 54:8

59:16 60:18
**English** 4:13,20 6:16
7:12,14,20,21,21
11:11 12:2,15,16
16:5,20 17:2,4,19
18:9,12,15,20,23
20:20,21 21:6 24:21
24:24 27:12 29:23
30:12,15 32:14 35:22
39:16,18 40:6,9,10
40:13 41:16 42:20
44:25 45:4,7 48:9
49:5,10,23 51:2,5,15
51:17,21 52:6,21,22
53:1,14,18,19,22
54:20,23 55:1,4,6,8
55:12,22 56:9,22,25
57:5,10,12,16,20
58:1,5,8,16,22,25
59:3,18,20,23 60:11
60:15 61:10,15,20
62:8,10,13,16 63:21
64:8,11,15,17,20,23
65:1,10,15,19 66:3,7
66:10
**entire** 26:6
**entitled** 50:8 60:22
61:1
**et** 35:16 37:1
**evading** 46:25
**even** 20:6 35:20
**ever** 16:2
**every** 6:4 33:13
**everything** 26:7 33:23
33:24 34:12 39:17
59:14 61:17 65:5
**evidence** 36:23
**exact** 16:16 30:17
**exactly** 36:9
**Examination** 4:2 68:4
**examined** 28:5
**example** 62:17,18
**exceptions** 69:4
**Excuse** 5:17 12:5
**Exhibit** 23:1,3 26:12
47:23 51:14,14 52:4
56:15 68:6
**exhibits** 3:2 23:5
**expert** 53:16
**Expires** 67:21
**explain** 39:21
**extremely** 47:15
**e-mail** 10:6 66:7

**F**

**F** 69:1
**face** 7:18 31:2,11 39:15
43:2 44:6,7,20 52:11
**faces** 36:2

fact 39:13 44:20
facts 30:23 32:24 36:8
  42:25 44:3 60:22
far 47:12 60:25
federal 4:8 54:22,23
  55:3 62:1 64:15
feed 35:9
feel 5:14 14:11 53:22
fees 65:6
feet 25:21
felony 46:22,25 48:9,10
  48:20,25 50:25 53:12
few 62:14
fight 52:15
fighting 61:17,24
figure 38:13
file 14:18
filed 4:8 11:22 36:13
  40:22 56:10 62:4
filing 63:11
fill 27:9 33:13
find 38:8 57:21
fine 8:7 16:19 53:18
finish 10:25 14:16 20:6
  22:19 29:23 63:15
finished 30:7 44:10,12
  44:14,14,16
finishes 16:21 17:20
  18:21 30:12,15 51:3
  52:8 53:2 61:19
  62:17
fire 44:1
fired 30:19,24 32:2,24
  34:20,25 37:23 39:1
  39:14 42:21,25 43:20
  43:23 44:4,8 45:13
  46:15 48:5,7,14,19
  48:24 49:23 60:14
firing 61:5
first 3:24 6:6,18 8:20
  28:19,19 29:4 31:1,4
  31:7,23,25 33:6
  37:11 41:12 43:2
  48:2
fished 44:15
fit 53:16
five 7:6 28:21 29:6,12
  29:16
Fly 56:23,24
following 69:4
follows 4:1
food 55:5 58:3
forcefully 52:13,25
foregoing 2:14 67:4,9
  69:2
forget 21:18
forgetting 18:23
form 51:20
formal 30:8

forth 67:6
found 46:16
four 19:3,5,6 38:9 41:5
friend 18:7 45:8
from 7:12 8:14,14
  10:25 11:2,7 22:8,12
  26:10 29:23 30:6,21
  32:25 34:21,23,23
  35:4 36:9 37:24 39:1
  39:14 43:3,16,21
  47:24 51:14,20 53:15
  54:16,22 55:2,5,10
  55:18 58:20,25 59:4
  59:19,20,22
front 26:21 52:13
fuck 52:19
fucking 52:19
full 3:5,6 23:17
fully 61:1
further 9:12 31:6

**G**

G 3:1
gave 20:18 26:20 45:18
  60:10
gets 20:25
getting 32:15 58:2
give 5:7,9 12:11 14:12
  14:23 15:3 17:8
  20:15 22:15 23:17
  35:6,8,8,9,10,24
  43:16 60:9,20 63:7
  63:10,16,20,20,22,22
  64:25
given 44:15 60:16
giving 21:1,3 31:6 41:1
  53:11 56:4 57:7
  60:25 62:16,18
glasses 42:7
Gleason 53:5
go 3:22 5:17 6:12 10:15
  13:2 15:18,19,20
  24:4,10 27:14 32:16
  35:19 36:15,16 37:17
  38:7 40:20 45:25
  49:10 50:7 51:16
going 6:22 7:10 8:18
  13:15,16,22 14:1,2,3
  14:6,9,11,12,17,19
  14:21 19:24 20:12
  23:8,9 24:14 27:14
  32:17 37:17 38:19
  39:4 43:6,25,25
  46:20 52:14,15,19
  53:6 56:7 58:15 59:7
  59:13 63:11,13,15
  64:2
good 63:2,2 66:16
government 54:22 55:3

Gradually 17:8
graduate 3:12 30:6
ground 11:20
guard 52:18
guard's 52:11
guess 21:5
guessing 38:5
guy 18:18

**H**

habit 27:4
hand 22:24 67:15
handed 8:20
handing 26:12 47:23
  52:4
handled 33:18
handwriting 27:3,5
  48:6,11
happen 33:6
happened 13:8,20 31:1
  39:24 60:3
happy 5:14
harassment 51:8,23
hard 8:5 12:13
hardest 35:10
Hassan 2:10 3:4,7,7,9
  8:18 13:19 24:3,9,10
  25:1,6 27:15 28:2
  32:17 43:5 66:14
having 17:7,15 40:8,12
head 57:18
health 28:21 29:5 63:2
hear 24:9 25:6,7 40:7
  40:11 49:11
hearing 43:21
heavy 17:8 19:16,17,18
  23:16 28:13 35:7,8
  40:21 42:4,8 43:10
  43:16,17 60:11 63:9
Heikkila 2:6 3:4,9,15
  3:21 4:3 8:16,18,22
  8:24 9:1,4,7,8 10:2
  11:14 12:7,11,16,19
  20:9,11 21:4,7 23:2
  24:8,14,22 25:1,6,9
  25:14,18,19 26:24
  27:2,20,23 28:1,14
  28:18 29:3,20,25
  30:3,5 32:16,16,21
  40:4,8,12,16 41:19
  41:24 45:2 47:18,22
  48:22 50:1 51:7
  59:24 65:13,17,21
  66:4,8,14,16 68:4
hello 5:21 35:20,21
help 52:4
her 6:18,20 7:3 9:11,14
  9:16,21,21 10:24
  11:20 13:6 14:23

  15:22 16:16,17 18:3
  19:18,23 20:5 21:25
  22:14,22 23:7,8,15
  26:2,3,17 27:9 28:3
  30:17 31:1,3,11,20
  37:9 39:21 42:3,7
  43:13,15 46:6 50:25
  52:3,9 54:1,9 59:7,10
  61:7,8 62:4 63:1
  65:23
hereunto 67:14
hiding 38:18
high 30:6,9
highway 50:23 51:4,6
him 8:13,14 11:4,13
  12:11,14,17 18:18
  24:18 28:11 30:1
  32:6,12 33:24 34:13
  34:14 38:19 40:20
  43:11,18 63:3,10
Hindi 53:15,17
hire 26:5 34:18 35:7
hired 35:2,4
hiring 46:14
histories 46:5,9
history 11:24 14:7,14
  28:21 29:5 45:22
  46:1,12 47:5,10,14
  47:24
hold 58:13,16 61:17
Holmes 1:20 2:7
Homeland 3:19
homeless 9:18,22
hotel 26:6
hour 6:5 23:16 25:22
  58:11
hours 7:25 25:21,23
  41:5
hour-and-a-half 6:6
  7:1,5
hurt 19:8,8
husband 45:1
H-a-s-s-a-n 3:8

**I**

Iftekhar 2:10 3:6 13:19
  22:22
illness 28:20 29:5,11,15
Immigration 3:18
important 5:3,11 12:20
  62:5
improper 43:7
inaccurate 46:2 57:14
  57:15,17,19
incident 52:10
incidents 36:3
inclusive 1:16
income 55:10,18
INDEX 68:1

Indian 56:22
indicated 6:7
indication 44:15
indiscernible 19:1
  59:19
Indiscernible 43:14
inform 25:15
information 5:9 7:23
  11:22 12:23 16:17,18
  37:19 56:13 60:25
  61:2
injured 40:19 43:8
  44:2 54:10 62:19,20
injuries 59:13,15,17,25
  60:6
injury 28:20 29:6,12,15
  34:23 40:1,23 41:6
  44:6,20 45:12 46:14
  60:3,8,13,17
injustice 59:12
inside 46:18
instruct 12:24 43:6
instruction 12:25 13:3
  13:5
instructions 12:12
intend 6:11
interest 67:11
Interim 54:20 55:22,24
interm 55:21
interpret 4:18 7:11
  8:15 20:15
interpretation 53:23
interpreted 20:25
interpreter 2:10 3:3,6
  3:10,12,16 4:10,16
  4:18 5:12,22,25 6:4
  6:17,22,23 7:11,11
  8:9,11,17,21,23,25
  9:3,6 10:1 11:12 12:4
  12:8,13,18,22,24
  17:3,14,17 19:19
  20:6,13,14,23 21:5,8
  22:18 23:22,23 24:6
  24:11,16 25:4,8,11
  25:17 26:25 27:17,21
  28:22,25 29:18,21,22
  30:2,4,14 31:19 32:5
  32:12,18 34:17 38:19
  40:5,14 41:17,22
  45:4 48:21 49:8,12
  49:18 50:20 53:23
  59:22 66:15,17
interpreting 3:13
interprets 20:23 26:25
  34:17
interrupt 20:13 24:15
interrupting 49:17
intervene 46:19
intervening 20:7

Izaz Khan

Page 73

**investigate** 46:20
**investigation** 31:3,8,10
  36:8,10 46:13,14
**involve** 51:10
**involved** 33:14,24
  51:23
**Iraq** 36:24
**IRS** 11:25
**issues** 36:25
**Istanbul** 18:25 19:10
**Izaz** 1:4,13 2:3 3:23 4:6
  68:3 69:20
**I-f-t-e-k-h-a-r** 3:7
**I-z-a-z** 4:6

_____ J _____
**jail** 52:10,18 54:5
**Jake** 33:10,12,14,16,17
  33:19,20,22,24 34:2
  34:4,7,11,12,18
  35:12,13 40:19,25
  62:25
**January** 1:13
**job** 15:25 17:6 19:10
  19:15 21:13 22:1
  23:14,18 38:3,8 41:4
  42:16
**jobs** 14:9 21:12,16,17
  21:23 38:4 42:13
**judge** 52:14,17 53:1,3,5
  56:14 58:25 59:4
**July** 21:13,20,24 27:8
  28:6 30:20 40:1,17
  40:22 41:13,20 42:1
  42:14
**jury** 53:12,25 59:1,4
**just** 4:25 5:2,8 6:15 7:1
  7:19 8:18 25:6 27:15
  32:22 34:15 36:13
  38:5,5 43:5 53:18
  57:5,6,7 62:14,21
  64:13
**justice** 58:23 59:4
  61:14

_____ K _____
**Kara** 2:6
**keep** 13:1 32:17
**Khan** 1:4,13 2:3 3:23
  4:4,6,6,7,23 5:16 6:3
  6:15,21 7:4,8,10 8:8
  8:10,19 9:9,15 11:5
  11:15,21 12:9,20
  13:3,5,22 14:4,5,6,13
  14:21 15:6,16 16:7
  19:24 20:8,12,17,22
  21:8 22:7,11,16,24
  23:11,23 24:2,8,8,8
  24:14,22 26:13,15,18

27:3,5,14,18 28:19
  29:14 31:5,22 32:23
  33:7 34:6,6,8,25
  37:15,21 38:6,17,23
  39:6 41:3 43:5,5,21
  44:18 47:7,16,23
  48:11 49:11,17 50:3
  50:8 51:8,13 52:4
  53:10,13,24 54:2
  55:25 56:3,5,10,15
  59:6 60:12,22 62:9
  62:12,21 63:4,11,24
  66:9 68:3 69:20
**kill** 38:11
**kind** 15:9 31:2 33:13
  35:10 36:7,10 38:10
  39:5 59:8,11,12
  61:21
**kinds** 21:17 36:1 56:11
  59:8
**knee** 17:16 28:10 39:23
  41:10,15 58:9 59:25
**knees** 17:8,22 28:4
  39:21 59:17
**knew** 62:25 63:5
**know** 5:20 8:13 10:24
  10:24 11:1,12 12:8
  13:20 14:8 19:20
  22:10 24:6 25:12
  33:8 35:9,9 36:9,22
  42:20 46:8 47:8,11
  47:12,21 49:9 51:17
  52:3,20 56:12,19
  57:7 62:10 63:6,19
  65:6,24 66:5
**known** 2:13 3:18
**knows** 54:9
**K-h-a-n** 4:6

_____ L _____
**labor** 63:1,2
**Laden** 32:9 38:18
**Language** 3:17
**languages** 8:15
**Larry** 39:24 44:25 45:5
**last** 3:7 4:6 7:25 16:11
  28:14,21 29:6,12,15
  44:18 54:17
**later** 11:10 26:5 31:15
  49:15 67:8
**lawsuit** 4:8 11:22 14:15
  14:19,20 30:19 50:9
  56:10 59:9 60:13
  62:1,4 63:14
**lawyer** 13:19 23:9
**leave** 17:6 19:15 26:4
**legal** 22:23 60:24
**less** 7:15 17:13 23:16
**let** 6:15 10:25 14:16

22:10,19 36:8 45:2
  45:25 57:23 66:5
**letters** 10:3
**letting** 29:22
**let's** 3:22 7:7 32:16
  59:5
**license** 15:21 19:25
  27:8 28:5 50:3
**life** 33:12 56:21 61:18
**lift** 43:23
**lifting** 17:9
**light** 20:5 23:19,19
  41:2 42:3,17,19
  45:17
**light-duty** 40:24 41:4
**like** 4:25 5:20 12:8
  14:13 15:10 18:4
  20:5 25:12 33:3 35:7
  35:8 36:7 38:11
  44:18 52:1 61:18
  63:5 65:2,23
**limited** 65:21,24
**LINE** 69:6
**lines** 38:13
**list** 21:25 22:2,5
**listed** 9:24 48:20,25
**listen** 13:8
**little** 7:21 19:8 61:7
**live** 9:13,15,17 64:12
**lived** 11:24
**living** 42:10 57:24 58:3
**long** 5:20 6:1,3 7:3
  15:23 16:15 26:1
  55:7 63:2
**longer** 6:25 7:4
**look** 7:19 28:19 35:14
  35:16,17 38:11 43:2
  43:22 48:4
**looked** 36:8 50:2 63:5
**looking** 11:9 24:18
  49:20
**lost** 61:3
**lot** 61:13
**lower** 17:19,21 27:10
  27:12,13,19,22 28:4
  39:22,23 41:10,15
  59:17
**lying** 13:10

_____ M _____
**M** 18:15,16
**made** 36:5 62:14
**magazine** 7:16 9:19
  61:21
**main** 41:3
**maintain** 54:7
**make** 13:1,10 25:16
  27:4 43:13,15 46:11
  60:12 63:17 64:5

**making** 14:14 60:23
**malaw** 15:10
**male** 23:24
**manager** 33:10
**manger** 33:10,17,17
**many** 17:25 18:4 31:25
  36:1
**mark** 22:25 29:9
**marked** 3:2 23:1,3
  26:12
**markings** 48:1
**marks** 29:7
**married** 56:6
**matter** 22:16 57:5
**may** 19:20
**maybe** 38:22,24 39:4
  48:3 57:21
**McKeever** 65:3,3
**mean** 25:13 31:24
  39:10
**means** 15:5 19:20
  24:19
**meant** 24:17
**medical** 60:5,5,16,17
  61:4,16
**medication** 7:25 8:2,19
  9:12
**medications** 9:9,12
**meet** 57:8
**memory** 48:16 49:3,14
  52:2,5
**men** 32:8 33:2
**mentioned** 24:12 65:3
  65:11,12
**mentioning** 19:20
  53:19
**merely** 43:22
**Methocarbamol** 9:4,6
**middle** 29:24
**Midnight** 13:13,24
  14:22
**midshipman** 15:11
**Milano** 18:10,11
**Milano's** 18:8,14,17
**mince** 24:3
**mind** 6:21 11:6
**mine** 29:8,8,9
**minute** 57:23
**minutes** 44:17 62:15
**misdemeanor** 48:8
  51:9
**missed** 17:14 32:7
**mistake** 27:4
**misunderstood** 25:5
**money** 11:1,7 58:20,24
  59:2,6
**month** 16:22 19:6 26:3
**monthly** 55:10,17
**months** 30:10 54:5

**mop** 24:19 26:6
**mopping** 24:17
**more** 20:16 25:7 36:22
  63:17,17
**morning** 7:18,18
**Most** 9:11
**move** 10:23 11:18
  19:24
**much** 3:21 17:12
**mumbling** 9:21
**Muslim** 18:18

_____ N _____
**N** 2:1 3:1
**name** 3:5,6,7 4:4,6 8:5
  10:9 18:5,13,22,24
  29:8 35:23 36:17,20
  37:4,16 38:17 44:24
  54:17 56:20,24 57:2
**named** 45:5
**names** 18:7 33:3 35:12
  35:24 36:4,14 37:4
**Naproxen** 8:24,25
**national** 30:20,25
  32:25 38:14 45:10
**near** 52:19
**nearly** 26:3
**necessary** 6:8
**need** 5:18,19,24 6:15
  9:12 11:5,15,15 16:3
  19:2 20:14,15,24
  24:2,3,9,22 25:2,6,15
  29:14 34:8,13 37:4
  37:18 47:16 49:11,12
  50:9,9 61:4 63:1 64:5
  65:23,24
**needed** 69:23
**negative** 49:20
**never** 41:16,17 60:10
  62:4
**New** 3:14,19
**newspaper** 56:19 57:2
**next** 13:21 15:19 45:25
  48:2
**night** 66:16
**Nobody** 43:25
**Notary** 2:15 4:1 67:2
  67:19
**note** 20:22 26:24 34:15
  69:22
**nothing** 3:25 20:16
  62:2
**noticed** 56:5
**November** 51:8,24
  67:21
**number** 10:4 54:14
**numerous** 3:14

_____ O _____

O 3:1
path 4:1
objection 7:13
obstruction 51:4,6
obtain 11:21 22:8,12
  22:23 26:9
obvious 43:14,22
obviously 63:7
off 27:16 32:20 35:21
  57:18
offer 56:13
offered 40:24 44:20
office 3:19 41:3 57:4
  64:16,17,18
officer 54:9,12
often 33:6
Oh 51:21 56:24 64:17
okay 3:21 4:25 6:3,25
  7:7 8:23,25 9:12
  11:18 12:18 16:20
  25:14,17 27:20,23
  29:25 30:3 31:22
  45:13 51:21 58:2
  59:5 64:23 65:1
once 6:10 31:20 49:17
  63:4 65:22
one 5:4 12:21 15:15
  18:3 19:6 25:7,22
  33:20 34:22 38:7
  45:24 48:2 49:2 50:7
  50:7 51:11 52:15
  54:7 55:15,19 62:18
  64:13,14
ones 21:20
one-and-a-half 25:23
only 10:21 17:9 19:6
  26:15 29:8 32:1
  33:20 34:10,22 38:7
  45:12
opinion 57:19
opportunity 63:16
order 23:4 65:7
ordered 64:4
organ 23:24,25
origin 8:14 30:20,25
  32:25 34:23 35:1
  38:14 45:10 62:25
original 26:14,17
Osama 35:22
other 6:2 9:4 10:18
  17:23,23 18:1,1,5
  21:12,13,20 22:14
  23:4 31:12,13 32:8
  33:16 34:1 35:3
  36:14 37:19 38:4
  39:7,12,13 42:8,12
  42:18 43:3 47:13
  53:8 56:1
others 38:8

otherwise 4:19
out 8:5 10:16 11:2,7
  15:19 23:4 27:9
  33:13 38:8,13 42:17
  43:18 52:19 56:12
  57:17 61:22 63:3
outcome 67:11
outside 26:7,7 46:17
over 5:4 15:7 28:2
  31:19 36:3 39:7,9
  42:16 50:7 64:14
own 14:5 44:3,14 49:3
  49:4,5 62:8
o'clock 7:6
O'Sullivan 2:10

_____

          P

P 1:25 2:1,1,11,15 3:1
  67:2,18
page 26:21 27:5 28:19
  29:4 48:2,4 68:3,6
  69:6,23
Pages 1:16
paid 10:13,21 23:16
pain 40:21
Pakistan 30:6,21 32:25
  34:21 35:5 36:9
  37:24 39:2,14 62:25
Pakistani 31:25
paper 9:19 21:25 29:7
  38:21 50:6 51:25
  69:22
papers 46:18 48:7
paperwise 40:22
paperwork 41:4
part 14:13 30:20 55:13
participating 5:12
  14:19 63:14
particular 48:14 57:19
party 67:11
past 3:13 14:10 37:17
Patty 57:6
pause 12:10
pay 10:19 12:25 16:25
  35:14,15
paycheck 10:25 11:2,7
paychecks 10:13,19
payment 23:17
peace 58:13,16
pending 46:22
people 12:14 13:8
  15:15 35:4,7,12,20
  35:24 36:2,2,14 37:3
  37:6,10 38:2,3 42:18
  45:9 57:7 63:6,7
period 65:22
perjury 46:25 48:20,25
  52:8,9 53:13,24 54:4
  57:13

permanent 41:10,15
permission 45:18
person 31:1,4,23 37:12
  37:13,13
Persona 2:2
personal 49:14
ph 15:10 24:17 39:25
  45:1
phone 4:17 5:13 10:4
  32:17 54:14
pick 12:22 58:9
picture 7:19
pizza 16:2,3,8,14,15
  17:9,23,24 18:1,2,5,8
  18:14 20:2
place 58:2 67:6
places 17:25 18:4 31:12
  31:13 32:8 33:2 37:6
  37:10,14
Plaintiff 1:5
plan 6:8
plate 24:12
plates 19:11 42:7
plead 50:12 51:9
please 5:14 6:18 11:1
  12:25 13:2,6 14:23
  15:6 20:18 24:4
  26:17 28:2,22 29:1
  30:23 31:19 32:15
  38:21 40:4 41:23
  43:13 49:2,11 61:8
  62:4 65:6
pled 50:4,14,18,23
  52:24
plus 16:25
point 4:14 41:13 43:8
  66:12
policy 46:4,8
politics 38:1,1,2
position 15:11,12
possible 46:17
pota 24:17,17
potential 56:12
premarked 23:4
prescription 8:19
present 2:10
Press 57:1,2
previous 22:8
prior 22:12 24:19
private 23:25
probably 5:21 25:5
probation 54:7,12
problem 17:7 23:15
  27:18 28:4 34:14
  43:3
problems 17:15 25:15
  28:9 31:11 38:10
  41:9,10,14,15 59:12
proceed 3:22 4:13,20

6:12 7:7 11:15 20:16
  20:24
proceeding 4:25 63:25
proceedings 66:18 67:4
  67:5,7,10
proof 44:6,7,19,22
propane 58:3,7
proper 31:3,8,10 66:12
properly 49:3
Propria 2:2
prosecutor 53:9
provide 55:25
Public 2:15 67:2,19
purpose 11:21
purposes 49:14 50:9
push 58:10
put 13:11 19:22
p.m 1:14 37:17 66:18

_____

          Q

Qaeda 32:9
qualification 8:12
qualifications 8:12,13
question 4:15 5:6,10,13
  5:15 6:4 11:5,18
  13:15,16,17,23 14:2
  14:16 15:1,6,7 16:7,8
  17:14 20:23 22:20
  26:15,18,25 27:1
  28:15,20,22 29:2,4
  31:6,16 33:6,15 34:9
  34:10,16 36:12 37:18
  37:19,20,21 38:15,23
  39:8,11 40:17 41:11
  41:22,25 43:19 44:10
  44:18 46:6 47:16,18
  50:8 51:12,19,22
  52:1 54:3 55:14,18
  58:15,18 60:19 61:25
  62:9,21 63:8,18 66:1
questions 4:13 5:2,3,8
  6:8,16,18 7:12 12:21
  12:21 14:6,8,17
  20:14,25 28:8 36:24
  44:12 61:9 62:18
  63:12 66:9
quote 49:16

_____

          R

R 2:1 3:1 69:1
raise 20:13
read 7:14,17 8:5,19
  9:14 28:14,16 38:12
  47:18,20 57:7,9
  61:21 69:2
reading 51:13,19 54:16
ready 66:5
reason 31:4 34:22
  40:15 60:8

reasonable 14:11
reasons 43:23 44:4
  49:24
recall 7:23 18:7 31:14
  48:3
receive 55:5,10
received 55:2,7
recognize 26:13,16,18
  56:15
recollect 37:16
record 3:5 4:5,22,23
  12:9 13:2,11 22:25
  23:3 24:4 25:16
  26:24 28:16 32:20,22
  34:15 39:10 40:12
  45:2,14,16,19 47:20
  47:24 49:5,6,16
  51:13,25 53:20 54:2
  54:16 56:3 58:18
  64:3,6 65:25 66:2
  67:9
recorded 65:8
records 9:25 22:8,12
  26:10 56:1
refer 27:19
reference 62:14
referring 18:19 21:4
  37:2,3,5
refers 48:15
reflect 45:2
refresh 52:5
refusal 63:13
refuse 14:17,25 23:7
refused 63:12
refusing 23:6 31:16
  39:8,10 62:7,9 63:8
regard 42:24
regarding 46:4,8
regular 9:10 33:8
Reindeer 56:24
related 60:9
relation 38:2
relationship 34:3,12
  53:8
release 22:7,11 23:5,7
  26:9 55:25 56:1
relief 60:24 61:1
relying 30:24
remember 11:25 18:5
  19:13,14 21:18,19,23
  26:2 31:17,20,21,21
  31:21 36:2,4 38:16
  38:22 48:17 49:15
  52:3
remembrance 49:4
remind 20:8
Renken 52:18
repeat 28:22 29:2,21
  30:14 32:6 38:20

41:22 48:21 55:14
**report** 33:9 34:10 36:5
40:1,17
**reported** 33:15,20
40:23 41:6 67:7
**reporter** 1:25 2:11 5:1
5:12 64:6,9,10,13,16
64:18,22,25 65:9
66:4
**REPORTER'S** 67:1
**request** 56:4
**requested** 28:16 47:20
66:19 67:12
**required** 25:20
**rescheduled** 6:10
**research** 45:15,21
**reserve** 64:1
**response** 5:10 56:4
**responsibility** 33:12
**responsible** 33:22
**rest** 60:9,9
**restaurant** 18:25 19:10
20:4 23:11,18 25:20
**result** 59:15 60:6 61:4
61:6
**results** 45:21
**review** 45:18,21 63:24
64:3,5,7 65:2,13,15
65:25 66:2
**reviewed** 66:6
**rid** 43:11
**right** 6:3,21 10:16
11:23,23 12:12 17:17
17:18 25:14,18 27:17
27:17,23 32:22 39:4
46:11 49:24 53:17
56:11 57:25 58:4,14
58:17,21 61:12,22,25
62:10 63:24 64:1,10
64:25 65:13,17 66:1
66:8,16
**ring** 56:5
**road** 2:3 9:25 58:10
59:21,22
**ropes** 15:15
**run** 58:10

_____
S
_____

**S** 2:1 3:1
**same** 12:12
**saw** 28:8 40:23 41:7
43:17 45:23
**saying** 13:1 18:12
21:11 24:24 27:21
30:19 36:17 40:6,10
42:13 49:12
**says** 48:4 56:25
**school** 30:6,9
**Sea** 15:4,9

**seal** 67:15
**Seattle** 2:8
**second** 31:22 37:12
40:19 43:3,8
**secretary** 42:23 47:6
**security** 3:19 55:20
56:1
**see** 7:18 17:7 23:10
29:7 32:8 36:22 37:9
37:11 43:2 45:23
52:18 57:21 61:23
**seeking** 14:15 60:24
61:1,6,14 62:1
**seem** 49:19
**seized** 12:1,2
**send** 22:5 32:8 37:11
37:12,13
**sending** 37:9
**sent** 38:3,3
**sentencing** 46:25
**separate** 61:24 64:24
**September** 50:18,24
**Services** 3:17 13:14,25
14:22 22:23
**set** 67:6
**seven** 19:13
**sheet** 49:1
**Shinn** 1:25 2:11,15
67:2,18
**ship** 15:11,11
**shore** 15:16
**short** 12:21,22 32:23
**show** 8:6 38:21
**shows** 48:7
**shredding** 41:4
**Sicily** 16:14,15 17:23
18:1
**side** 17:21
**sides** 37:1
**sign** 22:7,9,11 23:6,7
26:9 47:3 50:23
**signature** 26:21,22
29:8 66:19 67:13
**significant** 45:24
**signing** 69:23
**similar** 31:11
**simply** 51:12,19
**since** 6:4 12:3 15:24,25
21:13,20,24 34:3
41:13,20 42:1,13,14
**sit** 25:22 38:25 48:13
48:18,23 59:10,10
61:11
**sitting** 64:10
**situation** 31:2 38:1
52:17 56:13 61:22
**six** 53:1 54:5
**slang** 19:21 24:18
25:10,11 43:3

**small** 42:17
**smooth** 58:10
**social** 55:20 56:1
**some** 6:1 8:19 32:15
36:2 37:11 38:3,10
41:2 47:13 50:2
66:11
**somebody** 44:7
**someone** 43:12 57:3
**someplace** 63:7
**something** 5:17 6:13
13:4,6,7,9 14:18
15:12 17:16 24:25
25:5 35:21 45:5
55:21 57:22 61:20
63:12 65:4
**sometimes** 18:3,3 20:22
**somewhere** 16:21
**sorry** 21:2 24:22 25:1,4
27:16 29:20 43:5
47:6 49:12 52:18
65:15
**sort** 41:2
**sound** 32:7
**speak** 5:4 15:7 28:2
31:19 53:17
**speaking** 23:22 53:18
**speaks** 6:14 20:10
22:17,21 24:1,7,13
25:3 27:11,24 28:24
29:17 31:18 32:4
34:5 40:3 43:4
Specifically 37:4
**speculating** 38:5
**spell** 3:5 4:4
**spelled** 3:7
**spend** 54:5
**spoons** 42:7
**stamps** 55:5
**stand** 25:20
**started** 4:11 6:11 8:10
12:3
**state** 2:15 3:4,13,25 4:4
54:22,23 55:2,5,10
55:18 67:3
**stated** 47:1 62:19
**statement** 13:11 44:12
48:14,18,23
**States** 1:1 3:18
**stay** 7:6 37:18
**steady** 54:8
**stenographically** 67:7
**step** 43:2,8
**sticks** 19:22
**still** 64:6
**stop** 6:15 11:15 13:22
15:18 20:12 24:2,9
24:14,23 27:14 35:18
49:11,13

**stopped** 15:18 61:16
**Street** 64:13,19
**studying** 34:3
**subscribed** 67:14
**suffer** 31:23
**suffered** 31:4
**suffering** 59:13
**Suite** 1:20 2:7
**Sullivan's** 23:11,18
25:20 26:1,4,10
**summarize** 3:10 8:9
**Sun** 13:13,24 14:22
**supervisor** 17:1 25:24
**supervisors** 25:25
**support** 30:24 32:24
37:1 39:1 42:25 44:5
60:23
**supports** 39:13 44:21
**Sure** 29:4 32:18 66:3
**swear** 3:22
**sweep** 26:6,7
**sweeps** 23:20
**sworn** 3:3,24 5:1 67:5
**System** 3:20

_____
T
_____

**T** 69:1,1
**take** 4:7 5:20 6:1,3,25
7:3,4 8:2,5 9:9,11
11:2,7 32:16 36:25
39:10 53:16 57:9,17
58:3,20 63:6 65:19
**taken** 1:13,19 2:14 7:25
18:13 67:5,10
**talk** 56:14
**talked** 21:12,21 35:12
40:25
**talking** 11:13 12:10,14
12:14 36:24 37:8
41:11,12,13 60:13
**tank** 58:7
**tanks** 58:3
**task** 37:18 38:3
**tax** 11:7
**teach** 11:13
**tearing** 46:18
**telephone** 2:10 4:9
**tell** 4:17 9:11,14,16,21
9:21 10:24 11:1,3,3,4
12:14,17 13:4,6,21
14:23 15:22 16:16,17
18:3 19:18,23,23
20:5 21:25 22:14,22
23:7,8,15 24:4 26:2,3
26:5,17 27:9 28:3
30:1,17,23 31:1,3,11
31:14,20,21 33:24
34:1,13,14 36:12,17
37:9,19 38:9,12,17

39:7 42:3,7 43:12
44:5 45:13 46:6,22
47:2 50:25 52:3,9
54:1,9 56:2 57:18
59:7,10 61:4,7,14
62:4 63:1 64:6 65:23
**telling** 13:9 32:12
33:22
**tells** 14:3
**ten** 16:22 30:7
**terminate** 36:21 44:1
**terminated** 44:8 47:5
47:10
**terminating** 59:16
60:18
**terrorist** 32:9 33:3 44:1
**testified** 4:1 42:9
**testify** 39:3
**testimony** 4:8 28:9
41:21 42:1 67:6,10
**Thad** 2:10
**thank** 3:21 4:7 8:16
25:14,18 26:11 30:3
32:19 34:24 66:14,15
**their** 19:11 36:2,4
42:23,23 45:21 46:12
47:10
**thing** 31:22 46:13
52:15 65:8
**things** 5:19 35:25 61:13
61:17
**think** 19:5,17 35:1,21
39:7,9 40:22 45:5,23
48:5,14 53:5,9 55:21
57:13,21
**third** 2:7 37:13 48:4
**though** 5:2
**thought** 40:14 43:9,11
48:19,24
**three** 9:20 12:13 19:3,5
19:6 30:10
**threw** 52:11
**through** 3:2 6:12 10:13
**throw** 15:15
**tick** 29:9
**ticks** 29:7
**time** 6:7,8,13 12:21
16:11 17:12 25:7,21
28:11 31:14 33:8
37:11,12,13 58:14,17
65:22,24 66:11 67:6
67:10
**times** 9:20,23 66:12
**tips** 16:25
**today** 4:13,20 5:2,9 7:1
7:16,23 8:10 14:7
19:25 20:2,4 21:9
22:11 23:5 26:9
38:25 41:21 48:13,18

48:23 63:13,15,16,25
66:9
told 8:13,14 9:23 17:9
17:11,11 19:11,16
24:18 27:10,17 28:3
28:9,11 29:10 36:15
36:15,25 39:9 40:20
41:9,14 42:3 43:19
44:13 46:24 50:5
63:9
tongue 39:15
tonight 37:17
top 57:18
toward 23:25
towards 25:10
Towing 15:4,9
tractor-trailer 58:12
training 30:8
Tramadol 9:1,3
transcribed 67:8
transcript 63:25 66:5
69:3
transcription 67:9
translate 6:20 12:9,10
20:18 49:2,8
translating 20:7 21:10
22:19
translation 3:14 45:24
60:20
treated 47:12
trespass 50:14
trial 53:12,25
trick 5:8
tried 25:4 42:16
truck 19:25 28:12
29:10
true 63:4 67:9 69:3
truth 3:25,25,25
truthful 63:17
try 12:21
trying 12:11 13:6,7
22:22 36:19 38:11
60:12
Tudor 2:3 9:25
turn 57:6
turned 57:3
two 9:23 12:13 18:4
31:12 36:3 42:11,16
51:15
type 8:2
types 17:9
T-r-a-m-a-d-o-l 9:2
T-u-d-o-r 9:25

**U**

Unalaska 50:3,15
under 4:1 28:21 29:4
56:20 57:24 67:8
Underpaid 58:13

understand 4:16 5:14
7:12,15 13:3,5 14:13
16:7 20:16 27:9
29:23 43:13,15 44:11
52:21 53:14 60:19,20
60:22 61:7,13
understanding 4:19
53:15
understood 5:7,10
41:11 46:6
unhappy 49:19
United 1:1 3:17
unrelated 37:20
until 40:1,17 58:14,17
Urdu 4:10,16 5:23 6:14
7:12 8:10 12:15,17
16:21 17:20 18:21
20:10 22:17,19,21
23:22 24:1,7,13,16
25:3 27:11,24 28:24
29:17 30:13,16 31:18
32:4 34:5 40:3 43:4
51:3 52:8 53:2,17
59:11,19 62:17
use 6:8,22 7:10 19:20
69:22
used 17:15 23:24 32:9
33:3,24 37:3
using 6:4 19:25 53:15
53:16

**V**

various 36:2
verbal 5:9
very 3:21 7:15,21 8:5
17:13 23:23,25 25:16
36:1 37:25,25,25,25
38:1,1,17 40:21
43:13,16 49:19,20
58:10 62:5
via 2:10
voice 20:13
Volume 1:16
vs 1:6

**W**

WA 2:8
wage 16:24 19:12
wages 61:3
waist 17:7,17,18 27:10
27:18,21 28:4 39:22
41:10 59:17
wait 12:4,4,4,4,5,5,5
22:18,18,18,18,19,19
28:25,25,25,25 29:1
29:1,1 32:5,5,5,5,6
32:13
waive 65:6
walk 15:19 57:24

want 13:11 15:12 20:7
36:10 44:24 50:11
61:17 63:25 64:4
65:2 66:1
wanted 8:13 63:19
wash 19:11 20:4 23:21
24:12 42:7
washer 42:5
washing 23:19 26:5
wasn't 46:3
water 32:15 52:11
way 14:15 49:20 50:11
62:1
ways 66:12
weapon 51:1
Webster 54:18
wedding 56:5
Weddle 1:20 2:7
weighing 43:9
welcome 5:14 8:17 30:4
welding 30:10
well 3:14,19 5:4,21
6:25 7:10 23:25 31:7
34:23 35:10,14 37:17
38:7 48:4 53:18
56:10,14 57:16,18,23
58:10 59:8 60:4,5,22
60:23
went 33:2 45:17
were 3:2 10:10 14:18
15:16,17 16:8 17:8
25:20,25 27:15,16
28:5 30:24 32:10
33:2 36:23 37:9
38:13 39:1,13 42:18
42:18,19,22,25 43:20
44:4 45:13 46:4
50:25 52:10 53:12,24
62:12 67:5,7
weren't 47:12
West 1:20
we'll 6:12 36:16
we're 4:7 40:12 60:22
64:5
we've 6:10 21:12,20
WHEREOF 67:14
while 8:8 32:10 50:3
64:5
whole 3:25 65:8
willing 22:5,9,11 63:20
63:22,22
Window 26:7
wish 44:14
withholding 11:9
witness 2:13 3:22,24
5:22,25 6:14,17,23
11:11 12:2 16:5,20
17:2,4,19 18:9,12,15
18:20,23 20:10,20

21:6 22:17,21 23:22
24:1,7,13,21,24 25:3
27:11,12,24 28:17,24
29:17 30:12,15 31:18
32:4,14 34:5 35:22
38:25 39:6,16,17,18
40:3,6,10 41:16
42:20 43:4,6 44:22
44:25 45:3,7 47:21
48:9 49:5,10,23 51:2
51:5,15,17,21 52:6
52:22 53:1,14,19,22
54:20,23 55:1,4,6,8
55:12,22 56:9,22,25
57:5,10,12,16,20
58:1,5,8,16,22,25
59:3,18,20 60:11,15
61:10,15 62:8,10,13
62:16 63:21 64:8,11
64:15,17,20,23 65:1
65:10,15,19 66:3,7
66:10 67:4,12,14
68:3
witnesses 44:3 45:9
56:12
won 53:3
wood 19:22
word 4:16,18 13:21
17:15 19:19,21 23:24
24:17,18 39:5 43:14
53:15 58:14
words 32:7 35:3 43:25
53:17
work 3:10 7:6 10:16
13:10,13,24 14:22
15:4,9,11,19,20
16:13,15 17:8,12,13
17:25 18:3,4,4,8,14
18:17,25 19:6,16,16
19:16,17,18 20:5
21:16 23:11,16,16
26:1,6 28:13 32:8
33:13,18,23 34:3
35:7,8,11,15,19 36:1
36:23 37:3,6 38:7
40:20,21,24 41:2,3,5
41:20,25 42:4,4,5,8
42:12,16,17,17 43:10
43:16,17 44:23,23
45:17,24 46:17,18,19
58:11 60:8,10,11,13
62:19,24 63:2,5,7,10
worked 10:15,18 15:5
15:10 16:3,20,22
17:23 18:1,6,17,17
18:18 19:3,5,8 21:19
26:3
worker 42:23
workers 61:15 62:2

working 12:3 32:10
33:2 39:24 42:18
47:4,9 61:23 64:20
workmens 61:23
write 7:20,21
writing 48:15
written 9:20 48:16 49:2
49:3,14 50:6 56:18
63:24
wrong 18:13 21:1,3
47:15,15,17 60:3
wrote 48:19,24 49:21

**Y**

yeah 11:17 33:19 66:3
66:3
year 19:7
years 3:13 28:21 29:6
29:12,16 30:7 36:3
42:11,16
yell 40:4 43:6
York 3:14,19
Yup 58:1

**$**

$15 58:11
$7.25 16:25

**0**

06-0095-TMB 1:10

**1**

1 1:16 3:2 26:12 68:7
12 28:6
1996 12:3 13:12

**2**

2 47:23 51:16 68:7
2:06 1:14
2001 50:4
2002 50:15
2003 15:24,25 50:18,24
2004 51:9,24 55:8,9
2005 10:10 16:12,13
21:13,20,24 27:8
28:6 30:20 40:1
41:14,20 42:1,14,14
54:4 55:1,13,15,19
55:20
2006 23:12
2007 1:13 67:16
2009 67:21
206 2:8
23 68:9
24 7:25
26 1:13
2600 2:7
2823 2:3 9:25 10:1
292-8008 2:8

Izaz Khan

**3**

**3** 52:4 68:7,7,8,8,8
**30-pound** 58:7
**334-2300** 54:15

**4**

**4** 3:2 56:15 68:4,8
**40** 32:1 44:17 57:23

**5**

**5** 23:1,3 67:21 68:9
**5:00** 37:17
**5:09** 66:18
**50** 32:1 44:17

**6**

**6/18/65** 7:9
**69** 1:16

**7**

**700** 1:20
**701** 1:20

**8**

**83** 30:12,15,18

**9**

**9th** 64:13,18
**9/11** 31:4,23 32:3
**98** 13:9
**98104** 2:8
**99501** 1:21
**99507** 2:4
**999** 2:7

Exhibit B, p. 25 of 37

Medical Examination Report
FOR COMMERCIAL DRIVER FITNESS DETERMINATION

649-F (6045)

## 1. DRIVER'S INFORMATION
Driver completes this section

| Driver's Name (Last, First, Middle) | Social Security No. | Birthdate 6-18-65 M/D/Y | Age 39 | Sex ☑M ☐F | New Certification ☐ Recertification ☐ Follow-up ☐ | Date of Exam 7-12-05 |
|---|---|---|---|---|---|---|
| KHAN IZAZ E | 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 | | | | | |

| Address 2825 TUDOR ROAD ANCHORAGE AK 99507 | City, State, Zip Code ANCHORAGE ALASKA 99507 | Work Tel: ( ) Home Tel: ( ) 244-0042 | Driver License No. 1068710 | License Class ☑A ☐C ☐B ☐D ☐Other | State of Issue ALASKA |
|---|---|---|---|---|---|

## 2. HEALTH HISTORY    Driver completes this section, but medical examiner is encouraged to discuss with driver.

| Yes | No | | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|---|---|
| | ☑ | Any illness or injury in the last 5 years? | | ☑ | Lung disease, emphysema, asthma, chronic bronchitis | | ☑ | Fainting, dizziness |
| | ☑ | Head/Brain injuries, disorders or illnesses | | ☑ | Kidney disease, dialysis | | ☑ | Sleep disorder, pauses in breathing while asleep, daytime sleepiness, loud snoring |
| | ☑ | Seizures, epilepsy | | ☑ | Liver disease | | ☑ | Stroke or paralysis |
| | | ☐ medication | | ☑ | Digestive problems | | ☑ | Missing or impaired hand, arm, foot, leg, finger, toe |
| | ☑ | Eye disorders or impaired vision (except corrective lenses) | | ☑ | Diabetes or elevated blood sugar controlled by: | | ☑ | Spinal injury or disease |
| | ☑ | Ear disorders, loss of hearing or balance | | | ☐ diet | | ☑ | Chronic low back pain |
| | ☑ | Heart disease or heart attack; other cardiovascular condition | | | ☐ pills | | ☑ | Regular, frequent alcohol use |
| | | ☐ medication | | | ☐ insulin | | ☑ | Narcotic or habit forming drug use |
| | ☑ | Heart surgery (valve replacement/bypass, angioplasty, pacemaker) | | ☑ | Nervous or psychiatric disorders, e.g., severe depression | | | |
| | ☑ | High blood pressure | | | ☐ medication | | | |
| | | ☐ medication | | ☑ | Loss of, or altered consciousness | | | |
| | ☑ | Muscular disease | | | | | | |
| | ☑ | Shortness of breath | | | | | | |

For any YES answer, indicate onset date, diagnosis, treating physician's name and address, and any current limitation. List all medications (including over-the-counter medications) used regularly or recently.

I certify that the above information is complete and true. I understand that inaccurate, false or missing information may invalidate the examination and my Medical Examiner's Certificate.

Driver's Signature _____    Date 7-12-05

**Medical Examiner's Comments on Health History** (The medical examiner must review and discuss with the driver any "yes" answers and potential hazards of medications, including **over-the-counter medications, while driving. This discussion must be documented below.**)



# TESTING (Medical Examiner completes Section 3 through 7) Name: Last, _Khan_   First: _Izaz_   Middle,

## 3. VISION

**Standard: At least 20/40 acuity (Snellen) in each eye with or without correction. At least 70 degrees peripheral in horizontal meridian measured in each eye. The use of corrective lenses should be noted on the Medical Examiner's Certificate.**

**INSTRUCTIONS:** When other than the Snellen chart is used, give test results in Snellen-comparable values. In recording distance vision, use 20 feet as normal. Report visual acuity as a ratio with 20 as numerator and the smallest type read at 20 feet as denominator. If the applicant wears corrective lenses, these should be worn while visual acuity is being tested. If the driver habitually wears contact lenses, or intends to do so while driving, sufficient evidence of good tolerance and adaptation to their use must be obvious. *Monocular drivers are not qualified.*

### Numerical readings must be provided.

| ACUITY | UNCORRECTED | CORRECTED | HORIZONTAL FIELD OF VISION |
|---|---|---|---|
| Right Eye | 20/15-1 | 20/ | Right Eye  90  ° |
| Left Eye | 20/15 | 20/ | Left Eye  90  ° |
| Both Eyes | 20/15 | 20/ | |

Complete next line only if vision testing is done by an ophthalmologist or optometrist

Date of Examination ___   Name of Ophthalmologist or Optometrist (print) ___   Tel. No. ___

License No./ State of Issue ___   Signature ___

Applicant can recognize and distinguish among traffic control signals and devices showing standard red, green, and amber colors ?  ☑ Yes  ☐ No

Monocular Vision: ☐ Yes  ☑ No

Applicant meets visual acuity requirement only when wearing:
☐ Corrective Lenses

## 4. HEARING

**Standard: a) Must first perceive forced whispered voice ≥ 5 ft., with or without hearing aid, or b) average hearing loss in better ear ≤ 40 dB**
☐ Check if hearing aid used for tests.  ☐ Check if hearing aid required to meet standard.

**INSTRUCTIONS:** To convert audiometric test results from ISO to ANSI, −14 dB from ISO for 500Hz, −10dB for 1,000 Hz, −8.5 dB for 2000 Hz. To average, add the readings for 3 frequencies tested and divide by 3.

### Numerical readings must be recorded.

a) Record distance from individual at which forced whispered voice can first be heard.

| | Right ear | Left Ear |
|---|---|---|
| | 20 \Feet | 20 \Feet |

b) If audiometer is used, record hearing loss in decibels. (acc. to ANSI Z24.5-1951)

| | Right Ear | | | | Left Ear | | | |
|---|---|---|---|---|---|---|---|---|
| | 500 Hz | 1000 Hz | 2000 Hz | Average: | 500 Hz | 1000 Hz | 2000 Hz | Average: |
| | | | | | | | | |

## 5. BLOOD PRESSURE/ PULSE RATE

Numerical readings must be recorded. Medical Examiner should take at least two readings to confirm BP.

| Blood Pressure | Systolic  110 | Diastolic  76 | Reading | Category | Expiration Date | Recertification |
|---|---|---|---|---|---|---|
| | | | 140-159/90-99 | Stage 1 | 1 year | 1 year if ≤140/90. One-time certificate for 3 months if 141-159/91-99. |
| Pulse Rate: ☑ Regular ☐ Irregular | | | 160-179/100-109 | Stage 2 | One-time certificate for 3 months. | 1 year from date of exam if ≤140/90 |
| Record Pulse Rate  85 | | | ≥180/110 | Stage 3 | 6 months from date of exam if ≤140/90 | 6 months if ≤ 140/90 |
| Driver qualified if ≤140/90. | | | | | | |

## 6. LABORATORY AND OTHER TEST FINDINGS

Numerical readings must be recorded.

| URINE SPECIMEN | SP. GR. | PROTEIN | BLOOD | SUGAR |
|---|---|---|---|---|
| | 1.015 | neg | neg | neg |

Urinalysis is required. Protein, blood or sugar in the urine may be an indication for further testing to rule out any underlying medical problem. (Describe and record)