Exhibit 9, p. 28 of 37

## 7. PHYSICAL EXAMINATION

Height: 70 (in.) Weight: 176 (lbs.) Name: Last, Khoun First, Ezor Middle,

The presence of a certain condition may not necessarily disqualify a driver, particularly if the condition is controlled adequately, is not likely to worsen or is readily amenable to treatment. Even if a condition does not disqualify a driver, the medical examiner may consider deferring the driver temporarily. Also, the driver should be advised to take the necessary steps to correct the condition as soon as possible particularly if the condition, if neglected, could result in more serious illness that might affect driving.

Check YES if there are any abnormalities. Check NO if the body system is normal. Discuss any YES answers in detail in the space below, and indicate whether it would affect the driver's ability to operate a commercial motor vehicle safely. Enter applicable item number before each comment. If organic disease is present, note that it has been compensated for.
See *Instructions to the Medical Examiner* for guidance.

| BODY SYSTEM | CHECK FOR: | YES* | NO | BODY SYSTEM | CHECK FOR: | YES* | NO |
|---|---|---|---|---|---|---|---|
| 1. General Appearance | Marked overweight, tremor, signs of alcoholism, problem drinking, or drug abuse. | | | 7. Abdomen and Viscera | Enlarged liver, enlarged spleen, masses, bruits, hernia, significant abdominal wall muscle weakness. | | X |
| 2. Eyes | Pupillary equality, reaction to light, accommodation, ocular motility, ocular muscle imbalance, extraocular movement, nystagmus, exophthalmos. Ask about retinopathy, cataracts, aphakia, glaucoma, macular degeneration and refer to a specialist if appropriate. | | X | 8. Vascular System | Abnormal pulse and amplitude, cartoid or arterial bruits, varicose veins. | | X |
| 3. Ears | Scarring of tympanic membrane, occlusion of external canal, perforated eardrums. | | X | 9. Genito-urinary System | Hernias. | | X |
| 4. Mouth and Throat | Irremediable deformities likely to interfere with breathing or swallowing. | | X | 10. Extremities- Limb impaired. Driver may be subject to SPE certificate if otherwise qualified. | Loss or impairment of leg, foot, toe, arm, hand, finger, Perceptible limp, deformities, atrophy, weakness, paralysis, clubbing, edema, hypotonia. Insufficient grasp and prehension in upper limb to maintain steering wheel grip. Insufficient mobility and strength in lower limb to operate pedals properly. | | X |
| 5. Heart | Murmurs, extra sounds, enlarged heart, pacemaker, implantable defibrillator. | | X | 11. Spine, other musculoskeletal | Previous surgery, deformities, limitation of motion, tenderness. | | X |
| 6. Lungs and chest, not including breast examination | Abnormal chest wall expansion, abnormal respiratory rate, abnormal breath sounds including wheezes or alveolar rales, impaired respiratory function, cyanosis. Abnormal findings on physical exam may require further testing such as pulmonary tests and/ or xray of chest. | | X | 12. Neurological | Impaired equilibrium, coordination or speech pattern; asymmetric deep tendon reflexes, sensory or positional abnormalities, abnormal patellar and Babinki's reflexes, ataxia. | | X |

*COMMENTS:

Note certification status here. See *Instructions to the Medical Examiner* for guidance.

☒ Meets standards in 49 CFR 391.41; qualifies for 2 year certificate
☐ Does not meet standards
☐ Meets standards, but periodic monitoring required due to _____ Driver qualified only for: ☐ 3 months ☐ 6 months ☐ 1 year ☐ Other
☐ Temporarily disqualified due to (condition or medication): _____
☐ Return to medical examiner's office for follow up on _____

☐ Wearing corrective lens
☐ Wearing hearing aid
☐ Accompanied by a _____ waiver/ exemption. Driver must present exemption at time of certification.
☐ Skill Performance Evaluation (SPE) Certificate
☐ Driving within an exempt intracity zone (See 49 CFR 391.62)
☒ Qualified by operation of 49 CFR 391.64

Medical Examiner's signature [signature]
Medical Examiner's name [illegible]
Address 5437 E. Northern Lights Blvd.
Telephone Number 333-6561

Standards, complete a Medical examiner's Certificate

ScreenNow - Search Results for KHAN, IZAZ 623-40-XXXX

*Information You Need...When You Need it!* If your consumer is a California resident, the following notice is provided as required under California law:

1. The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records. Evidence of identity theft may or may not be identified from this report.

2. The recipient of this report shall give a copy of this report to the subject of the report.

3. Failure to provide a copy of the report as required by law may expose you to liability as specified in Section 1786.50.

```
Report For:                                          Date Ordered: 07/08/05
KHAN, IZAZ                                           Last Updated: 07/08/05
SSN 623-40-XXXX
2823 TUDOR ANCHORAGE Alaska 99507

National Criminal File Plus Search - 7 matches
```

### SSN VALIDATION

SSN 623-40-XXXX was VALIDLY ISSUED
between 1990 and 1991
in CA

### DEVELOPED NAMES AND ADDRESSES

8 additional names and addresses were found. Click here to view the report.

### NATIONAL CRIMINAL FILE PLUS SEARCH

```
Name:              KHAN, IZAZ E
Date Of Birth:     06/18/XXXX
SSN:
Source:            Anchorage (3rd Dist) Superior and District Court
State:             AK
County:            Anchorage
Case Number:       3UN-01-00072CR5672
Case Type:         Misdemeanor
Offense:           DWLC/S/R/L
Offense Date:
Disposition:       No Contest Plea
Disposition Date:  07/06/2001
Current As Of:     03/30/2005

Name:              KHAN, IZAZ E
Date Of Birth:     06/18/XXXX
```

EXHIBIT 2 Khan

Exhibit B, p. 29 of 37

ADA 0042

SSN:
Source:           Anchorage (3rd Dist) Superior and District Court
State:            AK
County:           Anchorage
Case Number:      3UN-02-00124CR6427                    ②
Case Type:        Misdemeanor
Offense:          CRIM TRESPASS-2ND
Offense Date:
Disposition:      No Contest Plea
Disposition Date: 06/18/2002
Current As Of:    03/30/2005

Name:             KHAN, IZAZ E
Date Of Birth:    06/18/XXXX
SSN:
Source:           Anchorage (3rd Dist) Superior and District Court
State:            AK
County:           Anchorage
Case Number:      3UN-03-00182CR7349                    ③
Case Type:        Misdemeanor
Offense:          DUI ALCOL OR CON SUB
Offense Date:
Disposition:      No Contest Plea
Disposition Date: 09/29/2003
Current As Of:    03/30/2005

Name:             KHAN, IZAZ E
Date Of Birth:    06/18/XXXX
SSN:
Source:           Anchorage (3rd Dist) Superior and District Court
State:            AK
County:           Anchorage
Case Number:      3UN-03-00183CR7350                    ④
Case Type:        Misdemeanor
Offense:          DISREGARD HWY OBSTR
Offense Date:
Disposition:      No Contest Plea
Disposition Date: 09/29/2003
Current As Of:    03/30/2005

Name:             KHAN, IZAZ E
Date Of Birth:    06/18/XXXX
SSN:
Source:           Anchorage (3rd Dist) Superior and District Court
State:            AK
County:           Anchorage
Case Number:      3UN-04-00302CR8301           DISMISS
Case Type:        Misdemeanor
Offense:          ASSAULT-4TH DEGREE
Offense Date:
Disposition:
Current As Of:    03/30/2005

Name:             KHAN, IZAZ E
Date Of Birth:    06/18/XXXX
SSN:
Source:           Anchorage (3rd Dist) Superior and District Court
State:            AK
County:           Anchorage

| | |
|---|---|
| Case Number: | 3UN-04-00302CR8304 |
| Case Type: | Misdemeanor |
| Offense: | CRIM MISCHIEF 4 |
| Offense Date: | |
| Disposition: | *DISSMISS* (handwritten) |
| Current As Of: | 03/30/2005 |
| | |
| Name: | KHAN, IZAZ |
| Date Of Birth: | 06/18/XXXX |
| SSN: | |
| Source: | Anchorage (3rd Dist) Superior and District Court |
| State: | AK |
| County: | Anchorage |
| Case Number: | 3UN-04-00340CR8378 |
| Case Type: | Felony |
| Offense: | PERJURY |
| Offense Date: | |
| Disposition: | |
| Current As Of: | 03/30/2005 |

*Handwritten note:* THIS IS THE CASE I am APPEAL FOR AND I THINK MY EMPLOYER FIRE ME FOR.

The records contained in this report are compiled from databases that are only updated infrequently and, therefore, may not have the most current information. This report is not intended to recommend, or not recommend, any individual. The records may or may not have sufficient information to establish the exact identity of an individual therefore, the information is provided merely as an indication of information that should be verified prior to making a decision. Your decision regarding the individual should not be based on information that is not up to date or that has not been verified or solely on the results of this or any similar report. ChoicePoint Services Inc. does not guarantee, warrant or assume any responsibility for the accuracy of the information obtained from other sources and shall not be liable for any losses or injuries now or in the future resulting from or relating to the information provided herein.

END OF REPORT FOR:
KHAN, IZAZ

Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

- You must be told if information in your file has been used against you. Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment or to take another adverse action against you must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- You have the right to know what is in your file. You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
    - a person has taken adverse action against you because of information in your credit report;
    - you are the victim of identify theft and place a fraud alert in your file;
    - your file contains inaccurate information as a result of fraud;

In the District Court of the State of Alaska
Third Judicial District, Unalaska, Alaska

Pg 2

UDPS Case #04-2706  0454
ATN 108 120 987

| | | | |
|---|---|---|---|
| State of Alaska | | Plaintiff | |
| | vs | | |
| Last Name | First | M.I. | |
| Khan | Izaz | E | |
| | | Defendant | |

DOB: 6/18/1965

S.S.N. 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

O.L.N. 7076007

Criminal Complaint
No. 3UN-04-312 Cr.

Harassment

11.61.120(a)(5)

As Renken approached and past the cell Khan was housed, cell 4. Khan is the only person housed in cell 4. Khan stated to Renken, "Renken, if I see you, if you come near me, I'm going to fucking beat the fuck out of you, you know that." Khan then threw a cup of water into Renken's face. Khan then stated "You know that. This is what you get from me, next time, you piece of shit." Khan threw the paper cup to the floor. The water got into Renken's eyes, nose and mouth.

It is not known where the water came from, but is suspected Khan retrieved the water from the toilet.

The physical contact was offensive to Sergeant Renken.


EXHIBIT 3 Khan

(seal)  [NOTARY PUBLIC – RAMON MAGPANTAY, STATE OF ALASKA]

Sworn and subscribed before me this 31 Day of OCT 20 04

_____
SIGNATURE OF COMPLAINANT

Exhibit B, p 32 of 37



ALASKA'S MOST RUMINANT NEWSPAPER DECEMBER 21, 2006 - JANUARY 3, 2007 VOL. 15 ED. 51 FREE

New Guide

When Reindeer Fly

PRESS

THIS ALASKAN LIFE

# UNDER the bridge



Exhibit B, p. 33 of 37

EXHIBIT 4 KHAN 1-26-07

The mercury has stalled down around zero when I go out to meet Izaz Khan at his makeshift home under an Anchorage bridge. We'd agreed to meet at the trailhead, and I see him waving his arms at me as I pull into the parking lot at around 2 p.m. Waiting for me out in the cold, his toes and fingers have numbed. So he warms himself in my car for about 15 minutes before we begin the hike back to his home.

By Joe Tarr

Around town, Khan uses a stroller to carry his valuables — kerosene tanks, a heater, legal documents. But out on the trail, he transfers them to a three-wheel plastic utility buggy, chaining his stroller to a tree off the side of the road.

We shove off through the woods to his home, which he says is about a 40-minute walk. The snow isn't too deep, but the wind cuts into our faces. I wrap my scarf around my face, and feel my breath freeze against the wool. I push his cart for a while. It's not that heavy, but it slides around some and after a while my hands get numb gripping the metal handle. We pass a few other people on the trail. They give us odd glances, but Khan seems oblivious to them. Nobody ever says hello or nods, not even Khan. Occasionally planes roar over our heads, blasting off into the sky.

There are subjects that get Khan riled: American culture, prejudice, women, the Palestinian crisis. Another is why he doesn't ask his family in California for help. He gets incredulous when I ask and soon is yelling about his pride.

I try to calm him down by asking if there's anything about life in Alaska that makes him happy. He pauses and says that, yes, sometimes living outside in the summer is very nice. "It's very beautiful man, it's nature."

I first talked to Khan a few months ago. It was a lazy afternoon at the office and I was dreaming of food and a cold beer when the phone rang. The man on the line didn't introduce himself at first, he just wanted to know whether I'd had any experience writing about discrimination. As he rambled on, I was having trouble understanding him. I got his name and number, told him I'd call him — it wouldn't be the first time I'd blown someone off this way.

But later, I felt guilty not taking him more seriously. I've always been drawn to homeless people because I half expect to be homeless one day and I want to know how people end up that way. Perhaps there are clues, warning signs, when you're spiraling down that path. How did a Pakistani man travel halfway around the world and end up homeless in Alaska?

Khan missed our first two appointments. The first time he got delayed with other business; the second time the bus was running late.

When we finally meet up at the Lucky Monkey one afternoon, he outlines his story for me. Born and raised in Karachi, Pakistan, Khan moved to California with his family — mother and father and two brothers — in 1990. An aunt and uncle sponsored their immigration. Khan was 25 years old. He was excited to come here, but soon found the freedoms of America didn't suit him, Khan says. He got into some mild trouble with drugs and alcohol. He finds the culture corrupt.

He'd heard there was good money to be made in the Alaska fishing industry, so in June 1996 he moved to Alaska. His aim was to earn a lot of money quickly. He worked on several fishing boats, but aside from one job where he netted $5,000, he has yet to get rich. He's spent most of his time in the state homeless, or living with friends.

Exhibit B, p. 34 of 37

While living in Dutch Harbor and Unalaska, Khan got into trouble with the law, he says. A friend had given him a place to stay. But another man was living in the same house and he didn't like Khan. "For absolutely no reason, he beats me up. He was drunk," Khan says. He called the police, but when they showed up, he says, they instead arrested Khan for assault. The charges were later dropped, Khan says. But he was later arrested for assault when he got thrown out of a bar. Khan was sent to Anchorage to wait trial for those charges. They were also dropped. But he was found guilty of perjury, he says, after he failed to disclose that he owned a truck when applying for assigned counsel. He's now on probation for the charge, he says, but he's appealing the conviction and wants to file a complaint against the judge.

His ultimate goal remains the same. He wants to save money so he can return to Pakistan and buy a house, start a business, get married. Khan is Christian, not Muslim, but he identifies with the Islamic culture of his homeland. America is decadent, he says. "People say, 'Go get wasted, go get laid, you need to get yourself laid' — isn't this how people talk? It's not my way... The high rate of divorce and separation, the spoiled kids with no respect — those are the things that tell me I should not have a family here."

December 21, 2006 - January 03, 2007

Khan has lived in several places around Anchorage. For a few months, he lived below the escarpment at Earthquake Park. But when authorities told him he couldn't stay there, he had to find a new home. Khan remembered seeing a bridge on a particular stretch of the trail, so he walked until he found it. It's not close to any road, but hikers, joggers and skiers regularly pass over it.

By the time we reach the bridge, my fingers and toes are freezing. We inch our way down the icy embankment to his home. He's hung plastic and blankets underneath the bridge, making walls to keep the wind out and the warmth in. It's small inside, but cozy. We pull off our boots and Khan fires up his propane heater, which quickly warms the space. Soon we're shedding layers and moisture evaporates from them. We sit on top of the pile of blankets that make up his bed. In front of us are three ledges from the bridge that serve as Khan's shelves. The first one holds his propane tanks, stove, pots and pans. On the ones behind it, he stores his food and supplies: rice, lentils, Tang, tea, evaporated milk, plastic water jugs, spices, sugar, Pringles, candles, etc.



Joe Tarr photo

He boils some water for tea, pouring mine in a plastic cup that shrinks when he fills it. He cuts me a piece of cake bought from a supermarket. As we talk, he slowly starts cooking dinner — Dahl and rice. For the Dahl, Khan boils brown lentils in water. He slices an onion and my eyes begin to water. When the lentils are tender, he puts a frying pan on the other burner and sautés the onion, garlic, hot peppers, cumin seeds and spices. He adds these to the lentils. We sip some of the mixture as soup while he cooks rice on another burner. He cuts up more onion and adds it to a pint of yogurt, along with spices and cilantro. As he stirs, he licks the spoon and stirs some more. I try politely refusing the garnish, but he takes the spoon and heaps some onto my food anyway. The dishes aren't particularly clean — water is scarce. I worry slightly about my chances of catching hepatitis or some strain of E. coli. But the food is tasty.

Exhibit B, p. 35 of 37

Thom Blackbird, outreach supervisor for Homeward Bound, estimates there are about 75 to 100 people living outside in the winter around Anchorage. "The number varies a lot with the severity of the weather," says Blackbird, who spends his time going out to these homeless camps, trying to convince people to come indoors or getting them supplies.

Khan doesn't have the fuel to keep his heater running constantly. He warms up and then turns it off and goes to sleep. When it gets too cold, he'll wake up and fire it back up.

Blackbird doesn't have any solid numbers, but he estimates less than half of those sleeping out in the winter have a heat source like Khan's. He says people would rather stay outside because they don't like the shelters — either the rules or the atmosphere. Some cannot handle the chaos.

Khan's little cave under the bridge is fairly quiet. Occasionally, a jogger or skier will sprint by on top, their steps resonating loudly underneath. Khan has a radio that he listens to the news or music on. For Christmas, he wants to buy a tree and decorate his space. "You've got to have a tree on Christmas," he says. He wants to send his father canned moose and elk for the holidays. I ask him if he ever gets scared out here. "What do I need to be scared of? Myself," he says.

It seems peaceful, but exhausting, lugging propane tanks, water, and food back and forth each day. On the weekends, Khan rests — cleans his dishes and cave, makes food for later in the week. He plans to build a shelter out of pallets closer to the road, which will cut his commute significantly.

Khan has a commercial driver's license and works occasionally but has high standards for what he'll do. "I'm not taking a $15 an hour job," he says, "$20 an hour, I'll take that job."

On a later visit I bring him wool socks and more water. One night I drive around town, helping him run errands. He has to return a 30-pound kerosene tank because it's leaking. But he believes the people at the home supply store cheat on the propane, so he refuses to let them fill it. Instead, we drive to several different gas stations until he finds one he trusts.

My editor isn't sure this is a story. He wonders whether I simply want to help Khan. Nah. I'm not that good. It'd be nice to think my words had that kind of power, but the truth is, I'm glad there are people living underneath bridges. I find them fascinating. Even admirable.

Khan originally called me because he wants me to tell a story of how he's been discriminated against in Alaska. He asked me to help him write a legal brief. He wants justice, but I don't know how to help him do any of that. Journalism is useless at so many things.✦

PRESS  9

## AUTHORIZATION TO RELEASE EMPLOYMENT INFORMATION

TO:   Any Employer, Union Representative, or Records Custodian

RE:   Izaz Khan
DOB: 06/18/65
SSN:   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

THE UNDERSIGNED CERTIFIES AS FOLLOWS:

You are hereby authorized and directed to release and furnish to the law firm of **HOLMES WEDDLE & BARCOTT, P.C., Wells Fargo Center, 999 Third Avenue, Suite 2600, Seattle, Washington 98104**, their representatives, or such other person or entity that they may authorize in writing, all or any portions desired by them of any and all records or any other information or documents, including, but not limited to:

All employment records, including contracts, time cards, insurance coverage/benefits, earnings, loss of time or wages, performance appraisals, or any other information or materials in your possession they may request regarding the undersigned.

A copy of this Authorization to Release Employment Information shall have the same force and effect as a signed original. You are specifically authorized to release records in your possession, even if those records were not prepared by you or your company but were generated by some other person or entity.

This release shall be valid and binding from this date forward until revoked by me in writing.

_____                  _____
Date                                                                     Izaz Khan
                                                                                  Social Security Number: 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
                                                                                  Date of Birth: 06/18/65

I have previously used the following maiden or other names:

_____
[Please print or type]

*A copy of these records should be sent simultaneously to:*

┌─────────────────────────────────────────────┐
│                                             │
│                                             │
└─────────────────────────────────────────────┘

G:\4831\21077\Docs\Employment Release.doc

Exhibit B, p. 37 of 37

