Kara Heikkila
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
Facsimile:(206) 340-0289
Email: kheikkila@hwb-law.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

IZAZ KHAN,

          Plaintiff,

v.

ADAMS & ASSOCIATES,

          Defendant.

Case No. 06-00095-TMB

DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFF

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, defendant Adams & Associates, by and through counsel, hereby serve its First Requests for Admissions.

**INSTRUCTIONS**

As required by Rule 36, enter full and complete answers or responses to each and every part in the blank space provided, inserting additional pages where necessary. Each matter of which an admission is requested will be deemed **admitted** unless, **within 30 days after the date of service of these requests**, you serve upon the undersigned a

DEFT.'S FIRST SET OF REQUESTS
FOR ADMISSION TO PLTF.
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 1 of 17

Exhibit C, p. 1 of 17

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

written denial or objection addressed to the matter, and signed by you. If objection is made, the specific reason therefore must be stated.

If any request is denied, your answer shall specifically deny the matter or shall set forth in detail the reasons why you cannot truthfully admit or deny a matter. A denial must fairly meet the substance of the requested admission and when good faith requires that you qualify your answer or deny only a part of the matter of which an admission is requested, you must specify as much of it as is true and qualify or deny the remainder. Lack of information or knowledge may not be given as a reason for failure to admit or deny a request, unless you detail the reasonable inquiry you have made and state that the information known or readily obtainable by you is insufficient to allow you to admit or deny the matter.

These Requests for Admission are continuing in nature and require supplemental answers upon discovery of additional information.

## REQUESTS FOR ADMISSION

Admit that each of the following facts or statements is true:

REQUEST FOR ADMISSION NO. 1: Please admit that prior to July 11, 2005, defendant made no adverse decisions regarding your employment.

RESPONSE:

Exhibit C, p. 2 of 17

DEFT.'S FIRST SET OF REQUESTS
FOR ADMISSION TO PLTF.
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 2 of 17

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

REQUEST FOR ADMISSION NO. 2: On or about July 8, 2005, you signed an authorization form authorizing the defendant to perform a criminal history background check.

RESPONSE:

REQUEST FOR ADMISSION NO. 3: On the criminal history background check authorization form you failed to inform the defendant of pending misdemeanor and felony charges.

RESPONSE:

REQUEST FOR ADMISSION NO. 4: At no time did you notify the defendant that the July 2005 criminal history background report contained errors.

RESPONSE:

DEFT.'S FIRST SET OF REQUESTS
FOR ADMISSION TO PLTF.
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 3 of 17

Exhibit C, p. 3 of 17

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

**REQUEST FOR ADMISSION NO. 5**: The July 2005 criminal history background report contained no errors.

RESPONSE:

**REQUEST FOR ADMISSION NO. 6**: The July 2005 criminal background history report correctly showed that you had been charged with Perjury, a felony, in Anchorage, Alaska.

RESPONSE:

**REQUEST FOR ADMISSION NO. 7**: The July 2005 criminal history background report correctly showed that you had been charged with Fourth Degree Criminal Mischief, a misdemeanor, in Anchorage, Alaska.

RESPONSE:

DEFT.'S FIRST SET OF REQUESTS
FOR ADMISSION TO PLTF.
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 4 of 17

Exhibit C, p. 4 of 17

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

REQUEST FOR ADMISSION NO. 8: The July 2005 criminal history background report correctly showed that you had been charged with Fourth Degree Assault, a misdemeanor, in Anchorage, Alaska.

RESPONSE:

REQUEST FOR ADMISSION NO. 9: The July 2005 criminal history background report correctly showed that you plead no contest, in September 2003, to the charge of Disregarding a Highway Obstruction, a misdemeanor, in Anchorage, Alaska.

RESPONSE:

DEFT.'S FIRST SET OF REQUESTS
FOR ADMISSION TO PLTF.
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 5 of 17

Exhibit C, p. 5 of 17

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.     <u>REQUEST FOR ADMISSION NO. 10</u>: The July 2005 criminal history background report correctly showed that you plead no contest, in September 2003, to the charge of DUI Alcohol or Controlled Substance, a misdemeanor, in Anchorage, Alaska.

<u>RESPONSE</u>:

<u>REQUEST FOR ADMISSION NO. 11</u>: The July 2005 criminal history background report correctly showed that you plead no contest, in June 2002, to the charge of Second Degree Criminal Trespass, a misdemeanor, in Anchorage, Alaska.

<u>RESPONSE</u>:

<u>REQUEST FOR ADMISSION NO. 12</u>: The July 2005 criminal history background report correctly showed that you plead no contest, in July 2001, to DWLC/S/R/L, a misdemeanor, in Anchorage, Alaska.

<u>RESPONSE</u>:

Exhibit C, p. 6 of 17

DEFT.'S FIRST SET OF REQUESTS
FOR ADMISSION TO PLTF.
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 6 of 17

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

REQUEST FOR ADMISSION NO. 13: The defendant's decision to no longer place you in temporary positions was based solely on your past criminal history, not on your national origin or alleged disability.

RESPONSE:

REQUEST FOR ADMISSION NO. 14: The defendant notified you, by letter dated July 11, 2005, that it was considering making an adverse decision regarding your employment status based on the information in your July 2005 criminal history background report, and allowed you five business days to challenge the information in the report.

RESPONSE:

Exhibit C, p. 7 of 17

DEFT.'S FIRST SET OF REQUESTS
FOR ADMISSION TO PLTF.
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 7 of 17

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

**REQUEST FOR ADMISSION NO. 15**: Following your alleged injury, defendant continued to offer you regular temporary work assignments until on or about July 11, 2005.

RESPONSE:

**REQUEST FOR ADMISSION NO. 16**: Your employment with defendant was at-will.

RESPONSE:

**REQUEST FOR ADMISSION NO. 17**: The defendant made no promises related to continued employment.

RESPONSE:

DEFT.'S FIRST SET OF REQUESTS
FOR ADMISSION TO PLTF.
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 8 of 17

Exhibit C, p. 8 of 17

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

**REQUEST FOR ADMISSION NO. 18**: Defendant did not discriminate against you on the basis of your national origin.

RESPONSE:

**REQUEST FOR ADMISSION NO. 19**: Your claimed injuries do not substantially limit your ability to perform one or more of major life activities.

RESPONSE:

**REQUEST FOR ADMISSION NO. 20**: You have no evidence showing that, during your employment with the defendant or at anytime after, you had an injury or illness that substantially limited your ability to perform one or more major life activities.

RESPONSE:

DEFT.'S FIRST SET OF REQUESTS
FOR ADMISSION TO PLTF.
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 9 of 17

Exhibit C, p. 9 of 17

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

REQUEST FOR ADMISSION NO. 21: At no time did the defendant perceive you to have an injury or illness that substantially limited your ability to perform one or more major life activities.

RESPONSE:

REQUEST FOR ADMISSION NO. 22: Defendant did not discriminate against you on the basis of any actual record of or perceived injury or illness that substantially limited your ability to perform one or more major life activities.

RESPONSE:

REQUEST FOR ADMISSION NO. 23: Defendant did not discriminate against you on the basis of injuries you allege in your complaint.

RESPONSE:

DEFT.'S FIRST SET OF REQUESTS
FOR ADMISSION TO PLTF.
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 10 of 17

Exhibit C, p. 10 of 17

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

REQUEST FOR ADMISSION NO. 24: You are not the only Adams and Associates employee who has been terminated due to the former employee's criminal history.

RESPONSE:

REQUEST FOR ADMISSION NO. 25: You have not yet filed a complaint with the Equal Employment Opportunity Commission regarding your claims, if any, of employment discrimination by Larry Allen, a.k.a. Larry Ellan, or Larrey Ellan.

RESPONSE:

REQUEST FOR ADMISSION NO. 26: Because the statutory time period for filing and Equal Employment Opportunity Commission complaint against Larry Allen

DEFT.'S FIRST SET OF REQUESTS
FOR ADMISSION TO PLTF.
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 11 of 17

Exhibit C, p. 11 of 17

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

has passed, you are unable to exhaust your administrative remedies against Mr. Allen and he cannot be joined as a defendant in this suit.

RESPONSE:

REQUEST FOR ADMISSION NO. 27: Your ability to communicate in English (speaking and writing) is sufficient for you to pursue your Workers' Compensation and employment discrimination claims without assistance from an interpreter.

REQUEST FOR ADMISSION NO. 28: You have received the full compensation due, if any, to you for any injury you allege to have sustained while working for the defendant.

RESPONSE:

DEFT.'S FIRST SET OF REQUESTS
FOR ADMISSION TO PLTF.
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 12 of 17

Exhibit C, p 12 of 17

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

REQUEST FOR ADMISSION NO. 29: The defendant is not liable for any remaining compensation you claim you are owed.

RESPONSE:

REQUEST FOR ADMISSION NO. 30: The relief requested in your complaint is unrelated to your employment discrimination claims alleged against the defendant.

RESPONSE:

REQUEST FOR ADMISSION NO. 31: The relief requested in your complaint is related to your application for Alaska Workers' Compensation benefits, not to the claims of discrimination alleged in your complaint.

RESPONSE:

DEFT.'S FIRST SET OF REQUESTS
FOR ADMISSION TO PLTF.
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 13 of 17

Exhibit C, p.13 of 17

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

REQUEST FOR ADMISSION NO. 32: You are physically able to perform work labeled as "light duty."

RESPONSE:

REQUEST FOR ADMISSION NO. 33: Defendant is not liable in any way for your inability to work since July 2005.

RESPONSE:

REQUEST FOR ADMISSION NO. 34: Defendant is not liable in any way for your alleged need to take prescription medication.

RESPONSE:

Exhibit C, p14 of 17

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26. DEFT.'S FIRST SET OF REQUESTS
FOR ADMISSION TO PLTF.
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 15 of 17

Exhibit C, p. 15 of 17

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

I, IZAZ KHAN, being first duly sworn on oath, depose and say:

That I am the plaintiff in the above-entitled action. I have read the foregoing requests for admission and answers thereto, and the same are true to the best of my knowledge and belief.

_____
IZAZ KHAN

SUBSCRIBED AND SWORN to me before this _____ day of _____, 20066.

Print Name:_____
Notary Public in and for _____
My Commission Expires:_____

DEFT.'S FIRST SET OF REQUESTS FOR ADMISSION TO PLTF.
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 16 of 17

Exhibit C, p. 16 of 17

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1. DATED this ___1___ day of November, 2006.

HOLMES WEDDLE & BARCOTT

*[signature]*

Kara Heikkila, ASBA #0410059
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile:  (206) 340-0289
Email:      kheikkila@hwb-law.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this ___1st___ day of November, 2006, a true and correct copy of the foregoing was sent via DHL + U.S. mail to:

Izaz Khan
2823 Tudor Road
Anchorage, AK 99507

*[signature]*
Gina Santopolo

G:\4831\21077\Pldg\RFA.doc

DEFT.'S FIRST SET OF REQUESTS
FOR ADMISSION TO PLTF.
*Izaz Khan v. Adams & Associates*
Case No. 06-00095 TMB - Page 17 of 17

Exhibit C, p. 17 of 17

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

LAW OFFICES OF
# HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

WELLS FARGO CENTER · 999 THIRD AVENUE, SUITE 2600 · SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008 · FAX (206) 340-0289

KARA HEIKKILA
EMAIL: *kheikkila@hwb-law.com*

March 16, 2007

**_VIA EMAIL AND U.S. MAIL_**
Izaz Khan
2823 Tudor Road
Anchorage, AK 99507
khan_izaz@yahoo.com

Re:  *Khan v. Adams and Associates*
     Our File No. 4831.21077

Dear Mr. Khan:

I am writing regarding your significant failure to participate in this lawsuit. To date you have failed to provide your Rule 26(a)(1) Preliminary Disclosures that were due October 30, 2006. You have also failed to respond to Adams and Associates' Interrogatories and Requests for Production that were due December 1, 2006. *See* Fed. R. Civ. P. 30 and 34. Finally, you refused to respond to several questions at your deposition on January 26, 2007, alleging you would respond when you obtained counsel. No Entry of Appearance has been filed on your behalf and you have not yet supplemented your deposition answers.

The Federal Rules of Civil Procedure require you to participate in discovery and provide sanctions for your refusal to participate. Please consider this letter a good faith effort to obtain your responses to discovery without the court's involvement. If you we do not receive your responses to Adams and Associates' discovery requests and your Rule 26(a)(1) Preliminary Disclosures by **March 30, 2007, we will assume that you refuse to participate in discovery, and file a motion to dismiss pursuant to Rule 37(d).**

Very truly yours,

HOLMES WEDDLE & BARCOTT, P.C.

Kara Heikkila

KH:gms
G:\4831\21077\Corr\Khan 3.16.07.doc

Exhibit D, p. 1 of 1