RECEIVED
JUN 21 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

IZAZ-E-KHAN
Plaintiff/Petitioner,

vs.

ADAM & ASSOCIATE INSURANCE COMPONEY OF PENNSELVANIA
Defendant(s)/Respondent.

Case No. 3:06-CV-00095 TMB

NOTICE OF APPEAL

STATE

NOTICE is hereby given that __IZAZ KHAN__,
(Name of Appellant)

representing him/herself, hereby appeals to the United States Court of Appeals for the

Ninth Circuit from the __TIMOTHY-MICHEAL-BURESS__
(Final Judgment or Order)

entered in this action on the __21__ day of __JUNE__, 200__7__.

DATED __6-21-07__

_(Signature of Appellant)_

2823 TUDOR RD
ANCHORAGE AK 99507
KHAN_IZAZ@YAHOO.COM
(Address & Telephone)

Notice of Appeal                                                                                                PS 14