UNITED STATES DISTRICT COURT
FOR THE DISTRICT of ALASKA

PLAINTIFF
IZAZ KHAN

DEFENDANT
ADAM's ASSOCIATES

RECEIVED JUL 09 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

DATE = 7-9-07
CASE NO = 3:06-CV-00095TMB
CIVIL Rights 442
CAUSE = 42:2000e JOB DISCRIMINATION

POINT'S ON APPEAL

1 - DENIDE INTERPRETOR IN URDU TO ENGLISH
2 - DENNIDE APPOINTED COUNCEL BY COURT
3 - I am DISABEL, HOMELESS, AND HAVE NO INCOME
4 - REQUESTED FOR A JURY TRIAL DEMAND ON 9-14-06
5. REQUESTED FOR EEOC COMPLAIN TO BE REINVESTIGETED BECAUSE THEY IGONER MY CLAIME of DISCRIMINATION BASED ON NATIONAL ORIGEN AND DUE TO 9/11 of SEPTEMBER 11th AND WAS DENIDE BY JUDGE TIMOTHEY-M BURGESS
6. REQUESTING THE COURT of appeal TO SET A SIDE THE DECISION BY JUDGE TIMOTHEY-M-BURGESS AND GRANT ME JURY TRIAL WHICH WAS NOT GIVEN IN FIRST PLACE.