**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  IZAZ KHAN  </u>  v.  <u> ADAMS ASSOCIATES </u>

THE HONORABLE TIMOTHY M. BURGESS

D<small>EPUTY</small> C<small>LERK</small>                           CASE NO.  <u>3:06-cv-00095-TMB</u>

<u> Denali Elmore </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: July 25, 2007

    Izaz Khan has filed an interlocutory appeal in his civil case before this Court.[1]  Because Mr. Khan was permitted to proceed in forma pauperis in this Court,[2] Mr. Khan may proceed in forma pauperis on appeal without further authorization.[3]  Therefore, Mr. Khan's application to waive the filing fee, at docket number 63, is MOOT.

    IT IS SO ORDERED.

---

[1] *See* Docket No. 62.

[2] *See* Docket No. 5.

[3] *See* F<small>ED</small>. R. A<small>PP</small>. P. 24(a)(3).

[khan ifp app.wpd]{IA.WPD*Rev.12/96}