UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  Khan v Adams Associates
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.:  Timothy M. Burgess - 3:06-cv-00095-TMB
Date Complaint/Indictment/Petition Filed:  4/26/06
Date Appealed Order/Judgment *entered*:  6/12/07
Date NOA *filed*:  6/21/07
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number:  Elisa Singleton - 677-6103

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:  __           Date Docket Fee billed:  __
Date FP granted:  5/16/06            Date FP denied:  __
Is FP pending?  No  yes/no           Was FP Limited/Revoked?
US Government Appeal?  No  yes/no
Companion Cases?  Please list:  __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:**  (please include e-mail address and fax number)
**Appellate Counsel**:                **Appellee Counsel**:
Izaz-E-Khan, Pro Se                   Kara Heikkila
2823 Tudor Road                       Holmes Weddle & Barcott, PC
Anchorage, AK  99507                  999 3rd Avenue, Suite 2600
                                      Wells Fargo Center
                                      Seattle, WA  98104
                                      FAX:  206-340-0289

__retained    __CJA    __FPD    __FPD    X Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID:  __           Address:  __
Custody:  __
Bail:

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid:  __       9th Circuit Docket Number:  __

Name and phone number of person completing this form:  Linda Christensen-907-677-6104