## Orders on Motions
3:06-cv-00095-TMB Khan v. Adams Associates



RECEIVED

AUG 1 6 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**U.S. District Court**

**District of Alaska**

### Notice of Electronic Filing

The following transaction was entered on 7/25/2007 at 1:33 PM ADT and filed on 7/25/2007
**Case Name:**      Khan v. Adams Associates
**Case Number:**    3:06-cv-95
**Filer:**
**Document Number:** 64

**Docket Text:**
ORDER finding as moot [63] Motion for Leave to Appeal in forma pauperis. (LSC, COURT STAFF)

**3:06-cv-95 Notice has been electronically mailed to:**

Kara Heikkila    kheikkila@hwb-law.com, gsantopolo@hwb-law.com, jbeatty@hwb-law.com

**3:06-cv-95 Notice has been delivered by other means to:**

Izaz Khan
2823 Tudor Road
Anchorage, AK 99507

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=7/25/2007] [FileNumber=211759-0]
[04f109d4d5f53297d18fa88da4c240de67a6cd92cee656a38c79d1aafc7d65a56d11
4b9ee8d8b83f090eccbf1196ea3379d82baebbda6bdf0245b31c418fb044]]

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

IZAZ KHAN   v.   ADAMS ASSOCIATES

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                           CASE NO.  3:06-cv-00095-TMB

 Denali Elmore

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: July 25, 2007

Izaz Khan has filed an interlocutory appeal in his civil case before this Court.[1]  Because Mr. Khan was permitted to proceed in forma pauperis in this Court,[2] Mr. Khan may proceed in forma pauperis on appeal without further authorization.[3]  Therefore, Mr. Khan's application to waive the filing fee, at docket number 63, is MOOT.

IT IS SO ORDERED.

---

[1]   See Docket No. 62.

[2]   See Docket No. 5.

[3]   See FED. R. APP. P. 24(a)(3).

{khan ifp app.wpd}{IA.WPD*Rev.12/96}

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

7.27.07

Izaz Khan
2823 Tudor Road
Anchorage, AK 99507

99507#31137 C024
99513@7564

RECEIVED

AUG 16 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

NIXIE    995   5E 1      01  08/15/07

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 99513756499          *1909-00347-26-30