RECEIVED
JUN 21 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
OCT 01 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IZAZ-E-KHAN
_____
Plaintiff/Petitioner,

vs.

ADAM ASSOCIATE
INSURANCE COMPOHEY
of PENNSELVANIA
_____
Defendant(s)/Respondent.

STATE

Case No. 3:06-CV-00095 TMB

NOTICE OF APPEAL

NOTICE is hereby given that ___IZAZ KHAN___,
(Name of Appellant)

representing him/herself, hereby appeals to the United States Court of Appeals for the

Ninth Circuit from the ___TIMOTHY-MICHEAL-BURESS___
(Final Judgment or Order)

entered in this action on the __21__ day of __JUNE__, 200_7_.

DATED __6-21-07__           _____
                            (Signature of Appellant)

2823 TUDOR RD
ANCHORAGE AK 99507
KHAN_IZAZ@YAHOO.COM
(Address & Telephone)

Notice of Appeal                                PS 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT of ALASKA

PLAINTIFF
IZAZ KHAN

DEFENDANT
ADAM's ASSOCIATES

RECEIVED
JUL 09 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

DATE = 7-9-07
CASE No = 3:06-CV-00095 TMB
CIVIL RIGHTS 442
CAUSE = 42:2000e JOB DISCRIMINATION

POINT's ON APPEAL

1- DENIDE INTERPRETOR IN URDU TO ENGLISH
2- DENNIDE APPOINTED COUNCEL BY COURT
3- I am DISABEL, HOMELESS, AND HAVE NO INCOME
4- REQUESTED FOR A JURY TRIAL DEMEAND ON 9-14-06
5. REQUESTED FOR EEOC COMPLAIN TO BE REINVESTAGETED BECAUSE THEY IGONER MY CLAIME of DISCRIMINATION BASED ON NATIONAL ORIGEN AND DUE TO 9/11 of SEPTEMBER 11th AND WAS DENIDE BY JUDGE TIMOTHEY-M BURGESS
6. REQUESTING THE COURT of appeal TO SET A SIDE THE DECISION BY JUDGE TIMOTHEY-M-BURGESS AND GRANT ME JURY TRIAL WHICH WAS NOT GIVEN IN FIRST PLACE.

APPEAL, TMBLC1

# U.S. District Court
## District of Alaska (Anchorage)
## CIVIL DOCKET FOR CASE #: 3:06-cv-00095-TMB
### Internal Use Only

| | |
|---|---|
| Khan v. Adams Associates<br>Assigned to: Timothy M. Burgess<br>Cause: 42:2000e Job Discrimination (Employment) | Date Filed: 04/26/2006<br>Jury Demand: None<br>Nature of Suit: 442 Civil Rights: Jobs<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| Izaz Khan | represented by | Izaz Khan<br>2823 Tudor Road<br>Anchorage, AK 99507<br>907-441-0412<br>PRO SE |

V.

**Defendant**

| | | |
|---|---|---|
| Adams Associates | represented by | **Kara Heikkila**<br>Holmes Weddle & Barcott, PC (Seattle)<br>999 3rd Avenue, Suite 2600<br>Wells Fargo Center<br>Seattle, WA 98104<br>206-292-8008<br>Fax: 206-340-0289<br>Email: kheikkila@hwb-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy A. McKeever**<br>Holmes Weddle & Barcott, PC (Seattle)<br>999 3rd Avenue, Suite 2600<br>Wells Fargo Center<br>Seattle, WA 98104<br>206-292-8008<br>Fax: 206-341-0289<br>Email: tmckeever@hwb-law.com<br>*TERMINATED: 10/20/2006* |

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 04/26/2006 | ◉1 | COMPLAINT against Adams Associates, filed by Izaz Khan. (Attachments: # 1 Dismissal and Notice of Rights# 2 Letter# 3 Employee report of injury/illness# 4 Letter# 5 background report# 6 Letter# 7 Letter# 8 Charge of discrimination)(PXS) (Entered: 04/28/2006) |
| 04/26/2006 | 2 | (Court only) ***Civil Cover Sheet received on 4/26/2006 from Izaz Khan. (PXS) (Entered: 04/28/2006) |
| 04/26/2006 | ◉3 | MOTION for Leave to Proceed in forma pauperis by Izaz Khan.(EKS) (Entered: 04/28/2006) |
| 04/26/2006 | ◉4 | MOTION to Appoint Counsel by Izaz Khan.(EKS) (Entered: 04/28/2006) |
| 04/26/2006 | | (Court only) ***Set CMC Pull : CMC to check status 6/27/2006. CMC to check status 7/24/2006. CMC to check status 8/28/2006. Pro se law clerk action/at issue? (EKS) (Entered: 04/28/2006) |
| 04/26/2006 | | (Court only) ***Staff Note: Page 2 of complaint possibly names a second defendant. (EKS) (Entered: 04/28/2006) |
| 04/26/2006 | | (Court only) ***Set Deadlines as to 3 MOTION for Leave to Proceed in forma pauperis, 4 MOTION to Appoint Counsel. Responses due by 5/15/2006 (EKS) (Entered: 05/12/2006) |
| 04/28/2006 | | (Court only) ***Set PSLC Flag. (PXS) (Entered: 04/28/2006) |
| 04/28/2006 | | (Court only) ***Staff Note: case forwarded to PSLC on 4/28/2006. (PXS) (Entered: 04/28/2006) |
| 05/16/2006 | ◉5 | ORDER directing service and response. Granting 3 Motion for Leave to Proceed in forma pauperis, denying 4 Motion to Appoint Counsel. Plaintiff shall complete initial service of the complaint and summons no later than 8/24/06. The clerk of court shall send plaintiff a summons form. Plaintiff shall send an original and one copy of the summons, a completed form 285, a copy of the complaint and a copy of this order to the US Marshal as stated. The US Marshall shall serve the defendant, when the completed forms are received. Plaintiff is responsible for paying the US Marshal fees and costs. Defendant shall have 20 days after the date of service to file an answer or responsive pleading. Plaintiff shall serve a copy of the pleadings as stated, and follow LR 10.1 (b) as stated. He shall keep the court informed of any address change as stated. No party shall have ex parte communication with a District Court Judge or Magistrate Judge of this court. cc: I. Khan w/summons, Form 285 & pro se handbook, US Marshal, Finance. Signed by Judge Timothy M. Burgess on 5/15/06. (PLD) (Entered: 05/16/2006) |
| 05/16/2006 | | (Court only) ***Copy of 5 Order directing service and response, mailed to Izaz Khan on 5/16/06. (PLD ) (Entered: 05/16/2006) |
| 05/16/2006 | | (Court only) ***Clear PSLC Flag (PLD, ) Modified on 7/10/2006 to correct filed date to date ODSR was issued (NKD, ). (Entered: 07/07/2006) |
| | | |

| | | |
|---|---|---|
| 05/31/2006 | | Summons Issued as to Adams Associates. (PXS) (Entered: 05/31/2006) |
| 05/31/2006 | | (Court only) ***Copy of Summons Issued mailed to I. Khan on 5/31/2006. (PXS) (Entered: 05/31/2006) |
| 06/08/2006 | 6 | MOTION to Add Party by Izaz Khan.(PLD, ) (Entered: 06/08/2006) |
| 06/08/2006 | 7 | MOTION for an Interpreter by Izaz Khan.(PLD, ) (Entered: 06/08/2006) |
| 06/23/2006 | | (Court only) ***Motions Taken Under Advisement: 6 MOTION to Amend/Correct, 7 MOTION for an Interpreter. (PLD, ) (Entered: 07/06/2006) |
| 06/30/2006 | 8 | MOTION for Extension of Time to File Motion to Set Aside by Izaz Khan. (Attachments: # 1 Exhibit Motion for STay of Probation Pending Appeal)(EKS) (Entered: 07/03/2006) |
| 06/30/2006 | 9 | MOTION for Reissuance of Summons by Izaz Khan.(EKS) (Entered: 07/03/2006) |
| 07/06/2006 | | (Court only) ***Motion Taken Under Advisement: 9 MOTION Reissuance of Summons, 8 MOTION for Extension of Time to File (PLD, ) (Entered: 07/06/2006) |
| 07/31/2006 | 10 | ORDER TO SHOW CAUSE: 1. Mr. Khan's motion for a stay, at docket number 8, is DENIED. Mr. Khan can make that motion at a future date, if he is re-incarcerated. 2. Mr. Khan shall show, on or before September 3, 2006, that he has exhausted his administrative remedies as to Mr. Allen, as explained in this Order. 3. The Clerk of Court is directed to send Mr. Khan a form PS-07, Response to Order to Show Cause, with a copy of this Order. 4. In the alternative, on or before September 3, 2006, Mr. Khan may file a notice that he withdraws his motion to add a party. 5. No decision will be made on Mr. Khan's motion to add a party until he fully complies with this Order. 6. Mr. Khan's motion for a re-issuance of his summons, is GRANTED. Mr. Khan shall proceed with the steps outlined in this Order to insure that service of process is completed by August 24, 2006. 7. The Clerk of Court shall send Mr. Khan a summons form with this Order. Mr. Khan must complete the summons form for the defendant, Adams Associates, and return the completed original form, plus two copies, to the Court for signature and seal. If the summons is in proper form, it will be issued for service. 8. Once Mr. Khan receives the summonses issued by the Clerk of Court (not the blank form, which plaintiff must complete and send back to the Court), he shall send, a fully completed Form 285, a copy of the complaint, an original and one copy of the summons, and a copy of this Order to the United States Marshal 9. When the United States Marshal receives from Mr. Khan an appropriately completed Form 285, a copy of the complaint, an original and one copy of the summons, and a copy of this Order, the Marshal shall serve a copy of the complaint, summons and this Order upon Adams Associates. All costs of this service shall be paid in advance by the United States. Mr. Khan is responsible for paying the U.S. Marshal's fees and costs, however, and will be billed for these fees and costs after service of process is complete. 10. Defendant shall have twenty (20) days |

| | | |
|---|---|---|
| | | after the date of service to file an answer or other responsive pleading.11. Mr. Khan's motion for an interpreter for court proceedings, at docket number 9, is premature, and thus, provisionally DENIED. Mr. Khan may make a motion for an interpreter at such time as any hearing is scheduled.Signed by Judge Timothy M. Burgess on 7/31/2006. (EKS, ) (Entered: 08/01/2006) |
| 07/31/2006 | | (Court only) ***Copy of 10 Order to Show Cause, mailed to Izaz Khan on 8/1/2006 along with PS07 Response to Order to Show Cause Form, USM-285 Process Receipt and Return, and AO440 Summons in a Civil Case. (EKS) (Entered: 08/01/2006) |
| 07/31/2006 | | (Court only) ***Motions terminated: 9 MOTION Reissuance of Summons filed by Izaz Khan, 8 MOTION for Extension of Time to File filed by Izaz Khan,, 7 MOTION for an Interpreter filed by Izaz Khan. (EKS) (Entered: 08/01/2006) |
| 08/02/2006 | ⊙11 | SUMMONS Returned Executed by Izaz Khan. Adams Associates served on 7/31/2006, answer due 8/21/2006. (EKS) Modified on 8/3/2006 to correct date of filing to 8/2/2006 (EKS). (Entered: 08/03/2006) |
| 08/03/2006 | | (Court only) ***Copy of 11 Summons Returned Executed filed by Izaz Khan, mailed to Izaz Khan on 8/3/2006. (EKS) (Entered: 08/03/2006) |
| 08/08/2006 | 12 | (Court only) ***Returned Mail to Izaz Khan received on 08/08/06 re: NEF dkt 10 -Order to Show Cause. (SMF) (Entered: 08/09/2006) |
| 08/14/2006 | ⊙13 | RESPONSE TO ORDER TO SHOW CAUSE by Izaz Khan. (Attachments: # 1 Letter to EEOC)(EKS) (Entered: 08/15/2006) |
| 08/16/2006 | ⊙14 | ORDER denying 6 Motion to Add Party. Signed by Judge Timothy M. Burgess on 8/16/2006. (EKS) (Entered: 08/16/2006) |
| 08/16/2006 | | (Court only) ***Copy of 14 Order on Motion to Amend/Correct mailed to I. Khan on 8/16/2006. (EKS) (Entered: 08/16/2006) |
| 08/21/2006 | ⊙15 | NOTICE of Appearance by Timothy A. McKeever on behalf of Adams Associates (McKeever, Timothy) (Entered: 08/21/2006) |
| 08/21/2006 | ⊙16 | ANSWER to Complaint by Adams Associates.(McKeever, Timothy) (Entered: 08/21/2006) |
| 08/22/2006 | ⊙17 | INITIAL CASE STATUS REPORT/CASE SCHEDULING AND PLANNING ORDER: 16(b) Status Report due by 9/19/2006. (EKS, COURT STAFF) (Entered: 08/22/2006) |
| 08/22/2006 | | (Court only) ***Copy of 17 Status Report Order mailed to I. Khan on 8/22/2006. (EKS, COURT STAFF) (Entered: 08/22/2006) |
| 08/30/2006 | 18 | (Court only) ***Letter - notice of non-compliance sent to I. Kahn. (PLD, COURT STAFF) (Entered: 08/30/2006) |
| 08/30/2006 | | (Court only) ***Copy of 18 Letter mailed to I. Kahn on 8/30/06 w/form PS 12. (PLD, COURT STAFF) (Entered: 08/30/2006) |
| | | |

| | | |
|---|---|---|
| 08/31/2006 | 19 | MOTION for Extension of Time and for clarification on order to show cause. by Izaz Khan.(PLD, COURT STAFF) (Entered: 09/01/2006) |
| 08/31/2006 | 20 | MOTION for Hearing re 19 MOTION for Extension of Time and clarification on order to show cause. by Izaz Khan.(PLD, COURT STAFF) (Entered: 09/01/2006) |
| 08/31/2006 | 21 | (Court only) ***Letter received on 8/31/06 from I. Kahn. (PLD, COURT STAFF) (Entered: 09/01/2006) |
| 09/14/2006 | 22 | RESPONSE TO ORDER: Opposition to Scheduling and Planning Order by Izaz Khan. (PLD, COURT STAFF) (Entered: 09/14/2006) |
| 09/15/2006 | 23 | RESPONSE in Opposition re 20 MOTION for Hearing re 19 MOTION for Extension of Time to File filed by Adams Associates. (McKeever, Timothy) Modified on 9/15/2006 to add relationship to dkt 19. (PLD, COURT STAFF) (Entered: 09/15/2006) |
| 09/15/2006 | 24 | SUPPLEMENT *[Proposed] Order Denying Plaintiff's Motion to Extend Time and For Clarification on Order to Show Cause and For Hearing* by Adams Associates 23 Response in Opposition to Motion filed by Adams Associates,. (McKeever, Timothy) (Entered: 09/15/2006) |
| 09/15/2006 | 25 | STATUS REPORT by Adams Associates. (Attachments: # 1 Disclosure Statement)(McKeever, Timothy) Modified on 9/18/2006 to reflect error: Attachment should have been entered as a separate document; Correction: Attorney to refile as a separate document using the event "Statement" and text in Disclosure. (PLD, COURT STAFF). (Entered: 09/15/2006) |
| 09/15/2006 | | (Court only) ***Set Deadline as to 20 MOTION for Hearing re 19 MOTION for Extension of Time to File. Replies due by 9/25/2006. (PLD, COURT STAFF) (Entered: 09/15/2006) |
| 09/15/2006 | | (Court only) ***Set Deadline as to 19 MOTION for Extension of Time to File. Replies due by 9/25/2006. (PLD, COURT STAFF) (Entered: 09/15/2006) |
| 09/15/2006 | | Docket Annotation: Error re 25: Status Report attachment is a separate document; Correction: The attorney must re-file the attachment as a separate document using the event "Statement" and text in Disclosure. (PLD, COURT STAFF) (Entered: 09/18/2006) |
| 09/18/2006 | 26 | STATEMENT *of Disclosure* by Adams Associates. (McKeever, Timothy) Modified on 9/18/2006 to reflect error: The document does not contain a signature block, and is not in compliance with the current Administrative Policies and Procedures; Correction: Attorney to file a Notice (Other) and attach the last page of the document with the correct electronic signature block. (PLD, COURT STAFF) (Entered: 09/18/2006) |
| 09/18/2006 | | Docket Annotation: Error re 26 Statement of Disclosure filed by Adams Associates; The document does not contain a signature block, and is not in compliance with the current Administrative Policies and Procedures; |

| | | |
|---|---|---|
| | | Correction: Attorney to file a Notice (Other) and attach the last page of the document with the correct electronic signature block. (PLD, COURT STAFF) (Entered: 09/18/2006) |
| 09/18/2006 | | (Court only) ***Copy of Docket Annotation, mailed to I. Khan on 9/18/06. (PLD, COURT STAFF) (Entered: 09/18/2006) |
| 09/19/2006 | ●27 | STATEMENT *of Disclosure* by Adams Associates. (McKeever, Timothy) (Entered: 09/19/2006) |
| 09/25/2006 | ●28 | TMB ORDER re 25 Status Report. Scheduling Conference set for 10/4/2006 10:00 AM in Anchorage Courtroom 1 before Judge Timothy M. Burgess. (SRL, COURT STAFF) (Entered: 09/25/2006) |
| 09/25/2006 | | (Court only) ***Copy of [28] Order, Set Hearings mailed to I Khan on 09-25-06. (SRL, COURT STAFF) (Entered: 09/25/2006) |
| 09/25/2006 | | (Court only) ***Staff Note; No reply Filed re: motions at dkts 19 & 20. (PLD, COURT STAFF) (Entered: 09/26/2006) |
| 09/25/2006 | | (Court only) ***Motions Taken Under Advisement: 19 MOTION for Extension of Time to File, 20 MOTION for Hearing re 19 MOTION for Extension of Time to File (PLD, COURT STAFF) (Entered: 09/26/2006) |
| 09/26/2006 | | (Court only) ***Set TMBLC1 Flags (SRL, COURT STAFF) (Entered: 09/26/2006) |
| 09/27/2006 | ●29 | MOTION for Interpreter by Izaz Khan.(PLD, COURT STAFF) (Entered: 09/28/2006) |
| 09/29/2006 | ●30 | ORDER DENYING 29 Motion for Interpreter. Signed by Judge Timothy M. Burgess on 09/28/06. (SRL, COURT STAFF) (Entered: 09/29/2006) |
| 09/29/2006 | | (Court only) ***Copy of 30 Order on Motion for Miscellaneous Relief mailed to I Khan on 09-29-06. (SRL, COURT STAFF) (Entered: 09/29/2006) |
| 10/04/2006 | ●31 | Minute Entry for proceedings held before Judge Timothy M. Burgess : Scheduling Conference held on 10/4/2006. Court to issue a written order re scheduling and planning to include other information. (Court Recorder EKS.) Defense Counsel-Timothy A. McKeever, Kara Heikkila; (EKS, COURT STAFF) (Entered: 10/04/2006) |
| 10/04/2006 | | (Court only) ***Copy of 31 Scheduling Conference, hand delivered to I. Khan on 10/4/2006. (EKS, COURT STAFF) Modified on 10/4/2006 to reflect service. Mr. Khan appeared in the clerk's office and was given his copy. (EKS, COURT STAFF). (Entered: 10/04/2006) |
| 10/04/2006 | | (Court only) ***Set CMC Pull : has S&P order been entered from 10/4/06 hrg? (PRR, COURT STAFF) (Entered: 10/06/2006) |
| 10/11/2006 | ●32 | ORDER denying 19 Motion for Extension of Time to File, finding as moot 20 Motion for Hearing . Court to issue Scheduling & Planning Order. Signed by Judge Timothy M. Burgess on 10/11/06. (LSC, COURT STAFF) (Entered: 10/11/2006) |

| | | |
|---|---|---|
| 10/11/2006 | | (Court only) ***Copy of 32 Order on Motion for Extension of Time to File, Order on Motion for Hearing mailed to I. Khan on 10/11/06. (LSC, COURT STAFF) (Entered: 10/11/2006) |
| 10/18/2006 | 33 | SCHEDULING ORDER: Discovery due by 6/1/2007. Motions due by 7/2/2007. Signed by Judge Timothy M. Burgess on 10/18/06. (SRL, COURT STAFF) (Entered: 10/18/2006) |
| 10/18/2006 | | (Court only) ***Copy of 33 Scheduling Order mailed to I Khan on 10/19/06. (SRL, COURT STAFF) (Entered: 10/18/2006) |
| 10/18/2006 | 35 | MOTION For Time Scheduling by Izaz Khan.(NKD, COURT STAFF) (Entered: 10/25/2006) |
| 10/18/2006 | 36 | MOTION To Add Party by Izaz Khan. (Attachments: # 1 Letter)(NKD, COURT STAFF) (Entered: 10/25/2006) |
| 10/18/2006 | 37 | MOTION For Interpreter by Izaz Khan.(NKD, COURT STAFF) (Entered: 10/25/2006) |
| 10/20/2006 | 34 | NOTICE *of Withdrawal and Substitution of Counsel* by Kara Heikkila on behalf of Adams Associates (Heikkila, Kara) (Entered: 10/20/2006) |
| 10/25/2006 | 38 | MOTION to Summons Mr. Larry Ellan by Izaz Khan.(EKS, COURT STAFF) (Entered: 10/26/2006) |
| 10/25/2006 | | (Court only) ***Set Deadlines as to 38 MOTION Summons Mr. Larry Ellan. Responses due by 11/13/2006 (EKS, COURT STAFF) (Entered: 10/26/2006) |
| 10/31/2006 | 39 | RESPONSE in Opposition re 38 MOTION Summons Mr. Larry Ellan, 36 MOTION To Add Party, 35 MOTION For Time Scheduling, 37 MOTION For Interpreter filed by Adams Associates. (Attachments: # 1 Proposed Order Denying Plaintiff's Motion to Add a Party, Motion For an Interpreter, Time & Scheduling Motion, and Motion For a Summons For Larry Ellan)(Heikkila, Kara) (Entered: 10/31/2006) |
| 10/31/2006 | | (Court only) ***Set/Reset Deadlines as to 36 MOTION To Add Party, 35 MOTION For Time Scheduling, 38 MOTION Summons Mr. Larry Ellan, 37 MOTION For Interpreter. Replies due by 11/13/2006. (RMC, COURT STAFF) (Entered: 11/01/2006) |
| 11/13/2006 | | (Court only) ***Motions Taken Under Advisement: 35 MOTION For Time Scheduling (NKD, COURT STAFF) (Entered: 02/06/2007) |
| 11/13/2006 | | (Court only) ***Motions Taken Under Advisement: 36 MOTION To Add Party (NKD, COURT STAFF) (Entered: 02/06/2007) |
| 11/13/2006 | | (Court only) ***Motions Taken Under Advisement: 37 MOTION For Interpreter (NKD, COURT STAFF) (Entered: 02/06/2007) |
| 11/13/2006 | | (Court only) ***Motions Taken Under Advisement: 38 MOTION Summons Mr. Larry Ellan (NKD, COURT STAFF) (Entered: 02/06/2007) |
| | | |

| 11/13/2006 | | (Court only) ***Staff Note: NO RESPONSES FILED re: dockets 335, 36, 37 and 38. (NKD, COURT STAFF) (Entered: 02/06/2007) |
|---|---|---|
| 11/13/2006 | | (Court only) ***Response Deadlines re: 35, 36, 37 and 38 terminated. (NKD, COURT STAFF) (Entered: 02/06/2007) |
| 03/19/2007 | 40 | MOTION to Show Cause by Izaz Khan.(LSC, COURT STAFF) (Entered: 03/21/2007) |
| 03/19/2007 | 41 | MOTION for EEOC Investigation by Izaz Khan.(LSC, COURT STAFF) (Entered: 03/21/2007) |
| 03/21/2007 | 42 | RESPONSE in Opposition re 41 MOTION EEOC Investigation, 40 MOTION Show Cause filed by Adams Associates. (Attachments: # 1 Proposed Order Denying Plaintiff's Motion to Show Cause and Motion For EEOC Investigation)(Heikkila, Kara) (Entered: 03/21/2007) |
| 03/21/2007 | | (Court only) ***Help Desk Note 42 Response in Opposition to Motion filed by Adams Associates: Filer had an error on the certificate of service re: docket 42 and the proposed order submitted w/docket 42. Filer instructed to prepare an errata, indicate what the error was. Filer further instructed to include a correct certificate of service at the bottom of the errata and link the errat to dkt 42. (NKD, COURT STAFF) (Entered: 03/21/2007) |
| 03/21/2007 | 43 | ERRATA by Adams Associates 42 Response in Opposition to Motion filed by Adams Associates,. (Heikkila, Kara) Modified on 3/22/2007 to create relationship to documents #40 and #41 (LSC, COURT STAFF). (Entered: 03/21/2007) |
| 03/21/2007 | | (Court only) ***Set Deadlines as to 41 MOTION EEOC Investigation and 40 MOTION Show Cause. Replies due by 4/2/2007. (LSC, COURT STAFF) (Entered: 03/22/2007) |
| 04/02/2007 | | (Court only) ***Motions Taken Under Advisement: 40 MOTION Show Cause (EKS, COURT STAFF) (Entered: 04/13/2007) |
| 04/02/2007 | | (Court only) ***Motions Taken Under Advisement: 41 MOTION EEOC Investigation (EKS, COURT STAFF) (Entered: 04/13/2007) |
| 04/02/2007 | | (Court only) ***Staff Note re dkts 40 and 41; no reply filed. (PRR, COURT STAFF) (Entered: 04/16/2007) |
| 04/13/2007 | 44 | Witness List by Adams Associates. (Heikkila, Kara) (Entered: 04/13/2007) |
| 04/25/2007 | 45 | MOTION to Appoint Counsel by Izaz Khan. (Attachments: # 1 Exhibit a# 2 Exhibit b# 3 Exhibit c# 4 Exhibit d)(EKS, COURT STAFF) (Entered: 04/26/2007) |
| 04/25/2007 | 46 | MOTION to Remove Judge Burgess by Izaz Khan. (Attachments: # 1 Attachment 1)(EKS, COURT STAFF) (Entered: 04/26/2007) |
| 05/01/2007 | 47 | ORDER denying 35 Motion, denying 36 Motion, denying 37 Motion, denying 38 Motion, denying 40 Motion, denying 41 Motion, denying 45 |

| | | |
|---|---|---|
| | | Motion to Appoint Counsel, denying 46 Motion for Recusal. Mr. Khan should make no futher motions designed to include Mr. Allen as a party in this case. The defendant need not respond to any further motions filed by mr. Khan unless and until ordered by the Court to do so. Signed by Judge Timothy M. Burgess on 4/30/2007. (EKS, COURT STAFF) (Entered: 05/01/2007) |
| 05/01/2007 | | (Court only) ***Copy of 47 Order on Motion for Miscellaneous Relief, Order on Motion to Appoint Counsel, Order on Motion for Recusal, mailed to I. Khan on 5/1/2007. (EKS, COURT STAFF) (Entered: 05/01/2007) |
| 05/18/2007 | 48 | (Court only) ***Returned Mail re: 47 Order received on 5/18/07 from I. Khan. (PXS, COURT STAFF) (Entered: 05/18/2007) |
| 05/31/2007 | 49 | MOTION for extension of time to locate attorney by Izaz Khan.(PRR, COURT STAFF) (Entered: 06/01/2007) |
| 05/31/2007 | 50 | MOTION for court to arrange telephone conference link with family by Izaz Khan.(PRR, COURT STAFF) (Entered: 06/01/2007) |
| 05/31/2007 | 51 | MOTION for Reconsideration re 47 Order on Motion for EEOC Investigation for by Izaz Khan.(PRR, COURT STAFF) (Entered: 06/01/2007) |
| 05/31/2007 | 52 | MOTION for Reconsideration re 47 Order on Motion to Appoint Counsel by Izaz Khan. (Attachments: # 1 Exhibit 1)(PRR, COURT STAFF) Modified on 6/1/2007 to create relationship to document #47 and remove relationship to document #5 (PRR, COURT STAFF). (Entered: 06/01/2007) |
| 05/31/2007 | 53 | MOTION for Reconsideration re 47 Order on Motion for Interpreter by Izaz Khan. (Attachments: # 1Exhibit 1)(PRR, COURT STAFF) (Entered: 06/01/2007) |
| 05/31/2007 | | (Court only) ***Motions Taken Under Advisement: 51 MOTION for Reconsideration re 47. (PRR, COURT STAFF) (Entered: 06/01/2007) |
| 05/31/2007 | | (Court only) ***Motions Taken Under Advisement: 52 MOTION for Reconsideration. (PRR, COURT STAFF) (Entered: 06/01/2007) |
| 05/31/2007 | | (Court only) ***Motions Taken Under Advisement: 53 MOTION for Reconsideration. (PRR, COURT STAFF) (Entered: 06/01/2007) |
| 06/01/2007 | | Docket Annotation: Error re 52 MOTION for Reconsideration; Document incorrectly linked; Correction: Linked to appropriate document (dkt 47).(PRR, COURT STAFF) (Entered: 06/01/2007) |
| 06/01/2007 | 54 | ERRATA by Izaz Khan 52 MOTION for Reconsideration re 5 Order on Motion to Appoint Counsel, 53 MOTION for Reconsideration re 47 Order on Motion for Interpreter. (PRR, COURT STAFF) (Entered: 06/04/2007) |
| 06/08/2007 | 55 | MOTION for Summary Judgment *Or Alternatively For Dismissal of All* |

| | | |
|---|---|---|
| | | *Claims* by Adams Associates. (Attachments: # 1 Proposed Order on Defendant's Motion For Summary Judgment Or in the Alternative For Dismissal of All Claims)(Heikkila, Kara) (Entered: 06/08/2007) |
| 06/08/2007 | 56 | AFFIDAVIT of *Carol Mutter in Support of Defendant's Motion For Summary Judgment or Alternatively To Dismiss* re 55 MOTION for Summary Judgment *Or Alternatively For Dismissal of All Claims* by Adams Associates. (Heikkila, Kara) (Entered: 06/08/2007) |
| 06/08/2007 | 57 | AFFIDAVIT of *Kara Heikkila* re 55 MOTION for Summary Judgment *Or Alternatively For Dismissal of All Claims* by Adams Associates. (Attachments: # 1 # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit)(Heikkila, Kara) (Entered: 06/08/2007) |
| 06/08/2007 | | (Court only) ***Reset Deadlines as to 55 MOTION for Summary Judgment *Or Alternatively For Dismissal of All Claims*. Responses due by 6/26/2007. (PRR, COURT STAFF) (Entered: 06/11/2007) |
| 06/11/2007 | 58 | Notice to Counsel re 55 MOTION for Summary Judgment *Or Alternatively For Dismissal of All Claims* filed by Adams Associates. A review of the document submitted at dkt 55 confirms that it is over 25 pages in length. If a COURTESY paper copy of the pleading has not been forwarded to the Court, counsel is reminded that, pursuant to D.Ak.LR 10.1(b) and the Administrative Policies and Procedures, you are required to provide the court with a COURTESY paper copy of your filing at dkt 55. The COURTESY paper copy must be attached to a copy of the Notice of Electronic Filing and must be printed with the ECF pdf header on each page. (PRR, COURT STAFF) (Entered: 06/11/2007) |
| 06/11/2007 | 59 | Notice to Counsel re 57 Affidavit, filed by Adams Associates. A review of the document submitted at dkt 57 confirms that it is over 25 pages in length. If a COURTESY paper copy of the pleading has not been forwarded to the Court, counsel is reminded that, pursuant to D.Ak.LR 10.1(b) and the Administrative Policies and Procedures, you are required to provide the court with a COURTESY paper copy of your filing at dkt 57. The COURTESY paper copy must be attached to a copy of the Notice of Electronic Filing and must be printed with the ECF pdf header on each page. (PRR, COURT STAFF) Modified on 6/11/2007 to create relationship to document #55 (PRR, COURT STAFF). (Entered: 06/11/2007) |
| 06/11/2007 | 60 | ORDER/NOTICE re motion for SJ as to 55 MOTION for Summary Judgment *Or Alternatively For Dismissal of All Claims* filed by Adams Associates. (PRR, COURT STAFF) (Entered: 06/11/2007) |
| 06/11/2007 | | (Court only) ***Copy of [58] Notice Re: Chamber Copy,, [59] Notice Re: Chamber Copy,, 60 Order mailed to I. Khan on 6/11/07. (PRR, COURT STAFF) (Entered: 06/11/2007) |
| 06/12/2007 | 61 | ORDER granting in part and denying in part 49 Motion for extension of time to locate attorney; denying 50 Motion for court to arrange telephone conference link with family; denying 51 Motion for Reconsideration; |

| | | |
|---|---|---|
| | | denying 54 Errata filed by Izaz Khan ; denying 52 Motion for Reconsideration ; denying 53 Motion for Reconsideration. Signed by Judge Timothy M. Burgess on 6/11/07. (PRR, COURT STAFF) (Entered: 06/12/2007) |
| 06/12/2007 | 🔍 | (Court only) ***Copy of 61 Order on Motion for Miscellaneous Relief, Order on Motion for Reconsideration, mailed to I. Khan on 6/12/07. (PRR, COURT STAFF) (Entered: 06/12/2007) |
| 06/21/2007 | 🔍 62 | NOTICE OF INTERLOCUTORY APPEAL as to 61 Order on Motion for Miscellaneous Relief, Order on Motion for Reconsideration by Izaz Khan. Filing fee $455 (not paid). (LSC, COURT STAFF) Modified on 7/10/2007 to create relationship to document #55 (PRR, COURT STAFF). Attachment. Points on Appeal, added on 7/24/2007 as it was inadvertently not included when appeal was initially filed (LSC, COURT STAFF). (Entered: 06/28/2007) |
| 06/26/2007 | 🔍 | (Court only) ***Motions Taken Under Advisement: 55 MOTION for Summary Judgment *Or Alternatively For Dismissal of All Claims*, ***Staff Note - no response filed. (PRR, COURT STAFF) (Entered: 07/10/2007) |
| 07/09/2007 | 🔍 | (Court only) ***Staff Note: Transcript Order form re: appeal forwarded to ECRO's on 7/9/07. (PXS, COURT STAFF) (Entered: 07/09/2007) |
| 07/09/2007 | 🔍 63 | Application to Waive (appeal) Filing Fee (Non-Prisoner) by Izaz Khan. (LSC, COURT STAFF) (Entered: 07/24/2007) |
| 07/16/2007 | 🔍 | (Court only) ***Staff Note: Per PSLC, if plaintiff proceeding IFP in this Court no appeal fee required. Mr. Khan granted IP status 5/16/06. (LSC, COURT STAFF) (Entered: 07/24/2007) |
| 07/25/2007 | 🔍 64 | ORDER finding as moot 63 Motion for Leave to Appeal in forma pauperis. (LSC, COURT STAFF) (Entered: 07/25/2007) |
| 07/25/2007 | 🔍 | (Court only) ***Copy of 64 Order on Motion for Leave to Appeal in forma pauperis mailed to I. Khan on 7/25/07. (LSC, COURT STAFF) (Entered: 07/25/2007) |
| 07/27/2007 | 🔍 65 | (Court only) ***Notice of Appeal Notification Form re: Notice of Appeal at dkt 62 sent to 9CCA 7/27/07. (LSC, COURT STAFF) (Entered: 07/27/2007) |




NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD



RECEIVED
OCT 01 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK.

UNITED STATES DISTRICT
CLERK
FEDERAL BUILDIN
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



9-25-07