3:06CV-00095 TMB

Khan v. Adam Associate

RECEIVED OCT 17 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

10-14-07

THIS IS A NOTIFIE TO ~~NOTICE TO~~ ~~DISTRICT COURT~~ REGARDING WHERE I WAS IN LAST 3 MONTH ON 7-17-07 I was arrested FOR MISCONDUCT ~~BY~~ BY APD and ONCE I got TO BOOKING CORRECTIONAL official Jump ON ME 4 of them DISCRISOMENATION Against MY DISABLETY THIS WAS ON THE 17 then ON 18th 6 CO Jump ON ME TO TAKE ME TO JUDGE MURPHEY FOR ARAIGNMENT and ON the 23 of July 2007 THEY Put ME IN SEGREGATION and FROM THEIR ON ON 10-10-07 ICE PICKED ~~ME UP TO TAKE ME TO SEATTLE FROM~~ ANCHORAGE JAIL TO NOW WHERE I am HERE IS THE ADDRESS

IZAZ KHAN

NORTH WEST DETENTION     A# 42899370
CENTER.                  1623 EAST J STREET Suite 5
                         TACOMA, WA 98421

it will also BE IN FRONT of THE LEFT HAND SIDE of THE ENVOLOPE I KNOW I HAVE TO WRITE a MOTION TO JUDGE TIMOTHY M. BURGESS REGARDING 12 DOLLAR FEE WAIVER AND I WILL TRY TO CALL YOU at CLARK office AND CAN YOU MAIL ME YOUR FAX - TELEPHONE, AND MAILING ADDRESS

THANK YOU

From:- Izaz Khan
A# 428949370
1623 East J Street suite 5
Tacoma, WA 98421
DATE:- 10-14-07
CASE#: 3:06-cv-00095-TMB

D3

To:- U.S District Court Clark
222 West 7th Ave #4
Anchorage AK 99513
Judge Timothy-M-Burgess
CASE#: 3:06-cv-00095-TMB

9951387504 C001