```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
                          Clerk of Court
                   Federal Building & U.S. Courthouse
                     222 West Seventh Avenue #4
                      Anchorage, Alaska  99513-7564
```

November 7, 2007

**IDA ROMACK**
**CLERK OF COURT**

Izaz Khan
A:  42899370
1623 J Street, Suite 5
Tacoma, WA  984210

Dear Mr. Khan:

   Subject:  <u>Izaz Khan v. Adams Associates</u>
             Case No. 3:06-cv-00096-TMB

   This letter is in response to your letter to Deputy Clerk Denali Elmore dated October 31, 2007 (copy attached).
   We do not have a handbook on how to file an appeal in the Ninth Circuit Court of Appeals.
   It is not necessary for you to file the Transcript Order Form (#435) because there were no hearings held in your U.S. District Court case.  Since there were no hearings held there is nothing to transcribe.  Because of this there is no need for you to file a motion to waive the transcript order fee.
    Additionally, this letter is sent to advise that your appeal is ongoing in the Ninth Circuit Court of Appeals.  Your Ninth Circuit case number is **07-35652.**  The Ninth Circuit Court Clerk's Office has asked that I notify you to file a Notice of Change of Address directly with the Ninth Circuit Court as they only have your Anchorage, Alaska address on file.
     Please send your Notice of Change of Address to:  United States Court of Appeals, Ninth Circuit, 95 Seventh Street, San Francisco, CA, 94103.  Be sure to include your Ninth Circuit Case Number on your notice.

                                        Sincerely,

                                        IDA ROMACK
                                        Clerk of Court



                                        by: <u>Pam Richter</u>
                                        Deputy Clerk


Enclosures:   as stated


[]{LTR.WPD*Rev.1/97}