United State District Court Alaska

DATE: 10-31-07

CASE No: 3:06:CV-00095-TMB

Deputy Clerk

Denali Elmore

RECEIVED
NOV 05 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

I IZAZ KHAN upon Reciving Appeal Document DATE: 10-22-07 Iz Requesting Handbook That Have Instruction Regarding Question's How To File Appeal in Ninth Circuit Court of Appeal U.S And How The Routing of Appeal Document Work From Form # 435 I ville Keep one copy and mail The Rest To You And Once U.S District Court File Document To ~~Cou~~ U.S Court of Appeal They ville issue Appeal # And Noterie All Party's Correct Me if i am Wrong And Explain it with ~~Easy~~ English And B Objective In Responding Each Question Answer. And That I was incarseated From 7-17-07 Doc Anchorage Jail And Then Transferred To Northwest Center Tucama Washington On 10-10-07 By ice

[signature] 10-31-07

Pleas send me a motion form to wave the transcript order fee by the Judge.



To:- U.S District Court Alaska
Federal Building
222 W. 7th Avenue #4
Anchorage Alaska 99513

From:- Izaz Khan
1623 J St Suite 5
Tacoma WA 98421
A: 428994370

TACOMA - OLYMPIA WA 983
01 NOV 2007

10-31-07

99513+7504

D3