U.S DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
DEC 11 2007
CLERK U.S. DISTRICT COURT
ANCHORAGE, A.K.

DATE 12-6-07

CASE NO: 3:06-CV-00095-TMB
IZAZ KHAN V ADAM ASSOCIATE

IZAZ KHAN
42899370
1623 E. J St suite 5
TACOMA WA 98421

THE HONORABLE TIMOTHY M. BURGESS

I IZAZ KHAN REQUESTING THE JUDGE and THE COURT TO CLEARFIE as TO YOUR FINAL DECSION ON THE CASE CAPTION ABOVE OR YOUR JUDGEMENT ON MY CASE I DO HAVE a DOCUMENT MINUTE ORDER FROM CHAMBER'S DATED 7-25-07 WHICH SAY INTERLOCUTORY APPEAL I do Not KNOW WHAT THAT MEANS AND IT SAY FORMa PauPERIS ON APPEAL I DO NOT KNOW WHAT THAT MEAN'S AND I am ASKING U.S COURT of APPEAL's 9th CIRCUIT TO RESPOND TO ME IN REFERANCE TO MY NOTICE of APPEAL AND CASE NUMBER IN U.S COURT of APPEAL BUT I HAVE NOT HEARD BACK FROM THEM. CAN YOU ANSWER THESE QUESTION'S MENTION ABOVE. TO COURT CLARK PLEAS SEND ME a COPY of THIS NOTE AND ALSO TO other PARTY's

IZAZ KHAN

From:- IZAZ KHAN
428993-70
1623-E.J st suite 5
TACOMA WA98421

To:- U.S District Court of Alaska
Judge: TIMOTHY-M-BURGESS
222-W-7th AVENUE #4
ANCHORAGE - ALASKA 99513

D3