U.S DISTRICT COURT
CLARK's office
222 W-7TH AVENUE #4
ANCHORAGE ALASKA 99513-7564

RECEIVED
DEC 27 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

DATE: 12-23-07

IZAZ KHAN
A#2899370
1623 E-J St Suite 5#
TACOMA, WA 98421O

CASE 3:06-CV-00095-TMB

Sincerely,
REDACTED
Deputy Clerk

COURT CLARK IDA ROMACK

I IZAZ KHAN REQUESTING TO COURT CLARK REGARDING TO SERVE NOTICE OF APPEAL TO ALL PARTY's IN MY CASE I MEAN IS MR LARREY ALLEN WHO IS a SECOND PARTY AS DEFENDENT. AS YOU KNOW I am iNCARSERATED and I DO NOT HAVE HIS ADDRESS OF HAND THEREFORE I am REQUESTING YOU COURT CLARK. THAT HIS MAILING ADDRESS IS IN COURT FILE. as SECONDERY PARTY TO BE NOTIFIDE and BE SERVED with and also INFORM ME WHEN HE IS BEING SERVED. I also MADE SEVERAL ATTEMPT TO NOTIFIE COURT of APPEAL 9th CIRCUIT FOR CHANGE OF ADDRESS BUT HAVE NOT YET HEARD FROM THEM AND ALSO REQUESTING THEM TO SEND ME COMFERMATION OF MY APPEAL IN 9th CIRCUIT COURT. WILL YOU RESPOND TO MY CONSEARN MEATION ABOVE. AND ALSO REQUESTING FOR SOME MOTION FORM'S AND WHY SUMMON FORM ARE SAMPLE AND ARE NOT THE ONE I USED BEFOUR. I WANT THE ONE I USED BEFOUR. TO BE MAILED

IZAZ KHAN

12/28/07
Mr. Khan: This Clerk's Office will not be serving the notice of appeal on Mr. Larry Allen. He is not a named party in this action. Your appeal at the Ninth Circuit Court of Appeals is carrying the case number of 07-35652. They do have your current address on record. I have enclosed motion forms (3) and summons forms (3).