U-S District Court
Clark office
222 W-7TH Avenue #4
Anchorage Alaska 99513-7564
Case No: 3-06-cv-00095TMB

12-23-07

To:
Clark of Court Ida Romack

I Izaz Khan have requested you in my letter writen on 12-6-07 regarding Judge Timothy-M-Burgess Final Judgement or what ever it is called Summery Judgment that what is his Rieason to Dissimiss my Case from his Court it should be given to me in writing. Wating for your respond I also wrote to Judge him self No Respond

Izaz Khan.

---

RECEIVED
DEC 27 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Sincerely,
REDACTED
Pam Richter, Deputy Clerk

letter has been entered on the docket as a motion to clarify final order. It was received in this court on December 11, 2007. It is under advisement before Judge Burgess.

12/28/07
Mr. Khan:
Your December 6, 2007,

From: IZAZ KHAN
42899370
1623 E. J St suite 5#
TACOMA WA 98421O

To: U.S DISTRICT COURT OF ALASKA
COURT CLARK
222 W. 7th St #4
ANCHORAGE AK 99513-7564
SERVE ALL PARTY'S
WHY DISSMISS MY CASE FINEAL JUDGMEN

D3

99513O7564 CO01

017H5520714
$0.410
HASLER
12/24/2007
Mailed From 98421
US POSTAGE