## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>    IZAZ KHAN   </u> v. <u> ADAMS ASSOCIATES </u>

THE HONORABLE TIMOTHY M. BURGESS

<span style="font-variant:small-caps">Deputy Clerk</span>                                         CASE NO. <u> 3:06-00095-TMB </u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 10, 2008

    On December 11, 2007, Izaz Khan, a self-represented plaintiff, sent a letter to the Court, construed as a motion, asking the Court to clarify its final decision or judgment in this case.[1] To clarify: There has been no final decision or judgment in this case. Instead, on June 21, 2007, before the case was concluded, Mr. Khan filed a "Notice of Appeal,"[2] thus making his appeal "interlocutory."

    In his points on appeal, Mr. Khan states that he appeals the Court's denial of his motion for an Urdu interpreter and the denial of his motion for counsel. He also notes that he is disabled, and has no income. Mr. Khan appeals the refusal of this Court to order the EEOC to re-investigate his case; and he asks the Court of Appeals to "set aside a decision by Judge Timothy M. Burgess and grant [him] a jury trial that was not given in the first place."[3] A motion for summary judgment was filed, but not ruled upon, when Mr. Khan filed his appeal.[4]

    Any further motions or questions regarding the appeal should be directed to the Ninth Circuit Court of Appeals.[5]

    IT IS SO ORDERED.

---

[1] *See* Docket No. 70.

[2] *See* Docket No. 62.

[3] Docket No. 62-2.

[4] *See* Docket No. 55.

[5] Correspondence or filings should be sent to: United States Court of Appeals, Ninth Circuit, 95 Seventh Street, San Francisco, CA 94103. The appellate case number, 07-35652, should be noted on any documents sent to the Ninth Circuit.