RECEIVED
JAN 1 4 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

U.S DISTRICT COURT HOUSE
CLARK OFFICE IDA ROMACK
222-W-7TH AVENUE #4
ANCHORAGE ALASKA 99513

DATE: 1-9-08

CASE NO: 3:06-CV-00095-TMB

To: PAM RICHtER I IZAZ KHAN HAVE RECIVED YOUR RESPOND DATE 10-27-07 INFORMING ME THAT MY 12-6-07 LETTER HAS BEEN ENTERD ON THE DOCKET AS a MOTION TO CLARIFY FINEL ORDER AND it WAS RECIVED IN THIS COURT ON 12-11-07 it is UNDER ADVISEMENT BEFOUR JUDGE BURGESS. I AM REQUESTING YOU TO SEND ME a COPY OF COMPUTER COPY PRINT OUT DOCKET TEXT MAIL TO ME. AND ADVISE ME WHEN I VILLE get SUMMERY JUGEMENT

IZAZ. E. KHAN

SEND ME COPY OF THIS LETTER.
CAN I ASK YOU TO MAIL ME COMPLEAT PACKAGE OF WRITS OF HABEAS CORPUS FILLING INFORMATION AND INSTRUCTION MANUAL
28 U.S.C 2254 and 2241
28 U.S.C 2255 MOTION

---

1-14-08
Mr. Khan – You may purchase a copy of the docket by sending $4.50 to the Clerk of Court, 222 W. 7th Avenue, #4, Anchorage, AK, 99513.
I have enclosed complete packages regarding Motion Under 28:2255, Petition for Writ of Habeas Corpus Under 28:2254 and the Pro Se Handbook We do not have filing packages for Motions Under 28:2241.

Sincerely,

REDACTED SIGNATURE

Pam Richter
Deputy Clerk

From:- IZAZ KHAN
1623 E-S St Suite 5#
TACOMA WASHINGTON
42849570 -98421

D3

To:- U-S District Court House
CLARK OF COURT PAM RICHTER
222 W 7TH AVE 4#
ANCHORAGE ALASKA 99513

HASLER
017H15520714
$0.410
01/10/2008
Mailed From 98421
US POSTAGE

9951387500 C001