```
            UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF ALASKA
                    Clerk of Court
             Federal Building & U.S. Courthouse
                222 West Seventh Avenue #4
                Anchorage, Alaska  99513-7564
```

January 14, 2008

**IDA ROMACK**
**CLERK OF COURT**

Izaz Khan
Northwest Detention Center
1623 East J Street, Suite 5
Tacoma, WA  98421

Dear Mr. Khan:

  Subject:  <u>Izaz Khan v Adams Associates</u>; 3:06-cv-00095-TMB

  This letter is in response to your letter of January 9, 2008 (attached).
  I will attempt to answer your questions as they are numbered:
1. You have not asked a question here but I will tell you as I did in my note of December 28, 2007, that Mr. Larry Allen is not a named party in this action and is therefore not considered a defendant.
2. Yes, you have the correct mailing address for the 9th Circuit Court of Appeals.  The phone number is (415) 355-8295.
3. The reason you received my December 28, 2007, replies to your letters in a second envelope is because the envelope was returned to the Clerk's Office as un-deliverable in light of the postage due. The envelope was then re-mailed to you with additional postage on January 7, 2008.
4. I will not be corresponding with the 9th Circuit Court of Appeals on your behalf.  You have been supplied with the mailing address and the phone number for the 9th Circuit Court of Appeals.

                                  Sincerely,

                                  IDA ROMACK
                                  Clerk of Court

                                  REDACTED SIGNATURE
                              by: _____
                                  Deputy Clerk

Enclosures:  as stated

[]{LTR.WPD*Rev.1/97}

U.S. DISTRICT COURTHOUSE
CLARK OF COURT IDA ROMACK
222 W. 7TH AVENUE #4
ANCHORAGE ALASKA 99513

**RECEIVED**
JAN 14 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

DATED 1-9-08

CASE NO: 3:06-CV-00095-TMB

TO: PAM RICHTER
~~IDA ROMACK~~ I HAVE QUITE A FEW QUESTION'S FOR YOU TO ANSWER. SO I am going TO NUMBER THEM

1. I HAD a LONG ARGUMENT AND DIFFICULTY MAKING JUDGE UNDERSTAND WHO IS LARRY ALLEN WHY HE IS a SECOND PARTY IN THIS CASE AND NOW YOU ARE DOING THE SAME AND THAT HE IS a DEFFENDENT ALONG WITH ADAM Associate

2. MY SECOND QUESTION TO YOU IS THIS IS THE ADDRESS YOU HAVE GIVEN TO ME U-S COURT OF APPEAL NINTH CIRCUIT ~~COURT~~ @ 95 SEVENTH STREET SAN FRANCISCO CA 94103 I HAVE MAIL EVERY MONTH a LETTER NO RESPOND ALSO SEND THEIR PHONE #

3. I RECIVED YOUR LETTER STAMP 1-7-08 WHICH I RECIVED ON 1-9-08 IT HAS TWO OF MY LETTERS WITH ~~BOTH OF~~ YOU I MEAN ~~IDA, AND~~ PAM RESPOND ON LEFT SHOULDER SPACE TYPE WRITTEN REPLYE BUT I WANT TO KNOW THERE IS AN ENVELOPE SAY POSTAGE DUE it HAS FIRST STAMP DATE 12-28-07 THEN SECOND STAMP DATE 1-4-08 THAT WHY it HAS TO DIFFERED DATE OF POSTAGE STAMP ONE 75¢ THE OTHER 50¢ AND it WAS PUT IN AN ENVELOPE DATED 1-7-08 CAN YOU EXPLAIN WHY

4. CAN YOU ASK COURT OF APPEAL 9TH CIRCUIT BY GIVING MY MAILING ADDRESS TO THEM AND ASKING THEM TO SEND CONFORMATION OF MY APPEAL CASE

ANSWER ALL QUESTION'S

IZAZ KHAN

SEND ME COPY OF THIS LETTER.

From: IZAZ KHAH
42899370
1623 E. J St Suite #5
Tacoma WA 98421

To: U.S DISTRICT COURT HOUSE
CLARK OF COURT IDA ROMACK
222 W - 7TH AVE 4#
ANCHORAGE ALASKA 99513

US POSTAGE
HASLER
$0.410
01/10/2008
Mailed From 98421
017H15520714

D3