**FILED**

FEB 1 4 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

IZAZ KHAN,

          Plaintiff - Appellant,

   v.

ADAMS ASSOCIATES,

          Defendant - Appellee.

No. 07-35652

D.C. No. CV-06-00095-TMB
District of Alaska,
Anchorage

**RECEIVED**

FEB 2 5 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ORDER

      On January 14, 2008, this court ordered appellant, within 21 days, to pay the filing fees and show cause why the judgment in this appeal should not be summarily affirmed. The order warned appellant that failure to pay the fees and to show cause would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST



S:\MOATT\Clrkords\2-08\ks\07-35652.wpd

07-35652

The certified copy of this order sent to the district court shall constitute the

mandate.

For the Court

Kenneth Sogabe
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A