IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IZAZ KHAN,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>ADAMS ASSOCIATES,<br><br>　　　　　　　Defendant. | Case No. 3:06-cv-00095-TMB<br><br><br><br>**JUDGMENT<br>IN A CIVIL CASE** |

\_\_\_　**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

　X 　**DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this matter is DISMISSED WITH PREJUDICE.

APPROVED:

　/s/Timothy M. Burgess
**TIMOTHY M. BURGESS**
United States District Judge

　March 26, 2008　　　　　　　　　　　　　　　　IDA J. ROMACK
　　　　Date　　　　　　　　　　　　　　　　　　　　　Clerk